**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARA & MICHAEL TILLER, *as parents and next friend of minor child* A.T., *and* A.T. *individually*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　Defendant. | Civil No. 07-1736 (JR) |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO LATE FILE ITS RESPONSE TO PLAINTIFFS' COMPLAINT

　　Defendant District of Columbia, by counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Court for an enlargement of time to late file a response to Plaintiffs' Complaint, and as grounds states:

　　1.　　Plaintiffs filed the instant action on September 27, 2007, against the District of Columbia. Plaintiffs are appealing a hearing officer's determination ("HOD") under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 et seq. ("IDEIA), issued on July 2, 2007. Plaintiffs allege that the District of Columbia Public Schools (hereafter "DCPS") failed to provide their son, A.T., with a free appropriate public education ("FAPE"). For relief, Plaintiffs seek an order for the Defendant to fund A.T.'s placement at River School for the 2007-2008 school year, and to award one year compensatory education for past IDEIA violations. See Complaint, generally.

　　2.　　On October 29, 2007, Plaintiffs served the Complaint upon the Office of the Attorney General for the District of Columbia, and the Mayor of the District of Columbia. The

Defendant's Answer was due on November 19, 2007.  Because of confusion regarding undersigned counsel not having received a properly stamped copy of the document purportedly served, the undersigned did not timely file a response to Plaintiffs' Complaint, and seeks an extension of time until December 7, 2008, to file a response.

    3.    Fed. R. Civ. P. 6(b)(2), provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…."  The United States Court of Appeals for the District of Columbia Circuit has outlined the factors that constitute excusable neglect based upon the Supreme Court's holding in *Pioneer Investment Services v. Brunswick Associates,* 507 U.S. 380 (1993). According to the court, the following factors should be considered:  "(1) the danger of prejudice to the party opposing the modification, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith."  *See In re: Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1209 (D.C. Cir. 2003).

    4.    This Defendant has acted in good faith, and its delay will not have a substantial impact on the judicial proceedings.  In fact, when the undersigned discovered the stamped Complaint, Plaintiffs' counsel was immediately contacted in order to get consent for this motion but could not be reached under such short notice.  This motion is being filed four (4) days after the prescribed period on which this defendant's Answer was due.

Defendant has attached hereto, a memorandum of points and authorities in support of its Motion for Enlargement of Time to Late File a Response to Plaintiffs' Complaint, and a proposed Order is also attached.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich by PAJ*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*_____
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

November 23, 2007

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA & MICHAEL TILLER, *as parents and next friend of minor child* A.T., *and* A.T. *individually*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil No. 07-1736 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO PLAINTIFFS' COMPLAINT,**

In support of its Motion for Enlargement of Time to Late File a Response to Plaintiffs' Complaint, Defendant District of Columbia herein submits and relies upon the following authorities:

1. Fed. P. Civ. R. 6(2);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties; and

5. The Court's equitable powers.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

2

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

***/s/ Edward P. Taptich by PAJ***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

***/s/ Amy Caspari***
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
November 23, 2007                  amy.caspari@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA & MICHAEL TILLER, *as parents and next friend of minor child* A.T., *and* A.T. *individually*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　Defendant. | Civil No. 07-1736 (JR) |

### **ORDER**

Upon consideration of Defendant District of Columbia's Motion for Enlargement of Time to Late File a Response to Plaintiffs' Complaint, it is by the Court this _____ day of _____, 2007,

　　ORDERED:   that Defendant's Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint  is hereby GRANTED, and it is,

　　FURTHER ORDERED:    that Defendant's response to Plaintiffs' Complaint shall be filed on December 7, 2007.

_____
Judge James Robertson
U.S. District Court for the District of Columbia