UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA & MICHAEL TILLER, *as parents and next friend of minor child* A.T., *and* A.T. *individually*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 07-1736 (JR)

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant, by counsel, hereby answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

    1.    Defendant admits the allegations in the first sentence of paragraph 1. The remaining allegations in paragraph 1 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

    2.    Defendant admits the allegations in paragraph 2.

    3.    Defendant admits that the District of Columbia is a municipal corporation. The remaining allegations in paragraph 3 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

    4.    Defendant is without sufficient knowledge and information to answer the allegations in paragraph 4 at this time.

    5.    Defendant is without sufficient knowledge and information to answer the allegations in paragraph 5 at this time.

6. Defendant is without sufficient knowledge and information to answer the allegations in the first and second sentence of paragraph 6 at this time. Defendant admits that A.T. was enrolled in the River School in April 2005.

7. Defendant is without sufficient knowledge and information to answer the allegations in paragraph 7 at this time.

8. Defendant is without sufficient knowledge and information to answer the allegations in paragraph 8 at this time.

9. Defendant admits that a multidisciplinary team ("MDT") meeting was convened by DCPS on February 1, 2007. The remaining allegations in paragraph 9 are the pleader's characterizations of the MDT meeting notes and the Individualized Education Plan ("IEP"), which speak for themselves, to which no response is required. If a response is required, then the same are denied.

10. The allegations in paragraph 10 are the pleader's characterizations of the IEP and the Notice of Placement, which speaks for themselves, to which no response is required. If a response is required, then the same are denied.

11. Defendant is without sufficient knowledge and information to answer the allegations in paragraph 11 at this time.

12. The allegations in paragraph 12 are the pleader's characterizations of the MDT meeting notes and the IEP which speak for themselves to which no response is required. If a response is required, then the same are denied.

13. Defendant is without sufficient knowledge and information to answer the allegations in the first sentence of paragraph 13 at this time. The remaining allegations in

paragraph 13 are the pleader's characterizations of the Student Evaluation Plan ("SEP"), which speaks for itself, to which no response is required.  If a response is required, then the same are denied.

14. Defendant admits the allegations in paragraph 14.

15. The allegations in paragraph 15 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

16. The allegations in paragraph 16 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

17. Defendant admits that a due process complaint was filed on February 20, 2007.  The remaining allegations in paragraph 17 are the pleader's characterizations of the due process complaint, which speaks for itself, to which no response is required.  If a response is required, then the same are denied.

18. Defendant admits the allegations in paragraph 18.

19. Defendant admits the allegations in paragraph 19.

20. The allegations in paragraph 20 are conclusions of the pleader, to which no response is required.  If a response is required than the same are denied.

## COUNT I

21. Defendant incorporates as though restated each of the answers stated in paragraphs 1-20 above.

22. The allegations in paragraph 22 are conclusions of law and/or the pleader, to which no response is required.  If a response is required, then the same are denied.

## COUNT II

23. Defendant incorporates as though restated each of the answers stated

in paragraphs 1 through 22 above.

24-27.   The allegations in paragraph 24-27 are conclusions of law and/or the pleader, to which no responses are required. If responses are required, then the same are denied.[1]

## COUNT III

28.   Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 27 above.

29.   The allegations in paragraph 29 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

## COUNT IV

30.   Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 29 above.

31.   The allegations in paragraph 31 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

## COUNT V

32.   Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 31 above.

33.   The allegations in paragraph 33 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

## COUNT VI

34.   Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 33 above.

---

[1] Plaintiffs Complaint erroneously numbers paragraphs 24-27 under Count II. Defendant has not changed the numbers.

35. The allegations in paragraph 35 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

### COUNT VII

36. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 35 above.

37. The allegations in paragraph 37 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

### COUNT VIII

38. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 37 above.

39. The allegations in paragraph 39 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

### COUNT IX

40. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 39 above.

41. The allegations in paragraph 41 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

### COUNT X

42. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 41 above.

43. The allegations in paragraph 43 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.

### COUNT XI

42. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 43 above.[2]

44. The allegations in paragraph 44 are conclusions of law and/or the pleader, to which no response is required. If a response is required, then the same are denied.[3]

**BY WAY OF FURTHER ANSWER**, Defendant denies all allegations contained in the complaint not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

This Court is without jurisdiction because Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

---

[2] Plaintiff's Complaint erroneously numbers this paragraph. Defendant has not changed the number.
[3] Plaintiff's Complaint erroneously numbers this paragraph. Defendant has not changed the number.

6

(202) 724-7794

December 6, 2007

Case 1:07-cv-01736-JR    Document 3    Filed 12/06/2007    Page 7 of 7