## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SARA & MICHAEL TILLER, *as parents
and next friend of minor child* A.T.,
    Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 07-1736 (JR)

### FILING OF PART I OF THE ADMINISTRATIVE RECORD

Attached is an index of the administrative record, and Part I of the record documents themselves in this proceeding.[1]  Consistent with LCvR 5.4(f), Defendant has redacted personal information about the minor A.T.[2]

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

---

[1] Due to the length of this record (over 600 pages), Defendant has filed the record in two parts.
[2] Defendant has redacted the minor's name, date of birth, and social security number.

_/s/ **Amy Caspari**_
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
Amy.Caspari@DC.gov

January 15, 2008

SARA & MICHAEL TILLER, *as parents and next friend of*
*minor child A.T., and A.T. individually,*
v. District of Columbia
Civil Action No. 07-1736 (JR)


## INDEX OF RECORD

| Description | | Page |
|---|---|---|
| Certification of Record | - | 1 |
| Hearing Officer's Determination (HOD) Third Decision and Order dated 6/29/07 | - | 2 |
| Attendance Sheet, 6/20/07 | - | 25 |
| Hearing Officer's Determination (HOD) Second Decision and Order dated 6/4/07 | - | 26 |
| Attendance Sheet, 5/24/07 | - | 34 |
| Hearing Officer's Determination (HOD) Decision and Order dated 5/13/07 | - | 35 |
| Attendance Sheet, 5/9/07 | - | 42 |
| Plaintiff's Disclosure Letter, dated 5/2/07 w/att. | - | 43 |
| AT-01 Early Intervention Program, Italy, 8/11/04 | - | 49 |
| AT-02 Ed. Developmental Intervention Svc. 9/30/04 | - | 54 |
| AT-03 PT Monthly Treatment Record, 8/04-1/05 | - | 58 |
| AT-04 Speech Therapy Treatment Record, 9/04-1/05 | - | 64 |
| AT-05 Comp. Developmental Assessment, 7/13/06 | - | 72 |
| AT-06 Individualized Family Svc. Plan (IFSP), 7/13/06 | - | 76 |
| AT-07 River School IEP, 4/1/06 | - | 86 |
| AT-08 River School Narrative Summary Report, 5/17/06 | - | 88 |
| AT-09 River School Speech-Language Evaluation, 6/27/06 | - | 92 |

AT-10 Speech and Language Evaluation Addendum, 7/10/06 -    101

AT-11 Comp. Developmental Assessment, 7/13/06[1]    -    103

AT-12 IFSP Meeting, 9/1/06    -    107

AT-13 Psychological Assessment, 9/12/06    -    108

AT-14 MDT Meeting Notes, 9/27/06    -    112

AT-15 Student Eval. Plan(SEP) & Consent, 9/27/06    -    113

AT-16 Registration Receipt, 9/27/06    -    115

AT-17 Prior Notice, 9/27/06    -    120

AT-18 River School Speech-Language Evaluation, 10/06    -    123

AT-19 Narrative Summary Report, 11/8/06    -    135

AT-20 Email to parent from DCPS, 12/7/06    -    140

AT-21 Email from parent to DCPS, 12/11/06    -    141

AT-22 Email to parent from DCPS, 12/11/06[2]    -    142

AT-23 Occupational Therapy Evaluation, 1/7/07    -    143

AT-24 Letter from River School to DCPS, 1/22/07    -    152

AT-25 Letter from River School to DCPS, 1/23/07    -    155

AT-26 MDT Meeting Notes, 2/1/07    -    159

AT-27 River School Meeting Notes, 2/1/07    -    165

AT-28 IEP, 2/1/07    -    173

AT-29 Initial Placement, 2/1/07    -    184

AT-30 Notice of Unilateral Placement, 2/21/07    -    187

AT-31 Due Process Complaint Notice, 2/20/07    -    189

---

[1] This is the same document as the one listed as AT-05.
[2] Actual email document is a copy forwarded by Mrs. Tiller. No notation that it was sent by DCPS.

AT-32 Resolution Meeting Notes, 3/13/07 — 198

AT-33 Hearing Notice, 4/3/07 — 201

AT-34 DCPS Response to Due Process Complaint, 4/6/07 — 202

AT-35 Hearing Notice, 4/9/07 — 205

AT-36 Curriculum Vitae of Mary O'Leary Kane — 206

AT-37 Curriculum Vitae of Patricia Ulanet — 208

AT-38 Curriculum Vitae of Jennifer Mertes — 221

AT-39- Curriculum Vitae of Donna Morere — 223

DCPS Disclosure Statement and Motion to Compel, 5/2/07 — 229

DCPS-01 Letter to B. Sharif from P. White, 4/4/07 — 232

DCPS-02 Letter to Sarah Tiller, 8/22/06 — 233

DCPS Disclosure Statement w/att., 4/30/07 — 234

DCPS-01 Initial Placement Notice, Prior Notice — 236

DCPS-02 IEP, 2/1/07 — 240

Hearing Notice dated 5/15/07 — 257

Hearing Notice dated 4/9/07 — 258

Hearing Notice dated 4/3/07 — 259

Scheduling Memorandum dated 2/21/07 — 260

Due Process Complaint Notice, 2/20/07 — 264

Transcript of Hearing dated 6/20/07 — 272

Transcript of Hearing dated 5/24/07 — 378-632

# CERTIFICATION OF RECORD

### INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## Office of Compliance & Review
### *STUDENT HEARING OFFICE*
#### SPECIAL EDUCATION

In the Matter RE:        T████r, A████ vs. CARE Center

Case Information:      Hearing Dates: **05/09/07, 05/24/07 & 06/20/2007**
                       Held at: **District of Columbia Public Schools Headquarters**
                                 **825 North Capitol Street, N.E.**
                                 **Washington, D.C. 20002**
                       Student Identification Number: **9226868**
                       Student's Date of Birth: ████72003
                       Attending School: **The River School**
                       Managing School:
                       Hearing Request Date(s): **02/21/2007**

## CERTIFICATION OF RECORD

  I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting of all letters, pleadings, orders,

exhibits and depositions.

  I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this Friday, December 07, 2007.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

1

# District of Columbia Public Schools

## State Enforcement & Investigation Division
### Confidential

**FREDERICK E. WOODS,** Esq., Due Process Hearing Officer
Van Ness Elementary School
1150 5th Street, S.E.
Washington, D.C. 20003
Facsimile: (202) 698-3825

| | |
|---|---|
| In the Matter of ) | IMPARTIAL |
| ) | DUE PROCESS HEARING |
| A▆▆ T▆▆ ) | |
| Date of Birth: ▆▆▆703 ) | THIRD |
| Petitioner, ) | **DECISION AND ORDER** |
| ) | |
| vs. ) | Hearing Request: February 21, 2007 |
| ) | **3rd Cont. Hearing Date: June 20, 2007** |
| The District of Columbia Public Schools, ) | Held at: Van Ness Elementary School |
| Home School: Janney Elem. School ) | 1150 5th Street, S.E., 1st Floor |
| Attending: The River School ) | Washington, D.C. 20003 |
| ) | |
| Respondent. ) | |

| | |
|---|---|
| **Parents:** | Sarah Tiller, Mother |
| | Michael Tiller, Father |
| | 4515 Garrison Street, N.W. |
| | Washington, D.C. 20016 |
| | |
| **Counsel for the Parents/Student:** | Ellen Douglass Dalton, Esq. |
| | Dalton, Dalton & Houston, P.C. |
| | Attorneys at Law |
| | 1008 Pendleton Street |
| | Alexandria, VA  22314 |
| | |
| **District of Columbia Public Schools:** | Tiffany S. Puckett, Esq. |
| | Attorney Advisor |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E., 9th Floor |
| | Washington, D.C. 20002 |

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 108-446, the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

The parents through counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:  Admitted, without objection, a disclosure letter filed on 05/02/07 that lists ten witnesses and attached thirty-nine exhibits sequentially labeled and tabbed AT-01 through AT-39. Five witnesses were present: (1-2) the parents; (3) Donna Morere, Ph.D., Clinical Neuro-Psychologist; (4) Amy Muldoon, The River School Director of Teacher Training & Support; and (5) Mary O'Leary Kane, The River School Speech-Language Service Provider. Two witnesses were called to testify on Day 1: Sarah Tiller, the mother, and Dr. Morere, Clinical Neuro-Psychologist. Four (4) witnesses were called to testify on Day 2: (1) Amy Muldoon; (2) Mary O'Leary Kane; and called as rebuttal witnesses—(3) Sarah Tiller and (4) Dr. Morere.

Respondent:  Admitted, without objection, a disclosure letter filed on 04/30/07 that lists six witnesses and attached two exhibits sequentially labeled DCPS-01 and DCPS-02. On Day 2, one witness was called to testify: Zondra Johnson, DCPS Care Center Supervisor of the Early Childhood Education Center; and on Day 3, one witness was called to testify: Sydnee Thompson, DCPS Speech-Language Pathologist.

## IV.    STATEMENT OF THE CASE

A.T., born ████/03, age 3-years 8-months, is a student with a disability who, before age 3, received early intervention services under her 07/13/06 IFSP at The River School in Washington, D.C. She is now age 3 and is presently parentally placed at The River School receiving her disputed 02/01/07 IEP related services as a Hearing Impaired (HI) child. (R. at AT-06, 28, 31)

On February 21, 2007, Ellen Douglass Dalton, parents' counsel filed a Due Process Hearing Request complaining that DCPS violated the Individuals with Disabilities Education Improvement Act (IDEIA), 20 U.S.C. §§ 1400 et seq. and denied

A.T. a Free Appropriate Public Education (FAPE) by developing an inappropriate IEP on 02/01/07 that says A.T. is Hearing Impaired and requires 1.5 hours of Speech-Language services per week because her parents' allege that A.T. is actually Speech-Language Impaired (SLI) and requires 20-hours of Speech-Language Therapy per week. (R. at AT-31)

The DCPS Student Hearing Office scheduled the Due Process Hearing for 11:00 a.m., on April 25, 2007 that was continued until 11:00 a.m., Wednesday, May 9, 2007 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The continued due process hearing convened as scheduled.

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Ellen Douglass Dalton appeared in-person representing A.T. who was not present; and her parents who were both present. Testimony was taken but not completed. Here is the reason why.

## Hearing Day 1: Wednesday, May 9, 2007

After the in-person testimony of two witnesses for the parent: Sara Tiller, the mother; and Donna Morere, Ph.D., Clinical Neuro-Psychologist there was not enough time to take and complete the testimony of the parents' other witnesses and all DCPS' witnesses. So the parties jointly agreed to continue the case **to the parties' mutually selected and agreed to date and time: Thursday, May 24, 2007 from 9:00 a.m. until 5:00 p.m.**

The DCPS Student Hearing Office scheduled and continued the Due Process Hearing until 9:30 a.m., Thursday, May 24, 2007 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The second continued due process hearing convened as scheduled on May 24, 2007.

## Hearing Day 2: Thursday, May 24, 2007

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Ellen Douglass Dalton appeared in-person representing A.T. who was not present; and her parents who were both present. Testimony was taken but not completed. Here is the reason why.

The in-person testimony of four parents' witnesses was completed: (1) Amy Muldoon, The River School Director of Teacher Training & Support; (2) Mary O'Leary Kane, The River School Speech-Language Service Provider; and called as rebuttal witnesses—(3) Sarah Tiller, the mother, and (4) Dr. Morere, Clinical Neuro-Psychologist. DCPS called one witness to testify: Zondra Johnson, DCPS Care Center Supervisor of Early Childhood Education. After that there was not enough time to take and complete the testimony of DCPS' second witness. And that second witness was not available.

According to DCPS counsel their second witness could not be reached by phone, as planned, because that witness was called to jury duty. The parties' agreed to continue the case for another hearing date only if DCPS counsel provided proof to parents' counsel and the hearing officer by close of business on May 25, 2007, that the witness had jury duty on May 24, 2007. DCPS provided the requested proof. Two things were provided:

(1) A copy of the scheduled witness, Sydnee Thompson's DCPS Time and Attendance Record for May 13 - 26, 2007 that stated on it "Thurs. 5/24/07 and Fri. 05/25/07, Jury Duty."

(2) And a hard to read copy of a March 23, 2007, Notice from the Clerk of the Circuit Court that appears to give notice of some business the witness had with the court.

Based on that proffer, unless and until either party demonstrates otherwise, the hearing officer accepted DCPS counsel's proffer as an officer of the court that the Notice given to parents' counsel and the hearing officer was proof that DCPS' second witness was called for jury duty on that date she was to testify in this matter.

So, based on the hearing record the case was continued for the third time to the parties mutually selected and agreed to time and date: 9:00 a.m., Wednesday, June 20, 2007. That hearing convened as scheduled, all remaining testimony was taken, and the case was submitted for decision.

## V.    SUMMARY OF THE EVIDENCE

The testimony of these six (6)-listed witnesses and these sixteen (16)-listed admitted exhibits are relied upon in reaching the decision.

### Six (6)-Witnesses:

(1) A.T.'s mother;

(2) Donna Morere, Ph.D., Clinical Neuro-Psychologist;

(3) Amy Muldoon, The River School Director of Teacher Training & Support;

(4) Mary O'Leary Kane, The River School Speech-Language Service Provider;

(5) Zondra Johnson, DCPS Care Center Supervisor of the Early Childhood Education Center; and

(6) Sydnee Thompson, DCPS Speech-Language Pathologist.

4

## Seventeen (17)-Exhibits:

1. AT-31           The 02/21/07 Parents' Due Process Hearing Request

2. AT-05           The 07/13/06 Comprehensive Developmental
                   Assessment Report

3. AT-06           The 07/13/06 IFSP

4. AT-07           The 04/01/06 River School IEP

5. AT-09           The 06/27/06 River School Speech-Language Eval.
                   Report

6. AT-10           The 07/10/06 River School Speech-Language Eval.
                   Report Addendum

7. AT-13           The 09/12/06 River School Psychological Assessment
                   Report

8. AT-15           The 09/27/06 SEP & Parental Consent to Evaluate

9. AT-16           The 09/27/06 School Registration Receipt

10. AT-17          The 09/27/06 DCPS Prior Notice to Evaluate

11. AT-18          The 10/18/06 River School Speech-Language Eval.
                   Report

12. AT-23          The 01/07/07 OT Evaluation Report

13. AT-26          The 02/01/07 DCPS MDT/IEPT Meeting Notes

14. AT-27          The 02/01/07 River School MDT/IEPT Meeting Notes

15. AT-28; DCPS-02  The 02/01/07 DCPS IEP

16. AT-29; DCPS-01  The 02/01/07 DCPS Prior Notice of Placement

17. AT-30          The 02/21/07 Parents' Notice to DCPS of Unilateral
                   Private Placement

# Issue

**Did DCPS violate the Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C. §§ 1400 et seq., and deny A.T. a Free Appropriate Public Education (FAPE) for the 2006-07 school year by allegedly (1) developing her 02/01/07 IEP with an inappropriate disability code; (2) failing to provide A.T. her required amount of OT and Speech-Language Therapy related services; and (3) failing to provide A.T. an appropriate placement? And, if so, can The River School provide A.T. educational benefit?**

# Answer

No because: (1) A.T.'s disability code and placement are appropriate; and (2) even if there was a procedural violation of the IDEIA there was no evidence presented that the procedural violation resulted in a denial of a FAPE.

## VI.    FINDINGS OF FACT:

1.      A.T., born 10/17/03, age 3-years 7-months, is a student with a disability who, before age 3, was receiving early intervention services under her 07/13/06 IFSP at The River School in Washington, D.C. She is now age 3 and is presently parentally placed at The River School receiving her disputed 02/01/07 IEP related services as a Hearing Impaired (HI) child. (R. at AT-06, 28)

2.      **Medical History**: A.T. contracted bacterial meningitis at age 2.6 months; was diagnosed with hearing loss at 15-months; received a cochlear implant in February 2005; and on July 10, 2006 she was diagnosed with dyspraxia—"a speech disorder that interferes with a child's ability to initiate and sequence motor movements for speech." (R. at AT-10, 27)

3.      Before age 3, on 07/13/06, she was found eligible to receive services in The DC Early Intervention Program and did so at The River School according to her 07/13/06 IFSP. (R. at AT-06) She turned three (3) on ██████/06 and her initial IEP was developed three (3)-months later—on 02/01/07 (R. at AT-28)

4.      A.T.'s 02/01/07 initial IEP for a 3-year old with a 145 nonverbal IQ score calls for her to receive these related service for her HI disability—

   a.   Speech-Language Therapy       1.5-hours/week,
   b.   Occupational Therapy (OT)     1.0-hour/week,
   c.   OT Consultation                .5-hours/week, and
   d.   Audiology Services             .5-hours/week.

6

(R. at DCPS-02; AT-13, 28)

5.    That IEP is not signed by her parents. And the 02/01/07, DCPS
      MDT/IEPT Meeting Notes do not explain why A.T.'s mother, who
      helped develop that IEP, did not sign it. (R. at AT-26, 28)

6.    Those meeting notes record the parties' dispute as follows: "[A.T.'s]
      MDT found her eligible for special education services as a HI student.
      The River School asked for a SLI disability code also. DCPS disagreed
      because her primary disability is HI and her SLI results from her HI."
      (R. at AT-26)

7.    DCPS agreed to implement her IEP at "Janney ES as a non-attending
      student;" and on 02/01/07, issued its Prior Written Notice of Initial
      Placement (PWNOP) to Janney ES. (R. at AT-26, 29)

8.    According, however, to A.T.'s 02/01/07 MDT/IEPT Meeting Notes,
      word processed by an unidentified River School staff person, "Mom
      [A.T.'s mother] does not agree with the decision [sic], lack of
      placement, disability category, and hours of service." (R. at AT-27)

9.    And on 02/21/07, the same day the hearing request was filed, the
      parents through counsel sent a letter to the DCPS Care Center "rejecting
      the IEP and placement; and unilaterally placing A.T. at The River
      School"—[from 10/17/06 until the end of the 2006-07 school year]. No
      additional reasons were given for the decision. (R. at AT-30)

10.   The mother testified that she works at The River School and has three
      other children enrolled there.

11.   A.T.'s 06/27/06 Speech-Language Evaluation Report performed by The
      River School, championed at the due process hearing by the parents and
      all of their witnesses, recommends that "[A.T.] receive a minimum of
      twenty (20)-hours of classroom based (push-in) Speech-Language
      services and at least one (1)-hour of pull-out (outside of class) Speech-
      Language Therapy per week." The following should be targeted—

      a.   Increasing her receptive and expressive vocabulary;
      b.   Increasing her auditory skills;
      c.   Increasing her receptive language and expressive language skills; and
      d.   Improving her oral motor skills and articulation.
      (R. at AT-09)

12.   A.T.'s River School 04/01/06 IEP does not specify the type or amount
      of services she received there before she turned three. (R. at AT-07)

7

13.    According to this credited testimony of Ms. Tiller, A.T.'s mother—

    a.  The River School is not a special education school; and she never requested specialized instruction for A.T.

    b.  A.T. attends The River School every day from 8:25 a.m. until 3:00 p.m.—six and one-half hours (6 ½) per day.

    c.  A.T. is in a classroom setting four (4)-hours per day five (5)-days per week with a Speech-Language Pathologist (SLP) who serves as the classroom teacher.

    d.  She is unsure how that therapist divides their time between teaching and giving therapy.

    e.  She participated in developing but did not sign A.T.'s 02/01/07 IEP because she did not agree with the HI disability code instead wanted it SLI; and she did not agree with the hours of related services offered.

14.    The parents, however, do not dispute the IEP goals and objectives that were all written by The River School staff.

15.    According to the testimony of Mary O'Leary Kane, The River School Speech-Language Pathologist (SLP), who has multiple roles—River School staff member and advocate for AT—

    a.  She did not perform A.T.'s Speech-Language Evaluation but relied on the recommendations of two other River School SLP examiners: (1) one who evaluated A.T. in October 2006 and wrote an unsigned, undated evaluation report; and (2) another SLP who evaluated A.T. on 06/27/06 and issued a signed, undated report. (R. at AT-09, 10) Neither examiner was present or called to testify.

    b.  She also does not provide Speech-Language Therapy to A.T. And A.T.'s SLP was not called to testify.

    c.  She does, however, agree with the 06/27/06 examiner who said A.T. requires a minimum twenty (20)-hours of push-in, (in-class) and one and one-half (1½)-hours of pull-out (outside of class) Speech-Language Therapy per week. (R. at AT-09)

    d.  That level of service is required to address her deficits that include significant communication delays—ability to understand and express language; and her oral motor concerns.

    e. She participated in A.T.'s 02/01/07 MDT/IEPT/Eligibility Meeting; and she recommended that: (1) A.T. receive a SLI disability code; and (2) that A.T. receive 20-hours of Speech-Language Therapy per week to meet her IEP goals. DCPS disagreed with her recommendation.

    f. During cross examination she said that—

        i. Thirty-five (35)-students at The River School receive 20-hours of push-in Speech-Language Therapy per week.

        ii. The River School classroom model is for a Speech-Language Pathologist (SLP) to serve as the classroom teacher to help two hearing impaired students.

        iii. And the base tuition at The River School is $15,000/year but when the student receives the push-in 20-hours of Speech-Language services the tuition is $38,000/year.

16. According to the testimony of Donna Morere, Ph.D., Clinical Neuro-Psychologist—

    a. She did not evaluate A.T. but knows her through a review of A.T.'s existing evaluation reports; and her March 16, 2007, 1 ½ -hour observation of A.T. at The River School.

    b. A.T.'s deficits are expressive and receptive language; fine and gross motor skills; and hearing loss.

    c. A.T.'s primary disability should be SLI because her language disorder is due to the confluence of her dyspraxia and bacterial meningitis.

    d. To remediate its impact, A.T. needs a full time day program [20-hours of push-in Speech-Language services] and two (2)-hours of pull-out Speech-Language Therapy per week. The full-time services are for three (3)-language mode modeling:

        i. Adult to Adult;
        ii. Adult to Child; and
        iii. Child to Child.

    e. During cross examination she said that—

        i. A.T.'s receives half day Speech-Language services at The River School to facilitate her expressive and receptive language.

9

10

      ii.  She did not participate in A.T.'s 02/01/07, MDT/IEPT/Eligibility Meeting; and she did not visit Janney ES or talk to anyone there about its services.

      iii.  A.T.'s needs intensive language stimulation in a classroom environment to ensure language development to ready her for Kindergarten.

17.     In contrast to the parents' witness, who all said without any deviation whatsoever, that A.T. needs the precise program service level offered as a standard program service level at The River School; the DCPS' witnesses said otherwise and gave persuasive reasons why.

18.     According to the credited testimony of Zondra Johnson, DCPS Care Center Supervisor of the Early Childhood Education Program, found credible due to her impeccable professional credentials, candor, demeanor, and direct non-adversarial answers to all questions—

a.  She met A.T. and her mother when they came to the Care Center seeking a special education eligibility determination.

b.  She participated in A.T.'s 02/01/07 MDT/IEPT/Eligibility Meeting.

c.  She visited and is familiar with The River School having participated in other eligibility meetings with the school.

d.  A.T.'s deficits are communication, fine motor and audiological. Her nonverbal IQ score is 145. (R. at AT-13)

e.  A.T.'s IEP goals were developed by the MDT/IEPT to help A.T. develop the skill sets needed to function like her typical related peers.

f.  HI is A.T.'s primary disability because her language deficits are associated with that primary disability. And even if A.T. was coded HI and SLI, as her parents request, her current IEP goals and objectives would be the same. That's because they were developed in order to close the gap between A.T.'s Present Performance Levels (PPL) and the function level of her comparable age peers.

g.  Moreover, a student can receive Speech-Language Therapy in their IEP to achieve their IEP goals and objectives without being coded as SLI, as do A.T. (R. at AT 28)

h.  And there's no dispute about A.T.'s 02/01/07 IEP goals and objectives developed by The River School with parent participation, based on A.T.'s unique needs—that include her Speech-Language deficits.

    i.   The River School's stance, however, is and has been all HI students are SLI. And it programs all of its students with the same or similar IEPs where they each call for 20-hours of push-in Speech-Language services.

    j.   But that is not what A.T. actually receives. The River School credits those 20-hours by using a SLP as the classroom teacher. Not because A.T.'s needs a SLP as a teacher but because The River School does not have a hearing impaired teacher. A hearing impaired teacher, however, does exactly what The River School's in-class SLP is suppose to do—assist A.T. with her expressive and receptive language deficits.

    k.   And, based on her 30-years of special education experience, The River School is the only school that uses this model. So in all of The River School IEPs she reviewed each calls for 20-hours of push-in Speech-Language services. Albeit each student does not receive 20-hours of direct push-in services from their in-class SLP teacher.

    l.   Janney ES is an appropriate placement to implement her IEP because it can provide all of A.T.'s IEP called for related services which is all she needs at this time based on her age, disability, IQ and language deficits.

19.     According to the credited testimony of Sydnee Thompson, DCPS Speech-Language Pathologist (SLP), found credible due to her candor, demeanor, and direct non-adversarial answers to all questions—

    a.   She did not evaluate A.T. but reviewed A.T.'s 06/27/06 and 07/10/06 Speech-Language Evaluation Reports performed by The River School. She observed A.T. for two (2)-hours in her classroom and in the gym area at The River School. And she participated in A.T.'s 02/01/07 MDT/IEPT/Eligibility Meeting.

    b.   During her River School visit she observed that A.T. spoke few words and used lots of gestures.

    c.   She also observed that A.T.'s in-class SLP's role was to assist the entire class not just A.T. During her two (2)-hour observation, that SLP spent only 10-15-minutes with A.T.

    d.   She also met with the in-class SLP and The River School Program Director and they never said the in-class SLP was in there just for A.T.

e. That's because The River School's educational program model places a SLP in the students' classroom. Students, who require it, are also provided pull-out services. That described program model is set-up for all River School students and was not tailored for A.T.

f. Hearing Impaired (HI) students receive instruction from HI Teachers. That is not the role of a SLP. Moreover, A.T. does not require specialized instruction based on her test scores in other areas.

g. A.T.'s primary disability that triggers her IDEIA disability code is HI not SLI. And even if A.T. was SLI, Speech-Language Therapy would be her related service, as it is now stated in her IEP.

h. A.T.'s 02/01/07 IEP Speech-Language Goals & Objectives were developed by a River School SLP. And DCPS agreed they were appropriate and could meet A.T.'s needs.

i. A.T., however, does not need a classroom placement and she can get all of her IEP called for related services at her home school, Janney ES.

20. Finally, A.T.'s 09/12/06 Psychological Assessment Report performed by a River School evaluator, states in pertinent part that "A.T.'s nonverbal IQ score is 145—in the superior range that exceeds 99% of the normative population." (R. at AT-13)

21. Based on these findings, DCPS made a FAPE available to A.T. that was rejected by her parents; and the reason for the parents' rejection is unsupported by the evidence in this case.

So in consideration of the record evidence, the hearing officer makes the following—

## VIII.   DISCUSSION and CONCLUSIONS OF LAW:

### I

**DCPS is required to make a FAPE available to all children with disabilities within the jurisdiction of the District of Columbia.**

The IDEIA at 20 U.S.C. §§ 1400 et seq. and 5 D.C.M.R. § 3000.1 (2003) requires DCPS to fully evaluate every child suspected of having a disability within the jurisdiction of the District of Columbia, ages 3 through 22, determine their eligibility for special education and related services and, if eligible, provide special education and related services through an appropriate IEP and Placement.

DCPS met its legal obligation under the IDEIA. Here is why.

1. Pursuant to 20 U.S.C. § 1414 (d)(1)(A)(i)(II)(aa), (bb), Individualized Education Programs or IEP "means a written statement for each child with a disability that includes a statement of measurable annual goals, including academic and functional goals, designed to—

    aa. Meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and

    bb. Meet each of the child's other educational needs that results from the child's disability."

2. Pursuant to 20 U.S.C. § 1414 (d)(2)(A), Requirement that program be in effect, "At the beginning of each school year, each local educational agency … shall have in effect an IEP as defined by [20 U.S.C. § 1414 (d)] (1)(A)."

3. DCPS complied, in part, with these cited IDEIA obligations because A.T.'s 02/01/07, initial IEP was developed with her mother's participation for the 2006-07 school year. Albeit the IEP was developed three (3)-months after A.T.'s third birthday there is no evidence A.T. suffered educational harm since she was and is currently receiving services at her parents' selected private placement, The River School. (R. at AT-06, 07, 28, 31)

4. Pursuant to 5 D.C.M.R. § 3013.1(e), Placement, "[t]he LEA shall ensure that the educational placement decision for a child with a disability is …based on the child's IEP."

5. Pursuant to 5 D.C.M.R. § 3025, Procedural Safeguards—Prior Written Notice, DCPS shall provide written notice to the parent of a child with a disability before it proposes…an educational placement of the child.

6. Pursuant to 34 C.F.R. § 300.17, Free Appropriate Public Education (FAPE), means "special education and related services provided at public expense; meet[ing] the standards of the SEA; [at] an appropriate pre-school, elementary school, or secondary school; and provided in conformity with an individualized education program (IEP)."

7. Pursuant to 34 C.F.R. § 300.327, Educational Placements, "[e]ach public agency must ensure that the parents of each child with a disability are members of any group that makes decisions on the education placement of their child."

8. Pursuant to 5 D.C.M.R. § 3025, Procedural Safeguards—Prior Written Notice, DCPS shall provide written notice to the parent of a child with a disability before it proposes…an educational placement of the child.

9.  Pursuant to 34 C.F.R. §§ 300.503(a)-(b), Prior Notice by the Public Agency, "written notice that meets the requirements of paragraph (b) of this section must be given to the parents of a child with a disability a reasonable time before the public agency proposes to change … the educational placement."

10. DCPS complied with these IDEIA obligations because Janney ES is a free appropriate elementary school placement that can implement A.T.'s 02/01/07 IEP by providing all of her IEP called for related services. Here is why.

11. A.T.'s 02/01/07 IEP, not signed by her parents evincing no agreement for its implementation, calls for her to receive these related services based on her HI disability and language deficits—

|   |   |   |
|---|---|---|
| a. | Speech-Language Therapy | 1.5-hours/week, |
| b. | Occupational Therapy (OT) | 1.0-hour/week, |
| c. | OT Consultation | .5-hours/week, and |
| d. | Audiology Services | .5-hours/week. |

    (R. at DCPS-02; AT-28)

12. DCPS agreed to implement her IEP at "Janney ES as a non-attending student;" and on 02/01/07, issued its Prior Written Notice of Initial Placement (PWNOP) to Janney ES. (R. at AT-26, 29)

13. According, however, to A.T.'s 02/01/07 MDT/IEPT Meeting Notes, word processed by an unidentified River School staff person, "Mom [A.T.'s mother] does not agree with the decision [sic], lack of placement, disability category, and hours of service." (R. at AT-27)

14. And on 02/21/07, the same day the hearing request was filed, the parents through counsel sent a letter to the DCPS Care Center "rejecting the IEP and placement; and unilaterally placing A.T. at The River School"—[from 10/17/06 until the end of the 2006-07 school year]. No additional reasons were given for the decision. (R. at AT-30)

15. Since A.T.'s mother did not sign her 02/01/07 IEP there is no IEP to implement; and there is no FAPE denial according to the IDEIA.

16. That's because pursuant to 34 C.F.R. §§ 300.300 (b)(1), (4)(i), Parental Consent for Services: "A public agency that is responsible for making FAPE available to a child with a disability must obtain informed consent from the parents of the child before the initial provision of special education and related services to the child.

        …

    If the parent of a child refuses to consent to the initial provision of special education and related services, the public agency will not be in violation of the

14

requirement to make a FAPE available to the child for the failure to provide the child with the special education and related services for which the public agency request consent."

17. DCPS complied with the IDEIA parent consent requirements because when it developed A.T.'s 02/01/07 IEP with the mother's participation, it sought her informed consent to the IEP. The mother, however, did not consent to the IEP by signing it; and subsequently on 02/20/07, the mother sent DCPS a letter rejecting the IEP and placement. (R. at AT-28, 30)

18. Consequently, for that reason alone, DCPS did not violate the IDEIA requirement to make a FAPE available to A.T. for the initial provision of her related services after it sought parental consent for the IEP related services and the parents' refused to consent to them.

19. Moreover, even when considering the reasons why the parents' refused to consent—"disagreement with the lack of placement, disability category, and hours of service"—the parents' claims fail. Here is why.

20. The parents and their three witnesses, two of them River School staff, all agreed that A.T., a three (3)-year old, disability code should be HI and SLI; A.T. should receive 20-hours per week of push-in Speech-Language services and 1 ½ -hours of pull-out Speech-Language Therapy; and that The River School must provide those services. (R. at AT-09, 10, testimony of Ms. Tiller, Ms. Muldon, Ms. Kane & Dr. Morere)

21. However, A.T. is enrolled at The River School, the parents' proposed relief placement; but she does not now receive 20-hours of push-in services. Moreover, her IEP does not call for any specialized instruction nor does any witness claim she needs it in light of her tender age of three and her superior 99th percentile nonverbal IQ score of 145.

22. According to the credited testimony of Sydnee Thompson, DCPS Speech-Language Pathologist (SLP), found credible due to her candor, demeanor, and direct non-adversarial answers to all questions—

    a. She did not evaluate A.T. but reviewed A.T.'s 06/27/06 and 07/10/06 Speech-Language Evaluation Reports performed by The River School. She observed A.T. for two (2)-hours in her classroom and in the gym area at River School. And she participated in A.T.'s 02/01/07 MDT/IEPT/Eligibility Meeting.

    b. During her River School visit she observed that A.T. spoke few words and used lots of gestures.

   c.  She also observed that A.T.'s in-class SLP's role was to assist the entire class not just A.T. During her two (2)-hour observation, that SLP spent only 10-15-minutes with A.T.

   d.  She met with the in-class SLP and The River School Program Director and they never said the in-class SLP was in there just for A.T.

   e.  That's because The River School educational program model places a SLP in the students' classroom. Students, who require it, are also provided pull-out services. The described program model is set-up for all River School students and was not tailored for A.T.'s needs.

   f.  Hearing Impaired (HI) students receive instruction from HI Teachers. That is not the role of a SLP.  Moreover, A.T. does not require specialized instruction based on her test scores in other areas.

   g.  A.T.'s primary disability that triggers an IDEIA disability code is HI not SLI. And even if A.T. was SLI, Speech-Language Therapy would be her related service, as now stated in her IEP.

   h.  A.T.'s 02/01/07 IEP Speech-Language Goals & Objectives were developed by a River School SLP. And DCPS agreed they were appropriate and could meet A.T.'s needs.

   i.  A.T., however, does not need a classroom placement and she can get all of her IEP called for related services at her home school, Janney ES.

23. That same sentiment was expressed by Ms. Johnson.

24. According to the credited testimony of Zondra Johnson, DCPS Care Center Supervisor of the Early Childhood Education Program, found credible due to her impeccable professional credentials, candor, demeanor, and direct non-adversarial answers to all questions—

   a.  She met A.T. and her mother when they came to the Care Center seeking a special education eligibility determination.

   b.  She participated in A.T.'s 02/01/07 MDT/IEPT/Eligibility Meeting.

   c.  She visited and is familiar with The River School having participated in other eligibility meetings with the school.

   d.  A.T.'s deficits are communication, fine motor and audiological. Her non-verbal IQ score is 145. (R. at AT-13)

e.  A.T.'s IEP goals were developed by the MDT/IEPT to help A.T. develop the skill sets needed to function like her typical related peers.

f.  HI is A.T.'s primary disability because her language deficits are associated with that primary disability. And even if A.T. was coded HI and SLI, as her parents request, her current IEP goals and objectives would be the same. That's because they were developed in order to close the gap between A.T.'s Present Performance Levels (PPL) and the function level of her comparable age peers.

g.  Moreover, a student can receive Speech-Language Therapy in their IEP to achieve their IEP goals and objectives without being coded as SLI, as do A.T. (R. at AT 28)

h.  And there's no dispute about A.T.'s 02/01/07 IEP goals and objectives, developed by The River School staff with parent participation, based on A.T.'s unique needs—that include her Speech-Language deficits.

i.  The River School's stance is that all HI students are SLI. And it programs all of its students with the same or similar IEPs where they each call for 20-hours of push-in Speech-Language services.

j.  But that is not what A.T. actually receives. The River School credits those 20-hours by using a SLP as the classroom teacher. Not because A.T.'s needs a SLP as a teacher but because The River School does not have a hearing impaired teacher. A hearing impaired teacher, however, does exactly what The River School's in-class SLP is suppose to do—assist A.T. with her expressive and receptive language deficits.

k.  And, based on her 30-years of special education experience, The River School is the only school that uses this model. So in all of the IEPs she has seen developed by The River School it calls for 20-hours of push-in Speech-Language services. Albeit each student does not receive 20-hours of direct push-in services from the in-class SLP teacher.

l.  Janney ES is an appropriate placement to implement her IEP because it can provide all of A.T.'s IEP called for related services which is all she needs at this time based on her age, disability, IQ and language deficits.

25. Both Ms. Johnson's and Ms. Thompson's testimony about The River School's program structure and the limited amount of time the in-class SLP interacted with A.T. is unrebutted. Moreover, A.T.'s IEP does not call for any specialized instruction and even if it did, The River School has her in a

general education classroom. (R. at AT-28) In sum, A.T. does not require nor does she now receive at the parents' proposed placement, 20-hours per week of push-in Speech-Language services.

26. Despite that testimony, however, the parents insist Janney ES is an inappropriate placement which suggests the parents would rather A.T. attend The River School, where her mother is employed and A.T.'s three siblings are enrolled, even if Janney ES can meet her needs. A.T. can, however, attend the parents' selected private school if that's what her parents' desire but not at public expense pursuant to the IDEIA and applicable case law interpreting it. Here is why.

27. According to the law, the IEP is developed by a team of professionals, including the child's parents, "as well as a representative of the local educational agency with knowledge about the school's resources and curriculum." Branham v. District of Columbia, 427 F.3d 7, 8 (D.C. Cir. 2005). An appropriate IEP, at a minimum, "must provide personalized instruction with sufficient support services to permit the child to benefit educationally from that instruction." Board of Educ. v. Rowley, 458 U.S. 176, 204 (1982). That was done in this case on 02/01/07. (R. at AT-28)

28. And the IEP can not be implemented without first identifying a placement because the provision of the IEP services, which must be based upon the child's IEP pursuant to 34 C.F.R. § 300.116(b)(2), with consideration given to the quality of services that the child needs. 34 C.F.R. § 300.116(b)(2)(d).

29. DCPS did exactly what the IDEIA required it to do. DCPS participated on 02/01/07 in the development of an appropriate IEP for the student, and based on it and her unique needs proposed an appropriate placement to implement it. Albeit the parents disagree with proposed placement and level of services that alone is not enough to find the placement inappropriate.

30. Because under the IDEA the parent is a statutorily required participant in a group discussion about placement and a group placement decision. The parent, however, is only a member of the BLMDT/IEPT and not the final arbiter of the placement decision. No such power is granted the parent under the IDEA. Recent case law makes that point clear.

31. "Although the IDEA guarantees a Free Appropriate Public Education, it does not, however, provide that this education will be designed according to the parent's desires. The primary responsibility for formulating the education to be accorded a [child with a disability] and for choosing the educational method most suitable to the child's needs, was left by the Act to state and local educational agencies in cooperation with the parent or guardian of the child. Thus proof alone that loving parents can draft a better program than a

state offers does not, alone, entitle them to prevail under the Act." <u>Shaw v.
The District of Columbia</u>, 238 F. Supp. 2d 127, 139 (D.D.C. 2002).

32. Finally, the parent said that DCPS failed to perform A.T.'s OT Evaluation and
failed to develop A.T.'s IEP by her third birthday 10/17/06. But there is no
credible evidence in the hearing record to support a finding that those
procedural violations of the IDEIA resulted in denying A.T. a FAPE. Here is
why.

33. Pursuant to the IDEIA at 20 U.S.C. § 1414 (E) (ii), and 34 C.F.R. § 300.513
(a) Decision of hearing officer on procedural issues, states that, "[i]n matters
alleging a procedural violation, a hearing officer may find that a child did not
receive a free appropriate public education [FAPE] only if the procedural
inadequacies—

> (I)   impeded the child's right to a free
>        appropriate public education;
>
> (II)  significantly impeded the parent's
>        opportunity to participate in the
>        decision making process regarding the
>        provisions of a FAPE to the parent's child;
>        or
>
> (III) caused a deprivation of educational
>        benefits."

34. And pursuant to 34 C.F.R. § 300.513 (3) Hearing Decisions, "[n]othing in
paragraph (a) of this section shall be construed to preclude a hearing officer
from ordering an LEA to comply with procedural requirements."

35. A.T. was not denied a FAPE because the alleged procedural inadequacy, a
three (3)-month delay in developing her IEP and a failure to timely perform an
OT Evaluation, did not impede A.T.'s right to a FAPE nor deprive her of
educational benefit because she remains at her current parentally selected
"stay put" private placement receiving all of her 02/01/07 IEP called for
special education services for the entire 2006-07 school year—albeit her
parents refused to sign the IEP.

36. And since A.T.'s mother participated in the 02/01/07 MDT/IEPT/Eligibility
Meeting where the IEP was developed, placement discussed and A.T.'s
PWNOP was issued, the parent's right to participate in the decision making
process regarding the provisions of a FAPE was not impeded.

37. Moreover, according to the mother's own testimony she did not say or prove that her alleged procedural violation either impeded A.T.'s right to a FAPE or deprived her of educational benefit.

38. Consequently, based on the credited testimony of Ms. Thompson and Ms. Johnson, augmented by, inter alia, A.T.'s 02/01/07 BLMDT/IEPT/Eligibility Meeting Notes, A.T. has an appropriate IEP and placement; and her mother participated in her eligibility meeting. After developing her IEP, DCPS proposed an appropriate placement; that placement was later rejected by the parents; and DCPS issued a PWNOP to its proposed placement—hence offered a FAPE. (R. at AT-27, 28, 29, 30)

39. Ergo, because the parents never signed A.T.'s initial IEP there is no procedural violation of the IDEIA. But even if there was, it did not result in DCPS denying A.T. a FAPE.

40. Pursuant to 5 D.C.M.R. § 3030.3, "The burden of proof shall be the responsibility of the party seeking relief; either the parent/guardian of the child or the LEA. Based solely upon the evidence presented at the hearing, an impartial hearing officer shall determine whether the party seeking relief presented sufficient evidence to meet the burden of proof that the action and/or inaction or proposed placement is inadequate or adequate to provide the student a Free Appropriate Public Education (FAPE)."

41. The parents, who filed the hearing request, had and did not meet their burden of proof in this case because the parents:

   a. Failed to sign A.T.'s 02/01/07 IEP, a condition precedent in order to make a FAPE denial claim under the IDEIA;

   b. Failed to prove that Janney ES is an inappropriate placement to implement that 02/01/07 IEP;

   c. Failed to prove how the delay in performing an OT Evaluation resulted in a denial of a FAPE;

   d. Failed to prove that A.T. was denied a FAPE when DCPS failed to include a SLI disability code on her IEP; and failed increase her related service levels at her 02/01/07 initial IEPT Meeting; and

   e. Failed to prove the alleged procedural violations, if true, caused educational harm to the student resulting in a denial of a FAPE when the student has been attending the parents' selected "stay put" private school placement both before and after her 02/01/07 IEP was developed and PWNOP issued.

Therefore, in consideration of the record evidence, the hearing officer finds that DCPS did not deny A.T. a FAPE and issues this:

# <u>ORDER</u>

1. The parents' 02/21/07 Due Process Hearing Request is dismissed, with prejudice.

2. The 45-day time limit, from filing the Due Process Hearing Request to its Disposition after the expiration of the 30-day period under § 300.510 (b) — receipt of the final Hearing Officer's Decision (HOD) pursuant 34 C.F.R. § 300.515 (a) (1)—is waived by the parent; and the time for disposition is extended, in accord with this Order, to accommodate the continuances.

3. There is no finding that DCPS denied A.T. a Free Appropriate Public Education (FAPE).

4. And the hearing officer made no additional findings.

   **This is the FINAL ADMINISTRATIVE DECISION.  An Appeal can be made to a court of competent jurisdiction within ninety (90)-days of this Order's issue date pursuant to 20 U.S.C. § 1415 (i)(1)(A), (i)(2)(B).**

_____          6|29/07
          **Frederick E. Woods**                        _____
          **Hearing Officer**                               **Date**


Issued: _____
          **DCPS Student Hearing Office**

21

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*

| | | |
|---|---|---|
| **In the Matter of** | ) | |
| | ) | |
| **A.T.** | ) | |
|      Petitioner, | ) | **IMPARTIAL** |
|      vs. | ) | **DUE PROCESS HEARING** |
| | ) | |
| **District of Columbia Public Schools,** | ) | |
| **Janney Elementary School** | ) | |
|      Respondent. | ) | |

The Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C. §§ 1400 et seq.

**Case Information:**     Hearing Request Date: February 21, 2007
                     **Third Continued Hearing Date: June 20, 2007**
                     Held at:  Van Ness Elementary School
                              1150 5th Street, S.E., 1st Floor
                              Washington, D.C. 20003
                     SETS Case Number: _____
                     Student's Birth Date: ██████, 2003
                     Attending School: The River School
                     Managing School: Janney Elementary School

## CERTIFICATION OF RECORD

I, Frederick E. Woods, Impartial Due Process Hearing Officer in this matter, do hereby certify that the attached Record of Proceedings and Index of Exhibits itemizes the entire record in the above captioned matter as of this date, consisting of all letters, pleadings, orders, exhibits, depositions, and tapes.

I further certify that the materials placed in the SHO file for this student are either the original or true copy of the original documents submitted in this matter.

Executed this __29th__ day of __June__, 2007.

_Fred E. Woods_
Due Process Hearing Officer

23

Re: MATTER OF
A.T. v. DCPS, JANNEY ELEMENTARY SCHOOL

# RECORD OF PROCEEDINGS

## DATE:                  DESCRIPTION:

| | |
|---|---|
| 02/21/07 | Due Process Hearing Request Filed By Parents |
| 04/03/07 | Notice of Due Process Hearing Date Sent to Parties |
| 04/25/07 | Due Process Hearing Scheduled to Convene; Did not Convene; the Case was Continued until May 9, 2007. |
| 05/09/07 | Due Process Hearing Convened; Not Completed; Recorded in HR-3, Start Time 11:00 a.m. and End Time 5:00 p.m.; and Continued until May 24, 2007. |
| 05/14/07 | Hearing Officer's Decision Filed with the SHO |
| 05/14/07 | Hearing Officer's Decision Issued by the SHO |
| 05/24/07 | Due Process Hearing Convened; Not Completed; Recorded in HR-3, Start Time 9:00 a.m. and End Time 5:00 p.m.; and Continued until 9:00 a.m., June 20, 2007. |
| 06/04/07 | Hearing Officer's Decision Filed with the SHO |
| 06/04/07 | Hearing Officer's Decision Issued by the SHO |
| 06/20/07 | Due Process Hearing Convened; Completed; Recorded in HR-6B, Start Time 9:00 a.m. and End Time 2:00 p.m. |
| 06/29/07 | Hearing Officer's Decision Filed with the SHO |
| 06/29/07 | Hearing Officer's Decision Issued by the SHO |

_____                    6/29/07
Frederick E. Woods                         _____
Due Process Hearing Officer                     Date

23

**ATTENDANCE SHEET**

Day 3

STUDENT'S NAME: _____

SCHOOL OF ATTENDANCE: The River School

D.O.B: _____/03

HEARING DATE: Wed. 6/20/07 ROOM: 6B    TIME: 9:00 A.M./P.M.

| PARTICIPANT NAME: | ON BEHALF OF DCPS OR STUDENT: | TITLE: |
|---|---|---|
| Tiffany Pickett | DCPS | Atty Advisor |
| Stephen Nickelsey | DCPS | CCSE |
| Donna Morere, PhD | Student | Clinical Neuropsychologist |
| Ellen O Dalton | Student | Attorney |
| _____ | Student | Father |
| _____ Tucker | Student | Mother |

_____
Impartial Hearing Officer

# District of Columbia Public Schools

## State Enforcement & Investigation Division
## <u>Confidential</u>

**FREDERICK E. WOODS**, Esq., Due Process Hearing Officer
Van Ness Elementary School
1150 5th Street, S.E.
Washington, D.C. 20003
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| A███ T███ | ) | |
| Date of Birth: ███/03 | ) | **SECOND** |
| Petitioner, | ) | **DECISION AND ORDER** |
| | ) | |
| vs. | ) | Hearing Request: February 21, 2007 |
| | ) | **2nd Cont. Hearing Date: May 24, 2007** |
| The District of Columbia Public Schools, | ) | Held at: 825 North Capitol Street, N.E. |
| Home School: Janney Elem. School | ) | Eighth Floor |
| Attending: The River School | ) | Washington, D.C. 20002 |
| | ) | |
| Respondent. | ) | |

| | |
|---|---|
| **Parents:** | Sarah Tiller, Mother |
| | Michael Tiller, Father |
| | 4515 Garrison Street, N.W. |
| | Washington, D.C. 20016 |
| | |
| **Counsel for the Parents/Student:** | Ellen Douglass Dalton, Esq. |
| | Dalton, Dalton & Houston, P.C. |
| | Attorneys at Law |
| | 1008 Pendleton Street |
| | Alexandria, VA  22314 |
| | |
| **District of Columbia Public Schools:** | Tiffany S. Puckett, Esq. |
| | Attorney Advisor |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E., 9th Floor |
| | Washington, D.C. 20002 |

1

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 108-446, the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

The parents through counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:    Admitted, without objection, a disclosure letter filed on 05/02/07 that lists ten witnesses and attached thirty-nine exhibits sequentially labeled and tabbed AT-01 through AT-39. Five witnesses were present: (1-2) the parents; (3) Donna Morere, Ph.D., Clinical Neuro-Psychologist; (4) Amy Muldoon, The River School Director of Teacher Training & Support; and (5) Mary O'Leary Kane, The River School Speech-Language Service Provider. Only two witnesses were called to testify on Day 1: Sarah Tiller, the mother, and Dr. Morere, Clinical Neuro-Psychologist. Four (4) witnesses were called to testify on Day 2: (1) Amy Muldoon; (2) Mary O'Leary Kane; and called as rebuttal witnesses—(3) Sarah Tiller and (4) Dr. Morere. There was not enough time to complete all DCPS witness testimony in the allotted eight-hour time period scheduled. So the case was continued.

Respondent:    Admitted, without objection, a disclosure letter filed on 04/30/07 that lists six witnesses and attached two exhibits sequentially labeled DCPS-01 and DCPS-02. On Day 2, one witness was called to testify: Zondra Johnson, DCPS Care Center Supervisor of the Early Childhood Education Center. And one DCPS witness was unavailable due to jury duty combined with there not being enough time to take and complete that testimony in the allotted eight-hour time period scheduled. So the case was continued.

## IV.    STATEMENT OF THE CASE

A.T., born ███/03, age 3-years 7-months, is a student with a disability who, before age 3, was receiving early intervention services under her 07/13/06 IFSP at The River School in Washington, D.C. She is now age 3 and is presently parentally placed at The River School receiving her disputed 02/01/07 IEP related services as a Hearing Impaired child. (R. at AT-06, 28)

2

On February 21, 2007, Ellen Douglass Dalton, parents' counsel filed a Due Process Hearing Request complaining that DCPS violated the Individuals with Disabilities Education Improvement Act (IDEIA), 20 U.S.C. §§ 1400 et seq. and denied A.T. a Free Appropriate Public Education (FAPE) by developing an inappropriate IEP on 02/01/07 that says A.T. is Hearing Impaired and requires 1.5 hours of Speech-Language services per week because her parents' allege that A.T. is actually Speech-Language Impaired (SLI) and requires 20-hours of Speech-Language Therapy per week. (R. at AT-31)

The DCPS Student Hearing Office scheduled the Due Process Hearing for 11:00 a.m., on April 25, 2007 that was continued until 11:00 a.m., Wednesday, May 9, 2007 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The continued due process hearing convened as scheduled.

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Ellen Douglass Dalton appeared in-person representing A.T. who was not present; and her parents who were both present. Testimony was taken but not completed. Here is the reason why.

## Hearing Day 1: Wednesday, May 9, 2007

After the in-person testimony of two witnesses for the parent: Sara Tiller, the mother; and Donna Morere, Ph.D., Clinical Neuro-Psychologist there was not enough time to take and complete the testimony of the parents' other witnesses and all DCPS' witnesses. So the parties jointly agreed to continue the case to complete the testimony. **So the case was continued until to the parties' mutually selected and agreed to date and time: Thursday, May 24, 2007 from 9:00 a.m. until 5:00 p.m.**

The DCPS Student Hearing Office scheduled and continued the Due Process Hearing until 9:30 a.m., Thursday, May 24, 2007 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The second continued due process hearing convened as scheduled on May 24, 2007.

## Hearing Day 2: Thursday, May 24, 2007

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Ellen Douglass Dalton appeared in-person representing A.T. who was not present; and her parents who were both present. Testimony was taken but not completed. Here is the reason why.

The in-person testimony of four parents' witnesses was completed: (1) Amy Muldoon, The River School Director of Teacher Training & Support; (2) Mary O'Leary Kane, The River School Speech-Language Service Provider; and called as rebuttal witnesses—(3) Sarah Tiller, the mother, and (4) Dr. Morere, Clinical Neuro-Psychologist. DCPS called one witness to testify: Zondra Johnson, DCPS Care Center Supervisor of Early Childhood Education. After that there was not enough time to take

and complete the testimony of DCPS' second witness. And that second witness was not available. Here is why.

According to DCPS counsel their second witness could not be reached by-phone, as planned, because that witness was called to jury duty. The parties' agreed to continue the case for another hearing date only if DCPS counsel provided proof to parents' counsel and the hearing officer by close of business on May 25, 2007, that the witness had jury duty on May 24, 2007. DCPS provided the requested proof. Two things were provided:

(1)  A copy of the scheduled witness, Sydnee Thompson's DCPS Time and Attendance Record for May 13 - 26, 2007 that stated on it "Thurs. 5/24/07 and Fri. 05/25/07, Jury Duty."

(2)  And a hard to read copy of a March 23, 2007, Notice from the Clerk of the Circuit Court that appears to give notice of some business the witness had with the court.

Based on that proffer, unless and until either party demonstrates otherwise, the hearing officer accepts DCPS counsel's proffer as an officer of the court that the Notice given to parents' counsel and the hearing officer was proof that DCPS' second witness was called for jury duty on that date she was to testify in this matter.

So, based on the hearing record, more time is needed to complete the testimony in this case. And the hearing officer found that a specific extension of time to complete that testimony was warranted and granted the parties' requested relief to continue the case to the parties' mutually selected and agreed to date. **So the case is continued until Wednesday, June 20, 2007 from 9:00 a.m. until 1:00 p.m.**

And the hearing officer issues this—

# ORDER

1.  Pursuant to 34 C.F.R. § 300.515 (c), Timelines and Convenience of Hearings, "a hearing officer may grant specific extensions of time beyond the periods set out in paragraphs (a) and (b) of this section at the request of either party." And pursuant to the D.C. Board of Education Standard Operating Procedures for Hearing Officers § 402 (B)(11), **Procedures for Requesting a Continuance, Recessing a Hearing From Day to Day,** "If a hearing cannot be concluded within the time allotted for the hearing, and the case needs to be recessed from day to day, the hearing will be reconvened as soon as reasonably possible, but in no event shall the case be recessed for more than 10 business days, except upon mutual agreement of the parties, or upon the finding of good cause for a longer delay."

2. A specific extension of time is required in this case because the parties' need more time to examine their scheduled witnesses. Another full-day hearing is necessary to complete all witness testimony.

3. Therefore the parties' Joint Motion to Continue the Case is granted. And the case is continued to the parties' mutually selected and agreed date and time presently scheduled by the **DCPS Student Hearing Office for Wednesday, June 20, 2007 from 9:00 a.m. until 1:00 p.m.**

4. The parties, however, may mutually agree to select another hearing date convenient for them, the hearing officer, and the SHO.

5. **The issue is and shall remain:**

   **Did DCPS violate the Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C. §§ 1400 et seq., and deny A.T. a Free Appropriate Public Education (FAPE) for the 2006-07 school year by (1) allegedly developing her 02/01/07 IEP with an inappropriate disability code; (2) failing to provide A.T. her required amount of OT and Speech-Language Therapy related services based on her unique needs; and (3) failing to provide A.T. an appropriate placement. And, if so, can The River School provide A.T. educational benefit?**

6. The parties did not discuss whether they could amend their Five-Day Disclosures consistent with the requirements of the IDEIA before the June 20, 2007 continued hearing date. So any amendments to the admitted disclosures filed before the next hearing date are subject to all applicable objections under the IDEIA.

7. The parents' requested interim relief to start A.T.'s 02/01/07 IEP called for OT services is granted. That's because DCPS counsel informed the hearing officer and parents' counsel on 05/11/07 that "Toni Reynolds, DCPS Supervisor for Occupational Therapist is in the process of assigning an occupational therapist to provide A.T.'s OT services at The River School." (R. at DCPS 05/11/07 Memo to hearing officer & parents' counsel)

8. The 45-day time limit, from filing the Due Process Hearing Request to its Disposition after the expiration of the 30-day period under § 300.510 (b) — receipt of the final Hearing Officer's Decision (HOD) pursuant 34 C.F.R. § 300.515 (a) (1)—is waived by the parent; and the time for disposition is extended, in accord with this Order, to accommodate the continuances.

9. There is no finding that DCPS denied A.T. a Free Appropriate Public Education.

10. The hearing officer made no additional findings.

5

30

This is the **FINAL ADMINISTRATIVE DECISION.  An Appeal can be made to a court of competent jurisdiction within ninety (90)-days of this Order's issue date pursuant to 20 U.S.C. § 1415 (i)(1)(A), (i)(2)(B).**

_____                    6/4/07
          **Frederick E. Woods**                              **Date**
          **Hearing Officer**

**Issued:** _____
       **DCPS Student Hearing Office**

# District of Columbia Public Schools

## *State Enforcement & Investigation Division*

| | | |
|---|---|---|
| **In the Matter of** | ) | |
| | ) | |
| **A.T.** | ) | |
| Petitioner, | ) | **IMPARTIAL** |
| vs. | ) | **DUE PROCESS HEARING** |
| | ) | |
| **District of Columbia Public Schools,** | ) | |
| **Janney Elementary School** | ) | |
| Respondent. | ) | |

The Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C. §§ 1400 et seq.

Case Information:

Hearing Request Date: February 24, 2007
**Second Continued Hearing Date: May 24, 2007**
Held at:  825 North Capitol Street, N.E.
            Eighth Floor
            Washington, D.C. 20002
SETS Case Number: _____
Student's Birth Date: ██████, 2003
Attending School: The River School
Managing School: Janney Elementary School

## CERTIFICATION OF RECORD

I, Frederick E. Woods, Impartial Due Process Hearing Officer in this matter, do hereby certify that the attached Record of Proceedings and Index of Exhibits itemizes the entire record in the above captioned matter as of this date, consisting of all letters, pleadings, orders, exhibits, depositions, and tapes.

I further certify that the materials placed in the SHO file for this student are either the original or true copy of the original documents submitted in this matter.

Executed this 4th day of June, 2007.

_____
Due Process Hearing Officer

7

Re: MATTER OF
A.T. v. DCPS, JANNEY ELEMENTARY SCHOOL

# RECORD OF PROCEEDINGS

## DATE:                    DESCRIPTION:

02/21/07          Due Process Hearing Request Filed By Parents

04/03/07          Notice of Due Process Hearing Date Sent to Parties

04/25/07          Due Process Hearing Scheduled to Convene; Did not
                  Convene; the Case was Continued until May 9, 2007.

05/09/07          Due Process Hearing Convened; Not Completed;
                  Recorded in HR-3, Start Time 11:00 a.m. and End Time
                  5:00 p.m.; and Continued until May 24, 2007.

05/14/07          Hearing Officer's Decision Filed with the SHO

05/14/07          Hearing Officer's Decision Issued by the SHO

05/24/07          Due Process Hearing Convened; Not Completed;
                  Recorded in HR-3, Start Time 9:00 a.m. and End Time
                  5:00 p.m.; and Continued until 9:00 a.m., June 20, 2007.

06/04/07          Hearing Officer's Decision Filed with the SHO

06/04/07          Hearing Officer's Decision Issued by the SHO

_____          6/4/07
      Frederick E. Woods                    Date
  Due Process Hearing Officer

8

**ATTENDANCE SHEET**

(Day 2)

STUDENT'S NAME: A███ T███████

SCHOOL OF ATTENDANCE: Janney ES

D.O.B.: ███████ 03

| | | 3:00 pm |
|---|---|---|
| HEARING DATE: Thur. 5/24/07 ROOM: 3 | TIME: 9:00 A.M./P.M. | |

| PARTICIPANT NAME: | ON BEHALF OF DCPS OR STUDENT: | TITLE: |
|---|---|---|
| Ellen Douglass Walton | Student | Attorney |
| Sarah Tiller | Student | Mother. |
| MARY O'LEARY | Student | Director of Speech + Lang @ River Scho |
| Amy Muldoon | Student | Director of Teacher Training + Support |
| Donna MORERE, PhD. | Student | Clinical Neuropsychologist |
| Zondra Johnson | DCPS Administr. | Supervisor ECC |
| ~~Att~~ Tiffany Puckett | DCPS | Atty Advisor |
| LCDR MICHAEL TILLER MC USN | Student | Father Naval officer |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Impartial Hearing Officer

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### <u>*Confidential*</u>

**FREDERICK E. WOODS**, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| A█████T█████ | ) | |
| Date of Birth: ████/03 | ) | |
|       Petitioner, | ) | **DECISION AND ORDER** |
| | ) | |
| vs. | ) | Hearing Request: February 21, 2007 |
| | ) | **Cont. Hearing Date: May 9, 2007** |
| The District of Columbia Public Schools, | ) | Held at: 825 North Capitol Street, N.E. |
| Home School: Janney Elem. School | ) | Eighth Floor |
| Attending: The River School | ) | Washington, D.C. 20002 |
| | ) | |
|       Respondent. | ) | |

| | |
|---|---|
| **Parent:** | **Sarah Tiller, Mother** |
| | **Michael Tiller, Father** |
| | **4515 Garrison Street, N.W.** |
| | **Washington, D.C. 20016** |
| | |
| **Counsel for the Parent/Student:** | **Ellen Douglass Dalton, Esq.** |
| | **Dalton, Dalton & Houston, P.C.** |
| | **Attorneys at Law** |
| | **1008 Pendleton Street** |
| | **Alexandria, VA 22314** |
| | |
| **District of Columbia Public Schools:** | **Tiffany S. Puckett, Esq.** |
| | **Attorney Advisor** |
| | **Office of the General Counsel, DCPS** |
| | **825 North Capitol Street, N.E., 9th Floor** |
| | **Washington, D.C. 20002** |

1

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 108-446, the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

The parents through counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:    Admitted, without objection, a disclosure letter filed on 05/02/07 that lists ten witnesses and attached thirty-nine exhibits sequentially labeled and tabbed AT-01 through AT-39. Five witnesses were present: (1-2) the parents; (3) Donna Morere, Ph.D., Clinical Neuro-Psychologist; (4) Amy Muldoon, The River School Director of Teacher Training & Support; and (5) Mary O'Leary Kane, The River School Speech-Language Service Provider. Only two witnesses were called to testify: Sarah Tiller, the mother, and Dr. Morere, Clinical Neuro-Psychologist because there was not enough time to complete all testimony in the allotted six-hour time period scheduled. So the case was continued.

Respondent:    Admitted, without objection, a disclosure letter filed on 04/30/07 that lists six witnesses and attached two exhibits sequentially labeled DCPS-01 and DCPS-02. No witnesses were called to testify because there was not enough time to take and complete all testimony in the allotted six-hour time period scheduled. So the case was continued.

## IV.    STATEMENT OF THE CASE

A.T., born ███/03, age 3-years 7-months, is a student with a disability who, before age 3, was receiving early intervention services under her 07/13/06 IFSP at The River School in Washington, D.C. She is now age 3 and is presently parentally placed at The River School receiving her disputed 02/01/07 IEP related services as a Hearing Impaired child. (R. at AT-06, 28)

On February 21, 2007, Ellen Douglass Dalton, parents' counsel filed a Due Process Hearing Request complaining that DCPS violated the Individuals with Disabilities Education Improvement Act (IDEIA), 20 U.S.C. §§ 1400 et seq. and denied A.T. a Free Appropriate Public Education (FAPE) by developing an inappropriate IEP on 02/01/07 that says A.T. is Hearing Impaired and requires 1.5 hours of Speech-Language

services per week because her parents' allege that A.T. is actually Speech-Language Impaired (SLI) and requires 20-hours of Speech-Language Therapy per week. (R. at AT-31)

The DCPS Student Hearing Office scheduled the Due Process Hearing for 11:00 a.m., on April 25, 2007 that was continued until 11:00 a.m., Wednesday, May 9, 2007 at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The continued due process hearing convened as scheduled.

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Ellen Douglass Dalton appeared in-person representing A.T. who was not present; and her parents who were both present. Testimony was taken but not completed. Here is the reason why.

After the in-person testimony of two witnesses for the parent: Sara Tiller, the mother; and Donna Morere, Ph.D., Clinical Neuro-Psychologist there was not enough time to take and complete the testimony of the parents' other witnesses and all DCPS' witnesses. So the parties jointly agreed to continue the case to complete the testimony.

Therefore, based on the hearing record, more time is needed to complete the testimony in this case. And the hearing officer found that a specific extension of time to complete that testimony was warranted and granted the parties requested relief to continue the case. **So the case is continued until Thursday, May 24, 2007 from 9:00 a.m. until 5:00 p.m.**

And the hearing officer issues this—

## ORDER

1. Pursuant to 34 C.F.R. § 300.515 (c), Timelines and Convenience of Hearings, "a hearing officer may grant specific extensions of time beyond the periods set out in paragraphs (a) and (b) of this section at the request of either party." And pursuant to the D.C. Board of Education Standard Operating Procedures for Hearing Officers § 402 (B)(11), **Procedures for Requesting a Continuance, Recessing a Hearing From Day to Day,** "If a hearing cannot be concluded within the time allotted for the hearing, and the case needs to be recessed from day to day, the hearing will be reconvened as soon as reasonably possible, but in no event shall the case be recessed for more than 10 business days, except upon mutual agreement of the parties, or upon the finding of good cause for a longer delay."

2. A specific extension of time is required in this case because the parties' need more time to examine their scheduled witnesses. Another full-day hearing is necessary to complete all witness testimony.

3. Therefore the parties' Joint Motion to Continue the Case is granted. And the case is continued to the parties' agreed date and time; and is presently scheduled by the **DCPS Student Hearing Office for Thursday, May 24, 2007 from 9:00 a.m. until 5:00 p.m.**

4. The parties, however, may mutually agree to select another hearing date convenient for them, the hearing officer, and the SHO.

5. **The issue is and shall remain:**

   **Did DCPS violate the Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C. §§ 1400 et seq., and deny A.T. a Free Appropriate Public Education (FAPE) for the 2006-07 school year by (1) allegedly developing her 02/01/07 IEP with an inappropriate disability code; (2) failing to provide A.T. her required amount of OT and Speech-Language Therapy related services based on her unique needs; and (3) failing to provide A.T. an appropriate placement. And, if so, can The River School provide A.T. educational benefit?**

6. The parties did not discuss whether they could amend their Five-Day Disclosures consistent with the requirements of the IDEIA before the May 24, 2007 continued hearing date. So any amendments to the admitted disclosures filed before the next hearing date are subject to all applicable objections under the IDEIA.

7. The parents' requested interim relief to start A.T.'s 02/01/07 IEP called for OT services is granted. That's because DCPS counsel informed the hearing officer and parents' counsel on 05/11/07 that "Toni Reynolds, DCPS Supervisor for Occupational Therapist is in the process of assigning an occupational therapist to provide A.T.'s OT services at The River School." (R. at DCPS 05/11/07 Memo to hearing officer & parents' counsel)

8. The 45-day time limit, from filing the Due Process Hearing Request to its Disposition after the expiration of the 30-day period under § 300.510 (b) — receipt of the final Hearing Officer's Decision (HOD) pursuant 34 C.F.R. § 300.515 (a) (1)—is waived by the parent; and the time for disposition is extended, in accord with this Order, to accommodate the continuances.

9. There is no finding that DCPS denied A.T. a Free Appropriate Public Education.

10. The hearing officer made no additional findings.

4

38

This is the FINAL ADMINISTRATIVE DECISION.  An Appeal can be made to a court of competent jurisdiction within ninety (90)-days of this Order's issue date pursuant to 20 U.S.C. § 1415 (i)(1)(A), (i)(2)(B).

_____          _____
Frederick E. Woods                                    Date
Hearing Officer

Issued: _____
DCPS Student Hearing Office

5

# District of Columbia Public Schools

## State Enforcement & Investigation Division

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| A.T. ) | **IMPARTIAL** |
| Petitioner, ) | **DUE PROCESS HEARING** |
| vs. ) | |
| ) | |
| District of Columbia Public Schools, ) | |
| Janney Elementary School ) | |
| Respondent. ) | |

The Individuals with Disabilities Education Improvement Act (IDEIA) 20 U.S.C.
§§ 1400 et seq.

Case Information:        Hearing Request Date: February 24, 2007
                         **Continued Hearing Date: May 9, 2007**
                         Held at:  825 North Capitol Street, N.E.
                                   Eighth Floor
                                   Washington, D.C. 20002
                         SETS Case Number: _____
                         Student's Birth Date: ████████, 2003
                         Attending School: The River School
                         Managing School: Janney Elementary School

## CERTIFICATION OF RECORD

I, Frederick E. Woods, Impartial Due Process Hearing Officer in this matter, do

hereby certify that the attached Record of Proceedings and Index of Exhibits itemizes

the entire record in the above captioned matter as of this date, consisting of all letters,

pleadings, orders, exhibits, depositions, and tapes.

I further certify that the materials placed in the SHO file for this student are

either the original or true copy of the original documents submitted in this matter.

Executed this 13th day of ___May___, 2007.

Fred E. Wood
Due Process Hearing Officer

6

Re: MATTER OF
<u>A.T. v. DCPS, JANNEY ELEMENTARY SCHOOL</u>

# **<u>RECORD OF PROCEEDINGS</u>**

## **<u>DATE:</u>**          **<u>DESCRIPTION:</u>**

| | |
|---|---|
| 02/21/07 | Due Process Hearing Request Filed By Parents |
| 04/03/07 | Notice of Due Process Hearing Date Sent to Parties |
| 04/25/07 | Due Process Hearing Scheduled to Convene; Did not Convene; the Case was Continued until May 9, 2007. |
| 05/09/07 | Due Process Hearing Convened; Not Completed; Recorded in HR-3, Start Time 11:00 a.m. and End Time 5:00 p.m.; and Continued until May 24, 2007. |
| 05/13/07 | Hearing Officer's Decision Filed with the SHO |
| 05/14/07 | Hearing Officer's Decision Issued by the SHO |

_Fred E. Woods_                    5|13|07
_____
**Frederick E. Woods**                    **Date**
**Due Process Hearing Officer**

7

## ATTENDANCE SHEET

STUDENT'S NAME: _____

SCHOOL OF ATTENDANCE: _Jenny E. J._

D.O.B: _____7603

HEARING DATE: _Wed 5/9/07_ ROOM: _3_ TIME: _11:00_ A.M/P.M.

| PARTICIPANT NAME: | ON BEHALF OF DCPS OR STUDENT: | TITLE: |
|---|---|---|
| Ellen Douglass Dalton | Student | Attorney for the Parent |
| Sarah Tiller | Student | Mother |
| Donna Morere | Student | Clinical Neuropsychologist |
| Dr. Michael Tiller | Student | Medical Physician & Surgeon Father |
| Amy Muldoon  Muldoon | Student | Director of Teacher Training & suppor @ e.s. |
| MARY O'LEARY KANE | Student | Director of Sply/Lang Services |
| Tiffany Puckett | DCPS | Atty Advisor |
| Eric Abraham | DCPS | Paralegal |
| Daniel McCall | DCPS | Attorney |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____
Impartial Hearing Officer

Revised 10/17/2006                     42

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile:  (703)-739-2323

Washington DC. Office:
601 Pennsylvania Avenue, NW
South Building,  Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton ¹ˇ⁺
Ellen Douglass Dalton ˇ ˇ⁺
William E. Houston^ᶜ⁺
Jessica M. Smith ˇ⁺
Kathryn T. McAuliffe ˟

§ ADMITTED IN VA
⁺ADMITTED IN D.C.
ˇ ᶜDMITTED IN W.

*ADMITTED TO THE U.S. SUPREME COURT
^ADMITTED IN PA

## FIVE DAY DISCLOSURE
May 2, 2007

District of Columbia Public Schools
Attn: Office of the General Counsel 9th Floor
825 North Capitol Street, N.E.
Washington, DC 20002

RE: Student: A██ T███
Date of Birth: ████/03
Current School: The River School

Dear Counsel:

A Due Process Hearing has been scheduled for A██ T███ on Wednesday, May 9th @ 11:00 AM. Pursuant to 34 C.F.R. 300.509(b)(1), the purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing. .

### WITNESSES:
1. Sarah Tiller, Parent  4515 Garrison Street, NW Washington, DC 202-237-1150
2. Michael Tiller, Parent  4515 Garrison Street, NW Washington, DC 202-237-1150
3. Amy Muldoon, Director of Teacher Training & Support, The River School
4. Alana Oliver, Classroom Teacher, The River School
5. Michele Kaplan, Classroom Speech & Language Pathologist, The River School
6. Jennifer Mertes, Educational, Audiologist, The River School
7. Michael Smith, Occupational Therapist, The River School
8. Mary O'Leary Kane, Speech Language Pathologist, The River School
9. Patricia-Gates Ulanet, Clinical Psychologist, The River School
10. Donna Morere, Clinical Psychology, 509 Denham Road, Rockville, MD 220851 (240-481-3675)

The address and phone number for all witnesses from the River School is 4880Macarthur Blvd. NW, Washington, DC 202-337-3554

* The above witnesses may testify by telephone.

43

## DOCUMENTS FOR 5 DAY

| | | |
|---|---|---|
| AT-01 | EARLY INTERVENTION PROGRAM, NAPLES ITALY | 08/11/04 |
| AT-02 | EDUCATIONAL/ DEV. SERVICES, NAPLES ITALY | 09/30/04 |
| AT-03 | PT MONTHLY TREATMENT RECORD | 08/04 - 01/05 |
| AT-04 | SPEECH THERAPY TREATMENT RECORD | 09/04 - 01/05 |
| AT-05 | COMPREHENSIVE DEVELOPMENTAL ASSESSMENT | 07/13/06 |
| AT-06 | IFSP | 07/13/06 |
| AT-07 | RIVER SCHOOL IEP | 04/01/06 |
| AT-08 | RIVER SCHOOL NARRATIVE SUMMARY REPORT | 05/17/06 |
| AT-09 | RIVER SCHOOL SPEECH & LANGUAGE EVALUATION | 06/20/06 |
| AT-10 | SPEECH & LANGUAGE EVALUATION ADDENDUM | 07/10/06 |
| AT-11 | COMPREHENSIVE DEVELOPMENTAL ASSESSMENT | 07/13/06 |
| AT-12 | INVITATION TO DCPS FOR TRANSITION TO PART B | 09/01/06 |
| AT-13 | RIVER SCHOOL PSYCHOLOGICAL ASSESSMENT | 09/12/06 |
| AT-14 | MDT MEETING NOTES | 09/27/06 |
| AT-15 | SEP & CONSENT TO EVALUATE | 09/27/06 |
| AT-16 | REGISTRATION RECEIPT | 09/27/06 |
| AT-17 | PRIOR NOTICE TO EVALUATE | 09/27/06 |
| AT-18 | RIVER SCHOOL SPEECH & LANGUAGE EVALUATION | 10/11/06 |
| AT-19 | NARRATIVE SUMMARY REPORT (RIVER SCHOOL) | 11/08/06 |
| AT-20 | EMAIL TO PARENT FROM DCPS | 12/07/06 |
| AT-21 | EMAIL FROM PARENT TO DCPS | 12/11/06 |
| AT-22 | EMAIL TO PARENT FROM DCPS | 12/11/06 |
| AT-23 | OCCUPATIONAL THERAPY EVALUATION | 01/07/07 |
| AT-24 | LETTER FROM RIVER SCHOOL TO DCPS | 01/22/07 |
| AT-25 | LETTER FROM RIVER SCHOOL TO DCPS | 01/23/07 |
| AT-26 | DCPS MDT/IEP MEETING NOTES | 02/01/07 |
| AT-27 | RIVER SCHOOL MEETING NOTES | 02/01/07 |
| AT-28 | IEP | 02/01/07 |
| AT-29 | INITIAL PLACEMENT | 02/01/07 |
| AT-30 | NOTICE OF UNILATERAL PLACEMENT | 02/21/07 |
| AT-31 | DUE PROCESS COMPLAINT ~~NOTICE~~ Hearing Request | 02/21/07 |
| AT-32 | RESOLUTION MEETING NOTES | 03/13/07 |
| AT-33 | HEARING NOTICE | 04/03/07 |
| AT-34 | DCPS ANSWER | 04/06/07 |
| AT-35 | HEARING NOTICE | 04/09/07 |
| AT-36 | CURRICULUM VITAE OF MARY O'LEARY KANE | |
| AT-37 | CURRICULUM VITAE OF PATRICIA ULANET | |
| AT-38 | CURRICULUM VITAE OF JENNIFER MERTES | |
| AT-39 | CURRICULUM VITAE OF DONNA MORERE | |

\* We reserve the right to examine any witnesses disclosed by DCPS as if they were witnesses for our client and rely on any documents disclosed by DCPS as if they were our documents.

## STATUTORY & CASE LAW AUTHORITY

We are relying on all applicable Federal and Local Statutes and all applicable Federal and Local Case Law.  Including but not limited to the following:

--the Civil Right Act of 1871, 42 U.S.C. Sections 1983 and 1985;
--the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. Sections 1400 et. seq;
--the Rehabilitation Act ("Section 504"), 29 U.S.C. Sections 701 et.seq;
--the Fifth Amendment to the Constitution of the United States; and
--5 D.C. Mun. Regs. Section 3000.1-3099 (1991).
Mills v. District of Columbia, 348 F. Supp. 866 (D.D.C. 1972).
Board of Education v. Rowley, 458 U.S. 176 (1982).
McKenzie v. District of Columbia, 602 F.Supp. 632 (1983)
Edwards-White v. District of Columbia, 785 F.Supp. 1022 (D.D.C. 1992).
Kroot v. District of Columbia, 800 F.Supp. 976 (D.D.C. 1992).
Florence County School District v. Carter, 114 S. Ct. 361 (1993).
Fisher v. District of Columbia, 828 F.Supp. 87 (D.D.C.1993).
Lyons by Alexander v. Smith, 829 F.Supp. 414 (D.D.C. 1993).

## BACKGROUND  FACTS

A███ T███ was born in Naples, Italy on ███/03, when her father, a physician, was on active military duty.  She has an identical twin.  At the age of 2 ½ months, A███ contracted bacterial meningitis and was hospitalized for 6 weeks in intensive care in Naples, Italy.  Post meningitis concerns were noted with both language and motor development.  In March 2004, A████ hearing was reported as normal.  Tubes were placed in her ears to closely monitor for post hearing loss due to the meningitis.  When A███ was 15 months of age, she was diagnosed with profound sensorineural hearing loss.  A███ received a cochlear implant in the United States in February 2005 which was activated in March 2005.  Subsequently, the family in April 2005 relocated to the Washington, DC area.  A███ was enrolled in the River School in April 2005.

Mrs. Tiller contacted the Early Intervention Program in D.C. and an IFSP dated 7/13/06 was developed.  Her transition from an IFSP to an IEP was to occur prior to her third birthday on 10/17/06.  On 9/01/06 D.C.  Early Intervention sent an invitation to DCPS for a transition meeting to be held 9/19/06.  The meeting was held at the DCPS CARE CENTER and individual(s) from DCPS were in attendance.  DCPS did not develop an IEP for A███ at that time.

DCPS would not allow Ms. Tiller to register A███ with DCPS until 9/27/06.  On 9/27/06, DCPS developed a Student Evaluation Plan that indicated that DCPS would just review all outside evaluations provided by the parent and only perform one evaluation (Brigance) to evaluate her educational performance.  DCPS did not convene a MDT/IEP meeting by 10/17/06, when A███ turned age (3) three.

On December 7, 2006, DCPS notified Ms. Tiller that they were now ready to convene a MDT/IEP meeting. The date suggested was December 18, 2006. The meeting could not be held on December 18, 2006 as school was closed for the holiday and none of A██████ teachers were available from December 15 through January 2, 2007. The Parent offered to have the meeting either before the 15th or after January 2, 2007. DCPS advised that they would not be able to meet before the 15th.

The MDT/IEP meeting was finally convened by DCPS on February 1, 2007. DCPS classified A████ as Hearing Impaired and refused to consider an additional classification of Speech & Language Impaired which would result in a classification of Multiple Disabilities. The Speech & Language Impairment classification was supported by evaluations. Neither the parent nor A██████ teachers and related service providers agreed with the sole classification of Hearing Impairment given A██████ background of post meningitis language delays and previous evaluations diagnosing Apraxia, a Speech & Language Disorder.

DCPS subsequently developed an IEP and issued a Notice of Placement for A████ to receive 1 ½ hours of Speech & Language Therapy per week; 1 hour of direct Occupational Therapy services per week; ½ hour of Occupational consult services per month and 1 hour of Audiology services per week as a non- attending student. The location of services was designated as A██████ neighborhood school, Janney Elementary School. DCPS advised the parent that A████ could receive the related services on the IEP at Janney Elementary but, could not be enrolled to attend school until she was of school age. DCPS advised that her placement would be home (as this is the least restrictive placement according to DCPS) until she reached school age.

Neither the parent nor A████ teachers and related service providers agreed with the amount of services being proposed for A████. Specifically, A████ required significantly more Speech & Language services than were being proposed. In addition to the 1 ½ hours of pull out speech & language services, A████ requires 20 hours of push in speech & language services in order to address her significant language delays.

Additionally, DCPS refused to add Physical Therapy services on her IEP even though the need for P.T. was previously documented on her IFSP. DCPS finally agreed that they would perform a P.T. evaluation but gave no explanation as to why this evaluation had not been done previously and prior to the convening of the MDT/IEP meeting. DCPS had been in receipt of the IFSP since September 2006.

A█████ parents did not agree with the IEP or the placement proposed by DCPS and therefore, A████ remained at the River School where she has been making appropriate educational progress.

## CONTENTIONS

1.    Whether DCPS violated A██████ rights to a Free Appropriate Public Education (FAPE) by failing to evaluate her in all areas of suspected disability?

2.    Whether DCPS violated A█████ rights to a FAPE by failing to determine her eligibility, developing an IEP and determining placement by the time A███ turned (3) three years of age?

3.    Whether DCPS violated A█████ rights to a FAPE by failing to develop an appropriate IEP including but not limited to A█████ disability classification as well as the type and amount of services?

4.    Whether DCPS violated A█████ rights to a FAPE by failing to provide an appropriate educational placement?

## RELIEF REQUESTED

1.    A determination that DCPS violated A█████ rights to a Free Appropriate Public Education (FAPE) by failing to evaluate her in all areas of suspected disability pursuant to 34 CFR §300.304(c)(4). Even though DCPS was aware on September 19,2006, that A█████ IFSP dated 7/13/06 required her to receive the related service of physical therapy, DCPS did not evaluate her need for P.T. prior to her turning age (3) three on 10/17/06 or prior to convening her MDT/IEP meeting on 2/01/07. Moreover, DCPS refused to include the related service of P.T. on A█████ IEP developed 2/01/07 claiming that DCPS needed to evaluate her need for P.T.

2.    DCPS should have evaluated A█████ need for P.T. prior to her turning age (3) three. Instead, DCPS took over 120 days to convene her transition meeting and then still did not evaluate A██████ need for P. T.

3.    A determination that DCPS violated A█████ rights to a FAPE by failing to determine her eligibility, developing an IEP and determining placement by the time A████ turned (3) three years of age pursuant to 34 CFR §300.124 (b) and 34 CFR §300.131.

47

4.    A determination that DCPS violated A▬ rights to a FAPE by failing to develop an appropriate IEP including but not limited to A▬ disability classification as well as the type and amount of services.

5.    A determination that DCPS violated A▬ rights to a FAPE by failing to provide an appropriate educational placement.

6.    A determination that DCPS be required to place and fund A▬ attendance at the River School with transportation and provide reimbursement for A▬ tuition at the River School from 10/17/06.

7.    A determination that DCPS be required to fund an independent physical therapy evaluation and convene a MDT/IEP meeting at the River School with 10 days of receipt of the independent evaluation.

8.    A determination that DCPS be required to provide compensatory education for the missed Physical Therapy services.

*Ellen Douglass Dalton*

Ellen Douglass Dalton, Esq.
Parent's Counsel

# EDUCATIONAL AND DEVELOPMENTAL INTERVENTION SERVICES
# EARLY INTERVENTION PROGRAM

Naples, Italy
PSC 827 Box 1000 FPO AE 09617-1000
DSN: 629-4676 Comm: 081-811-4676

## Developmental Assessment

**Child's Name:** A████ T████          **D.O.B.:** ████ ██████ 2003
**Date of Assessment:** 11 August 2004   **Chronological Age:** 10 months
**Sponsor's Name:** Michael Tiller       **Sponsor's SSN:** ████-4391
**Name of Spouse:** Sarah Tiller         **Home Phone:** 081-509-6327

**Medical/Family/Social History:** A████ T████, a 10-month old identical twin, is the daughter of an active duty father and domestic engineering mother who was referred for a developmental assessment by USNH pediatrician, Dr. Gasper, with concerns regarding delayed gross motor skills status post bacterial meningitis at age 2.5 months. Parents have noted that A████ is not crawling as well as her twin sister Patricia, who was delivered first. The twins were born at 37 weeks gestation via c-section. A████ weighed 6.5lbs/8oz, measured 20 inches long and was given an Apgar score of eight or nine per parent report. A prolapsed chord complicated A████ delivery and post-natal history is significant for jaundice. At the age of 2.5 months, A████ contracted bacterial meningitis and was treated with heavy doses of antibiotics. During the reported six-week treatment period, she was positioned on her back with limited opportunity for movement. No other significant family/medical history was reported. A████ currently resides at home with her parents, twin sister and three older siblings. She also receives daily care from an Italian nanny.

## Assessment Observations:

Henry Woodruff, physical therapist, and Janette Ressue, speech-language pathologist, assessed A████ in her home environment, where she was pleasant and interactive. Her mother, four siblings and Italian nanny were present, supportive and served as the informants during the assessment.

## Procedures and Instruments Used:

Parent report
Professional observations
Battelle Developmental Inventory (BDI)
Vision and Hearing Screenings

---

RECORDS MAINTAINED AT: USNH-Naples
PATIENT IDENTIFICATION
PATIENT'S NAME: T████, A████ C.     SEX: FEMALE          DATE OF BIRTH: █ ██████ 2003
RELATIONSHIP TO SPONSOR: D/D          STATUS: AD                                                        49
SPONSOR'S NAME: TILLER, MICHAEL M.   SERVICE: USN    SSN: ████████        -1-
                                                                                          AT-01

Evaluation Results:

*Battelle Developmental Inventory (BDI)*

| BDI Component | Raw Score | Percentile Rank | Standard Score (DQ) | Age Equivalent | % Delayed |
|---|---|---|---|---|---|
| Personal-Social | 26 | 13 | 83 | 7 months | >25 % |
| Adaptive | 19 | 2 | 69 | 7 months | >25 % |
| Gross Motor | 10 | 1 | 65 | 3 months | >25 % |
| Fine Motor | 14 | 60 | 104 | 7 months | >25 % |
| Motor Total | 24 | 14 | 84 | 5 months | >25 % |
| Receptive Language | 6 | 1 | 65 | 4-5 months | >25 % |
| Expressive Language | 7 | 21 | 88 | 7 months | >25 % |
| Communication Total | 13 | 11 | 82 | 5 months | >25 % |
| Cognitive Total | 15 | 23 | 89 | 8 months | 20 % |
| BDI Total | 97 | 10 | 81 | 6 months | >25 % |

**Evaluation:**  The Battelle Developmental Inventory (BDI) evaluates skills in all areas of development.  The age equivalents are a general estimate of the developmental level based upon the child's total score in a given area of development.  BDI standard scores are based on a mean of 100 with a standard deviation of 15.  Any standard scores falling between 80 and 120 are considered within normal limits or 1.5 standard deviations from the norm.  Informal Vision and Hearing Screenings were also conducted.

**Vision:** *This screening informally assesses vision for indicators that warrant further testing if concern is noted.* A█████vision appeared within the normal range for purposes of this assessment.  No parental concerns were noted.

**Hearing:** *This screening informally assesses hearing for indicators that warrant further testing if concern is noted.*  A█████mother reported no concerns regarding hearing acuity.

**Personal-Social:** *This area assesses a child's adult and peer interaction skills, as well as expression of feelings, self-concept, coping, and social role.* A████reportedly shows a desire for personal attention, discriminates between familiar and unfamiliar persons, continues to vocalize when imitated, and shows pleasure in frolic play.  Emerging skills included: responding to the naming of familiar person, expressing emotions, showing affection towards people, pets or possessions and responding to her name.  These results indicate an age equivalent score of 7-months, which is below normal limits based on her chronological age.  This is an area of concern.

**Adaptive:** *This area assesses the independent self-help skills of eating, toileting, and dressing, as well as attention and personal responsibility.* A████demonstrated the ability to visually attend to a light source/object moving vertically and in a 180-degree arc.  She also reportedly eats semisolid foods when they are placed in her mouth and holds /supports her bottle to feed herself.  Occupying herself for 10 or more minutes without demanding attention was reported as an emerging skill.  These results indicate an age equivalent score of 7-months, which is below normal limits based on her chronological age.  This is an area of concern.

---

RECORDS MAINTAINED AT: USNH-Naples

PATIENT IDENTIFICATION
PATIENT'S NAME: T█████, A███ C.    SEX: FEMALE    DATE OF BIRTH: ██████████ 2003
RELATIONSHIP TO SPONSOR: D/D    STATUS: AD
SPONSOR'S NAME: TILLER, MICHAEL M.    SERVICE: USN    SSN: ████████

50

<u>Gross Motor:</u> *This area assesses large muscle movements and locomotion.* A▬▬demonstrated the ability to turn her head freely from side to side when supported in a sitting position, move objects held in her hands to her mouth, roll from back to stomach in both directions and can pull herself forward with her arms a short distance. Although she did not demonstrate a true crawl, A▬▬ did attempt to come into quadruped on several occasions during the assessment. She also demonstrated decreased ability to do unilateral flexion movements with her lower body. While several age appropriate skills appear to be emerging, these results indicate an age equivalent score of 3-months, which is significantly below age expectations and related to relevant medical history of meningitis and a period of six weeks where she was positioned on her back. This is an area of concern.

<u>Fine Motor:</u> *This area assesses small muscle movements.* During the assessment, A▬▬ transferred an object from one hand to the other, extended a toy and released it from her grasp, picked up a raisin with ends of her thumb and index finger, and reached for objects placed in front of her. These results indicate an age equivalent score of 7-months for fine motor development, which is below age expectations. While this is also an area of concern, these skills remain a relative strength compared to gross motor skills at this time.

<u>Motor Total:</u> A▬▬overall gross/fine motor score fell at the 5-month level, which remains below age expectations at this time. This is an area of concern.

<u>Receptive Language:</u> *This area assesses a child's understanding of language.* During the assessment, A▬▬ responded to non-speech sounds and voices outside her field of vision. She also turned her head toward sources of sound outside her visual field. She does not yet respond to different tones of voice or associate spoken words with familiar objects. These results indicate an age equivalent score of 4-5 months, which is below chronological age expectations. This is an area of concern.

<u>Expressive Language:</u> *This area assesses a child's ability to have their wants and needs meet.* A▬▬produced a few vocalizations during the assessment, reportedly vocalizes to express feelings and produces at least one single-syllable consonant-vowel combination in succession. Repetition of single syllables in close succession was reported as emerging. These results indicate an age equivalent score of 7-months, which is below chronological age expectations at this time. This is an area of concern.

<u>Cognitive:</u> *This area assesses a child's conceptual development, perceptual discrimination, memory, and pre-academic skills.* A▬▬demonstrated the ability to feel/touch and explore objects, explore or investigate her surroundings, follows visual and auditory stimuli, and pull a string to obtain a toy. These skills indicate an age equivalent score of 8-months. Although the age equivalent score remains 20% delayed, a standard score of 89 remains grossly within normal limits. This is an area to monitor.

<u>Oral Motor/Feeding:</u> Control/movements of the oral musculature appeared within normal limits based on spontaneous movements observed. Labial (lip) retraction and closure were achieved in imitation multiple times throughout the assessment. No feeding difficulties were reported. This area should be monitored as speech production skills continue to develop.

<u>Eligibility:</u> Based on a medical history of bacterial meningitis at 2.5 months, A▬▬is eligible for early intervention services in the category of biological/medical risk. In addition, she currently demonstrates a greater than 25% delay in the areas of personal-social, adaptive, motor and communication skill development, as well as a greater than 20% delay in the area of cognition based on standardized developmental test results (BDI).

---

RECORDS MAINTAINED AT: USNH-Naples

PATIENT IDENTIFICATION
PATIENT'S NAME: T▬▬, A▬▬ C.    SEX: FEMALE    DATE OF BIRTH: ▬▬ 2003
RELATIONSHIP TO SPONSOR: D/D    STATUS: AD
SPONSOR'S NAME: TILLER, MICHAEL M.    SERVICE: USN    SSN: ▬▬

**Summary:** A▮▮▮ T▮▮▮, a 10-month old identical twin, is the daughter of an active duty father and domestic engineering mother who was referred for a developmental assessment by USNH pediatrician, Dr. Gasper, with concerns regarding delayed gross motor skills status post bacterial meningitis at age 2.5 months. Parents have noted that A▮▮▮ is not crawling as well as her twin sister Patricia, who was delivered first. Based on her medical history of meningitis as well as comprehensive developmental assessment results indicating a greater than 20% delay in all developmental domains, A▮▮▮ is eligible for early intervention services at this time, with gross motor skills being the area of greatest delay.

Recommendations:

1) Physical Therapy services to assist in development of gross motor skills.

2) Speech Therapy services to address further development of early receptive language and verbal communication skills.

3) Updated hearing testing.

4) Assessment by developmental pediatrician, Dr. Buckley, when feasible.

Please feel free to contact the undersigned with questions or additional information pertaining to this report at DSN: 629-4676 or commercial: (081) 811-4676.

Janette Ressue, M.S., CCC-SLP
Speech-Language Pathologist

Henry Woodruff, PT
Physical Therapist

RECORDS MAINTAINED AT: USNH-Naples

PATIENT IDENTIFICATION
PATIENT'S NAME: T▮▮▮, A▮▮▮ C.    SEX: FEMALE    DATE OF BIRTH: ▮▮▮▮ 2003
RELATIONSHIP TO SPONSOR: D/D    STATUS: AD
SPONSOR'S NAME: TILLER, MICHAEL M.    SERVICE: USN    SSN: ▮▮▮▮

52

-4-

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 08APR04 | Audiology Department<br>Naval Hospital Naples Italy |

**Appt Time:** 0845

**Arrival:** 0900

**Seen:** 0930

**Depart:** 1000

hearing screening

S:  Age: 6m  Sex: F   Reason For Referral:

6 month old female here for hearing evaluation after treatment for bacterial meningitis.  Parents want to r/o possible ototoxic side effects.

O:  Otoscopy indicated some cerumen, Au.  OAE screening results were normal, Au.

A:  Screening results are consistent with normal hearing levels, Au.

P:  1.  Discussed results with parents.
    2.  F/U with audiology prn.

Joel R. Bealer
LT-3899
Audiology

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

T██████, A████ Cecillia ██/███-██-████

53

## EDUCATIONAL AND DEVELOPMENTAL
## INTERVENTION SERVICES
U.S. Naval Hospital, Naples Italy

**FILE COPY**

Name:   T███, A███
DOE:    30 Sep 2004
DOB:    █████ 2003
Age:    11 months 13 days

Dr Gasper consulted developmental pediatrics to evaluate A███ for developmental delays secondary to a history of having had meningitis. A███ was seen with her parents who provided the history. Their primary concern has been with her motor development. Additional information was obtained by review of the EDIS record. The medical record was not available for review.

**PRESENTING HISTORY:** A███ was diagnosed with bacterial meningitis at 2 ½ months of age. She presented with behavior change, increase fussiness, vomiting and decrease appetite but no fever. Due to vomiting her mother was concerned for dehydration and brought her to the ER. She was not found to have dehydration or fever and was discharged home with supportive care. She returned to the ER in less than 24 hours with continued behavior concerns, refusal to eat and emesis. At that time she had a sepsis work up and was diagnosed with meningitis. She received antibiotics within 48 hours of initial symptoms. She was then transferred to an ICU in town for treatment and close observation. She never required life support. After a week in the ICU she was transferred to the ward and remained in the hospital for a total of 6 weeks. She had a repeat LP at 10 days and due to continued high cell count in the CSF her antibiotics were changed and she was placed on a higher does. She never had seizures with her illness or since. Since discharge from the hospital A███ has been healthy without significant illnesses.

Prior to having meningitis A███ parents had no concerns about her development, she was cooing, and was able to lift her head when in prone and turn it from side to side. She had also rolled. While in the hospital she remained on her back and would cry if her head was flexed forward. A███ lost the skill of being able to push up in prone and no longer had good head control. She continued to be monitored by her pediatrician and due to concerns about her development was referred to EDIS. She was evaluated at 10 months of age and found to have skills at the 3 to 8 month level on the BDI. Gross motor skills were an area of weakness and language skills an area of strength. Please see the EIS report for details.

**BIRTH HISTORY:** A███ was a 6 ½ lbs twin infant born at 37 weeks gestation via a c/section due to a prolapsed cord. Her twin sister was delivered first via a vaginal delivery. There were no difficulties with the delivery and Apgar scores were 8/9. A███ did well after delivery but developed mild jaundice. She was discharged home with her mother.

**DEVELOPMENTAL HISTORY:** A███ learned to lift her head in prone by 2 months of age. She is able to tripod sit but does not sit independently for more than a few seconds.

54


T███, A███
AUTOMAT██ ███
AT-02

# EDUCATIONAL AND DEVELOPMENTAL INTERVENTION SERVICES
## U.S. Naval Hospital, Naples Italy

She has been able to scoot since 9 months and has been able to support herself in standing since 10 months but she does not yet pull to a stand or shift her weight from leg to leg when standing. A███ learned to finger feed by 9 months. She has an accurate reach and grasp and cooperates with dressing and undressing. She holds her own sippy cup. She does not use utensils independently. She has been able to coo since 2 months of age but does not yet have true babbling. She communicates with different sounds for different needs and by coming to her parents to get their attention. She does some simple gestures such as lifting her arms to be picked up. She does not yet point. Her parents do not have concerns about her understanding of language. She knows her name and will inconsistently respond to verbal request with a gesture. She and her twin sister do have a mild degree of twin speech.

**BEHAVIOR CHARACTERISTICS:** Initially with the meningitis A███ had a behavior change and was irritable. She is now reported to be a very calm, easy going and has a good ability to self-sooth. Her parents have no concerns about her sleep or with her behavior with eating. A███ is not reported to be irritable or to tantrum. She is reported to be very social with other children.

**PAST MEDICAL HISTORY:** Other than the history given above A███ has been in good health. She has had no seizures. She had a CT scan of the head, which was report to be normal and she has been seen by audiology and hearing screening with an OAE was reported to be normal. Her parents have no concerns about her vision.

**MEDICATIONS:** None.          **IMMUNIZATIONS:** UTD.

**ALLERGIES:** None

**FAMILY HISTORY:** A███ lives with her mother father and four sisters all of whom are in good health. Her father is a physician in the U. S. Navy stationed at U.S. Naval Hospital Naples, Italy. The family has been living in Naples for 2 years. The family history is reported to be unremarkable on both sides of the family. Mother did have two miscarriages for unknown reason.

**PHYSICAL EXAMINATION:** Growth parameters were not obtained. A███ was alert, well groomed and in no distress. Her facial features were normal and she looks like her family. Her head was normal shaped. Her neck, chest, heart, lung, abdomen, back, skin and extremity exams were normal.

**NEURODEVELOPMENTAL EXAMINATION:** A███ was alert, social and vocal. No true words or jargoning was heard. She did vocalize attitude. Her cranial nerves were grossly intact and deep tendon reflexes were 2+. Her tone was low normal to slightly hypotonic in her trunk. She had better tone in her back extensors. Her muscle mass and strength were normal and consistency slightly soft. Her balance was poor but she did have protective responses. She was able to pick up blocks but did not stack them. She placed one block into a cup. She fingered a hole in a pegboard and removed pegs but did not place any. She attempted to scribble. She removed a lid from a box and looked at the

T███, A███
C███████████

AUTOMATED SF513

55

## EDUCATIONAL AND DEVELOPMENTAL
## INTERVENTION SERVICES
### U.S. Naval Hospital, Naples Italy

contents. She was able to pick up a pellet with a pincer grasp. She looked pictures in a book and was able to turn pages. She did not stand or sit independently. She was able to move from a sitting to a creeping position.

A███ was evaluated with the Bayley Scale of Infant Development (BSID-II) (CPT 96111). The BSID-II is a standardized tool used to assess the development in children form birth to 42 months of age. It is not considered predictive of future abilities. Its primary purpose is to assess present development and to help plan for intervention service. The BSID-II has two major subscales the mental scale and the motor scale. The mental scale assess language and non-verbal problem solving abilities and the motor scale assess gross and fine motor abilities. Scores on the BSID-II are given in standard scores with 100 is the mean and a standard deviation is 15 points. Age equivalences are also provided. On the mental scale A███received a raw score of 77 for a standard score of MDI of 85 (77-97, 95 % confidence interval) and an age equivalence of 9 months. On the motor scale she received a raw score of 54 for a standard score of PDI of 72 (66-86, 95% CI) and an age equivalence of 8 months.

DIAGNOSIS:
1. Mixed developmental delay (315.5)
2. Central Nervous System Dysfunction (349.9)
3. Screening for Developmental Handicaps in Childhood (v79.3)

DISCUSSION: A███is a very cute 11 month old with central nervous system dysfunction as evident by her developmental delay. This means that her delays are neurologically or brain based and not due to environmental factors alone. A███appears to have been making normal developmental progress prior to the diagnosis of meningitis. The insult to her brain from meningitis as well as the prolonged hospitalization are most likely the primary cause for her present developmental difficulties. Her greatest delay is in her gross motor skills. Her fine motor skills are much closer to age appropriate. As a result her overall age equivalence on the BSID-II was 8 months due to the fact that it is a combination of both fine and gross motor abilities. Her social development and problem solving abilities as well as receptive language appears to be a relative strength. This is a very hopeful sign for her long term prognosis in that language is the best predictor of cognitive development and gross motor skills the worst.

Children who have had bacterial meningitis can be at risk for both major and minor disabilities. The major disabilities would be things such as cerebral palsy, mental retardation, and significant vision and hearing impairments, which may prevent independence as an adult. Minor disabilities are those that cause difficulty and may need accomadation but do not prevent independence, such things as ADHD, learning disabilities, motor coordination disorders etc. At this time A███ does not appear to have any major disabilities and has made significant motor gains within the last several months. She will continue to be at risk for minor disabilities. Due to the fact that children's brains A████age are very plastic and other areas can assume function of injured areas it is difficult to predict future outcome. Fortunately she has had a normal

## EDUCATIONAL AND DEVELOPMENTAL
## INTERVENTION SERVICES
### U.S. Naval Hospital, Naples Italy

head CT in the past and by report her head circumference has continued to track along the same curve and she continues to make good developmental progress so

RECOMMENDATIONS:
1. A▬ should continue with her early intervention program with EDIS.
2. A▬ should continue to be given plenty of floor time to help with her gross motor development.
3. A▬ should be bombarded with language throughout the day to help with her language development. Conversations should be narrative about activities she is involved in. Rhyme, rhyme and repetition are good for language development such as sing-a-long songs and nursery rhymes.
4. A▬ should be read to daily to help with language development.
5. A▬ should be given time away from her twin sister to help decrease twin speak.
6. A▬ should be given cause and effect and in-out type toys to help with problem solving abilities and cognitive development.
7. Will place a consult to audiology for an evaluation.
8. As long as A▬ is on an IFSP she should be enrolled in EFMP.
9. Would like to see A▬ back to reassess her developmental progress in ~6 months. Should she fail to make adequate progress in that time would consider obtaining a MRI.
10. If you have any questions please give me a call at 629-4676

Robert H. Buckley, MD, FAAP
CDR, MC, USNR
Developmental Pediatrics

Original: Medical Records
CC: Parents
    EDIS record.

Medically Related Services/Ear ... tervention Services
Naples, Italy

**PT MONTHLY TREATMENT RECORD**                    **MONTH: January 2005**

Child's Name: _____ A___ T___ _____        Birth Date: _____ 2003
Parent(s) Name(s): Michael and Sarah        Sponsor's SSN: _____
Home Phone # _____ 081-509-6327 _____      Work Phone # _____
Home Address: _____ 197 Via Lago Patria
Mailing Address: _ PSC 827 BOX 4788   FPO AE  09617
Diagnosis: _S/P Meningitis/Developmental Delay

❑ IFSP Goal(s)    ❑ IEP Goal(s)

Progression through crawling/sitting and hopefully will be walking in 6 months time.

**PT Treatment Plan, Activities, and/or Strategies**

Home activity program, physical therapy for movement therapy and teaching to family.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| PT | Individual | 1 time x mth | 30-60 minutes | Home, Clinic | |

### Codes

| | | |
|---|---|---|
| A = Student Absent | P = Phone Consult | TP = Treatment/Playground |
| C = Consultation | S = School Activity(during TX time) | TS = Treatment at School |
| H = Holiday | T = Treatment at clinic | PU = Provider Unavailable (TAD, Duty, etc.) |
| M = Meeting | TC = Treatment at CDC | PX = Provider Cancel (Annual Leave, Sick Leave, etc.) |
| N = No show | TH = Treatment at Home | X = Patient Cancel |
| O = Observation | | |

| Date & Code | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PT: | | | | | | | | | | | | | | | | | TH | | | | | | | | | | | | | | |

### PT Monthly Treatment Notes

A___ is seen at home with her mother and at times with her siblings present. A___ continues to demonstrate more movement in general. She is using a very functional combat crawl as her primary means of mobility. She is sitting independently and demonstrating more trunk stability. She is now doing more play in kneeling and starting to crawl up onto things. She is pulling to stand and cruising on furniture. When standing supported and cruising she tends to lean a great deal on what she is using to support her. Her movement is looking fluid and symmetrical. Her mother states that she will be taking A___ back to the states very soon to have a work up for her hearing. It is unsure if they will return. I gave her my e-mail in order to contact me in the event that she needs information or help. She states she will contact the clinic for further follow-up.

Henry Woodruff PT
Physical Therapist/EDIS Naples

U S NAVAL HOSPITAL ♦
PSC 827  BOX 1000 ♦FPO AE 09617 ♦
PHONE: 629-4676 ♦ FAX: 629-4669 ♦

RECORDS MAINTAINED AT: USNH
PATIENT IDENTIFICATION
PATIENT'S NAME: T____, A____ SEX: FEMALE
RELATIONSHIP TO SPONSOR: D/D  STATUS: AD  RANK: LCDR
SPONSOR'S NAME: TILLER, MICHAEL  ORGANIZATION: USNH
SERVICE: USN  SSN: (____  DATE OF BIRTH: _____2003
THIS IS A COMPUTER GENERATED 600

58

AT-03

Medically Related Services/Early Intervention Services
Naples, Italy
PT MONTHLY TREATMENT RECORD                    MONTH: December 2004

Child's Name: ___A___ T___                          Birth Date: _____ 2003
Parent(s) Name(s): __Michael and Sarah__            Sponsor's SSN: _____
Home Phone # ____081-509-6327____                   Work Phone # _____
Home Address: ____197 Via Lago Patria____
Mailing Address: __PSC 827 BOX 4788  FPO AE 09617__
Diagnosis: __S/P Meningitis/Developmental Delay__

☐ IFSP Goal(s)    ☐ IEP Goal(s)

Progression through crawling/sitting and hopefully will be walking in 6 months time.

**PT Treatment Plan, Activities, and/or Strategies**

Home activity program, physical therapy for movement therapy and teaching to family.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| PT | Individual | 1 time x mth | 30-60 minutes | Home, Clinic | |

**Codes**

| | | |
|---|---|---|
| A = Student Absent | P = Phone Consult | TP = Treatment/Playgroup |
| C = Consultation | S = School Activity(during TX time) | TS = Treatment at School |
| H = Holiday | T = Treatment at clinic | PU = Provider Unavailable (TAD, Duty, etc.) |
| M = Meeting | TC = Treatment at CDC | PX = Provider Cancel (Annual Leave, Sick Leave, etc.) |
| N = No show | TH = Treatment at Home | X = Patient Cancel |
| O = Observation | | |

| Date: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Code: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PT: | | | | | | | T H | | | | | | | | | | | | | | | | | | | | | | | | |

**PT Monthly Treatment Notes**

A___ is seen at home with her mother and at times with her siblings present. A___ continues to demonstrate more movement in general. She is using a very functional combat crawl as her primary means of mobility. She is sitting independently and demonstrating more trunk stability. She is now doing more play in kneeling and starting to crawl up onto things. She has begun doing some pulling to stand as well. Her movement is looking fluid and symmetrical.

Henry Woodruff PT
Physical Therapist EDIS Naples

U S NAVAL HOSPITAL ✦
PSC 827  BOX 1000  ✦FPO AE 09617 ✦
PHONE: 629-4676  ✦ FAX:  629-4669 ✦

RECORDS MAINTAINED AT: USNH
PATIENT IDENTIFICATION
PATIENT'S NAME: T___, A___  SEX: FEMALE
RELATIONSHIP TO SPONSOR: D/D  STATUS: AD  RANK: LCDR
SPONSOR'S NAME: TILLER, MICHAEL  ORGANIZATION: USNH
SERVICE: USN  SSN: _____  DATE OF BIRTH: _____ 2003
THIS IS A COMPUTER GENERATED 600

Medically Related Services/Ear   ____ tervention Services
Naples, Italy
PT MONTHLY TREATMENT RECORD                    MONTH: November 2004

Child's Name: ___A___ T___                      Birth Date: _____ 2003
Parent(s) Name(s): __Michael and Sarah___       Sponsor's SSN: _____
Home Phone # ___081-509-6327___                 Work Phone # _____
Home Address: ___197 Via Lago Patria___
Mailing Address: __PSC 827 BOX 4788   FPO AE 09617__
Diagnosis: _S/P Meningitis/Developmental Delay__

❑ IFSP Goal(s)   ❑ IEP Goal(s)

Progression through crawling/sitting and hopefully will be walking in 6 months time.

**PT Treatment Plan; Activities; and/or Strategies**

Home activity program, physical therapy for movement therapy and teaching to family.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| PT | Individual | 1 time x mth | 30-60 minutes | Home, Clinic | |

## Codes

A = Student Absent       P = Phone Consult                    TP = Treatment/Playgroup
C = Consultation         S = School Activity(during TX time)  TS = Treatment at School
H = Holiday              T = Treatment at clinic               PU = Provider Unavailable (TAD, Duty, etc.)
M = Meeting             TC = Treatment at CDC                  PX = Provider Cancel (Annual Leave, Sick Leave, etc.)
N = No show             TH = Treatment at Home                 X = Patient Cancel
O = Observation

| Date / Code | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PT: _____ T H _____

## PT Monthly Treatment Notes

A___ is seen at home with her mother and at times with her siblings present. Upon discussion with Mrs. Tiller, it was decided to move the frequency to 1 x per month as A___ is making steady normal progress. A___ continues to demonstrate more movement in general. She is using a very functional combat crawl as her primary means of mobility. She is sitting independently and demonstrating more trunk stability. Her movement is looking fluid and symmetrical.

Henry Woodruff PT ___[signature]___ PT
Physical Therapist EDIS/Naples

U S NAVAL HOSPITAL ✦
PSC 827 BOX 1000 ✦FPO AE 09617 ✦
PHONE: 629-4676 ✦ FAX: 629-4669 ✦

RECORDS MAINTAINED AT: USNH
PATIENT IDENTIFICATION
PATIENTS NAME: T___, A___ SEX: FEMALE
RELATIONSHIP TO SPONSOR: D/D STATUS: AD RANK: LCDR
SPONSOR'S NAME: TILLER, MICHAEL ORGANIZATION: USNH
SERVICE: USN SSN: _____ DATE OF BIRTH: _____ 2003

60

Medically Related Services/Early Intervention Services
Naples, Italy
PT MONTHLY TREATMENT RECORD                    MONTH: October 2004

Child's Name: ____ A___ T___ _____     Birth Date: _____ 2003
Parent(s) Name(s): __Michael and Sarah_____   Sponsor's SSN: _____
Home Phone # ____081-509-6327_____     Work Phone # _____
Home Address: _____197 Via Lago Patria_____
Mailing Address: __PSC 827 BOX 4788   FPO AE  09617_____
Diagnosis: __S/P Meningitis/Developmental Delay_____

❑ IFSP Goal(s)    ❑ IEP Goal(s)

Progression through crawling/sitting and hopefully will be walking in 6 months time.

### PT Treatment Plan, Activities, and/or Strategies

Home activity program, physical therapy for movement therapy and teaching to family.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| PT | Individual | 2 times x mth | 30-60 minutes | Home, Clinic | |

Codes

| | | |
|---|---|---|
| A = Student Absent | P = Phone Consult | TP = Treatment/Playgroup |
| C = Consultation | S = School Activity(during TX time) | TS = Treatment at School |
| H = Holiday | T = Treatment at clinic | PU = Provider Unavailable (TAD, Duty, etc.) |
| M = Meeting | TC = Treatment at CDC | PX = Provider Cancel (Annual Leave, Sick Leave, etc.) |
| N = No show | TH = Treatment at Home | X = Patient Cancel |
| O = Observation | | |

| Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Code | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PT: | | | | | | | | | | | X | | | | | | | | | | | | | | | | | | | T H |

### PT Monthly Treatment Notes

A___ is seen at home with her mother and at times with her siblings present.  The appointment on the 13th was cancelled due to a doctor's appointment. A___ continues to demonstrate more movement in general with much more leg movement.  She is getting reciprocal leg movement and getting her legs up underneath her more.  She is using a very functional combat crawl as her primary means of mobility.  She is sitting requiring little or no support and demonstrating more trunk stability.  Her movement is looking fluid and symmetrical.

Henry Woodruff PT
Physical Therapist EDIS Naples

US NAVAL HOSPITAL ✦
PSC 827 BOX 1000 ✦FPO AE 09617 ✦
PHONE: 629-4676  ✦ FAX: 629-4669 ✦

RECORDS MAINTAINED AT: USNH
PATIENT IDENTIFICATION
PATIENTS NAME: T___, A___  SEX: FEMALE
RELATIONSHIP TO SPONSOR:  D/D  STATUS:  AD  RANK:  LCDR
SPONSOR'S NAME: TILLER, MICHAEL  ORGANIZATION: USNH
SERVICE:  USN  SSN: _____  DATE OF BIRTH: _____ 2003

**Medically Related Services/Early Intervention Services**
**Naples, Italy**
**PT MONTHLY TREATMENT RECORD**                    **MONTH:** September 2004

Child's Name: ___A_ T___                          Birth Date: _____2003
Parent(s) Name(s): __Michael and Sarah__          Sponsor's SSN: _____
Home Phone # ____081-509-6327                      Work Phone # _____
Home Address: ____197 Via Lago Patria
Mailing Address: __PSC 827 BOX 4788  FPO AE 09617
Diagnosis: __S/P Meningitis/Developmental Delay

❑ IFSP Goal(s)   ❑ IEP Goal(s)

Progression through crawling/sitting and hopefully will be walking in 6 months time.

**PT Treatment Plan, Activities, and/or Strategies**

Home activity program, physical therapy for movement therapy and teaching to family.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| PT | Individual | 2 times x mth | 30-60 minutes | Home, Clinic | |

**Codes**

A = Student Absent
C = Consultation
H = Holiday
M = Meeting
N = No show
O = Observation

P = Phone Consult
S = School Activity(during TX time)
T = Treatment at clinic
TC = Treatment at CDC
TH = Treatment at Home

TP = Treatment/Playgroup
TS = Treatment at School
PU = Provider Unavailable (TAD, Duty, etc.)
PX = Provider Cancel (Annual Leave, Sick Leave, etc.)
X = Patient Cancel

| Date / Code | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PT: | T H | | | | | | | T H | | | | | | | | T H | | | | | | | |

**PT Monthly Treatment Notes**

A___ is seen at home with her mother and at times with her siblings present. On the 1st, A___ demonstrated more movement in general with much more leg movement. She is getting reciprocal leg movement and at times getting her legs up underneath her. She quickly returns to her stomach from this position. She is pulling herself along in a sort of combat crawl. On the 15th, A___ demonstrated a more proficient combat crawl with more significant leg movement. She is sitting requiring less support and demonstrating more trunk stability. Discussed with mother the need to move A___ into and out of sitting from supine as opposed to placing her in sitting. On the 29th, she was combat crawling very proficiently and sitting with more stability. Her movement is looking fluid and symmetrical.

Henry Woodruff  PT
Physical Therapist EDIS Naples _____ PT

U S NAVAL HOSPITAL ♦
PSC 827 BOX 1000 ♦ FPO AE 09617 ♦
PHONE: 629-4676 ♦ FAX: 629-4669 ♦

RECORDS MAINTAINED AT: USNH
PATIENT IDENTIFICATION
PATIENT'S NAME: T_____, A___  SEX: FEMALE
RELATIONSHIP TO SPONSOR: D/D  STATUS: AD  RANK: LCDR
SPONSOR'S NAME:  TILLER, MICHAEL  ORGANIZATION: USNH
SERVICE: USN  SSN: _____  DATE OF BIRTH: _____ 2003

62

Medically Related Services/Early Intervention Services
Naples, Italy
**PT MONTHLY TREATMENT RECORD**                    MONTH: August 2004

Child's Name: ___A___ T___                          Birth Date: _____ 2003
Parent(s) Name(s): __Michael and Sarah__             Sponsor's SSN: _____
Home Phone # ___081-509-6327___                      Work Phone # _____
Home Address: ___197 Via Lago Patria___
Mailing Address: __PSC 827 BOX 4788  FPO AE  09617__
Diagnosis: __S/P Meningitis/Developmental Delay__

☐ IFSP Goal(s)   ☐ IEP Goal(s)

**PT Treatment Plan, Activities, and/or Strategies**

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| PT | Individual | 2 times x mth | 30-60 minutes | Home, Clinic | |

### Codes

| | | |
|---|---|---|
| A = Student Absent | P = Phone Consult | TP = Treatment/Playgroup |
| C = Consultation | S = School Activity(during TX time) | TS = Treatment at School |
| H = Holiday | T = Treatment at clinic | PU = Provider Unavailable (TAD, Duty, etc.) |
| M = Meeting | TC = Treatment at CDC | PX = Provider Cancel (Annual Leave, Sick Leave, etc.) |
| N = No show | TH = Treatment at Home | X = Patient Cancel |
| O = Observation | | |

| Date | | | | | | | | | | | | | | | | | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Code | | | | | | | | | | | | | | | | | | | | | | | | | |
| PT: | | | | | | | | | | | M | | | | | | | | | | | | | | |

### PT Monthly Treatment Notes

A meeting was held on 18 Aug 2004 in order to write an IFSP for A___   She will be seen by physical therapy every other week to advise family on activities to further her development.

Henry Woodruff, PT
Physical Therapist EDIS Naples

U S NAVAL HOSPITAL ✦
PSC 827  BOX 1000 ✦FPO AE 09617 ✦
PHONE: 629-4676 ✦ FAX: 629-4669 ✦

RECORDS MAINTAINED AT: USNH
PATIENT IDENTIFICATION
PATIENT'S NAME: T___ A___ SEX: FEMALE
RELATIONSHIP TO SPONSOR: D/D  STATUS: AD  RANK: LCDR
SPONSOR'S NAME: TILLER, MICHAEL  ORGANIZATION: USNH
SERVICE: USN  SSN: _____  DATE OF BIRTH: _____ 2003

63

## Educational and Developmental Services
## Naples, Italy
## SPEECH THERAPY TREATMENT RECORD
### January 2005

Child's Name:          A███ T███          Birth Date:        ███████ 2003
Sponsor's Names:       Michael Tiller      Sponsor's SSN:     ███████████
Spouse Name:           Sarah Tiller        Home Phone #:      081-509-6327
Sponsor Work Phone #:  335-727-4869        Cell Phone #:      N/A
Mailing Address:       PSC 827 Box 4788 FPO, AE 09617
Diagnosis:             Moderate speech sound production delay/expressive language delay status
post meningitis.

## IFSP GOALS

A███ will demonstrate improved oral motor and early speech sound production skills.

## Treatment Plan, Strategies and Activities

1.) Model simple environmental and speech sounds for A███ to imitate during everyday activities and play. Provide a running commentary of A███ actions during daily activities and play.
2.) Imitate sounds and babbling A███ initiates and expand by modeling appropriate simple syllables or words that use the same sounds.
3.) Provide positive reinforcement when A███ attempts new sounds, syllables or word approximations.
4.) Provide meaning that corresponds to A███ babbling during play and daily activities.
5.) Use songs and rhymes to create verbal routines that A███ can eventually imitate throughout the day. Provide pauses while singing and encourage A███ to fill in the missing sounds/syllables/words.
6.) Hold objects in facial region to provide visual cues for speech production while labeling items during daily activities and play scenarios.
7.) Play visual games in mirror and encourage A███ to imitate oral motor movements of the lips and tongue (e.g., make funny faces).
8.) Use tactile stimulation techniques and feeding techniques (e.g., side biting) to promote expansion of tongue movement as directed.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| Speech Therapy | Direct | 1x per week | 45-60 minutes | Clinic, Home, Community | 1 year |

| Treatment Dates | Code |
|-----------------|------|
| 6 January 2005 | Treatment at Home |
| 12 January 2005 | Provider TAD in La Maddalena |
| 18-31 January 2005 | Child Stateside for Medical Follow-Up |

## Speech Therapy Monthly Progress

**S/O:** A███ was seen for one home-based therapy session in January prior to family trip to Washington for ENT specialist/cochlear implant team assessment. Results of ABR in Naples revealed likely profound hearing loss. Family now using sign language program at this point and A███ has demonstrated use of the signs "more" and "eat" in imitation and spontaneously.

RECORDS MAINTAINED AT: Naples, Italy

PATIENT IDENTIFICATION
PATIENT'S NAME: A███ T███          SEX: F          DATE OF BIRTH: ███████ 2003
RELATIONSHIP TO SPONSOR: Daughter          STATUS: AD
SPONSOR'S NAME: Michael Tiller          SERVICE: USN          SSN: ███████████

64

-1-          AT-04

A: A████ T████ continues to demonstrate delayed oral motor and early speech production/expressive language skills status post bacterial Meningitis. Further hearing assessment for repeat ABR and evaluation by ENT/cochlear implant team to be conducted stateside. Training in the use of basic signs has begun with full family participation at this time. Treatment plan to be revised following results of comprehensive evaluation/possible cochlear implant surgery in Washington in late January/February. Family considering relocation stateside depending on findings.

P: 1.) Continue as per IFSP upon family return from stateside assessment/surgery.

_Janette Ressue M.S., CCC-SLP_
Speech-Language Pathologist

RECORDS MAINTAINED AT: Naples, Italy

PATIENT IDENTIFICATION
PATIENT'S NAME: A████ T████    SEX: F    DATE OF BIRTH: ████████ 2003
RELATIONSHIP TO SPONSOR: Daughter    STATUS: AD
SPONSOR'S NAME: Michael Tiller    SERVICE: USN    SSN: ████████

65

-2-

**Educational and Developmental Services**
**Naples, Italy**
SPEECH THERAPY TREATMENT RECORD
**November-December 2004**

Child's Name:              A___ Till___              Birth Date:              __ _____ 2003
Sponsor's Names:       Michael Tiller              Sponsor's SSN:         _____
Spouse Name:             Sarah Tiller                 Home Phone #:          081-509-6327
Sponsor Work Phone #: 335-727-4869              Cell Phone #: N/A
Mailing Address:         PSC 827 Box 4788 FPO, AE 09617
Diagnosis:                    Moderate speech sound production delay/expressive language delay status
post meningitis.

## IFSP GOALS

A___ will demonstrate improved oral motor and early speech sound production skills.

## Treatment Plan, Strategies and Activities

1.) Model simple environmental and speech sounds for A___ to imitate during everyday activities and play. Provide a running commentary of A___ actions during daily activities and play.
2.) Imitate sounds and babbling A___ initiates and expand by modeling appropriate simple syllables or words that use the same sounds.
3.) Provide positive reinforcement when A___ attempts new sounds, syllables or word approximations.
4.) Provide meaning that corresponds to A___ babbling during play and daily activities.
5.) Use songs and rhymes to create verbal routines that A___ can eventually imitate throughout the day. Provide pauses while singing and encourage A___ to fill in the missing sounds/syllables/words.
6.) Hold objects in facial region to provide visual cues for speech production while labeling items during daily activities and play scenarios.
7.) Play visual games in mirror and encourage A___ to imitate oral motor movements of the lips and tongue (e.g., make funny faces).
8.) Use tactile stimulation techniques and feeding techniques  (e.g., side biting) to promote expansion of tongue movement as directed.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| Speech Therapy | Direct | 1x per week | 45-60 minutes | Clinic, Home, Community | 1 year |

| Treatment Dates | Code |
|-----------------|------|
| Nov 2, 2004 | Provider TAD in La Maddalena |
| Nov 9, 2004 | Treatment at home |
| Nov 16, 2004 | Treatment at home |
| Nov 23, 2004 | Provider on leave |
| Nov 30, 2004 | Provider on leave |
| Dec 9, 2004 | Cancel by parent |
| Dec 14, 2004 | Phone Consultation: Family at Audiology |
| Dec 16, 2004 | Cancel by parent due to Audiolgy appt. |
| Dec 23. 2004 | Tx at home: Materials Provided |
| Dec 30, 2004 | Parent cancel due to family leave |

RECORDS MAINTAINED AT:  Naples, Italy

PATIENT IDENTIFICATION
PATIENT'S NAME: A___ T____         SEX: F            DATE OF BIRTH: _____ 2003
RELATIONSHIP TO SPONSOR: Daughter        STATUS: AD
SPONSOR'S NAME: Michael Tiller         SERVICE: USN        SSN: _____

66

-1-

## Speech Therapy Monthly Progress

**S/O:** A▬ was seen for two home-based therapy sessions in November/December with ongoing phone consultation as audiological status has been further investigated. Due to ongoing concerns regarding hearing acuity and limited progress in speech development, despite medical treatment for middle ear fluid, ENT placed pressure equalizations tubes in mid-December. Mother reported an initial ABR was also performed under sedation which was initially responsive and then "flat" indicating potential profound hearing loss. A▬ continues to vocalize vowel types of sounds spontaneously with some variations; however, she does not imitate modeled vowels or vocal variations. Discussion regarding further testing in Landstuhl was followed up by SLP who was told their new equipment would not be installed until Feb 2005. Family is considering reassessment stateside. Expanded training for the use of simple signs was conducted in November with mother reporting the functional use of "more" following adult demonstration/hand over had prompts. Observations of A▬ at home have continued to reveal inconsistent responses to her name as well as environmental noises. In addition, she demonstrates excellent response to visual cues. A "Sign With Your Baby" program has been provided with ongoing training as well as extensive stateside resources and consultation with parents regarding options in the case of profound hearing loss and specialty programs as well as education regarding cochlear implantation.

**A:** A▬ T▬ continues to demonstrate delayed oral motor and early speech production/expressive language skills status post bacterial Meningitis. Further hearing assessment revealed inconclusive ABR findings, which may indicate profound hearing loss. Further testing remains critical to medical management and program planning for language acquisition at this time. Training in the use of basic signs has begun and will continue as further hearing assessment can be completed. Family considering a move stateside depending on findings. Language approach using signs combined with verbal prompts highly recommended at this time.

**P:** 1.) Continue as per IFSP.
2.) Consult further with audiology regarding hearing acuity.
3.) Continue implementation of signing program to supplement verbal language stimulation.
4.) Provide further resources for stateside assessment and services as feasible.

*Janette Ressue M.S. CCC-SLP*
Janette Ressue M.S., CCC-SLP
Speech-Language Pathologist

---

RECORDS MAINTAINED AT: Naples, Italy

PATIENT IDENTIFICATION
PATIENT'S NAME: A▬ T▬          SEX: F          DATE OF BIRTH: ▬▬ 2003
RELATIONSHIP TO SPONSOR: Daughter     STATUS: AD
SPONSOR'S NAME: Michael Tiller      SERVICE: USN     SSN: ▬▬▬

67

-2-

**Educational and Developmental Services**
**Naples, Italy**
# SPEECH THERAPY TREATMENT RECORD
October 2004

Child's Name: A___ T___                     Birth Date: 17 ___ 2003
Sponsor's Names: Michael Tiller            Sponsor's SSN: ___
Spouse Name: Sarah Tiller                   Home Phone #: 081-509-6327
Sponsor Work Phone #: 335-727-4869    Cell Phone #: N/A
Mailing Address: PSC 827 Box 4788 FPO, AE 09617
Diagnosis: Moderate speech sound production delay/expressive language delay status
post meningitis.

## IFSP GOALS

A___ will demonstrate improved oral motor and early speech sound production skills.

## Treatment Plan Strategies and Activities

1.) Model simple environmental and speech sounds for A___ to imitate during everyday activities and play. Provide a running commentary of A___ actions during daily activities and play.
2.) Imitate sounds and babbling A___ initiates and expand by modeling appropriate simple syllables or words that use the same sounds.
3.) Provide positive reinforcement when A___ attempts new sounds, syllables or word approximations.
4.) Provide meaning that corresponds to A___ babbling during play and daily activities.
5.) Use songs and rhymes to create verbal routines that Anna can eventually imitate throughout the day. Provide pauses while singing and encourage A___ to fill in the missing sounds/syllables/words.
6.) Hold objects in facial region to provide visual cues for speech production while labeling items during daily activities and play scenarios.
7.) Play visual games in mirror and encourage A___ to imitate oral motor movements of the lips and tongue (e.g., make funny faces).
8.) Use tactile stimulation techniques and feeding techniques (e.g., side biting) to promote expansion of tongue movement as directed.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| Speech Therapy | Direct | 1x per week | 45-60 minutes | Clinic, Home, Community | 1 year |

| Treatment Dates | Code |
|-----------------|------|
| 5 Oct 2004 | Treatment at home |
| 7 Oct 2004 | Treatment at home |
| 12 Oct 2004 | Treatment at home |
| 13 Oct 2004 | Consult with family/Audiology |
| 21 Oct 2004 | Treatment at home |
| 28 Oct 2004 | Treatment at home |

## Speech Therapy Monthly Progress

**S/O:** A___ was seen for five home-based therapy sessions this month with mother and twin sister Patricia present. Due to ongoing concerns regarding hearing acuity and limited progress, services were

---

RECORDS MAINTAINED AT: Naples, Italy

PATIENT IDENTIFICATION
PATIENT'S NAME: A___ T___         SEX: F          DATE OF BIRTH ___ 2003
RELATIONSHIP TO SPONSOR: Daughter        STATUS: AD
SPONSOR'S NAME: Michael Tiller    SERVICE: USN    SSN: ___

-1-

68

changed as of 7 Oct 2004 to weekly therapy services from monitor status. In addition, an audiology appointment was scheduled and attended by the SLP. The presence of middle ear fluid bilaterally was treated and precluded further formal hearing assessment at this time. Observations of A██ at home have revealed inconsistent responses to her name as well as environmental noises. In addition, she has demonstrated limited imitation of C-V sequences in the absence of visual/tactile cues. Having been treated for meningitis with the ototoxic drug, gentimyecin, further hearing testing remains critical. Spontaneous vs. imitative vocalizations continue without true vowels or consonant productions at this time. Significant posterior lingual movement/play has been observed; however, no true /k,g/ sounds have been produced despite maximal multi-sensory cues. Mother reported A██ produced "mama" x1 this month, which appeared more random than purposeful. A██ continues to demonstrate excellent eye contact and visual engagement (joint attention) with the therapist.

A: A██ T██ continues to demonstrate delayed oral motor and early speech production/expressive language skills status post bacterial Meningitis. Further hearing assessment appears critical when middle ear status has improved. Services increased to weekly sessions due to limited progress. Consider expanding language approach using multiple modes (verbal/signs) pending results of hearing testing.

P: 1.) Continue as per IFSP.
2.) Consult further with audiology regarding hearing acuity as middle ear status improves.
3.) Continue to monitor hearing and oral/speech motor planning skills as expressive language skills progress.

*Janette Ressue M.S. CCC-SLP*
Janette Ressue M.S., CCC-SLP
Speech-Language Pathologist

---

RECORDS MAINTAINED AT: Naples, Italy

PATIENT IDENTIFICATION
PATIENT'S NAME: A██ T██        SEX: F        DATE OF BIRTH: ██████2003
RELATIONSHIP TO SPONSOR: Daughter        STATUS: AD
SPONSOR'S NAME: Michael Tiller        SERVICE: USN        SSN: ██████████

69

Med Records

**Educational and Developmental Services**
**Naples, Italy**
SPEECH THERAPY TREATMENT RECORD
September 2004

Child's Name:          A███ T███          Birth Date:          ████ 2003
Sponsor's Names:   Michael Tiller          Sponsor's SSN:    █████
Spouse Name:        Sarah Tiller           Home Phone #:    081-509-6327
Sponsor Work Phone #: 335-727-4869         Cell Phone #: N/A
Mailing Address:       PSC 827 Box 4788 FPO, AE 09617
Diagnosis:               Moderate speech sound production delay/expressive language delay status
post meningitis.

## IFSP GOALS

A███ will demonstrate improved oral motor and early speech sound production skills.

## Treatment Plan, Strategies and Activities

1.) Model simple environmental and speech sounds for A███ to imitate during everyday activities and play. Provide a running commentary of A███ actions during daily activities and play.
2.) Imitate sounds and babbling A███ initiates and expand by modeling appropriate simple syllables or words that use the same sounds.
3.) Provide positive reinforcement when A███ attempts new sounds, syllables or word approximations.
4.) Provide meaning that corresponds to A███ babbling during play and daily activities.
5.) Use songs and rhymes to create verbal routines that A███ can eventually imitate throughout the day. Provide pauses while singing and encourage A███ to fill in the missing sounds/syllables/words.
6.) Hold objects in facial region to provide visual cues for speech production while labeling items during daily activities and play scenarios.
7.) Play visual games in mirror and encourage A███ to imitate oral motor movements of the lips and tongue (e.g., make funny faces).
8.) Use tactile stimulation techniques and feeding techniques (e.g., side biting) to promote expansion of tongue movement as directed.

| Service | Method | Frequency | Intensity | Environment | Duration |
|---------|--------|-----------|-----------|-------------|----------|
| Speech Therapy | Monitor | 2x per month | 45-60 minutes | Clinic, Home, Community | 1 year |

| Treatment Dates | Code |
|-----------------|------|
| 9-7-2004 | Provider on leave. |
| 9-14-2004 | Provider on leave. |
| 9-21-2004 | Treatment at home. |
| | |
| | |

## Speech Therapy Monthly Progress

S/O: A███ was seen for one session this month at her home with mother and twin sister present. A███ demonstrated improved imitation of oral motor movements including labial retraction and closure following moderate to maximal therapist cues in prone and supported sitting positions. Vocalizations

RECORDS MAINTAINED AT: La-Maddalena
PATIENT IDENTIFICATION
PATIENT'S NAME: A███ T███          SEX: F          DATE OF BIRTH: ████ 2003
RELATIONSHIP TO SPONSOR: Daughter          STATUS: AD
SPONSOR'S NAME: Michael Tiller          SERVICE: USN          SSN: █████

70

-1-

continue without true vowels or consonant productions at this time; however, a few sounds involving movements of the posterior tongue were noted as well as prosodic variation. Mother reports A███ does not produce the extent of consonants and babbled syllables that her sibling Patricia does (e.g., "Papa", "Dada", "Mama"). In addition, mother has observed differences in response time to sounds and reported that Patricia usually vocalizes for "Mama" when she wakes up, whereas, A███ remains silent. A███ demonstrated excellent eye contact and visual engagement (joint attention) with the therapist and shows improved gross motor movement attempts.

A: A███ T███ continues to demonstrate delayed oral motor and early speech production/expressive language skills status post bacterial Meningitis. Continue observations regarding hearing skills in the environment due to inconsistent responses to loud sounds and delayed response time. Consider increase to weekly sessions as deemed necessary.

P: 1.) Continue as per IFSP.

2.) Continue to monitor hearing and oral/speech motor planning skills as expressive language skills progress.

*Janette Ressue MS CCC-SLP*

Janette Ressue M.S., CCC-SLP
Speech-Language Pathologist

RECORDS MAINTAINED AT: La Maddalena

PATIENT IDENTIFICATION
PATIENT'S NAME: A███ T███          SEX: F          DATE OF BIRTH: ███████ 2003
RELATIONSHIP TO SPONSOR: Daughter     STATUS: AD
SPONSOR'S NAME: Michael Tiller       SERVICE: USN     SSN: ████████



## Little Feet & Hands, Inc.
## Pediatric Therapy Services

### Comprehensive Developmental Assessment

Name: A████ T████
Parent(s):  Sarah and Michael Tiller
DOB: ██████/06
DOE:  7/13/06
Evaluator(s): Pamela D. Brown-White, PT
Chronological age:  2 years, 9 months
Part C ID #:  06-05-514

**Background Information:** A████ is a 33 month old child with a significant medical history of profound, bilateral sensorineural hearing loss.  She was born at 37 weeks gestation by ceseran section because of a prolapsed cord.  Her twin sister was born vaginally.  She had a normal post-natal exam with the exception of mild jaundice.  At 2 ½ months, A████ experienced bacterial meningitis.  By 15 months, she was diagnosed with profound sensorineural hearing loss.  A████ received a cochlear implant in February 2005, with activation in March 2005.

**Additional information for this report was obtained from the following sources**
- Speech language evaluation, River School, Audrea Hondscomb, MA, CCC-SLP, 6/20/06
- Educational/Developmental Evaluation, US Naval Hospital, Naples, Italy, Robert H. Buckley, MD, FAAP, 9/30/04
- Narrative Summary and Patient Discharge Instructions, Walter Reed AMC, Dr. B. McKinnon, 2/3/05

**Reason for referral**
A████ was referred to Little Feet & Hands, Inc. to review documentation and complete the eligibility process for Part C services with DC Infant and Toddlers with Disabilities Service.  An assessment was also done to accompany reviewed documentation to assist in determining level of skill in all domains of development. Mother reports that primary areas of concern are with physical and communication skills.  A████ presently receives speech therapy services at River School and the family is trying to get physical therapy services through the Infant & Toddler's program.

**Evaluation Behavior**
A████ was evaluated in the living room of her home with her mother present and participating.  She immediately engaged in activities with the examiner and participated energetically for at least 60 minutes.  During the assessment A████ showed moderate difficulties transitioning between tasks and maintaining performance with difficult tasks.  A████ needed verbal and physical re-direction often and showed greater success when information was given face to face with demonstration.

P.O.Box 29680, Washington, DC  20017-9680      (202) 832-3590 office      (202) 832-8494 fax

Evaluation Tools Used
Bayley Scales of Infant Development III
Review of previous documentation
Clinical Observations
Parental Interview

Bayley Scale of Infant Development (completed at a chronological age of 33 months)

| Scale | Raw Score | Scaled Score | Age Equivalent |
|---|---|---|---|
| Cognitive | 76 | 10 | 35 months |
| Receptive Comp. | 35 | 11 | 34 months |
| Expressive Comp. | 30 | 7 | 24 months |
| Fine Motor | 48 | 11 | 35 months |
| Gross Motor | 61 | 9 | 31 months |

Physical
Hearing/Vision: A███ had a cochlear implant in February 2005, with activation in March 2005. She is being followed by an audiologist, Pamela Cain, at Bethesda Naval Hospital. A███ is scheduled to have a hearing follow-up assessment August 10, 2006. Her vision was last screened at the 2 year wellness visit in October 2005. The results were normal. A follow up is scheduled for September 2006.

Gross Motor Skills
A███ shows fair range of motion, strength, and tone for funtional movements in her arms and legs. Trunk strength and tone are slightly decreased, which impacts overall stability, balance and coordination. A███ shows independent transitions to standing, but sometimes needs minimal supports to complete the activity. She can jump down from one step, or a 12" surface, with two hand support and place one foot on a taped line with one hand support. She walks backwards for greater than four independent steps and is able to hold a single limb stance with two hand support. Primary concerns are with balance, coordination, and decreased trunk strength.

Fine Motor Skills
Fine motor skills is reported to be an area of strength for A███. She enjoys tinkering and imitating block shapes. She is able to scoop well, and shows a mature grasp on a pen. A███ is able to copy horizontal and vertical strokes, and make a plus sign and circle after demonstration. She easily completes a nine part puzzle and attemps to recreate block figures after demonstration. A███ shows good in hand manipulation with small beads and coins and is able to place small pellets in a cup using left or right hands.

Cognitive
Mother reports that A███ receptive language is higher than her expressive language; however, she still has difficulty with motor planning and coordination to use these skills functionally. A███ inconsistently responds to sounds in her environment; however, she eagerly participates in activities presented to her. She enjoys tinkering with toys and trying to figure out how they work. A███ completed a nine part puzzle without difficulty and attempted to read a book based on pictures seen. She participates in imaginative play and appropriately shows reciprocal interactions during play.

**Adaptive**
Mother reports that A▬is a good eater. She eats a balanced diet, including fruits, vegetables, meats and milk. A▬ uses a spoon and fork to eat, and can drink from a regular cup. A▬ is able to independently dress herself, especially taking off her clothes. She sometimes has difficulty with buttons, but shows no adverse reactions to clothing textures. A▬is fully potty trained and shows a typical voiding pattern. She sleeps through the night, getting approximately 11 hours of sleep.

**Social/Emotional**
A▬ attends the River School where there are approximately 11 other children in her class. It is reported that A▬gets along well with these children, and that she will initiate peer interactions. A▬ also has four sisters, one of which is her twin. She plays well with her siblings and shows good turn taking skills for her age. Sometimes, A▬ finds it difficult to concentrate on tasks, and has to be re-directed often, especially when only oral directions are given. She will consistently play with activities that are familiar and that she performs well. However, it is difficult to get her to do novel or challenging activites. A▬ is able to transition states between sleep and awake well and generally maintains a happy and playful demeanor.

**Communication**
According to the speech language evaluation conducted at the River School (6/20/06), A▬ uses a combination of words, sign, and gestures to communicate. Receptively, she shows an age equivalent of approximately 1 year, 4 months. She understands words like in, off, horse, dog, bed and chair and follows simple 1-2 step commands . Expressively, A▬is able to use some 2-3 word phrases and sign many familiar words (airplane, bus, telephone, scissors). She also uses physical prompting and eye gaze to express wants and needs. A▬cries when she is upset or frustrated as another form of communication.

**Impression**
A▬is a 33 month old child with a primary dianogsis of sensorineural hearing loss with cochlear implants. Overall, A▬shows good skills in the adaptive, cognitive and social/emotional domains. There are delays noted with physical (balance/gross motor), and communication skills A▬ shows poor motor planning and coordinaton with balance activities and word production. She also has difficulties interpreting sounds, understanding words, and speaking clearly.

Based on the information gathered during this experience, A▬meets eligibility criteria for Part C services with the DC Infant and Toddlers with Disabilities Service based on a hearing impairments and cochlear implants. Primary areas of concern are with physical, and communication skills. The following recommendations are made to assist A▬ and her family in improving overall functional skills and decreasing further delay.

1. Physical therapy 1x per week to concentrate on improving balance and coordination skills as well as increasing core strength and stability

2. Speech-language therapy 2x per week to work on improving language and communication skills

3. Audiology consultation 1x every 2 months to monitor cochlear implant and to provide strategies to increase communication skills

Thank you for the opportunity to work with A▮▮▮ and her family. If there are any other questions or concerns, please contact us at (202) 832-3590.

Pamela D. Brown-White, PT, MBA
Physical Therapist
Little Feet & Hands, Inc.

    

DEPARTMENT OF HUMAN SER...CES
OFFICE OF EARLY CHILDHOOD DEVELOPMENT
DC EARLY INTERVENTION PROGRAM
IFSP-10/04

**INDIVIDUALIZED**
**FAMILY SERVICE PLAN (IFSP)**

*Interim*

*3 on 120 day grand no monitor*

Prior Notice Received  Yes ☒  No ☐
Procedural Safeguards (Families Rights) Explained: ☒ Yes  ☐ No

Referral Date: 6/6/06  Meeting Date: 7/13/06
IFSP Type: __ Initial __ Six-Month __ Annual
__ Modify __ Provider Request
__ Parent Request
__ Other_____

## Family Information

Child: A___ T___                          Birth Date: ___/03  ☐ Boy ☒ Girl
Address: 4515 Garrison Str. NW DC 20016   Phone: (2) 237-1150
Name: Sarah Tiller                        Phone: ( )
*Parent/Guardian/Surrogate*
Address: Same as above                    Part-C ID# 06-05-514

Primary Language: English                 Race: _____

### Lead Agency Representative

Name: Ellen Bachman / To be determined
Address: 717 14th Street, NW 12th Floor
Washington, DC 20005

Agency: DHS/OECD/DCEIP
Phone: (202) 727-5371
Fax: (202) 724-7230

*✱ Mother wanted to begin PT & SLP service now and have actual IFSP / transition in Sept when school teachers / therapist were availab*

### Service Coordinator Information

Name: To be determined                    Agency:_____
Address: _____                 Phone: ( )_____
_____                          Fax: ( )_____

### IFSP Signatures

I (We) have had the opportunity to participate in the development of this IFSP and have been provided with reasonable notice of the IFSP meeting. I (We) have been informed of my (our) rights under this program, through written prior notice and receipt of the D.C. Early Intervention Program Families Have Rights Brochure. I (We) understand the plan, and parental rights, and I (we) give permission to implement this plan.

_____                          13 July 2006
Parent/Guardian/Surrogate (s) Signature                Date

Each agency or person who has a direct role in the provision of early intervention services is responsible for making a good faith effort to assist each eligible child and family to achieve the outcomes on the child's IFSP.

Pamela Brown-White  Little Feet & Hands  Date 7/3/06    Pamela D. Brown-White    7/13/06
Evaluation Site Coordinator  Agency/Title  Date       Evaluator/Assessor Participation (check one):    Date
                                                       __ Signature of Evaluator/Assessor in Attendance
_____                                __ Signature of Authorized Representative in Attendance
Service Coordinator  Agency/Title  Date                __ Name of Telephone Contact
                                                       __ Written Report

_____
DCEIP Representative  Date          Other Participant  Agency/Title  Date

_____
Managed Care Rep.  Agency/Title  Date    Other Participant  Agency/T

AT-06

76

# Continuation Signature Page
## Individualized Family Service Plan (IFSP)

Child's Name: _____  Birth Date: _____  Date of Meeting: _____

Parent/Guardian/Surrogate: _____

## Other Participants Signatures

Each agency or person who has a direct role in the provision of early intervention services is responsible for making a good faith effort to assist each eligible child and family to achieve the outcomes on the child's IFSP.

| Other Participant | Agency/Title | Date | Other Participant | Agency/Title | Date |
|---|---|---|---|---|---|
| Other Participant | Agency/Title | Date | Other Participant | Agency/Title | Date |
| Other Participant | Agency/Title | Date | Other Participant | Agency/Title | Date |
| Other Participant | Agency/Title | Date | Other Participant | Agency/Title | Date |
| Other Participant | Agency/Title | Date | Other Participant | Agency/Title | Date |
| Other Participant | Agency/Title | Date | Other Participant | Agency/Title | Date |

77

Child's Name: _A____ T___    Date: 7/13/06

## Part I: Child's Developmental Status

Evaluated using PLS-4 at 32 mos and using Bayley III at 33 mos

### PHYSICAL DEVELOPMENT
(Vision, Hearing and Health)

Vision up to date for 2 yr. well ness visit – normal results. Flu 9/06

Hearing scheduled for follow-up 8/06 being followed by audiologist for implants

Immunization up to date for 2 yr Check up – Aug 2005 – scheduled for follow up Sept 2006

Other relevant medical information Cochlear Implant Feb 2005 activated March 2005.

Primary Care Physician
(Name): Dr. Faox
(Phone #): Bethesda Naval Med.

### COMMUNICATION DEVELOPMENT
PLS-4    Total Lang.    CA: 32 mos
Understanding                         AE: 22 mos.

Inconsistently responds to name. Distinguishes' family members from other Can follow simple instructions. Showing difficulty with identifying familiar objects by pointing

Speaking

Uses sign, simple words and gestures for communication Using signs such as telephone, airplane, and bus, scissors, swing and bike Also uses physical prompting, eye gaze and crying to express wants and needs.

### PHYSICAL DEVELOPMENT (continued) Bayley III
CA: 33 mos.    GM AE: 31 mos

Gross Motor
Able to transition to standing with min support. Unable to jump forward or down independently. Decreased balance, coord. and core strength

Fine Motor    FM AE: 35 mos.
Likes to tinker with toys. Able to stack blocks and copy vertical and horizontal lines. Showing mature grasp on crayon.

### ADAPTIVE DEVELOPMENT (Self Help Skills)

Feeding — eats everything. Well balanced with fruits and vegetables Uses fork/spoon and drinks from regular

Dressing
Dressing with all clothing. Working on buttons
No adverse affects to textures

Toileting — Completely potty trained Uses pull up only at night

Other Sleeps through night    7:30-6:30

### COGNITIVE DEVELOPMENT Bayley III
(Thinking, Reasoning and Learning) CA: 33 mos.
AE: 35 mos.
Inconsistent alerting to sounds in environment. Needs consistent redirection to remain on task. Likes to "tinker" with toys and read books. Motivated to participate in activities. Can reproduce some block shapes

### SOCIAL EMOTIONAL DEVELOPMENT
(Feelings, Coping, Getting Along with Others)

Attends River School with appros. to other children in class. – Initiates interaction with peers. Has 4 other sister (one twin) get along well Smiles and laughs in reciprocal interaction. Transitions between activities and states fairly well.

Child's Name: _____    Date: 7/13/06

## Part II: Family Information

| CHILD'S STRENGTHS AND NEEDS | FAMILY RESOURCES, CONCERNS AND PRIORITIES (Voluntary on behalf of the family) |
|---|---|
| **Strengths** | **Family Resources** |
| Social Skills | • Lives at home with parents |
| Fine motor skills - draw faces, taking things apart | 4 other sisters ( 8, 7, 5½, 3 yr old twins) |
| Attention span - | • Tricare insurance |
| Funny personality | • Lots of children in neighborhood |
| Very alert and very motivate | • Attends River School with approx. 10 children |
| **Areas to improve** | **Concerns** |
| Hearing | Not anything over and above what are areas to improve |
| Work on gross motor skills - balance issues | |
| Strength - Core trunk muscles | Just needs lots of supports |
| Ability to process sound information with | **Priorities** |
| Cochlear implant | Physical because she already receiving speech services |
| Motor planning for speech reverse things | Speech language services at school |
| | Cochlear implants - continue to work |

79

Child's Name: _____    Date: 7/13/06

Part III: Child/Family Outcomes Related to Child Development

| OUTCOME: | OUTCOME: |
|---|---|
| Basic motor planning (gross motor planning) | More core stability balance |

**STRATEGIES/ACTIVITIES:**

- Red light green light
- Play the traffic game where balls are rolled across her walking path and she has to dodge them "to get to the other side of the street"
- Home obstacle course including tunnel and jumping skills

**STRATEGIES/ACTIVITIES:**

- Crab walking / crab walk soccer
- Balance progression

all 4s → all 4s with one leg up → all 4s with one leg and opposite foot → high kneeling → high kneeling with one foot up → standing on one foot → tandem walking.

crab walking

**MEASURABLE OUTCOMES/TARGET DATE:**    *obstacle course*

Within 6 months C_____ will be able to successfully complete a 5 part obstacle course which includes changes of directions, crawling, climbing

Date Achieved: and jumping skills, within 5 min given 3/4 trials

**MEASURABLE OUTCOMES/TARGET DATE:**    *balance beam*

Within 6 months C_____ will be able to take 5 tandem steps forward with stepping off once on a 4" taped or raised balance line.

Date Achieved:

**PERSON(s) INVOLVED:**

Parents
Caregivers
Therapist

**PERSON(s) INVOLVED:**

Parents
Caregivers
Therapist

80

Child's Name: _____    Date: 7/13/06

Part III:  Child/Family Outcomes Related to Child Development

| OUTCOME:<br><br>More Attentiveness to Sound | OUTCOME:<br><br>Better Speech |
|---|---|
| STRATEGIES/ACTIVITIES:<br><br>• Play games with her ringing a variety of sounds to familiarize herself with them.<br><br>• Play hide and seek where each child has a specific sound and A___ has to recognize the sound to find them. | STRATEGIES/ACTIVITIES:<br><br>• Read books<br>• Make up words using silly songs.<br>• Use more descriptive (colors, shapes, sounds) when talking<br>• Exaggerate sounds in words and use association ("ssss" for snake) |
| MEASURABLE OUTCOMES/TARGET DATE: *respond to bell rings 5/10 times*<br><br>Within 6 months A___ will show increase awareness to environmental sounds by responding to a bell being rung out of her sight 5/10 times<br>Date Achieved: | MEASURABLE OUTCOMES/TARGET DATE:<br><br>Within 6 months A___ will demonstrate increased use of speech by identifying 20 familiar objects/persons using words that are intelligible to most.<br>Date Achieved: |
| PERSON(s) INVOLVED:<br>(Name, Title, Phone #)<br><br>Parents<br>Caregivers<br>Therapist<br><br>Date Received: | PERSON(s) INVOLVED:<br>(Name, Title, Phone #)<br><br>Parents<br>Caregivers<br>Therapist<br><br>Date Received: |

Child's Name: _____    Date: 7/13/06

### Part III: Child/Family Outcomes Related to Child Development

| OUTCOME: | OUTCOME: |
|---|---|
| More balance and Coordination | |
| **STRATEGIES/ACTIVITIES:** | **STRATEGIES/ACTIVITIES:** |
| • Have her jump on a trampoline or on her bed.<br>• Try jumping in the water with two hand support.<br>• Play the bunny hop game<br>• Play hop scotch with alternating jumps (1 foot, 2 feet) | |
| **MEASURABLE OUTCOMES/TARGET DATE:** | **MEASURABLE OUTCOMES/TARGET DATE:** |
| Within 6 months _____ will be able to independently jump down from and 18" surface with two foot take off and land and hop forward on one foot for 3 consec. hops. | |
| Date Achieved: | Date Achieved: |
| **PERSON(s) INVOLVED:**<br>(Name, Title, Phone #)<br><br>Parents<br>Caregivers<br>Therapist | **PERSON(s) INVOLVED:**<br>(Name, Title, Phone #) |
| ate Received: | Date Received: |

DC EARLY INTERVENTION PROGRAM – IFSP

IFSP-4/04

82

Child's Name: _____    Date: 7/13/06

Part IV.    Services Needed to Achieve Early Intervention Outcomes

| SERVICE * | AGENCY NAME, ADDRESS, PHONE ** | FREQUENCY; INTENSITY; METHODS (# x wk/mo; # min/visit; group or individual) | NATURAL ENVIRONMENT LOCATION* (Must be a natural setting unless justified below) *** | PAYMENT (Family, Insurance, Medicaid, Part C, other…) ** | PROJECTED START DATE | PROJECTED END DATE | ACTUAL END DATE |
|---|---|---|---|---|---|---|---|
| PT | TBD | 1 x Wk / Mo. 60 Min. Visit Group / Individ'l | Home / River School | Tricare | 8/13/06 | 10/17/06 | |
| SLP | Receiving at River School TBD | 3 x Wk / Mo. 60 Min. Visit Group / Individ'l | Home / River School | Tricare | 8/13/06 | 10/17/06 | |
| Aud. | Bethesda Naval Pamela Cain | 1 x Wk / Mo. 2 mos consultation Min. Visit Group / Individ'l | Clinic | Tricare | 8/13/06 | 10/17/06 | |
| | | ___ x Wk / Mo. ___ Min. Visit Group / Individ'l | | | | | |
| | | ___ x Wk / Mo. ___ Min. Visit Group / Individ'l | | | | | |

*Special Instruction  -- Initial IFSP – Service To Be Determined [Frequency/Intensity/Methods To Be Determined Based on Placement Environment & Teacher/Staff Qualifications]

** Agency Information; Natural Environment; Payment -- Initial IFSP – Information To Be Determined

***Please give an explanation of why early intervention outcomes cannot be achieved satisfactorily in a natural environment:

None at this time    Would like services to be done at River School until transition

Part V.  Other Services  (Services needed, but not an entitlement under Part C – including medical services such as well baby checks, follow-up with specialists for medical purposes, etc.)

| SERVICE | PROVIDER | LOCATION | FUNDING SOURCES OR STEPS TO BE TAKEN TO SECURE SERVICES |
|---|---|---|---|
| Audiology follow-up | Pamela Cain | Bethesda Naval | Appt set for 8/10. Mom will call with results |
| wellness check up Vision/hearing screening | PCP | Bethesda Naval | Appt set for Sept 2006. Mom will call with results. |
| | | | |

DC EARLY INTERVENTION PROGRAM – IFSP                    IFSP-10/04

83

Child's Name: _____ Date: _____

_____ 7/13/06

Part VI:    Transition Plan
(to be completed when child is 2 yrs, 6 mos.)

Date of Birth: _____/03    Current Age: 2 yrs 9 months

Funding Source: _Tricare_    Neighborhood School: _____ Transition in Sept.

* Spoke with mother regarding transition. Interim IFSP Completed.

| 1. CURRENT SERVICES (check/circle as appropriate) | 2. PROGRAM NEEDS (check as needed) |
|---|---|
| ___Occupational Ther.-____minutes per week/month | ___Inclusive Setting |
| ___Physical Ther.-____minutes per week/month | ___Small Teacher/Student |
| ___Speech/Lang. Ther.-____minutes per week/month | ___Behavior Management Program |
| ___Special Instruction-____minutes per week/month | ___Wheelchair/Walker Access/Mobility Training |
| ___Vision Ther.-____minutes per week/month | ___Oral Program (Hearing Impaired) |
| ___Audiology Svcs-____minutes per week/month | ___Toilet Training |
| ___Home Visiting-____minutes per week/month | ___1:1 Assistance During Day |
| ___Feeding Ther.-____minutes per week/month | ___Alternative Communication Sys._____ |
| ___Other _____ | ___Bi-Lingual Staff _____(Lang) |
| _____ | ___Extended Day (Child Care) |
|  | ___Adjustment Help (Program Start) |

**3. IDENTIFY ANY CONCERNS** (check as needed)

___General _____

_____

___Medically Based Services (Nursing Plan Needed)

___Shunt Monitoring    ___Catheterization
___Apnea Monitor    ___Tracheotomy
___Nebulizer Treatments    ___Feeding Tube
___Oxygen Treatments    ___Seizures

___Special _____
___Equipment_____    ___Special Diet_____
___Home Based Services (Medically Fragile)
_____    ___Other_____
___Assistive Tech. Used_____    _____

**4. TRANSITION ASSIGNMENTS: Steps To Ensure A Smooth Transition**

| What Do We Need To Do? | Who Will Do It? | Deadline Date |
|---|---|---|
| a. Update IFSP/Evaluations (which ones?) | | |
| b. Update Health/Dental forms – appointments | | |
| c. Visit prospective programs (which ones?) | | |
| d. Prepare package for family to take to register | | |
| e. Registration by the family (where?) | | |
| f. Participate in MDT/IEP/Placement meeting | | |
| g. Identify activities to help child adjust in new program: | | |

I have reviewed the plans for transition. My signature below indicates permission to proceed with transition.

_____    _____    _____
Parent Signature    Parent Signature    Date

DC EARLY INTERVENTION PROGRAM – IFSP    IFSP-10/04    84

## Part VI. Transition Plan – Follow-Up Meeting

page 2:  IFSP/Transition Plan for _____

FOLLOW-UP MEETING DATE:_____

5. Identify Progress Towards Completion of Assignments:

| Assignment | Progress Towards Completion |
|---|---|
| a.  Update IFSP/Evaluation(s) | |
| b.  Update Health/Dental Forms | |
| c.  Visit prospective programs (which ones) | |
| d.  Prepare package for family to take to register | |
| e.  Registration by the family (where) | |
| f.  Participate in MDT/IEP/Placement meeting | |
| g.  Identify activities to help child adjust in new program: | |

6. Identify Any Changes To The Original Plan:

| 7. Identify Any New Assignments | Who Will Do It? | Deadline Date |
|---|---|---|
| | | |
| | | |

Parent Signature Below Indicates Permission To Proceed:

_____          _____
Parent Signature                                         Date

_____          _____
Parent Signature                                         Date

85

# The River School – Individualized Educational Plan (IEP)
## ACADEMIC YEAR

**A▊ T▊▊**
DOB: ▊▊-03
DOI: 02-02-05

## Pragmatic Behaviors

1. A▊▊ will say "hello" and "bye" in response to others in ¾ opportunities.
2. A▊▊ will name her peers when prompted in ¾ opportunities.
3. A▊▊ will label to request desired items when modeled in ¾ trials.
4. A▊▊ will spontaneously use "my turn" or "mine" to negotiate turn taking with peers in ¾ opportunities.
5. A▊▊ will protest an undesired peer behavior by saying "no" or "stop" spontaneously in ¾ opportunities.

## Language Comprehension & Use

1. A▊▊ will identify 3 new vocabulary words (common objects and theme-related vocabulary) per week.
2. A▊▊ will use 3 new vocabulary words per week.
3. A▊▊ will follow one-step directions in 3/4 trials.
4. A▊▊ will imitate words in ¾ trials.
5. A▊▊ will demonstrate an understanding of the prepositions in, on, out, and under in ¾ trials.
6. A▊▊ will use the prepositions in, on, out, and under in ¾ trials.
7. A▊▊ will demonstrate an understanding of the pronouns I, me, and you in ¾ trials.
8. A▊▊ will use the pronouns I, me and you in ¾ trials.
9. A▊▊ will comprehend the quantitative concepts of one and all in ¾ trials.
10. A▊▊ will use the quantitative concepts of one and all in ¾ trials.
11. A▊▊ will answer simple "what" questions in ¾ trials.
12. A▊▊ will ask simple "what" questions in ¾ trials.

## Speech Production

1. A▊▊ will increase overall oral motor awareness and strength for articulation.
2. A▊▊ will use a rotary chew when eating.
3. A▊▊ will produce age appropriate phonemes at the single word level.

## Phonological Awareness / Literacy Skills

1. A▊▊ will orient books appropriately in ¾ opportunities.
2. A▊▊ will turn pages in a book from right to left with 100% accuracy.
3. A▊▊ will identify pictures of common objects and theme related vocabulary when labeled in ¾ trials.

## Gross Motor Skills

1. A▊▊ will stand on tiptoes for 2-3 seconds without support in ¾ trials.
2. A▊▊ will walk with legs closer together and an erect posture in ¾ trials.
3. A▊▊ will independently sit with "straight legs" or "criss-cross legs."

## Auditory Skills

1. A▊▊ will identify and repeat the Ling 6 sounds with 100% accuracy.
2. A▊▊ will localize to her name in a noisy classroom environment at a distance of 6-8 feet in 3/4 trials.
3. A▊▊ will notify her teachers when her magnet becomes detached with 100% of the time.

---

**RIVER SCHOOL IEP TEAM MEMBERS:** <u>Andrea Handscomb & Rebecca Houston</u>

**PARENTS' SIGNATURES:** _____

<u>2005-2006 Academic Year</u>

**DATE:** _____

# The River School – Individualized Educational Plan (IEP)
## ACADEMIC YEAR

A▆▆ T▆▆
DOB: ▆▆03
DOI: 02-02-05

## Pragmatic Behaviors
1. A▆▆ will say "hello" and "bye" in response to others in ¾ opportunities.
2. A▆▆ will name her peers when prompted in ¾ trials.
3. A▆▆ will label to request desired items when modeled in ¾ trials.
4. A▆▆ will spontaneously use "my turn" or "mine" to negotiate turn taking with peers in ¾ opportunities.
5. A▆▆ will protest an undesired peer behavior by saying "no" or "stop" spontaneously in ¾ opportunities.

## Language Comprehension & Use
1. A▆▆ will identify 5 new vocabulary words (common objects and theme-related vocabulary) per week.
2. A▆▆ will use 5 new vocabulary words per week.
3. A▆▆ will follow one-step directions in 3/4 trials.
4. A▆▆ will imitate words in ¾ trials.
5. A▆▆ will demonstrate an understanding of the prepositions in, on, out, and under in ¾ trials.
6. A▆▆ will use the prepositions in, on, out, and under in ¾ trials.
7. A▆▆ will demonstrate an understanding of the pronouns I, me, and you in ¾ trials.
8. A▆▆ will use the pronouns I, me, and you in ¾ trials.
9. A▆▆ will comprehend the quantitative concepts of some and all in ¾ trials.
10. A▆▆ will use the quantitative concepts of one and all in ¾ trials.
11. A▆▆ will answer simple "what" and "where" questions in ¾ trials.
12. A▆▆ will ask simple "what" questions in ¾ opportunities.

## Speech Production
1. Increase jaw and tongue strength and stability
2. Differentiate her tongue from her jaw
3. Increase tongue elevation and gradation
4. Repeat syllable patterns and words of increasing length
5. A▆▆ will produce age appropriate phonemes at the single word level.

## Phonological Awareness / Literacy Skills
1. A▆▆ will identify pictures of common objects and theme-related vocabulary when labeled in ¾ trials.
2. Increase attention span for books

## Auditory Skills
1. A▆▆ will identify and repeat the Ling 6 sounds with 100% accuracy.
2. A▆▆ will localize to her name in a noisy classroom environment at a distance of 6-8 feet in 3/4 trials.
3. Will discriminate between familiar words basis of syllable length
4. Discriminate between familiar words on the basis of vowel and consonant differences when the syllable length is the same (e.g. cookie vs. cracker)
5. Discriminate between similar phrases and short sentences (e.g. all done vs. open)

## Gross Motor Skills
Goals pending PT evaluation recommendation.

RIVER SCHOOL IEP TEAM MEMBERS: Andrea Handscomb & Rebecca Houston         2005-2006 Academic Year

PARENTS' SIGNATURES: _____     DATE: _____

87

_D   A___ T___                AGE  :   ___ars, 6 months                      Narrative Summary Report

CHERS   Andrea Handscomb & Rebecca Houston         DATE   May 17, 2006         SPRING 2006

RIVER SCHOOL, WASHINGTON, DC

ENDANCE:        DAYS PRESENT   55        DAYS ABSENT   04

IAINS & COMPONENTS          CHILD'S DEVELOPMENT:     Child's growth, special strengths and talents, and areas of difficulty.
                                                     Plans for supporting the child's development.

| | |
|---|---|
| **Emotional & Social Development**<br>Temperament<br>Approach to learning<br>Interaction with others<br>Social problem solving | A___ is an exuberant and cheeky child who enjoys coming to school. She loves running up and down the classroom climber, playing with play dough, scooping and pouring in the sensory table, completing puzzles, and reenacting familiar acts of daily living like cooking and shopping in the dramatic play center. Throughout choice time, A___ demonstrates a good balance of play along side peers and independent play. She is a good member of her classroom community and follows rules and directions with ease. A___ knows the classroom schedule and routines and transitions well between activities.<br><br>A___ learns new information through hands-on exploration. For example, she acquired theme-related vocabulary (i.e., pizza ingredients) by making and eating English muffin pizzas, visiting a pizzeria, rolling pizza dough, and painting with pizza sauce. She also acquires some knowledge through direct instruction during one-on-one, pre-teaching lessons. For example, during The Three Little Pigs unit, the teacher asked A___ to label pictures from story of key vocabulary such as pig, wolf, straw, sticks, and bricks. She participates for brief periods during pre-teaching, but it is difficult to teach A___ though direct instruction during choice time. She becomes absorbed in her play schemes and is reluctant to follow teacher suggestions and models. For example, while A___ was cooking pizzas in the pretend kitchen, she ignored the teachers or told them "no" when they attempted to expand her play (e.g., "Lets put the pizza in a box.") and when they tried to scaffold her play with scripts (e.g., "A___, tell your friend, 'Here's your pizza'."). The teachers will continue to support A___ play and language by narrating her actions and providing models, but a goal for A___ is to be more open to following and imitating teacher suggestions during dramatic play.<br><br>A___ has pleasant interactions with her teachers and classmates. She often greets her teachers with a big smile and is working on saying "hi." A___ is affectionate with the teachers and looks to them for assistance when necessary. She plays along side all of the children in her class and is beginning to show a preference for playing with one of the Polliwog girls. A goal for A___ is to learn the names of all of her classmates.<br><br>A___ continues to develop her social problem solving skills. She asks for toys spontaneously by saying, "My turn," but she becomes very involved with her play schemes and is unwilling to share toys with her friends at times. She will, however, say "two minutes" and give her friends a turn later with teacher support. A goal for A___ is to tell her friends, "two minutes," without teacher assistance. |
| **Communication**<br>Modalities<br>Understanding language<br>Using language<br>Pragmatics and humor<br>Speech<br>Emergent literacy | A___ communication skills have developed throughout the year. She accurately imitates the Ling 6 sounds at a soft volume and consistently responds to her name at a distance of 6-8 feet within the classroom. Her comprehension of spoken language has increased significantly, and she now answers yes/no questions with approximately 70-80% accuracy and follows situational and basic one-step directions without visual support. A receptive language goal for A___ is to increase her receptive vocabulary, especially for common objects (e.g., animals, toys, and things found around her house).<br><br>In the beginning of the year, A___ produced a lot of jargon and occasionally used single words spontaneously. She communicates currently by saying single words and high-frequency two-word phrases (e.g., "my turn," "what's that," and "all done") on a regular basis. She is beginning to say three-word phrases that contain carrier phrases spontaneously. _____ example, during snack she said |

independently, "I want cheese," after the teacher held out a piece of cheese and waited a few seconds for her to request the food. She is also beginning to combine two novel words to express her thoughts (e.g., "Where Patricia?"). A goal for A█ is to use novel two-word phrases more often. A█ also communicates using facial expressions, intonation, gestures, and signs. Her signs are more precise physically, and she does not confuse them (e.g., saying "cheese" but signing "more") as often. A█ continues to exhibit avoidant behaviors when asked to repeat words or request items, but will repeat the teachers' models when highly motivated (e.g., when she wants food). Her oral-motor awareness and strength continues to increase. Although, she drops many final consonants, her articulation is more precise, and her chewing skills are maturing. A█ responds well to tactile cues and attends more to the teacher's mouth when they are working on her articulation. For example, she has better lip closure for the /p/ sound when the teacher strokes her upper lip first. A█ continues to progress in her ability to label and produce sound-symbols from the Early Phonological Awareness Program (a.k.a. Mouth Time) and currently knows the sound-symbols for /m/, "ah," "oo," "sh," and /b/. She has greater difficulty producing the voiceless sound /p/ and says its voiced cognate /b/ instead. She also visually confuses the symbol for /m/ (a straight line) with the symbol for "ee" (a line that looks like a smile). She is able to self-correct when the teacher provides her with a tactile cue (e.g., running her finger along the symbols so she learns that one line curves and one line is straight). The teachers will continue to help A█ improve her oral motor strength and sensory awareness and encourage her to learn more Mouth Time symbols.

A█ has age appropriate pragmatic skills and is considerate of her friends. She has good eye contact, body language, and joint attention (i.e., the ability to share one's experience of observing an object or event, by following gaze or pointing gestures). A█ uses her language for a variety of purposes including: to label, request, question, respond, negate, and protest. The teachers are helping her attend to her peers' communication attempts, as she sometimes misses that they are talking to her. A█ notices when a friend is sad and will seek the teachers' help by saying, "look" while pointing to her classmate.

A█ demonstrates delayed literacy skills. She continues to have difficulty orienting her books appropriately during independent reading. A█ rarely sits with a teacher to listen to a story, and when she does, she cannot usually attend the entire time and moves away before the end of the story. She does not point to pictures when the teacher asks her to find something on the page, even when the teacher points to it first, and requires hand-over-hand assistance. She also has difficulty attending to books read aloud to the class and looks around the room instead. Goals for A█ include pointing to pictures in the story when named and attending to a book or books for 10 minutes everyday when read to by an adult.

| **Cognitive Development**<br>Attention span<br>Problem solving approaches<br>Object use<br>Sorting and categorizing<br>Sequencing ability<br>Symbolic representation | A█ demonstrates good attention for self-directed activities during choice time. She spends an appropriate amount of time playing in the various centers and completes self-initiated tasks. For example, she will fill her shoelace string with beads to make a necklace instead of just stringing a few beads and then abandoning her endeavor. A█ also has an age appropriate attention span for teacher-directed activities that are visual and tactile in nature. For example, she remained focused and requested ingredients during a cooking activity where she made English muffin pizzas. A█ enjoys completing "start to finish" tasks, such as when she painted her paper plate pizza red and then placed numerous pieces of foam cheese and toppings until her plate was covered. Teacher-directed, group activities that are more auditory in nature (e.g., listening to a book) are more challenging for A█ Her attention wanders during these times, and he behavior becomes very silly (e.g., she makes funny faces and flops over on to the floor). The teachers will continue to redirect A█ with physical cues during these activities and support her ability to understand the material presented through providing visual supports (e.g., signs, gestures, pictures, and objects). |

89

A███ problem solving approaches continue to develop as she increases her abilities to sequence and segment. Throughout the year, she has worked on her sequencing skills and is beginning to learn that steps must occur in a specific order to obtain a desired outcome. For example, when making felt pizzas, she was not sure at first how to sequence the crust, sauce, and cheese. The teachers used a book on how to make a pizza as a visual prompt to help her determine the proper order. A goal for A███ is to learn how to sequence familiar two- to three-step activities (e.g. a bedtime routine of taking a bath, reading a story, and lights out). She sorts objects with minimal teacher assistance after being provided with a model. During the Train unit the teachers gave her two suitcases and a box that contained musical instruments and animals. She was then asked to divide the objects into the two suitcases. After a few demonstrations, A███ picked items from the box, looked at them carefully, and placed the objects in the corresponding suitcase. A goal for A███ is to sort across more categories that are more abstract. For example, during the Construction unit she needed a lot of visual prompting to sort the heavy tools from the light tools. Another goal for A███ is to rote count and count with one-to-one correspondence to five.

A███ uses classroom toys and materials respectfully and purposefully. She plays in the dramatic play center frequently and displays good symbolic play skills. A███ plays along side her peers and observes her classmates' play. She enjoys watching her friends' facial expressions when something surprising or funny occurs. For example, she will raise her eyebrows, say "oh," look at her classmate, and share a laugh with her when her block tower falls. Although she occasionally engages in associative play (i.e., playing with her friends), she does not spontaneously include her classmates in her play often. The teachers will encourage her to interact more with her friends during dramatic play and help her develop the turn taking skills needed to share toys. For example, after she is finished using the cash register in the pizza restaurant the teacher suggested that she switch roles with her friend and play the part of the customer instead of pushing her friend away when she attempted to become the cashier. The teachers are also encouraging her to expand the number steps her play entails. For example, the teachers scaffolded A███ play so she put the pizza in the oven, took it out of the oven, put it in a pizza box, and finally delivered it to the customer.

| | |
|---|---|
| **Physical Development**<br>Gross motor development<br>Fine motor development<br>Skills of independence | Although gross motor movements continue to be challenging for A███ she continues to master new activities on the playground and in the gym. She now ascends the ladder more easily, slides down the curly pole, and pedals on the tricycle. In the beginning of the year, A███ had difficulty supporting her body in an upright position for prolonged periods of time and needed to brace herself with one hand when playing at a table. She migrated between classroom centers less frequently because it was difficult for her to pivot and transition her body into new positions. A███ sometimes would watch her friends from a distance but missed out on joining in on their fun directly because moving across the room was too taxing and time consuming. She now travels around the classroom much more quickly, and although she continues to demonstrate a need to increase her trunk stability, her trunk control has improved. A███ W-sits less often and stands without using her hands to support herself. A███ continues to fall frequently and has difficulty controlling her movements to negotiate the classroom environment. Her gait is wide, and when walking, the top half of her body leans significantly forward and her arms hang loosely by her side. She also continues to demonstrate difficulty with gradating her movements, which causes her to run into objects. A███ has a delayed reaction when she collides with something and does not always seem to register pain, which is a safety concern. For example, after running face first into the climber on the playground, she kept moving, and several seconds went by before she registered what happened and rubbed her face. Goals for A███ include improving her trunk stability, gait, and sensory perception. |

A███ displays good fine motor control and e███    s activities that require eye-hand

90

coordination including stringing beads and completing puzzles. She develops her hand and finger strength during many classroom activities including pounding and stretching pizza dough and cleaning off muddy pigs with a spray bottle. A████ has good scissor skills and can snip across a narrow piece of paper. Her imitation of signs has become more precise, and she looks at her hands and the teachers' hands more carefully now to make sure her imitation is accurate.

A████ self-help skills have grown throughout the year. She continues to develop the skills needed for toilet training. A████ stays dry for longer periods, uses the potty more regularly, flushes the toilet, and washes her hands with soap. A████ undresses herself with ease and flips on her coat when it is laid out for her. Self-help goals include becoming toilet trained and wiping her nose when necessary.

EAM TEACHERS: _____

_____Andrea E. Handscort_____

ATE:    May 17, 2006

ng 2006



THE
RIVER
SCHOOL

**Name:** A████ T████        **Parents:** Sarah and Michael Tiller
**DOB:** ██████-03             **Address:** 4515 Garrison Street, NW
**DOE:** 06-20-06 and 06-27-06              Washington, DC 20016
**Age:** 2 years, 8 month      **Telephone:** 202-237-1150
**Cochlear Implantation:** 02-02-05    **School:** The River School (Washington, DC)
**Date of Activation:** 03-05

### THE RIVER SCHOOL SPEECH-LANGUAGE EVALUATION:
### CONFIDENTIAL

**Reason for Testing:** A████ received a standard six-month reevaluation to assess her speech and language progress and her current communication skills.

**Significant History:** A████ is an attractive 2-year, 8-month-old girl with a profound, bilateral sensorineural hearing loss. She was born in Naples, Italy and lived there until age 15 months and then returned to the United States. Her father is an activity duty Naval physician, and all medical treatment in Italy took place at the US Naval Hospital, Naples Italy.

Prenatal history is reported to be free of complications, diseases, and drugs. A████ was delivered after 37 weeks of gestation, weighing 6 ½ pounds. Although her twin sister was born via a vaginal delivery, A████ was delivered via a cesarean section due to a prolapsed cord. Her Apgar scores were eight and nine. With the exception of mild jaundice, she had a normal post-natal exam and passed her newborn hearing screening.

At age 2 ½ months, A████ contracted bacterial meningitis. She was hospitalized for six weeks and was treated with Gentamicin and Rocefrin. According to parental report, there were no concerns regarding her development until after the meningitis. Pre-meningitis, A████ cooed, lifted her head in a prone position, turned her head from side-to-side, and rolled over. Post-meningitis, she could not push up when prone and lost most head control. During her recovery period she laid in a supine position with limited opportunity for movement.

At age 6 months, she received an audiological examination by audiologist Joel R. Bealer to rule out hearing loss due to ototoxic side effects from the antibiotics she received during the treatment of her meningitis. A████ was given an otoacoustic emission (OAE) screening and results were consistent with normal hearing levels.

4880 MACARTHUR BLVD. NW • WASHINGTON, DC 20007
TEL: 202-337-3554 • FAX: 202-337-3534 • WWW.RIVERSCHOOL.NET

92

AT-09

At age 10 months, A████ pediatrician referred her to the US Naval Hospital's Educational and Developmental Intervention Service (EDIS) due to concerns about gross motor development. Physical therapist Henry Woodruff and speech-language pathologist Janette Ressue assessed A████ using the Battelle Developmental Inventory (BDI). She was found to have a >25% delay in all developmental areas, except for the area of cognition which was found to be grossly within normal limits with a 20% delay. Overall she was found to be functioning at a level of a 6-month-old. Fine motor skills were an area of relative strength and gross motor and receptive language were the areas of greatest concern. Recommendations included physical therapy, speech therapy, a hearing evaluation, and an assessment by developmental pediatrician Dr. Robert Buckley. A████ received physical and speech therapy following this evaluation from age 11 months until age 15 months when she moved to the United States.

At age 11 months audiologist Leslie Sims evaluated A████, and she failed a Distortion Product Otoacoustic Emissions (DPOAE) test and was diagnosed with bilateral middle ear effusion (MEE). She had a type B tympanogram in her left ear and a type C tympanogram in her right ear. She was referred to her pediatrician to treat her eustachian tube dysfunction. Also at age 11 months, Dr. Buckley assessed A████ using the Bayley Scale of Infant Development II (BSID-II). The BSID is a standardized test composed of two subscales, the Mental Developmental Index (MDI) and the Physical Developmental Index (PDI). The standard score average range is 85-115 with a mean of 100 and a standard deviation of 15. A████ received a MDI of 85 with an age equivalence of 9 months and a PDI of 72 with an age equivalence of 8 months. Dr. Buckley diagnosed A████ with mixed developmental delay and central nervous system dysfunction.

At age 14 months, A████ was evaluated again by audiologist Leslie Sims and continued to present with MEE and type B tympanograms bilaterally. She was referred to an otolaryngologist for MEE treatment, a sedated DPOAE, and an Auditory Brainstem Response (ABR). Also at age 14 months, otolaryngologist Dr. Kirby Scott performed a myringotomy with tympanostomy tubes (PE tubes), DPOAE, ABR, and nasopharyngoscopy exam. Her response DPOAE was found to be "inconsistent or poor," no waveforms were present during the ABR, and the nasopharyngeal exam revealed enlarged adenoids. A████ was referred to Walter Reed Army Hospital in Washington, DC for further evaluations including a cochlear implant candidacy assessment.

At age 15 months, otolaryngologist Dr. Brian McKinnon and audiologist D. Macneil of Walter Reed Army Hospital evaluated A████ hearing using a sedated MRI, transient evoked OAE (TEOAE), ABR, and tympanogram. MRI results indicated normally developed inner ear anatomy (including her cochleas) and middle ear anatomy bilaterally. TEOAE and ABR results were consistent with previous findings of a profound sensorineural hearing loss. The tympanogram results indicated patent PE tubes. Dr. McKinnon performed A████ cochlear implant surgery on 02-02-05. Her cochlear implant was activated in 03-2005 by Bethesda Naval Hospital audiologist Pamela Caine.

<u>Summary of Standardized Speech-Language Assessments to Present:</u> The following charts provide a summary of A████ communication tests in chronological order, with the most recent scores bolded. For a full listing of A████ current test scores, please see the final page of this report.

Reynell Developmental Language Scales

| Date of Evaluation | Chronological Age | Receptive Standard Score | Expressive Standard Score | Receptive Age Equivalency | Expressive Age Equivalency |
|---|---|---|---|---|---|
| 11/17/05 | 2-1 | <63 | <63 | ≤ 1year, 0 months | ≤1 year, 2 months |
| 06/27/06 | 2-8 | <63 | 68 | 1 year, 4 months | 1 year, 9 months |

Preschool Language Scale-Fourth Edition (PLS-4)

| Date of Evaluation | Chrono-logical Age | Auditory Standard Score (Avg. Range = 85-115) | Age Equivalency | Expressive Standard Score (Avg. Range = 85-115) | Age Equivalency | Total Standard Score (Avg. Range = 85-115) | Age Equivalency |
|---|---|---|---|---|---|---|---|
| 11/17/05 | 2-1 | 67 | 1-3 | 73 | 1-5 | 67 | 1-4 |
| 06/27/06 | 2-8 | 61 | 1-8 | 82 | 2-2 | 69 | 1-10 |

Expressive One Word Picture Vocabulary Test (EOWPVT)

| Date of Evaluation | Chronological Age | Standard Score (Avg. Range = 90-110) | Age Equivalency |
|---|---|---|---|
| 11/17/05 | 2-1 | 57 | 1-0 |
| 06/27/06 | 2-8 | <55 | 1-2 |

**Current Status:** A██ is enrolled at The River School in a mainstream, toddler classroom two mornings per week. The class consists of eight other age-matched children with typical language and hearing and one other peer with a cochlear implant. A masters-level educator and a full-time speech-language pathologist staff the class. A██ receives speech-language services throughout the day within the classroom. The classroom speech-language pathologist and educator support her auditory, language, and pragmatic skills by scaffolding play and facilitating communication interactions with typical peers. She has excellent social interactions with her classmates, but requires a high-level of support when listening to and speaking to classmates. A██ responds well to her teacher's and therapist's prompting and modeling, but tends to revert to nonverbal communication when playing independently. A██ also receives one-hour of individual, pullout therapy once a week through the school. She continues to see her audiologist, Pamela Caine, for mapping sessions. A██ lives at home with her mother, father, and four sisters.

**Current Assessment Tools:**
- Peabody Picture Vocabulary Test (PPVT)
- Expressive One Word Picture Vocabulary Test (EOWPVT)
- Preschool Language Scale Fourth Edition (PLS-4)
- Reynell Developmental Language Scales
- Goldman Fristoe Test of Articulation -2 (GFTA-2)
- Classroom Observations
- Chart Review

**Testing Behavior:** The evaluation was conducted in a small, quiet therapy room with a familiar clinician. Test items were initially presented via oral means only, and test items were scored according to her responses to oral only directions. It was very difficult for A██ to attend to the tasks presented, and the examiner had to redirect her frequently. She required a high level of reinforcement, generally after every one to three items.

## Vocabulary:

*Receptive:* The PPVT-III was administered to assess A____ receptive one-word vocabulary. During this test A____ was presented with four pictures at a time, given a target word, and then asked to point to the picture that best represented that word. The standard average score is 85-115 with a mean of 100 and a standard deviation of 15. A____ received a standard score of 40 with a percentile rank of <0.1 and an average age equivalent of <1 year, 9 months. This standard score is considered to be an extremely low score. A basal could not be established, and there was no pattern of error on this test. A____ performance on this test indicates an overall need to increase her receptive one-word vocabulary.

*Expressive:* The EOWPVT was administered to assess A____ expressive one-word vocabulary. During this test, A____ was shown a picture and asked to name it. The standard average score is 85-115 with a mean of 100 and a standard deviation of 15. A____ received a standard score of <55 with a percentile rank of <1 and an average age equivalent of 1 year, 2 months. This standard score is more than two standard deviations below the mean and is considered to be a low score. A basal could not be established, and there was no pattern of error on this test. A____ performance on this test indicates an overall need to increase her expressive one-word vocabulary. Although A____ only named a few pictures, she labeled several of the pictures using signs including *telephone*, *airplane*, and *bus* and made related gestures for the words *scissors*, *swing*, and, *bike*.

**Language Assessment:** The PLS-4, the Reynell Developmental Language Scales, and classroom observations were used to evaluate A____ language abilities.

PLS-4: The PLS-4 evaluates a child's Auditory Comprehension skills (i.e. the ability to understand what is said), and Expressive Communication (i.e. ability to communicate with others), and Total Language abilities (i.e. auditory comprehension skills plus expressive communication skills). The standard average score range is 85-115 with a mean of 100 and a standard deviation of 15. The results of this test are as follows:

- A____ received a **Total Language standard score of 69 with a percentile rank of 2 and an average age equivalent of 1 year, 10 months.** This standard score is more than two standard deviations below the mean and is therefore considered below average.

- A____ received an **Auditory Comprehension standard score of 61 with a percentile rank of 1 an average age equivalent of 1 year, 8 months.** This standard score is more than two standard deviations below the mean and is therefore considered below average.

- A____ received an **Expressive Communication standard score of 82 with a percentile rank of 12 and an average age equivalent of 2 years, 2 months.** This standard score is more than one standard deviation below the mean and is therefore considered below average.

It is important to note that the difference between the auditory comprehension standard score confidence band (95% level), 53-69, and the expressive communication standard score

confidence band (95% level), 74-90, is considered statistically meaningful and occurred in less than 5% of the standardization sample. A▄▄ weakness in auditory comprehension indicates a need for support in the areas of auditory attention and auditory processing.

On the Auditory Comprehension subtest A▄▄ understood the spatial concepts of *in* and *off*, identified familiar objects, and responded to inhibitory words. She had difficulty identifying body parts and clothing, understanding verbs in context and in pictures, and comprehending pronouns. On the Expressive Communication subtest A▄▄ received credit for using a variety of nouns, verbs, modifiers, and pronouns, combining three to four words spontaneously in speech (e.g., *Where Patricia go?*), and using words for a variety of pragmatic functions. She had difficulty using plurals, answering *what* and *where* questions, and using the present progressive tense (i.e., verb + ing).

<u>Reynell Developmental Language Scales:</u> The Reynell Developmental Language Scales was also administered to determine language skills. It consists of two sections, Verbal Comprehension and Expressive Language. Standard scores and developmental age levels are calculated for each section. A▄▄ **received a Verbal Comprehension standard score of <63 with a developmental age of 1 year, 2 months.** This score indicates an 18-month lag in receptive language. She received credit for identifying several common objects such as *horse, dog, baby, bed,* and *chair*. A▄▄ demonstrated a need for support when following one-step directions that contained simple prepositions (e.g. in, on, out) and when identifying the function of objects (e.g. scissors are used to cut). A▄▄ **received an Expressive Language standard score of 68 with a developmental level of 1 year, 9 months.** This score indicates an 11-month lag in expressive language. She received credit for using at least two pronouns (*I* and *me*), using utterances of at least three words (e.g., "I want more."), and having a vocabulary of at least 20 words. A▄▄ labeled some common objects including *ball, sock,* and *car* and few pictures of common objects including *flower* and *chair*. Results from the expressive language subtest indicate that A▄▄ should continue to increase her ability to label pictures of common objects, use prepositions, and use past tense.

**<u>Oral-Motor Evaluation:</u>** An oral peripheral exam was performed to assess the structure and function of A▄▄ oral mechanism (i.e., jaw, lips, teeth, and tongue) for speech tasks. Overall hypotonia was present as well as decreased strength and range of motion. A▄▄ had symmetrical facial features and a closed mouth posture at rest. Lip closure and lip retraction was within normal limits, but her range of motion for lip rounding was limited. Jaw strength was judged to be weak and exercises that required jaw gradation were difficult. Due to poor jaw strength and stability, A▄▄ presents with a limited ability to differentiate her tongue from her jaw. Low tone and muscle weakness was noted during tongue protrusion, lateralization, elevation, and depression exercises. External tongue lateralization was slow but rhythmic. Internal tongue lateralization was slightly faster. Palatal symmetry was judged to be normal. Velum retraction was somewhat difficult to visualize but appeared equal and symmetrical. Her tonsils were slightly enlarged. Her gag reflex was normal. A▄▄ tolerance of internal tactile cues during oral motor tasks was judged to be within normal limits, demonstrating improvement in oral sensitivity from her last examination. Diadokinetic rate could not be assessed at this time because A▄▄ was unable to repeat the clinician's model.

## Articulation

Goldman-Fristoe Test of Articulation-2 (GFTA-2): The GFTA-2 was administered to assess articulation of consonant sounds in words. A███ was shown single colored drawings and asked to label the object(s) presented. She spontaneously labeled very few words and the clinician had her repeat almost all of the test items. She exhibited significant difficulty when repeating single words and often added extra syllables and groped for the proper placement of her articulators. Additionally she often used common phrases she hears in everyday life out of context, such as "open the door," "sit down," "Oh A███," "beep-beep," and "say bye bye" when asked to repeat a word. A███ received a standard score of 62 with a percentile rank of 3 and an average age equivalence of <2 years, 0 months. These scores are considered below average. A███ productions of speech sounds at the single word level were as follows:

| Sound | Initial | Medial | Final |
|---|---|---|---|
| /p/ as in cup | /d/ | (-) | |
| /m/ as in monkey | /t/ | (-) | (-) |
| /n/ as in knife | | | (-) |
| /w/ as in window | (-) | ----- | ----- |
| /h/ as in house | (-) | ----- | ----- |
| /b/ as in ball | | (-) | (-) |
| /g/ as in girl | /d/ | (-) | (-) |
| /k/ as in cup | (-) | /t/ | (-) |
| /f/ as in fish | /b/ | (-) | /s/ |
| /d/ as in duck | | | (-) |
| /ŋ/ as in ring | ----- | (-) | ----- |
| /j/ as in yellow | /m/ | ----- | ----- |
| /t/ as in telephone | /b/ | /d/ | /d/ |
| /ʃ/ as in shovel | /b/ | | |
| /tʃ/ as in chair | | "sh" | "sh" |
| /l/ as in ball | /m/ | (-) | |
| /r/ as in rabbit | /w/ | (-) | "ur" |
| /dʒ/ as in jump | | /d/ | (-) |
| /θ/ as in bath | /b/ | (-) | (-) |
| /v/ as in five | /b/ | (-) | (-) |
| /s/ as in house | /d/ | /d/ | "sh" |
| /z/ as in zipper | | /d/ | (-) |
| /ð/ as in this | /d/ | /w/ | ----- |
| bl as in blue | (-) | | |
| br as in brush | /b/ | | |
| dr as in drum | /w/ | | |
| fl as in flowers | /n/ | | |
| fr as in frog | /n/ | | |
| gl as in glasses | /j/ | | |
| gr as in green | /w/ | | |
| kl as in clown | /n/ | | |

97



| kr as in crying | /p/ |
|---|---|
| Kw as in quack | /d/ |
| pl as in plane | (-) |
| sl as in slide | (-) |
| sp as in spoon | (-) |
| st as in stars | /t/ |
| sw as in swimming | (/w/ |
| tr as in tree | "ch" |

GFTA-2 Key
(-) indicates the sound was omitted
/ / indicates a sound substitution
------ indicates that the sound does not exist in that position
blank box – indicates correct production

A████ articulation errors consisted mostly of omissions, including final consonant deletion and weak syllable deletion, stopping of sounds (e.g., bishee for fish), fronting of sounds (e.g., pie for crying), and gliding (e.g. wee for ring).

**Classroom Observations:** See River School Narrative Summary dated May 2006 in student's file.

**Impressions/Diagnosis:** A████ is a user of a unilateral cochlear implant and presents with a severe receptive language delay, a moderate expressive language delay, and reduced speech intelligibility. A████ tended to uses some unrelated high frequency phrases (e.g., "Oh Patricia," "no way," and "right there") when speaking spontaneously. The use of these phrases increased when she was asked to repeat single words and groping was noted. These behaviors suggest that she has significant difficulty with motor planning and sequencing for speech production.

**Recommendations:**

1. A████ should receive further testing from a speech-language pathologist to evaluate her motor planning and sequencing skills for speech and to rule out dyspraxia.

2. A████ should be evaluated by a pediatric neurologist to assess her motor planning abilities and to rule out limb dyspraxia.

3. A████ would benefit from receiving a baseline psychological evaluation to assess her current cognitive functioning.

4. If she has not already done so, A████ should receive a physical therapy assessment. If an assessment has been performed, it would be beneficial to A████ to share these results with her speech therapists, classroom teacher, and audiologists.

5. A████ should be enrolled in an intensive, oral educational setting that has

a.  Typical peers in order to develop language and social skills incidentally through play-based learning
b.  Professionals in the classroom throughout the day who are specifically trained in the oral education/habilitation of a children with hearing loss
c.  Individual support from a speech-language pathologist throughout the school day to facilitate language comprehension and use, to develop auditory skills, and to assist in interactions with typically developing peers
d.  A classroom designed/modified to reduce reverberation and absorb noise
e.  A low student-teacher ratio/small group and individual instruction
f.  Pre-teaching of new vocabulary and concepts
g.  Visual materials, prompts, and sign language support as need
h.  Additional repetitions for key vocabulary
i.  A systematic and structured approach to teaching phonological awareness skills

6.  A███ should receive intensive services from a speech-language pathologist. She should receive a minimum of twenty hours of classroom-based speech-language services and at least one-hour of pullout speech therapy per week. The following should be targeted:

a)  Increasing her receptive and expressive vocabulary by:
   •  Pointing to common objects and pictures of common objects when named
   •  Naming common objects and pictures of common objects when pointed to and asked, "what's that?"

b)  Increasing her auditory skills by
   •  Repeating simple syllable patterns of increasing length
   •  Increasing her auditory attention to books
   •  Following one-step directions that contain pronouns and prepositions in context
   •  Comprehending two elements of information (e.g. red ball)

c)  Increasing her receptive language and expressive language skills by:
   •  Comprehending and using the quantitative concepts of one and all
   •  Understanding and using the morphological endings of plural *s* and present progressive
   •  Answering simple "what" and "where" questions more consistently
   •  Identify and label the function of objects

d)  Improving her oral-motor skills and articulation by
   •  Increasing jaw and tongue strength and stability
   •  Differentiating her tongue from her jaw
   •  Increasing the tongue elevation and improving tongue gradation
   •  Producing age appropriate phonemes
   •  Repeating syllables and words of increasing lengths

7.  To receive optimal benefit from her cochlear implant, a professional familiar with cochlear implant technology should check the hardware and settings daily. Additionally, A███ should participate in a Ling 6 sound check every morning at home and when she arrives at school.


8.  A██ should continue to visit her audiologist on a regular basis to be remapped as needed and to monitor her hearing status.

9.  A██ would continue to benefit from the collaboration between her teacher, speech therapists, audiologist, physical therapist(s), and parents.

It has been a pleasure working with A██. If there are any questions regarding this report, please to do not hesitate to call me at 202-337-3554.

*Andrea E. Handscomb*

Andrea E. Handscomb, MA, CCC-SLP
Speech-Language Pathologist

cc: Parents

100

# THE RIVER SCHOOL

Name:      A██ T██ 
Date of Birth:      ██/03
Chronological Age:      2;8 years (32 months)
Examiner:      Meredith Ouellette
Date of Testing:      07/10/06

## Speech and Language Evaluation Addendum

**Assessment:**
A██ was cooperative and motivated throughout testing. Frequent breaks, snacks and stickers were given during the testing session.
The standard score is based on a score of 100 (+/- 15). Percentile rank indicates the percentage of children in her age group that A██ performed as well as or better than.

The **Kaufman Speech Praxis Test for Children** (KSPT) was administered to analyze speech patterns. Results are as follows:

### 1. Oral Movement

A██ was asked to imitate a series of the oral motor movements upon command, but was unable to lateralize her tongue to the left or right without sliding along her lower lip. She was therefore unable to alternate tongue lateralization or elevate her tongue to the alveolar ridge. A██ can retract her lips into a smile, but has difficulty with producing a lip pucker. This gives her a raw score of 5, a standard score of 64, a percentile rank of 4, and an age equivalency of <2.0 based on the typical normative data.

### 2. Simple Phonemic/Syllabic Level

    a. Pure Vowels
    A██ was able to produce /a/ as in father, /i/ as in eat, /ɔ/ as in caught, and /ɛ/ as in bet
    A██ was unable to produce /ʌ/ as in much, /ʊ/ as in boot, and /I/ as in hit.

    b. Vowel to Vowel Movement
    A██ was able to maintain the movement of two vowels together (dipthongs) for /aI/ as in high, /ou/ as in boat, and /au/ as in out.
    A██ was unable to produce /eI/ as in bake and /ɔI/ as on boy.

    c. Simple Consonant Production
    A██ was able to produce all of the following consonants in imitation: /m/, /p/, /b/, and /d/.
    A██ was unable to produce or groped awkwardly /t/, /h/, and /n/.

    d. Repetitive Syllables
    A██ was able to imitate repetitive syllables: /mama/.
    A██ was unable to imitate /papa/, /buh buh/, /boo boo/, and /dah dah/.

    e. Consonant to Vowel Movement
    A██ was able to imitate: /me/, /boo/, /bye/, and /day/.
    A██ was unable to imitate: /do/, /tie/, and /pay/.

f. Vowel to Consonant-Vowel Movement
A▇ was unable to imitate: /ah-poe/, /oo-muh/, /oh-bow/ and /oh-puh/.

g. Repetitive Syllables with Vowel Change
A▇ was unable to imitate: bubble, mommy, baby, puppy, people, and daddy.

h. Simple Monosyllabics with Assimilation
A▇ was able to imitate: mom.
A▇ was unable to imitate: pop, tot, dad, and bib.

i. Simple Consonant Synthesis
A▇ was able to imitate the initial consonant in: man, boat, hot, nap and dime.
A▇ was unable to imitate the initial consonant in: top and pin.
A▇ was unable to imitate the final consonant in: home, mad, knit, hop, knob, and bun.

j. Simple Bisyllabics with Consonant and Vowel Change
A▇ was unable to imitate: happy, tummy, tuna, and bunny.

This gives A▇ a raw score of 22 and an age equivalency of <2.0, based on the typical normative data, but the results were too low to obtain a standard score or percentile rank.

**Summary:**
A▇ presents with a motor-planning disorder called dyspraxia. Dyspraxia (ICD-9 Code 315.4) is a speech disorder that interferes with a child's ability to initiate and sequence motor movements for speech. A▇ has limited control of her speech muscles. This oral-motor speech disorder is characterized by the loss of ability to consistently position the articulators for speech. Unintelligible speech is often the result in young children, compounded by the fact that A▇ hearing loss affects her ability to self-monitor her verbal output. As children get older, such as A▇, the dyspraxia begins to affect the sequencing of language and higher-level executive functioning tasks relative to organization and problem solving. Verbal dyspraxia is not something A▇ will outgrow. Children with verbal dyspraxia generally have a wide gap between their expressive and receptive language abilities. It is recommended that A▇ program combine muscle movement and stretches with speech sound production, as well as intense work on sequencing and organization of language. Professionally recognized best practice for treatment of dyspraxia is intensive therapy as soon as the disorder is identified and therapy should be consistent and frequent (ASHA, Professional Journal, Vol. 7, No. 1, Jan. 2002). Without a good program and a professional speech language pathologist who can do oral-motor therapy, A▇ will not develop normal speech.

*M. Ouellette, MSCCCSLP*

Meredith Ouellette, M.S., CCC-SLP
Speech Language Pathologist



## Little Feet & Hands, Inc.
## Pediatric Therapy Services

### Comprehensive Developmental Assessment

**Name:** A▆▆▆ T▆▆▆
**Parent(s):** Sarah and Michael Tiller
**DOB:** ▆▆▆/06
**DOE:** 7/13/06
**Evaluator(s):** Pamela D. Brown-White, PT
**Chronological age:** 2 years, 9 months
**Part C ID #:** 06-05-514

**Background Information:** A▆▆▆ is a 33 month old child with a significant medical history of profound, bilateral sensorineural hearing loss. She was born at 37 weeks gestation by ceserean section because of a prolapsed cord. Her twin sister was born vaginally. She had a normal post-natal exam with the exception of mild jaundice. At 2 ½ months, A▆▆▆experienced bacterial meningitis. By 15 months, she was diagnosed with profound sensorineural hearing loss. A▆▆▆ received a cochlear implant in February 2005, with activation in March 2005.

**Additional information for this report was obtained from the following sources**
- Speech language evaluation, River School, Andrea Hondscomb, MA, CCC-SLP, 6/20/06
- Educational/Developmental Evaluation, US Naval Hospital, Naples, Italy, Robert H. Buckley, MD, FAAP, 9/30/04
- Narrative Summary and Patient Discharge Instructions, Walter Reed AMC, Dr. B. McKinnon, 2/3/05

**Reason for referral**
A▆▆▆ was referred to Little Feet & Hands, Inc. to review documentation and complete the eligibility process for Part C services with DC Infant and Toddlers with Disabilities Service. An assessment was also done to accompany reviewed documentation to assist in determining level of skill in all domains of development. Mother reports that primary areas of concern are with physical and communication skills. A▆▆▆presently receives speech therapy services at River School and the family is trying to get physical therapy services through the Infant & Toddler's program.

**Evaluation Behavior**
A▆▆▆was evaluated in the living room of her home with her mother present and participating. She immediately engaged in activities with the examiner and participated energetically for at least 60 minutes. During the assessment A▆▆▆ showed moderate difficulties transitioning between tasks and maintaining performance with difficult tasks. A▆▆▆ needed verbal and physical re-direction often and showed greater success when information was given face to face with demonstration.

AT-11

Evaluation Tools Used
Bayley Scales of Infant Development III
Review of previous documentation
Clinical Observations
Parental Interview

Bayley Scale of Infant Development (completed at a chronological age of 33 months)

| Scale | Raw Score | Scaled Score | Age Equivalent |
|---|---|---|---|
| Cognitive | 76 | 10 | 35 months |
| Receptive Comp. | 35 | 11 | 34 months |
| Expressive Comp. | 30 | 7 | 24 months |
| Fine Motor | 48 | 11 | 35 months |
| Gross Motor | 61 | 9 | 31 months |

**Physical**
Hearing/Vision: A█████ had a cochlear implant in February 2005, with activation in March 2005. She is being followed by an audiologist, Pamela Cain, at Bethesda Naval Hospital. A█████ is scheduled to have a hearing follow-up assessment August 10, 2006. Her vision was last screened at the 2 year wellness visit in October 2005. The results were normal. A follow up is scheduled for September 2006.

**Gross Motor Skills**
A█████ shows fair range of motion, strength, and tone for funtional movements in her arms and legs. Trunk strength and tone are slightly decreased, which impacts overall stability, balance and coordination. A█████ shows independent transitions to standing, but sometimes needs minimal supports to complete the activity. She can jump down from one step, or a 12" surface, with two hand support and place one foot on a taped line with one hand support. She walks backwards for greater than four independent steps and is able to hold a single limb stance with two hand support. Primary concerns are with balance, coordination, and decreased trunk strength.

**Fine Motor Skills**
Fine motor skills is reported to be an area of strength for A█████ She enjoys tinkering and imitating block shapes. She is able to scoop well, and shows a mature grasp on a pen. A█████ is able to copy horizontal and vertical strokes, and make a plus sign and circle after demonstration. She easily completes a nine part puzzle and attemps to recreate block figures after demonstration. A█████ shows good in hand manipulation with small beads and coins and is able to place small pellets in a cup using left or right hands.

**Cognitive**
Mother reports that A█████ receptive language is higher than her expressive language; however, she still has difficulty with motor planning and coordination to use these skills functionally. A█████ inconsistently responds to sounds in her environment; however, she eagerly participates in activities presented to her. She enjoys tinkering with toys and trying to figure out how they work. A█████ completed a nine part puzzle without difficulty and attempted to read a book based on pictures seen. She participates in imaginative play and appropriately shows reciprocal interactions during play.

**Adaptive**

Mother reports that A███ is a good eater. She eats a balanced diet, including fruits, vegetables, meats and milk. A███ uses a spoon and fork to eat, and can drink from a regular cup. A███ is able to independently dress herself, especially taking off her clothes. She sometimes has difficulty with buttons, but shows no adverse reactions to clothing textures. A███ is fully potty trained and shows a typical voiding pattern. She sleeps through the night, getting approximately 11 hours of sleep.

**Social/Emotional**

A███ attends the River School where there are approximately 11 other children in her class. It is reported that A███ gets along well with these children, and that she will initiate peer interactions. A███ also has four sisters, one of which is her twin. She plays well with her siblings and shows good turn taking skills for her age. Sometimes, A███ finds it difficult to concentrate on tasks, and has to be re-directed often, especially when only oral directions are given. She will consistently play with activities that are familiar and that she performs well. However, it is difficult to get her to do novel or challenging activites. A███ is able to transition states between sleep and awake well and generally maintains a happy and playful demeanor.

**Communication**

According to the speech language evaluation conducted at the River School (6/20/06), A███ uses a combination of words, sign, and gestures to communicate. Receptively, she shows an age equivalent of approximately 1 year, 4 months. She understands words like in, off, horse, dog, bed and chair and follows simple 1-2 step commands . Expressively, A███ is able to use some 2-3 word phrases and sign many familiar words (airplane, bus, telephone, scissors). She also uses physical prompting and eye gaze to express wants and needs. A███ cries when she is upset or frustrated as another form of communication.

**Impression**

A███ is a 33 month old child with a primary dianogsis of sensorineural hearing loss with cochlear implants. Overall, A███ shows good skills in the adaptive, cognitive and social/emotional domains. There are delays noted with physical (balance/gross motor), and communication skills A███ shows poor motor planning and coordinaton with balance activities and word production. She also has difficulties interpreting sounds, understanding words, and speaking clearly.

Based on the information gathered during this experience, A███ meets eligibility criteria for Part C services with the DC Infant and Toddlers with Disabilities Service based on a hearing impairments and cochlear implants. Primary areas of concern are with physical, and communication skills. The following recommendations are made to assist A███ and her family in improving overall functional skills and decreasing further delay.

1. Physical therapy 1x per week to concentrate on improving balance and coordination skills as well as increasing core strength and stability

2. Speech-language therapy 2x per week to work on improving language and communication skills

3. Audiology consultation 1x every 2 months to monitor cochlear implant and to provide strategies to increase communication skills

105

Thank you for the opportunity to work with A███ and her family. If there are any other questions or concerns, please contact us at (202) 832-3590.

Pamela D. Brown-White, PT, MBA
Physical Therapist
Little Feet & Hands, Inc.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES
*Early Care and Education Administration*
*Infants and Toddlers With Disabilities Services Office*



## INVITATION TO THE
## INDIVIDUALIZED FAMILY SERVICE PLAN (IFSP) MEETING

*September 1, 2006*
Date

*Sarah Tiller*
Parent Name

*4515 Garrison St, NW*
Address

*Washington, DC 20016*
City, State, Zip Code

A▮▮ T▮▮▮
Child's Name

▮▮/03          *06-05-514*
Date Of Birth     Part C Office ID #

Dear ___Ms. Tiller___ ,

Per our conversation, we will convene a meeting on behalf of your child and family along with the _____*Little Feet & Hands, Inc.*_____ . The meeting is scheduled as follows:
Date: *Tuesday, September 19, 2006*          Time: *2:00pm*
Location: *DCPS Care Center – 925 Rhode Island Ave, NW (Shaw Jr. High School)-671-0882*
**(Please enter on the R St NW side – 3rd set of Green doors)**

The purpose of the meeting is to (check all that apply):
_____ review the Individualized Family Service Plan (IFSP) with the new service providers
_____ review the IFSP for appropriateness now that services have been in place for 60 days
_____ complete the 6 month IFSP progress review
_____ complete the annual (12 month) review of the IFSP and develop a new IFSP
__X__ develop an IFSP Transition Plan
_____ review the IFSP Transition Plan for progress with completion of identified tasks
_____ discuss changes in recommended services for your child
_____ other (please specify) _____

The following individuals have been invited to attend:
*Jacqueline Nicolas, DSC*          *Harry Brockenberry, DCPS*          *Ellen Bachman, ITDO Rep*
*Pamela Brown White, PT*          *Three Rivers Staff*          _____

If the meeting day, time or place is not convenient for you, the meeting can be rescheduled. Please call me directly at ___*202-832-3590*___ if you need to make any changes. The meeting cannot be held without your participation.

Sincerely,

*Jacqueline Nicolas*
Name (Please Print)

*Service Coordinator*
Title

*Little Feet & Hands, Inc.*
Signature

*Little Feet & Hands, Inc.*
Agency

A copy of your rights, "Families Have Rights" is enclosed.          IFSP Invite-Nov '05/FY 2006

107

AT-12

1/12/2006  10:43    2023373⁵     RIVER SCHOOL     PAGE  02/04



NAME:                    A___ T___
DATE OF TESTING: 9-12-2006
DATE OF BIRTH:    ___-2003
AGE:                     2 years, 10 months

## THE RIVER SCHOOL

### PSYCHOLOGICAL ASSESSMENT

#### Confidential

**REFFERRAL INFORMATION:**

A___ was referred for this administration of the Leiter International Performance Scale- Revised as part of information gathering to facilitate educational planning and programming.

**BACKGROUND INFORMATION:**

Review of records indicates that A___ is identical twin B of an uneventful pregnancy and cesarean delivery at 37 weeks. Birth weight was 6 lbs., 8 oz.. Apgar scores were 8 at 1 minute, and 9 at 5 minutes. A prolapsed cord complicated A___ delivery and post-natal history is significant for jaundice. At the age of 2.5 months, A___ contracted bacterial meningitis and was hospitalized for 6 weeks in the intensive care unit in Naples, Italy. She was treated with large doses of antibiotic, including Gentamycin intravenously for 10 days. The twins were born in Naples, Italy as the father, a physician, was on active military duty. A___ and her twin have 3 older sisters, all of whom currently reside at home, in Washington DC.

Post meningitis, concerns regarding A___ motor and language development were noted early on, with motor development initially being of primary concern. Parental reports indicate that motor skills, including crawling, were notably delayed upon comparison with her twin, Patricia. Due to concerns regarding A___ language development, she came to the attention of the U.S. Naval Hospital's Department of Otolaryngology of in March, 2004. At the time, she was reported to have normal hearing upon screening. Myringotomy tubes were placed and she was closely monitored for post-meningitic hearing loss. At 15 moths of age, A___ was diagnosed with profound sensorineural hearing loss. She received cochlear implantation in February 2005, with activation in March 2005.

A___ received a speech and language evaluation in July 2006, please refer to the report for specific details. At that time, she was also diagnosed with dyspraxia, a motor-planning disorder that interferes with the ability to initiate and sequence motor movements foe speech.

A___ currently attends the River School, in Washington DC; a program specifically developed to provide successful education for children and their families by integrating early childhood education and oral deaf education with a special emphasis on educating young children with cochlear implants. The River School is comprised of highly skilled staff where the classrooms are led by two professionals with Masters' degrees in the fields of early childhood education and speech-language pathology. The River School also has a support staff of related service providers in the areas of occupational therapy and developmental psychology. Class sizes range from eight to fourteen children and a strong focus on language and literacy as well as developmentally appropriate practices and sensory-based exploration incorporated into the curriculum.

A▆▆ T▆▆  Page 2

## BEHAVIOR OBSERVATIONS:

A▆▆ happily and willingly accompanied the examiner to the testing room. She was easily directed to the child-sized chair and table, sat willingly, and waited expectantly for the examiner to begin. Eye contact was appropriate and although the assessment instrument of choice is a nonverbal assessment tool, A▆▆ would gleefully label familiar pictures with single words as she completed the tasks. She demonstrated excellent joint attention and social referencing, and seemed to enjoy the challenge of the presented tasks. Attention and activity level were developmentally appropriate and testing progressed uneventfully. However, A▆▆ was noted to stumble frequently as we walked back to her classroom. Nevertheless, the results of this testing represent a valid indicator of A▆▆ current nonverbal cognitive functioning.

## ASSESSSMENT RESULTS:

The Leiter International Performance Scale is a standardized, highly reliable non-verbal test of intelligence used to evaluate language-handicapped children. The items of the Visualization and Reasoning Battery assesses the child's nonverbal reasoning abilities, rather than testing acquired skill, or material previously learned. Nonverbal intellectual abilities are those mental and cognitive skills and aptitudes involving a multitude of functions such as reasoning, spatial and two-dimensional visualization, memory, attention, concentration for complex tasks and speed of processing complex information.

A▆▆ was administered the Brief IQ form of the Leiter International Performance Scale-Revised to provide a basis for comparison with the current developmental levels and abilities assessed on other test measures. A▆▆ obtained nonverbal IQ score of 145. This places her current cognitive functioning for nonverbal information in the Superior range and indicates that in this respect, she exceeds 99th percent of the normative population. A▆▆ demonstrates the following learning pattern.

All of A▆▆ scores fall significantly above the average range. A▆▆ visualization skills are exceptional and her strongest area. She performed in the very superior range in her ability for visual "analysis and synthesis" necessary to recognize a whole object from a randomly displayed array of its fragmented parts (Form Completion scaled score =19) A▆▆ also demonstrated excellent visual scanning skills and, concentration and attention to detail in her ability to sort out relevant details from a complex visual field (Figure Ground scaled score= 16). A▆▆ nonverbal reasoning abilities are also notably excelled as demonstrated by her ability to understand components of visual patterns, repeated in a series (Repeated Patterns scaled score = 14). Finally, A▆▆ demonstrated a solid comprehension of logical progressions and sequential concepts such as smallest to largest (Sequential Order scaled score =15).

Leiter International Performance Scale-Revised

| Brief IQ Score | 145 | | Superior Range | |
| --- | --- | --- | --- | --- |
| | Scaled Score | | Age Equivalent | Growth Score |
| VISUALIZATION SUBTESTS | | | | |
| Figure Ground | 16 | | 4 years, 11 months | 464 |
| Form Completion | 19 | | 5 years, 8 months | 479 |
| | | | | |
| REASONING SUBTESTS | | | | |
| Sequential Order | 15 | | 4 years, 5 months | 458 |
| Repeated Patterns | 14 | | 4 years, 4 months | 457 |

**CLINICAL IMPRESSIONS AND RECOMMENDATIONS:**

A▆ T▆ is delightful 2 year, 10 month old girl status post bacterial meningitis. She is profoundly deaf and subsequently received a cochlear implant in January, 2005.

Results of A▆ most recent Speech and Language evaluation (July, 2006) revealed a language level at 32 months which stands in sharp contrast to her non-verbal IQ indicating superior nonverbal intelligence. Furthermore, in July 2006, A▆ was diagnosed with Dyspraxia (ICD-Code 315.4)

On the basis of assessment results, A▆ demonstrates a highly unique learning profile of superior nonverbal skills in the absence of adequately developed language and communication as well as a motor impairment. Such a profile is similar to those observed in the population of neurologically impaired children. This large discrepancy must be noted and observed with caution over time so as to ensure that verbal and communicative functions maintain progress, particularly as higher-order language functions are required. This gap must be taken into account in current educational planning and programming. As such, A▆ will benefit from an integrated educational setting with typically developing peers and highly specialized interventions. The professionals working with A▆ must be specifically trained in bridging the gap between her verbal and nonverbal abilities; as well as understanding the complexities of treating a child with a verbal dyspraxia within the classroom so as not to compromise her continued cognitive progress.

Patricia Gates Ulanet, Psy.D.
Child Clinical Psychologist
Developmental Psychologist
RiverREACH
DC license 1000091

110

**NAME:**      A███ T███
**DATE OF TESTING:** 11-2-2006
**DATE OF BIRTH:**      ███-2003
**AGE:**      3 years, 0 months

**Psychological Report**
Addendum

Social/adaptive functioning: The Vineland Adaptive Behavior Scale: Classroom Edition was completed by A███ teachers. By report, A███ functional levels vary significantly across all domains.

**Communication skills** for functional purposes are most impacted at this time with a standard score of 66, corresponding to a performance in the 1st percentile when compared with same-aged peers as measured with the Vineland. However, in using this tool with hearing impaired children, results should be interpreted with caution. The speech and language evaluation will provide specific clarification of A███ communicative abilities. Within the classroom setting, A███ demonstrates understanding of the meaning of at least 10 words and follows instructions requiring actions and objects; e.g., "get your coat." She will occasionally listen attentively to instructions. A███ also demonstrates understanding of the meaning of "yes" or "okay", however, gestures appropriately to indicate "yes", "no", or "I want". She does not yet spontaneously name objects or indicate a choice when asked.

In contrast to A███ performance on the Communication Domain, her **Daily Living skills** are generally age appropriate as she is performing at the 2 years, 7 month age level. Her performance corresponds to a standard score of 90, and the 25th percentile. A███ drinks from a cup unassisted, feeds herself with a spoon and is toilet trained.

**Socialization skills** are at the 1 year 10 month age level which corresponds to a standard score of 79, which is at the 8th percentile. Communication deficits are likely to be impacting her socialization score at this time. A███ shows an interest in the activities of others, plays simple interactive games, and has begun to engage in make-believe activities alone and with others. She is not yet able to engage in more complex social interactions such as following the rules in simple games, or spontaneously initiated social interactions with peers.

A███ **Motor skill** development is reported at the 2 year 3 month age level, which corresponds to a standard score of 85, placing her at the 16th percentile when comparing her performance in the classroom to typically developing peers. Although gross motor skills are generally age appropriate at the 2 year 9 month age level, fine motor skills are notably more impacted, with skills noted at the 1 year, 10 month age level. These findings are consistent with A███ pervious diagnosis on Apraxia, a motor disorder that effects movement and sequencing. Please refer to the speech and language report for specific diagnostic details.

Patricia Gates Ulanct, Psy.D.
Child Clinical Psychologist
Developmental Psychologist
RiverREACH
DC license 1000091

111

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT | 

MDT REFERRAL DATE: 09/27/06

STUDENT: A____ T_____    SCHOOL: C.A.R.E. Center    DATE: 09/27/06

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| SARAH TILLER | Sarah Tiller | PARENT |
| Wanda R. Banks, MA, OTR/L | Wanda R. Banks, MA OTR/L | Occupational Therapist |
| Adrienne D. Mitchell, PsyD | Adrienne D. Mitchell, Psy | School Psychologist |
| Rachelle Nelson | Rachelle Nelson | Speech-Language Pathologist |
| Jose F. Seijas | Jose F. Seijas | Physical Therapist |
| Susan Kauffman | Susan Kauffman | Case Manager/Special Educator |
| SYDNEE THOMPSON MSCCCSLP | Sydnee Thompson | Speech Pathology |
| Desireé Remardini | Desireé Remardini | Early Childhood Special Educ. |

The purpose of today's meeting is to go over the screening results from the screening that was conducted today with Anna. Introductions were made.

A_____ did not receive a passing score on the Brigance Pre School Screener II.

PM ~~Teser~~ MDT proposes to review all current evaluations in the areas of developmental, OT, PT, Audiological, Speech. ~~And conduct an educational interview~~ assessment.

This now concludes the MDT meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)

STUDENT EVALUATION PLAN
(SEP)

| | MDT SEP |

MDT REFERRAL DATE: 09/27/06                                    MEETING DATE: 09/27/06

STUDENT: A____ T____          DOB: ___/03   AGE: 2   GRADE: _____ SCHOOL: CARE Center

STUDENT IDENTIFICATION NUMBER: _____   TEACHER / HOMEROOM: _____

ADDRESS: 4545 Garrison St. NW Washington, DC

Street #    Street Name,         Quadrant   Apartment #   City,        State,        Zip Code

PARENT(S)/GUARDIAN: Sarah Tiller          TELEPHONE (H): (202) 237-1150   (W): _____

**Summarize Area(s) of Concern:**

Speech and Language, low muscle tone, balance

**Team Recommendations:**

MDT recommends reviews in the areas of speech and language, audio, physical therapy and occupational therapy.  MDT also recommends a Developmental and Educational evaluation.

Review

## EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☑ Psychological | Adrienne Mitchell | ~~TBB~~ Review | | |
| ☑ Speech/Language | | Review | | |
| ☐ Social History | | | | |
| ☑ Audiological | | Review | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☑ Educational | Susan Kauffman | Brigance | | |
| ☐ Hearing Screening | | | | |
| ☑ Other | Other: OT, PT | Other: Review | | |

| TEAM MEMBERS: | NAME | POSITION | TEAM MEMBERS: | NAME | POSITION |
|---|---|---|---|---|---|
| | _____ | Parent | | Adrienne P. Mitchell Ph.D | School Psychologist |
| | Susan Kauffman | Case Manager | | Rachelle H. Wilson | Speech-Language Pathologist |
| | Wanda P. Banks MA OTR/L | Occupational Therapist | | S Thompson MS CCC-SLP | Speech Pathology |
| | Leo T Sipin, PT | Physical Therapist | | | |

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

Place completed form in MDT folder.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS      07-02-2001      DIVISION OF SPECIAL EDUCATION      MDT - SEP      APPENDIX - A

MDT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT** [●]

As a result of the review of the screening information at the MDT meeting on _09/27/06_

it was determined in a MDT meeting that your child, A████ T████

is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that:

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.    REEVALUATION** [ ]

The MDT received the following request for a reevaluation for _____

by /for a:    [ ] parent request        [ ] teacher request        [ ] 3 year reevaluation

The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP) .

III.    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached ) for my child, A████ T████

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.

If you have questions or concerns at any time during the evaluation process, feel free to contact me at _671-0882_ (telephone number).

*[●] INITIAL EVALUATION                         *[ ] REEVALUATION

**Parent Response Section:**

[✓] I agree to the proposed evaluation(s)          [ ] I do NOT agree to the proposed evaluation(s)
OBSERVATION AT SCHOOL ✓

_____                         _Sept 27, 2006_
Parent/Guardian Signature                                        Date

DCPS      DIVISION OF SPECIAL EDUCATION      07-02-2001      MDT - CONSENT FOR EVALUATION      APPENDIX - A

114

# REGISTRATION RECEIPT

RECEIVED FROM ___Sarah Tiller___
Parent's Name

FOR ___A████ T█████___    DATE OF BIRTH ███████03
Child's Name

STUDENT IDENTIFICATION NUMBER RECEIVED_____

REGISTRATION PIECES RECEIVED:

_X_ Birth Certificate    ___ Social Security Card for Child

_X_ Dental Screening    _X_ Health Certificate

_X_ Proof of Residency

___ Evaluations/Reports:

    ___ Occupational Therapy    ___ Physical Therapy

    ___ Speech Therapy    ___ Developmental

    ___ Medical    ___ Audiology

    ___ Vision

    ___ Other (specify)_____

___ Individualized Family Service Plan (IFSP) dated_____

TASKS COMPLETED DURING REGISTRATION:

_X_ Consent to screening/observation

RECEIVED BY ___Ching___    DATE 09/27/06
Name of Person Completing Registration

Name of School: C.A.R.E CENTER

Registration Receipt (4/97) rev-1/13/06

115

AT-16

_L ARE Center_
Name of School

# DC RESIDENCY VERIFICATION FORM
(To be completed by Local School Staff Only)

Please refer to the Residency Verification Guidelines when using this form.

I hereby certify that _SARAH L. TILLER_____, S.S. # ▮▮▮▮▮▮▮▮▮▮, parent/caregiver
Parent or Caregiver Name                    (if available)

of _▮▮▮▮▮▮▮▮▮▮▮▮▮▮_, _4515 GARRISON ST NW_
Student Full Name              Current DC Home Address

_▮▮▮-▮▮▮-▮▮▮▮_ presented the following document(s) evidencing his/her District of Columbia residency:
Telephone No. (if applicable)

**(A)** Underline **One (1)** of the following items suffices to establish DC residency.

_____ A **pay stub**, with an issue date within the past forty-five (45) days, that contains the name of the person enrolling the student, shows his/her current DC home address, _and_ withholding of DC personal income tax for the current tax year; or

_____ **Official documentation of financial assistance** from the Government of the District of Columbia and issued to the person enrolling the student within the past twelve (12) months, including, but not limited to, Temporary Assistance for Needy Families (TANF), Medicaid, the State Child Health Insurance Program (SCHIP), housing assistance or other programs; or

_____ **Supplemental Security income annual benefits notification** issued to the person enrolling the student within the past twelve (12) months and indicating his/her current DC home address; or

_____ A **tax information authorization** waiver form certified by the DC Office of Tax and Revenue, with the name of the person enrolling the student and evidence of payment of DC taxes for tax year 2003; or

_____ Unexpired **official military housing orders** showing the student's name, the name of the person enrolling the student, and their current DC home address; or

_____ **Proof that the child is a ward of the District of Columbia**, in the form of either (a) a letter from a placement agency or a social worker acting on behalf of the Child and Family Services Agency, or (b) a court order; or

_____ **Embassy letter**, with an issue date after July 1, 2004, showing the name of the person enrolling the student, a statement indicating that the person enrolling the student and the student live on embassy property in the District of Columbia, and an official embassy seal.

**(B)** Or, in the absence of items listed above, **two (2)** of the items listed below will suffice as proof of residency in DC. **The address and name on each of the below items must be the same.**

_____ Unexpired **DC motor vehicle registration** showing the name of the person enrolling the student and his/her current DC home address;

_____ An unexpired **lease or rental agreement** _with_ receipts for payment or canceled checks for payment of rent for a period within two (2) months immediately preceding consideration of residency, for the current DC address at which the student actually resides;

_~~_ An unexpired **DC motor vehicle operator's permit** or official government issued non-driver identification in the name of the person enrolling the student showing his/her current DC home address; or

_~~_ One **utility bill** (only gas, electric, and water bills are acceptable) with the name of the person enrolling the student, current DC home address, and _with_ receipt of payment or cancelled check for payment of the bill. The receipt of payment or canceled check must be from a period within the two (2) months immediately preceding consideration of residency.

**Other primary caregivers:**
_____ If the person enrolling the student is an other primary caregiver, he/she has provided proof of caregiver status in accordance with the Residency Verification Rules. Other primary caregivers must also establish DC residency, as outlined above.

_____    _09/27/06_
School Official's Signature       /Date

**116**

HOME LANGUAGE SURVEY

SCHOOL NAME: CARE Center

SIS ID NUMBER: _____

STUDENT NAME: _____

Parent Name: SARAH TILLER    Parent's Signature: _____    Date: _____

This document MUST be signed and dated by the parent or guardian.

## ENGLISH (Please answer ALL five questions.)

|  | | Yes | No |
|---|---|---|---|
| 1) | Is a language OTHER THAN English used at home? | ☐ | ☑ |
| 2) | What language did your child first speak? | | |
|  | ☐ English   ☐ Spanish   ☐ Amharic   ☐ French | | |
|  | ☐ Chinese   ☐ Vietnamese   ☐ Other (specify): _____ | | |
| 3) | Does the student frequently speak a language other than English at home? | ☐ | ☐ |
| 4) | Was your child born in a country OUTSIDE OF THE USA? | ☒ | ☐ |
| 5) | What is your relationship to the child? | | |
|  | ☒ Mother   ☐ Father   ☐ Guardian   ☐ Other (specify): _____ | | |

## SPANISH (Por favor responda a TODAS las cinco preguntas.)

|  | | Sí | No |
|---|---|---|---|
| 1) | ¿Se habla otro idioma que NO sea el Inglés en la casa? | ☐ | ☐ |
| 2) | ¿En qué idioma comenzó a hablar su hijo/a? | | |
|  | ☐ Inglés   ☐ Español   ☐ Amárico   ☐ Francés | | |
|  | ☐ Chino   ☐ Vietnamés   ☐ Otro (especifique): _____ | | |
| 3) | ¿Habla frecuentemente el estudiante otro idioma que NO sea el Inglés en la casa? | ☐ | ☐ |
| 4) | ¿Nació su hijo/a en otro país que NO sea los EE.UU. (USA)? | ☐ | ☐ |
| 5) | ¿Cuál es su relación al niño/a? | | |
|  | ☐ Madre   ☐ Padre   ☐ Tutor   ☐ Otro (especifique): _____ | | |

## CHINESE (請回答下列所有五個問題。)

|  | | 是 | 否 |
|---|---|---|---|
| 1) | 你家裏中是否使用不是英語的另一種語言？ | ☐ | ☐ |
| 2) | 你孩子最初學說話時是 說以下那種語言？ | | |
|  | ☐ 英語   ☐ 西班牙語   ☐ 阿姆哈拉語   ☐ 法語 | | |
|  | ☐ 漢語   ☐ 越南語   ☐ 其他語言(說明)： _____ | | |
| 3) | 你孩子是否經常說不是英語的另一語言？ | ☐ | ☐ |
| 4) | 你孩子是否出生在美 國以外的國家？ | ☐ | ☐ |
| 5) | 你與孩子的關系是： | | |
|  | ☐ 母親   ☐ 父親   ☐ 監護人   ☐ 其他關 系(說明)： _____ | | |

## AMHARIC (እባክዎ አምስቱንም ጥያቄዎች (ሁሉ) ይመልሱ።)

|  | | አዎ | አይ |
|---|---|---|---|
| 1) | በቤት ውስጥ ከእንግሊዝኛ ሌላ የሚነገርበት ቋንቋ አለ ወይ? | ☐ | ☐ |
| 2) | ልጅዎ በመጀመሪያ ለመናገር የተጠቀመበት ቋንቋ ነው? | | |
|  | ☐ እንግሊዝኛ   ☐ ስፓኒሽ   ☐ አማርኛ   ☐ ፈረንሳይኛ | | |
|  | ☐ ቻይንኛ   ☐ ቬትናምኛ   ☐ ሌላ (ይጥቀሱ): _____ | | |
| 3) | ተማሪው እንግሊዝኛ ያልሆነ ሌላ ቋንቋ በቤት ውስጥ ተደጋጋሚ ይናገራል ወይ? | ☐ | ☐ |
| 4) | ልጅዎ የተወለደበት ሃገር ከዩ. ኤስ ኤ ውጭ ነው? | ☐ | ☐ |
| 5) | ከልጁ ጋር ያለዎት ግንኙነት ነው? | | |
|  | ☐ እናት   ☐ አባት   ☐ ኣሳዳሪ   ☐ ሌላ (ይጥቀሱ): _____ | | |

## FRENCH (S'il vous plaît répondez à TOUTES les cinq questions.)

|  | | Oui | Non |
|---|---|---|---|
| 1) | Est-ce-que chez vous, une langue AUTRE QUE L'ANGLAIS est en usage? | ☐ | ☐ |
| 2) | Quelle langue votre enfant utilise lorsqu'il commence à parler? | | |
|  | ☐ Anglais   ☐ Espagnol   ☐ Amharic   ☐ Français | | |
|  | ☐ Chinois   ☐ Vietnamien   ☐ Autre: _____ | | |
| 3) | Chez vous, l'élève parle t-il souvent une langue AUTRE QUE L'ANGLAIS? | ☐ | ☐ |
| 4) | Votre enfant était-il né HORS DES ÉTATS-UNIS? | ☐ | ☐ |
| 5) | Quel est votre lien de parenté avec l'enfant? | | |
|  | ☐ Mère   ☐ Père   ☐ Tuteur   ☐ Autre: _____ | | |

## VIETNAMESE (Xin vui lòng trả lời TẤT CẢ năm câu hỏi.)

|  | | Có | Không |
|---|---|---|---|
| 1) | Ở nhà có thường sử dụng một tiếng nào KHÁC HƠN Anh Ngữ không? | ☐ | ☐ |
| 2) | Con quý vị đã nói thứ tiếng nào trước nhất? | | |
|  | ☐ Anh Ngữ   ☐ Tây Ban Ngữ   ☐ Am-ha-ric   ☐ Pháp Ngữ | | |
|  | ☐ Hoa Ngữ   ☐ Việt Ngữ   ☐ Ngôn ngữ khác: _____ | | |
| 3) | Ở nhà, học sinh thường nói thứ tiếng nào khác hơn Anh Ngữ không? | ☐ | ☐ |
| 4) | Con quý vị đã sinh ra ở một NƯỚC NÀO KHÁC HOA KỲ không? | ☐ | ☐ |
| 5) | Liên hệ của quý vị với đứa trẻ: | | |
|  | ☐ Mẹ   ☐ Cha   ☐ Giám Hộ   ☐ Liên hệ khác: _____ | | |

117

# Release of Student Directory Information
## School Year 2004-2005

To: All Parents

The items listed below are designated as "directory information" of the District of Columbia Public Schools (DCPS) and may be released for any purpose at the discretion of DCPS [D.C.M.R. Title 5, Chapter 26 (1997)]. Under the provisions of the Family Educational Rights and Privacy Act of 1974, as amended, you have the right to withhold the release of any or all of the information listed below:

| | |
|---|---|
| _____ | Name of student |
| _____ | Address of student |
| _____ | Telephone listing of student |
| _____ | Date and place of birth |
| _____ | Dates of attendance |
| _____ | Participation in officially recognized activities and sports |
| _____ | Weight and height of members of athletic teams |
| _____ | Diplomas and awards received |
| _____ | Name of attending school and school(s) previously attended |

Please consider very carefully your decision to withhold any item of "directory information." Should you decide to inform DCPS **not** to release any or all of the items listed above, please check the line beside those items that you **do not** wish to have released. Any future request for such information from individuals or entities not affiliated with DCPS will be refused for the remainder of the current school year. A new form must be completed each year. **A new form must be completed each year.**

I have received a copy of the **Notification of Rights under the Family Educational Rights and Privacy Act (FERPA).**

    X    **All** of my child's directory information **may be released**, unless it has been checked.

   _____    **None** of my child's directory information may be released.

Student's Name: ___A█████ T█████___
                             (Please print)

Parent's Name: ___SARAH TILLER___
                             (Please print)

Parent's Signature: _____

Date: ___Sept 18, 2006___

** If you fail to make a selection or complete the form, it will be assumed that the above information **may be released** for the remainder of the school year.

118

# DICTRICT OF COLUMBIA PUBLIC SCHOOLS

Central Assessment Referral and Evaluations
(C.A.R.E.) CENTER
Office of Special Education
(Located at Shaw Junior High School)
925 Rhode Island Avenue, NW
Washington, DC 20001

## CONSENT FOR SCREENING ASSESSMENT

I give permission for District of Columbia Public Schools to conduct a developmental screening assessment for my child, ████ T ████████.
I have been provided a copy of the "Procedural Safeguards-Parental Rights" booklet. I understand that:

- granting consent for this screening assessment is a voluntary action on my part;
- this consent may be revoked at any time; and
- by granting consent in writing, I am agreeing to allow the District of Columbia Public Schools to proceed with administering the screening assessments.

☑ I agree to the proposed screening assessment.

☐ I do NOT agree to the proposed screening assessment.

_____          Sept 27, 2006
Parent/Guardian Signature                   Date

119

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:

- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [•] Other  Screening

Date  09/27/06

Student  A___ Tiller___                          DOB ___/03

School  C.A.R.E. Center

Current Disability Category  N/A

Setting  N/A

Dear  Mrs. Tiller

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with _____
- [ ] Your child will begin receiving _____ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed, from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [•] Other:  Screening results indicate that further evaluations and reviews of current evaluations are warranted at this time.

**Description and Explanation of agency action proposed or refused.**

MDT proposes to conduct educational and developmental evaluations and review outside evaluations in the areas of speech and language, OT, PT, Audiological, Developmental .

**Description of Other Options Considered and reasons for rejection of each option**

Other relevant factors to the decision- _____

MDT Members:
- [ ] Principal or Designee
- [•] Parent
- [ ] Student
- [ ] Social Worker
- [ ] General Education Teacher
- [•] Special Education Teacher
- [•] Speech and Language
- [ ] *LEA & Interpreter  (*may be one)
- [•] Psychologist
- [•] Other: OT

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  CARE Center  at  671-0882  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

1

120

AT-17

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student A██████ _____    DOB ███/0█ Age 2  Grade ____ ID _____

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

- [ ] ~~Wechsler Intelligence Scale for Children-III (WISC-III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 years. Date of Report _____~~

- [ ] Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 to 6 in years. Date of Report _____

- [ ] Wechsler Adult Intelligence Scale-III (WIAS III) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

- [ ] Bayley Scales of Infant Development-II - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

- [ ] Wechsler Individual Achievement Test (WIAT) - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

- [ ] Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

- [ ] Kaufman Test of Educational Achievement (KTEA) -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

- [ ] Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

- [ ] Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

- [ ] Developmental Test of Visual Motor Integration (VMI) - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

- [ ] Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

- [ ] Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

- [ ] House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

- [x] Brigance Pre School Screen II  9/27/06

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student A█ T████ _____ _____ DOB ████/0█ Age 2 Grade _____ ID _____

- [ ] Kinetic Family Drawing - a projective drawing technique measuring one's perception of her family and her role within the family.
  Date of Report _____
- [ ] Rorschach Psychodiagnostic Test - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____
- [ ] Goodenough-Harris Drawing Test - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____
- [ ] Conner's Parent and Teacher Rating Scales - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____
- [ ] The Vineland Adaptive Behavior Scales - assesses adaptive and social competency skills. Date of Report _____
- [ ] Test of Language Development Primary - Revised (TOLD-P) - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____
- [ ] Kaufman Assessment Battery for Children - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____
- [ ] Preschool Language Scale - measures auditory comprehension and verbal ability skills. Date of Report _____
- [ ] Oral Peripheral Speech Examination - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc. Date of Report _____
- [ ] Clinical Evaluation of Language Fundamentals - III - assesses the child's language functioning including processing and production. Date of Report _____
- [ ] Expressive One Word Picture Vocabulary Test - assesses the child's single word expressive vocabulary. Date of Report _____
- [ ] Receptive One Word Picture Vocabulary Test assesses the child's single word receptive vocabulary. Date of Report _____
- [ ] Goldman-Fristoe Test of Articulation - assesses the production of consonants in simple and complex contexts. Date of Report _____
- [ ] Peabody Picture Vocabulary Test-Revised - individually administered, multiple choice test measuring nonverbal, receptive vocabulary. Date of Report _____
- [ ] Fisher-Logemann Test of Articulation Competence - assesses articulation proficiency with single sounds, consonant blends, and vowel production. Date of Report _____
- [ ] Classroom Observation - assesses present functioning of the student within the classroom environment.

Free or Low Cost Legal Services

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992



THE

# RIVER SCHOOL

**Name:** A▆▆ T▆▆▆
**Date of Birth:** ▆▆▆03
**Chronological Age:** 3 years
**Cochlear Implantation:** 02/02/05
**Date of Activation:** 03/05
**Examiner:** Michele Kaplan, MS, CFY-SLP

### Speech and Language Evaluation
**Dates of Evaluation:** 10/11/06; 10/13/06; 10/18/06

## STANDARDIZED TESTS ADMINISTERED
*Goldman-Fristoe Test of Articulation -2 (GFTA-2)*
*Reynell Developmental Language Scales (RDLS)*
*Clinical Evaluation of Language Fundamentals – Preschool Second Edition (CELF-P2)*
*Peabody Picture Vocabulary Test – III (Form B)*
*Expressive One Word Picture Vocabulary Test (EOWPVT)*

## PERTINENT BACKGROUND INFORMATION

A▆▆ T▆▆▆, a three year old girl, currently attends a full-day preschool program, five days per week at the River School. Her class consists of 13 other children; one other child has a hearing aid and the other children are typically developing age-matched peers. The classroom is staffed by one speech-language pathologist, as well as an early childhood education teacher. The classroom speech-language pathologist and educator support her auditory, language, and pragmatic skills by scaffolding play and facilitating communication interactions with typical peers. A▆▆ also receives one-hour of individual, pullout therapy each week at the River School. She continues to see her audiologist at Bethesda Naval Hospital, Pamela Caine, for mapping sessions. A▆▆ lives at home with her mother, father, and four sisters. A▆▆ was evaluated at the River School in order to collect information regarding her speech and language development and to determine appropriate goals for her Individualized Education Plan (IEP).

A▆▆ was born at 37 weeks gestation, weighing 6 ½ pounds. A▆▆ twin sister was born via vaginal delivery. Due to a prolapsed cord, A▆▆ was delivered via cesarean section.

A███ was reaching her developmental milestones appropriately until 2 ½ months of age when A███ contracted bacterial meningitis. As a result, A███ experienced global motor and language delays. Upon recommendation of evaluations, A███ began receiving physical and speech therapy at age eleven months. At fifteen months, A███ was diagnosed with a profound bilateral sensorineural hearing loss. She received a cochlear implant in February 2005 with activation in March 2005. A███ was diagnosed with childhood verbal apraxia in July 2006.

## ARTICULATION
*Goldman-Fristoe Test of Articulation-2 (GFTA-2)*

The *Goldman-Fristoe Test of Articulation-2 (GFTA-2)* was administered to assess articulation of consonant sounds in words. A███ was shown single colored drawings and asked to label the object(s) presented. She spontaneously labeled very few words and the clinician had her imitate almost all of the test items. She did not display any difficulty when repeating words. Although she sometimes added extra syllables and deleted initial and final consonants, she attempted with a high-level of attention, to imitate each word. The results were as follows:

| Raw Score | Standard Score | Percentile Rank | Age Equivalent |
|-----------|----------------|-----------------|----------------|
| 50        | 72             | 12              | <2-0           |

Anna's productions of speech sounds at the word level are as follows:

| Sound | Initial | Medial | Final |
|-------|---------|--------|-------|
| /p/ as in cup | | | |
| /m/ as in monkey | /d/ | | /p/ |
| /n/ as in knife | | | |
| /w/ as in window | | ----- | ----- |
| /h/ as in house | | ----- | |
| /b/ as in ball | | | (-) |
| /g/ as in girl | /d/ | /b/ | /l/ |
| /k/ as in cup | /p/ | /d/ | /p/ |
| /f/ as in fish | /b/ | | (-) |
| /d/ as in duck | | | |
| / / as in ring | ----- | /d/ | (-) |
| /j/ as in yellow | / / | ----- | ----- |
| /t/ as in telephone | | (-) | (-) |
| / / as in shovel | | | |
| / / as in chair | | | / / |
| /l/ as in ball | (-) | /w/ | |
| /r/ as in rabbit | /w/ | /w/ | |
| / / as in jump | /j/ | (-) | (-) |
| / / as in bathtub | /b/ | (-) | (-) |
| /v/ as in five | /b/ | (-) | (-) |

| | | | |
|---|---|---|---|
| /s/ as in house | / / | /d/ | |
| /z/ as in zipper | (-) | | |
| / / as in this | /d/ | /d/ | ----- |
| bl as in blue | /b/ | | |
| br as in brush | /w/ | | |
| dr as in drum | /d/ | | |
| fl as in flowers | /w/ | | |
| fr as in frog | /d/ | | |
| gl as in glasses | /t/ | | |
| gr as in green | /w/ | | |
| kl as in clown | /d/ | | |
| kr as in crying | /b/ | | |
| kw as in quack | /d/ | | |
| pl as in plane | /h/ | | |
| sl as in slide | /b/ | | |
| sp as in spoon | | | |
| st as in stars | /d/ | | |
| sw as in swimming | /w/ | | |
| tr as in tree | / / | | |

**Key**
(-) indicates the sound was omitted
~ indicates distortion of the sound
/ / indicates a sound substitution
---- indicates that the sound does not exist in that position
blank box – indicates correct production

A██ received a raw score of 50, which corresponds to a standard score of 72. The mean
is 100 with a standard deviation of 15. Therefore, her score fell more than 1 standard
deviation below the mean. Her percentile rank of 12 indicates that more than 88% of her
typically developing peers earned higher scores on this assessment. These scores are
below average. During the assessment, A███ errors included omission of consonant
sounds in all positions of words, including final consonant deletion and weak syllable
deletion, sound substitutions in all positions of words, stopping of sounds (e.g., bishing
for fishing), fronting of sounds (e.g., pup for cup), and gliding (e.g., wabbit for rabbit).
A████ overall intelligibility was judged to be poor with both familiar and unfamiliar
listeners.

**LANGUAGE**
*Reynell Developmental Language Scales (RDLS)*
*Clinical Evaluation of Language Fundamentals – Preschool Second Edition (CELF-P2)*
*Peabody Picture Vocabulary Test – III (Form A)*
*Expressive One Word Picture Vocabulary Test (EOWPVT)*

*Reynell Developmental Language Scales (RDLS)*

The *Reynell Developmental Language Scales (RDLS)* was administered to evaluate A▇▇ verbal comprehension and expressive language development. During this assessment, A▇▇ was shown a variety of manipulatives/props such as small figurines, pictures, and scenes and asked to identify, label, or describe them in various subtests. She also used these items to follow directions of increasing complexity. Results were as follows:

Mode of Administration: Orally

|  | Verbal Comprehension | Expressive Language |
|---|---|---|
| Raw Score | 30 | 25 |
| Standard Score* | 72 | 63 |
| Percentile Rank** | <4 | <1 |
| Chronological Level | 3;0 | 3;0 |
| Developmental Level | 2;3 | 1;11 |
| Lag or Advance | Lag (-) 9 months | Lag (-) 13 months |

*The mean standard score is 100, with one standard deviation equal to +/- 15.
*A standard score between 85 and 115 is within normal limits.
** Percentile rank indicates the number of children in A▇▇ age group whom she performed as well as or better than.

Receptively, A▇▇ results indicate a standard score of 72, which falls more than 1 standard deviation below the mean. A percentile rank of <4 indicates that at least 96% of children her age would achieve higher scores on this test. Her score placed her developmental 9 months behind her chronological age level, which indicates a significant lag in her receptive language development. Receptively, A▇▇ was able to identify objects when asked (e.g., "*Where is the ball? Doll? Brush?*"). A▇▇ was able to identify a *ball, spoon, brush, doll, car, cup, sock, block, chair, bathtub, table, bed, knife, horse, dog, baby, man,* and *mommy.* A▇▇ was able to follow two out of four one-step directions ("*Put the doll on the chair,*" "*Put the spoon in the cup*"), and identify two out of five objects by function ("*Which one do we sleep in?*", "*Which one do we cook with?*"). She had difficulty following one-step directions containing multiple modifiers ("*Show me the smallest button*", "*Give me the longest red pencil*"), and manipulating objects by following directions containing multiple elements ("*Put the man and one of the pigs in the field*", "*Put all of the pigs behind the brown horse*").

Expressively, A▇▇ earned a standard score of 63, with a percentile rank of <1, indicating 99% of children her age would achieve higher scores on this test. Her standard score placed her at a developmental level equal to 1 year and 11 months, indicating a significant lag in her expressive language development. A▇▇ verbally labeled, with approximation, items such as a *ball, spoon, brush, car,* and *sock.* A▇▇ verbally identified pictures (*chair, flower*). Although A▇▇ responses for the other pictures were incorrect, they were appropriate and related to the pictures (e.g., In response to a picture of a girl drinking, A▇▇ replied *water.* In response to a picture of several men, A▇▇ replied *papa.* In response to the phrase completion, "And the people are getting?"

(wet), A▮▮▮ responded *rain*. A▮▮▮ has an oral vocabulary of more than twenty words, and appropriately uses at least two pronouns (e.g., I, my).

*Clinical Evaluation of Language Fundamentals – Preschool Second Edition (CELF-P2)*

The *CELF-P2* was administered to assess A▮▮▮ expressive oral and receptive language skills. The test is composed of seven norm-referenced subtests that yield scaled scores which provide insight into A▮▮▮ language and communication strengths and weaknesses. During the assessment, A▮▮▮ pointed to pictures in response to oral directions, completed sentences with a targeted structure, identified objects/actions, imitates sentences, and chose related words and described their relationship. Scores on the subtests were converted into scaled scores, with an average range of 7-13. Scores for the subtests were then combined to obtain composite standard scores, with a mean of 100 and an average range of 85-115. It should be noted that this test was administered using spoken language only and only oral responses were scored. Additionally, according to *CELF-P2* scoring guidelines, when a child obtains a raw score of "zero" on two or more of the subtests that form a composite score, a composite (index) score, cannot be obtained. Thus, index scores provided are informal and are provided for informational purposes only.

**Results:**

| Subtests | Raw Score | Scaled Score | Percentile Rank | Age-Equivalent |
|---|---|---|---|---|
| Sentence Structure | 10 | 10 | 50 | 3;5 |
| Word Structure | 1 | 3 | 1 | <3;0 |
| Expressive Vocabulary | 0 | 2 | .4 | <3;0 |
| Concepts & Following Directions | 0 | 1 | .1 | <3;0 |
| Recalling Sentences | 1 | 6 | 9 | <3;0 |
| Basic Concepts | 8 | 8 | 25 | <3;0 |

**CELF Preschool-2* subtest scaled scores have a mean of 10 and a standard deviation of 3

*Composite (Index) Scores*

|  | Sum of Subtest Scaled Scores | Standard Score | Percentile Rank |
|---|---|---|---|
| Core Language ** | 15 | 71 | 3 |
| Receptive Language | 19 | 79 | 8 |
| Expressive Language | 11 | 63 | 1 |
| Language Content | 11 | 63 | 1 |

| Language Structure | 19 | 79 | 8 |
|---|---|---|---|

**CELF Preschool-2 Core Language and index scores have a mean of 100 and a standard deviation of 15

Scaled scores from the *Sentence Structure, Concepts & Following Directions,* and *Basic Concepts* subtests were used to obtain A▇▇ receptive language composite score. The *Sentence Structure* subtest was administered to assess A▇▇ ability to interpret spoken sentences of increasing length and complexity. A▇▇ received a scaled score of 10 on the *Sentence Structure* subtest, corresponding to a percentile rank of 50. Her percentile rank indicates that she performed as well as or better than 50% of her peers. A▇▇ scaled score of 10 indicates that A▇▇ comprehension of syntax at the spoken sentence level falls in the average range.

The *Concepts & Following Directions* subtest was administered to evaluate A▇▇ ability to interpret spoken directions or increasing length and complexity, remember the names, characteristics, and order of mention of pictures, as well as identify targeted objects among several choices. A▇▇ received a scaled score of 1 and a percentile rank of .1. It should be noted that administration of this subtest was discontinued based on the discontinuation rule that states that "if a child is unable to identify all animals presented in the familiarization items after prompting, do not administer the *Concepts and Following Directions* subtest to the child. A▇▇ scores were based on a raw score of 0.

The *Basic Concepts* subtest was administered to evaluate A▇▇ knowledge of concepts of dimension/size, direction/location/position, number/quantity, and equality. On this subtest, A▇▇ received a scaled score of 8, corresponding to a percentile rank of 25, indicating that 75% of her peers received higher scores on this subtest. Her scaled score of 8 indicates that she falls 1 standard deviation below the mean.

Scaled scores from the *Word Structure, Expressive Vocabulary,* and *Recalling Sentences* subtests were compiled in order to obtain A▇▇ expressive language index score.

The *Word Structure* subtest evaluated A▇▇ ability to apply word structure rules to mark inflections, derivations, and comparison as well as her ability to select and use appropriate pronouns to refer to people, objects, and possessive relationships. A▇▇ received a scaled score of 3, corresponding to a percentile rank of 1. Her percentile rank indicates that 99% of her peers earned higher scores. A▇▇ scaled score of 3 falls more than 2 standard deviations below the mean, indicating that A▇▇ expressive ability to use various word structures falls below average for her age.

The *Expressive Vocabulary* subtest assessed A▇▇ ability to label illustrations of people, objects, and actions. A▇▇ received a scaled score of 2, which falls more than 2 standard deviations below the mean. A▇▇ was unable to verbally label illustrations on this subtest such as *carrot, flag, piano, newspaper.* It is important to note that although she was unable to label these illustrations, A▇▇ associated some objects by relationship with words she could say (e.g., She labeled the picture of a person a glass of milk as *water,* and she labeled a picture of a firefighter holding a hose with *wash*).

The *Recalling Sentences* subtest evaluated A█████ ability to listen to spoken sentences of increasing length and complexity, repeat sentences without changing word meanings, inflections, derivations, comparisons, or syntax (sentence structure). A████ was able to repeat the initial sentence on this subtest (e.g., He is nice). She either deleted words or made additions to the three sentences which followed. A████ received a scaled score of 6, which falls more than 1 standard deviation below the mean. Her percentile rank of 9 indicates that 91% of her peers earned higher scores.

Overall, A████ received a receptive language index score of 79 and an expressive language index score of 63. A████ receptive language score falls within 1 standard deviation of the mean. A████ expressive score places her more than 2 standard deviations below the mean of 100. These scores indicate that in regards to spoken language, A███ presents with a significant expressive language delay.

### Peabody Picture Vocabulary Test – III (Form B)

| Raw Score | Standard Score* | Percentile Rank** | Age Equivalent |
|-----------|-----------------|-------------------|----------------|
| 9         | 65              | 1                 | <1-09          |

*The mean standard score is 100, with one standard deviation equal to +/- 15.
*A standard score between 85 and 115 is within normal limits.
** Percentile rank indicates the number of children in A████ age group whom she performed as well as or better than.

The *PPVT-III* was administered to evaluate A████ receptive (understanding) vocabulary of Standard English. A████ was shown a page with four black-and-white illustrations. Her task on this assessment was to select the picture that best represented the meaning of the stimulus word presented orally by the examiner by pointing to that picture. A████ was able to identify nine pictures when the stimulus word was presented orally. A████ standard score of 65 placed her more than 2 standard deviations below the average. Her percentile rank of 1 indicated that 99% of children her age received higher scores on this assessment.

### Expressive One Word Picture Vocabulary Test (EOWPVT)

The EOWPVT was administered to assess A████ speaking vocabulary at the one-word level. The test assessed A████ ability to name objects or groups of objects presented in drawings. For example, the examiner showed her a page with a colored drawing and asked her to label it ("What is this? What is she doing?"). The results are as follows:

| Raw Score | Standard Score | Percentile Rank | Age Equivalent |
|-----------|----------------|-----------------|----------------|
| 8         | 58             | <1              | 1-4            |

*The mean standard score is 100, with one standard deviation equal to +/- 15.
*A standard score between 85 and 115 is within normal limits.
** Percentile rank indicates the number of children in A████ age group whom she performed as well as or better than.

A▆▆▆ standard score of 58 places her more than 2 standard deviations below average. Her percentile rank of <1 indicates that 99% of age-matched peers received higher scores. A▆▆ verbally labeled objects as well as labeled actions such as *apple, eye, cat, phone, bird, plane,* and *watch*.

## ORAL MOTOR EVALUATION

An oral peripheral exam was performed to assess the structure and function of A▆▆ oral mechanism (i.e., jaw, lips, teeth, and tongue) for speech tasks and feeding. A▆▆ will eat a variety of foods, and is self feeding independently. She uses an open-cup or straw for drinking. Observation revealed adequate tongue and jaw movement during feeding. She moved crackers to her rear molars with minimal effort. A▆▆ was not observed to gag, cough or choke during the evaluation. A▆▆ demonstrated difficulty biting off a piece of a banana bite, but once bitten, she demonstrated proper chewing. A▆▆ demonstrated adequate lip rounding and closure, retraction, and sucking when drinking from a juice box. There was no spillage of the liquid and her swallow appeared to be timely and within normal limits.

A▆▆ has decreased tone in the musculature of her lips, tongue, and cheeks. This low muscle tone makes it difficult for A▆▆ to complete the precise movements necessary for clear speech production. Observation reveals a reduced ability to disassociate her tongue from her lips/jaw in order to touch the roof of her mouth. Lateralization was reduced, as A▆▆ could not completely move her tongue from side to side in a continuous motion. Lip protrusion is weak, but can be achieved when jaw support is provided. A▆▆ will improve her skills through a variety of strength and movement exercises, such as blowing bubbles and whistles, and straw drinking.

Diadochokinetic rate was examined by asking A▆▆ to quickly repeat "puhtuhkuh". The purpose of this task was to determine if A▆▆ could coordinate the oral musculature to quickly produce sounds in different areas of her mouth ("puh" is produced in the front of the mouth, "tuh" is produced in the middle, and "kuh" is produced in the back). A▆▆ was unable to produce these alternating movements in rapid succession. Children with apraxia of speech are often able to complete tasks in a slow or imitative format but breakdown when tasks are quick or spontaneous. The difficulties that A▆▆exhibited are consistent with a child with verbal apraxia. Although the musculature strength needed to complete the task is intact, the motor planning involved to complete the task is disordered. Frequent repetition of accurate targets is necessary for A▆▆ to make progress.

## CLASSROOM OBSERVATION

A▆▆ is a social and happy child. She has excellent social interactions with her peers. A▆▆ spontaneously names all of her peers. She sometimes initiates interactions with her peers during Choice Time, dramatic play, and on the playground by calling their names or gesturing for them to join her in an activity. In the dramatic play area A▆▆ acts as the cashier as her friends purchase items in the Farmer's Market. On the playground A▆▆ shares a ride on the see-saw with friends as well as take turns on the bicycle. A▆▆ is becoming more independent in negotiating turn taking with her peers. She spontaneously

informs peers when it is her turn by saying "No. My turn." She has recently responded to friends' requests for turn with her toy by saying, "In two minutes" as she represents the number two with her fingers. Throughout the day A⬛⬛ requires support from her teachers to listen and pay attention to structured activities. Teachers provide A⬛⬛ with prompts and language models to respond appropriately to her peers in social interactions as well as to participate in group activities during Circle Time. Teachers also provide A⬛⬛ with repetition of important concept words during language activities, and repetition of group directions. A⬛⬛ speech is intelligible to familiar listeners when she says frequently used phrases. When her speech becomes unintelligible teachers break down words into syllables. A⬛⬛ is a wonderful at imitating new words. Her approximations of sound production are improving. After practicing the phoneme /l/, A⬛⬛ has recently acquired this new sound with great approximation. Routine phrases such as "in two minutes" and "clean-up time" are becoming increasingly clear as A⬛⬛ practices and repeats these phrases every day. With models from her teachers as well as the typically developing peers in her class, A⬛⬛ demonstrates more appropriate placement of her articulators with an increasing amount of exposure to the repetitious classroom language. Peer models, and support from the teacher and speech pathologist in the classroom allow A⬛⬛ to practice and improve her speech intelligibility throughout the school day.

See River School Narrative Summary dated November 8, 2006 in student's file.

## SUMMARY

A⬛⬛ continues to make progress, participating in an inclusion classroom of typical peers, who serve as language, speech, and social models for her. A⬛⬛ benefits from the full-time collaboration of a speech-language pathologist and a master's level teacher in the preschool classroom setting and individual speech therapy one hour per week. Her auditory, receptive and expressive language skills continue to develop at school. With support and consistent therapy, A⬛⬛ will continue to develop improved auditory, and receptive and expressive language skills.

## SPEECH AND LANGUAGE DIAGNOSIS

A⬛⬛ presents with a profound, bilateral sensorineural hearing loss, and a significant receptive and expressive language delay, accompanied by reduced speech intelligibility secondary to a diagnosis of apraxia. She continues to make progress in the classroom by interacting with her peers and teachers verbally, engaging in dramatic play, and verbally participating in structured language activities given language models and teacher prompts. Based on informal observation in the classroom, A⬛⬛ prognosis for improved speech and language development is good.

## RECOMMENDATIONS

Based on results from this evaluation and observations, the following recommendations are made:

- A▉▉ needs an intensive, oral language based learning environment with an emphasis on auditory-linguistic skill building and interactive opportunities for learning.
- A low student-to-teacher ratio is imperative for A▉▉ to learn new information and have ample opportunities to participate.
- Integration in an oral setting with a small group of same-age typical peers will provide appropriate linguistic models for A▉▉.
- A▉▉ auditory status must be closely monitored to ensure she is gaining maximum benefit from her cochlear implant. The equipment must be checked daily, programs set appropriately, and the batteries replaces as needed.
- Auditory goals must be addressed daily for A▉▉ to detect, discriminate, and process environmental sounds, speech sounds, instructional language, and social exchanges. A▉▉ should participate in a Ling 6 sound check every morning when she arrives at school.
- Continued participation in a phonemic awareness program will allow A▉▉ the opportunity to engage in daily oral motor exercises and learn symbolic representations of speech sounds to target early literacy goals.
- A▉▉ speech and language therapy goals should focus on the following:
    a. Increasing her auditory skills
    b. Improving receptive and expressive vocabulary and language skills
    c. Strengthening and heightening awareness of her oral musculature to improve speech sound development
- A▉▉ should be provided with pre-teaching materials such as new vocabulary and concepts prior to the start of new classroom based themes, as well as additional repetitions, prompts, and visual supports for key vocabulary during structured classroom activities.
- Traditional Apraxia intervention which includes frequent repetition of accurate targets in order to increase intelligibility.

If you have any questions regarding information in this report, please contact me at the River School at (202) 337-3554.

Sincerely,


_____
Michele Kaplan, MS, CFY-SLP
Speech-Language Pathologist



_____
Meredith Ouellette, MS, CCC-SLP
Speech-Language Pathologist


cc: Parents

Name:                        A▆▆▆ Ti▆▆▆
Date of Birth:               ▆▆▆▆/03
Chronological Age:           2;8 years (32 months)
Examiner:                    Meredith Ouellette
Date of Testing:             07/10/06

## Speech and Language Evaluation Addendum

**Assessment:**
A▆▆▆ was cooperative and motivated throughout testing.  Frequent breaks, snacks and stickers were given during the testing session.
The standard score is based on a score of 100 (+/- 15).  Percentile rank indicates the percentage of children in her age group that A▆▆▆ performed as well as or better than.

The <u>**Kaufman Speech Praxis Test for Children**</u> (KSPT) was administered to analyze speech patterns.  Results are as follows:

### 1. <u>Oral Movement</u>
A▆▆▆ was asked to imitate a series of the oral motor movements upon command, but was unable to lateralize her tongue to the left or right without sliding along her lower lip.  She was therefore unable to alternate tongue lateralization or elevate her tongue to the alveolar ridge.  A▆▆▆ can retract her lips into a smile, but has difficulty with producing a lip pucker.  This gives her a raw score of 5, a standard score of 64, a percentile rank of 4, and an age equivalency of <2.0 based on the typical normative data.

### 2. <u>Simple Phonemic/Syllabic Level</u>
    a. <u>Pure Vowels</u>
    A▆▆▆ was able to produce /a/ as in father, /i/ as in eat, / / as in caught, and /ɛ/ as in bet
    A▆▆▆ was unable to produce /ʌ/ as in much, /u/ as in boot, and /I/ as in hit.

    b. <u>Vowel to Vowel Movement</u>
    A▆▆▆ was able to maintain the movement of two vowels together (dipthongs) for /aI/ as in high, /ou/ as in boat, and /au/ as in out.
    A▆▆▆ was unable to produce /eI/ as in bake and / I/ as on boy.

    c. <u>Simple Consonant Production</u>
    A▆▆▆ was able to produce all of the following consonants in imitation: /m/, /p/, /b/, and /d/.
    A▆▆▆ was unable to produce or groped awkwardly /t/, /h/, and /n/.

    d. <u>Repetitive Syllables</u>
    A▆▆▆ was able to imitate repetitive syllables: /mama/.
    A▆▆▆ was unable to imitate /papa/, /buh buh/, /boo boo/, and /dah dah/.
    e. <u>Consonant to Vowel Movement</u>
    A▆▆▆ was able to imitate: /me/, /boo/, /bye/, and /day/.
    A▆▆▆ was unable to imitate: /do/, /tie/, and /pay/.

133

f. Vowel to Consonant-Vowel Movement
A▆▆ was unable to imitate: /ah-poe/, /oo-muh/, /oh-bow/ and /oh-puh/.

g. Repetitive Syllables with Vowel Change
A▆▆ was unable to imitate: bubble, mommy, baby, puppy, people, and daddy.

h. Simple Monosyllabics with Assimilation
A▆▆ was able to imitate: mom.
A▆▆ was unable to imitate: pop, tot, dad, and bib.

i. Simple Consonant Synthesis
A▆▆ was able to imitate the initial consonant in: man, boat, hot, nap and dime.
A▆▆ was unable to imitate the initial consonant in: top and pin.
A▆▆ was unable to imitate the final consonant in: home, mad, knit, hop, knob, and bun.

j. Simple Bisyllabics with Consonant and Vowel Change
A▆▆ was unable to imitate: happy, tummy, tuna, and bunny.

This gives A▆▆ a raw score of 22 and an age equivalency of <2.0, based on the typical normative data, but the results were too low to obtain a standard score or percentile rank.

**Summary:**
A▆▆ presents with a motor-planning disorder called dyspraxia. Dyspraxia (ICD-9 Code 315.4) is a speech disorder that interferes with a child's ability to initiate and sequence motor movements for speech. A▆▆ has limited control of her speech muscles. This oral-motor speech disorder is characterized by the loss of ability to consistently position the articulators for speech. Unintelligible speech is often the result in young children, compounded by the fact that A▆▆ hearing loss affects her ability to self-monitor her verbal output. As children get older, such as A▆▆, the dyspraxia begins to affect the sequencing of language and higher-level executive functioning tasks relative to organization and problem solving. Verbal dyspraxia is not something A▆▆ will outgrow. Children with verbal dyspraxia generally have a wide gap between their expressive and receptive language abilities. It is recommended that A▆▆ program combine muscle movement and stretches with speech sound production, as well as intense work on sequencing and organization of language. Professionally recognized best practice for treatment of dyspraxia is intensive therapy as soon as the disorder is identified and therapy should be consistent and frequent (ASHA, Professional Journal, Vol. 7, No. 1, Jan. 2002). Without a good program and a professional speech language pathologist who can do oral-motor therapy, A▆▆ will not develop normal speech.

Meredith Ouellette, M.S., CCC-SLP
Speech Language Pathologist

CHILD  A___ T___          AGE   3 years, 1 month                    **The Work Sampling System**

TEACHERS  Michele Kaplan & Alana Oliver    DATE   November 8, 2006        **Narrative Summary Report**

THE RIVER SCHOOL, WASHINGTON, DC                                              FALL 2006

ATTENDANCE:      DAYS PRESENT   40        DAYS ABSENT   1        DAYS LATE   0

| DOMAINS & COMPONENTS | CHILD'S DEVELOPMENT: | Child's growth, special strengths and talents, and areas of difficulty. Plans for supporting the child's development. |



**Personal & Social Development**
Self concept
Self control
Approach to learning
Interaction with others
Social problem-solving

A___ is a loveable and animated member of the Turtle class. She enters the classroom each morning with a huge smile and high spirits. A___ always answers "Hello!" in response to the teachers' greetings. She always gains the attention of teachers while greeting or saying farewell using just their last names and leaving off "Ms." Some days she will walk over to the table top art project and other days she explores the classroom before choosing an activity. A___ is a very sociable child. She enjoys interacting with her sister as well as other Turtles. During quiet reading time Lila and A___ often read a book together. A___ points to pictures and asks Lila, "What's that?" When peers join A___ at activities such as the sensory table or dramatic play, A___ usually points to the peer and looks at the teacher for guidance or support. When teachers model the names of her peers A___ imitates and then continues to play with them. On the playground Sebastian climbed up the stairs to where A___ was waiting for a turn to wind down the corkscrew. She pointed to him and vocalized "ah." With modeled language A___ imitated his name and expressed to him that he needed to wait in line behind her. "Sebastian, my turn." A___ demonstrates a sense of self control by following most of the rules and routines of the classroom. She occasionally needs reminders to sit *criss-cross apple sauce* in Circle Time and other structured activities. A___ attention for structured activities is variable. At the beginning of the year she demonstrated difficulty attending to activities while sitting in the circle. Much of her attention was focused on playing with her shoes; often fidgeting with the buckles and removing her sandals from her feet. Although her attention is still variable, A___ shoes are not a distraction anymore. A___ treats classroom materials with care, cleans up after she is finished with snack, and follows teacher's directions to stop and listen when the bell rings. While at times she requires repetition to complete a direction A___ demonstrates an understanding of simple classroom rules. She stands patiently in line at the slide while waiting for a turn to go down, places books back on the shelf, and keeps materials inside the sensory table. A___ is a very curious learner. She frequently questions new objects and situations by spontaneously asking teachers, "What's that?" and "What are you doing"? A___ enjoys participating in group games. On the playground A___ joined in a couple rounds of Ring Around the Rosie. She held hands with friends, followed the circular motion of the game, and at the end yelled "Fall down!" A___ shows empathy and caring for other children. She stops what she is doing, and looks with a concerned face and kind eyes when she sees another child crying. A___ sometimes negotiates turn taking with peers independently. When a peer attempts to take an object that belongs to A___ she spontaneously says, "Stop it," "No," "Mine," or "My (name of the object)". In situations where A___ needs to ask a friend for a turn, she benefits from language models (e.g. *I have turn please*). She repeats the sentence, imitating one word at a time. Teachers use hand-over-hand to place her hand on her chest as she says "I." A goal for A___ is to spontaneously ask a friend for a turn. Teachers are confident that she will reach this goal by continuing to model language when the opportunity arises.

AT-19



**Language & Literacy**
Listening
Speaking
Phonological awareness
Reading
Writing

A▇▇▇ auditory skills are continuing to improve. When her equipment is functioning properly she consistently responds during daily listening checks performed in a quiet room, or in a classroom with low volume noise. She occasionally mistakes /m/ for /oo/ during Ling sounds. She frequently turns to her name in classroom noise at a distance of six to eight feet. When she does not attend to her name being called it is usually because she is too distracted by the activity she is participating in (e.g. it is more difficult to gain her attention while she is playing at the sensory table). A▇▇▇ has wonderful imitation skills. Throughout the day teachers give A▇▇▇ the opportunity to imitate self-help phrases ("I need help"), requests ("I want crackers"), and theme based vocabulary ("Caterpillar"). She frequently imitates teachers' models, and if she is unable to repeat she is really great at approximating. A▇▇▇ benefits from visual cues for proper tip and tongue placement as well as models for clapping out syllables of words. A▇▇▇ attention is variable during structured activities such as Circle Time and Mouth Time. She sometimes requires repetition to follow group directions during these activities. When she attends well she is able to sing the <u>Days of the Week</u> song with her peers at a slower rate and label Mouth Time symbols upon request without prompts. A▇▇▇ uses language to label ("Shoe!"), ask questions ("What's that?" and approximation for "What are you doing?"), and protest ("No! Stop it!"). She speaks using 1-3 word sentences. She is able to imitate sentences of 3-4 words. Teachers notice an increase of pronouns in A▇▇▇ spontaneous speech such as "me" and "I." She is beginning to demonstrate understanding of the pronoun "you." At snack time A▇▇▇ labeled the teacher as "you" in response to, "Who do you want to help you?" A▇▇▇ follows one-step directions in context of the activity (e.g. sit on your tape, go to your cubby, turn sink off). She is becoming more consistent following simple two-step directions (e.g. Throw your snack away and get a book, and put your books on the shelf and line up at the door). A▇▇▇ is able to follow a simple three-step group direction such as: go to your cubby, get your horn, and come back to the circle. She sometimes gets off to a slower start, but can complete the direction with visual cues from watching her classmates follow the direction. A▇▇▇ responses to Wh-questions are becoming more consistent. Teachers provide her with many opportunities to practice her responses while reading books, or playing during Choice Time. A▇▇▇ usually answers "what" questions more consistently than "where" questions, however, she recently has been answering "where" questions while pointing to the location. In response to "Where is your cubby?" A▇▇▇ points to it from a distance and says, "Over there."

In Mouth Time A▇▇▇ recognizes and produces associated sounds for the symbols /p/ee/oo/sh/m/ah/ and /uh/. She has difficulty recognizing the symbols for /b/ and /l/. The Turtle class is currently learning /t/, /v/, and /s/. With prompts from the teachers, A▇▇▇ is learning to identify which Mouth Time symbol is the initial sound in a given word from <u>The Very Clumsy Click Beetle</u> by Eric Carle (e.g. /p/ for "pebble" and /m/ for "mouse"). A▇▇▇ recognizes her name in rhyme such as "Panna" or "Banana." She smiles at the teachers and giggles in response to her rhyming name. She often recognizes Patricia's name in rhyme and points to her while saying, "Tricia!" A▇▇▇ speech intelligibility is continuing to slowly improve at the single word and two word level. A▇▇▇ is intelligible at the single word level when the context is known. Also, the words she uses more commonly are clearer at the single word level (e.g. apple, cheese, chair, wash, Kaplan, A▇▇▇). When A▇▇▇ speaks spontaneously at the two to three word level using less common sentences, her messages become less intelligible. When teachers provide A▇▇▇ with language models at a slower rate and model accurate production of speech sounds and words, her speech intelligibility increases. A goal for A▇▇▇ is to speak at a slower rate and co-articulate speech sounds given teacher prompts and models. Teachers will continue to break down syllables of words, present models of language in a slower rate of speech, and model accurate production of speech sounds. Teachers will also provide A▇▇▇ with a pacing board to serve as a visual cue for the breakdown of syllables in words and to help pace her rate of speech. During Mouth Time A▇▇▇ displays difficulty blowing a horn.

Teachers have implemented strateg      to support A▓▓ such as practicing breathing without the use of the horn.  With visual and verbal instruction A▓▓ places her hands on her stomach as she practices deep breathing.  Teachers count to three when she breaths in as well as when she releases her breath.  Before placing the horn in her mouth, A▓▓ practices controlled breathing as teachers hold a tissue in front of her mouth.  Once A▓▓ is able to demonstrate controlled breathing with the tissue, teachers encourage her to blow the horn.  A▓▓ has difficulty coordinating the breath support and control to make the horn blow.  A goal for A▓▓ is to participate in oral-motor activities such as tissue and cotton ball blowing to strengthen and control breath support for speech.  Teachers are confident A▓▓ will continue to strengthen her breath support as the year progresses.  In other oral-motor exercises she demonstrates proper lip closure for lip popping, and the production of /m/, /b/, and /p/ as well as proper lip rounding for the production of /oo/.  A▓▓ sometimes has difficulty performing tongue tip exercises.  She places her entire tongue on the roof of her mouth rather than isolating the tip of her tongue.  When she does this, she produces /n/ in place of /l/.  A goal for A▓▓ is to increase tongue tip elevation.  Teachers are confident A▓▓ will reach this goal by participating in exercises that require tongue tip elevation such as holding Cheerios behind her teeth and licking frosting off the roof her mouth.  To further increase A▓▓ awareness of tongue placement, teachers will provide work with a mirror.  A▓▓ has a great appreciation for books.  She enjoys listening to stories during Circle Time and reading books independently during quiet reading time.  She holds books properly and turns pages carefully one at a time.  A▓▓ often enjoys reading books with friends.

See also attached paragraph written by Mrs. Samuel.

| III | **Mathematical Thinking**<br>Approach to mathematical thinking<br>Number and operation<br>Patterns, relationships & functions<br>Geometry & spatial relations<br>Measurement | A▓▓ has demonstrated mathematical thinking through various classroom activities.  As the Schedule Helper one week A▓▓ helped teachers sequence the daily schedule.  With teacher models she imitated approximations for temporal terms such as: first, then, after.  A▓▓ enjoys sequencing steps of a recipe during cooking activities.  She counted with teacher prompts, from one to three, as she added each fruit to the yogurt parfait.  During Circle Time A▓▓ is participating in discussion of the days of the week.  She imitates the names of colors as the class reviews the concepts "yesterday," "today," and "tomorrow" by color and day.  Turtles will have more exposure to mathematical problem solving in the theme Farmer's Market.  The children will practice math skills during dramatic play as they learn to buy and exchange market items with play money.  They will also learn to sort objects into subgroups based on many attributes such as:  color, category of food (fruits vs. vegetables), and size.  Mathematical concepts will also be addressed through voting activities, graphs and charts, re-arranging patterns, and organizing the daily schedule in correct sequence. |
| IV | **Scientific Thinking**<br>Observing<br>Questioning & predicting<br>Explaining & forming conclusions | A▓▓ spends a lot of time exploring her environment.  She explores different activities during Choice Time each day.  A▓▓ enjoys playing with friends at the sensory table as she experiments with new sensory material.  She uses various tools to explore such as spoons, scoops, funnels, and shovels.  A▓▓ gets excited when she finds new objects in the table.  "Spoon!  Rocks!" she exclaims as she discovers each item.  A▓▓ enjoys Science class with Mrs. Tiller.  She participates in all science activities such as planting flowers, petting the hamster, and creating shapes out of clay.  "A ball" she says as she forms her clay into tiny balls.  A▓▓ enjoys completing scientific experiments.  She excitedly shakes a cup of rocks and sand to discover whether the rocks will stay at the bottom or come up to the top.  A▓▓ shows eagerness and curiosity as a learner.  She curiously observes the pet hamster and skink when Mrs. Tiller passes the creatures around the circle.  As the weather helper A▓▓ looks out the window to observe the weather.  With teacher models she tells the class, "It is sunny."  A▓▓ will be given many opportunities to perform scientific experiments, explore nature in the classroom and on field trips, and experience |



137

tasting and cooking new foods in our u‾‾ming themes.

See also attached paragraph written by Mrs. Tiller.

 **Social Studies**
Human similarities & differences
Human interdependence
Rights & responsibilities
People & where they live
People & the past

A⬛ is beginning to recognize similarities between herself and her peers. Teachers describe a Turtle classmate by hair color and gender such as "boy with blond hair." A⬛ demonstrates an understanding of the description by pointing to the classmate after he or she has been identified by another peer. A⬛ often talks about her mom and dad. "Momma and poppa. I love poppa." Throughout the day she frequently states her name and her sister's. "I A⬛ Tricia!" While waiting in line to go to a special Moji and A⬛ began pointing to classmates' cubbies while saying their names. A⬛ imitated Moji with approximation as she named a few peers in the Turtle class, "Page. Seth. Charlie." A⬛ enjoys dressing up in costumes in the classroom as a bee and firefly during the theme <u>The Very Clumsy Click Beetle</u> by Eric Carle. She also enjoys putting on puppet performances in the puppet theater with Patricia. A⬛ demonstrates an understanding of group rules by following simple classroom rules such as participating in clean-up, and lining up by the door as the class prepares to transition to playground and specials. She also follows the daily routines of lunch and naptime. A⬛ enjoys performing her weekly jobs. As the weather helper and schedule helper she proudly stood in front of her peers to report the weather and daily schedule. A⬛ demonstrates understanding of her job responsibilities. When reminded that she is the door holder A⬛ says, "Door helper" as she holds the door for her peers by the playground entrance. A⬛ will have many opportunities to increase her awareness of her role in the classroom and the outside community through taking on larger classroom responsibilities, participating in theme-based dramatic play (e.g. pretending to be doctors, farmers, and firemen), and going on theme related field trips to experience the relationships between people and their environment.

 **The Arts**
Expression & representation
Understanding and appreciation

A⬛ demonstrates an appreciation for the Arts. She enjoys using various art materials in Art class such as glue, tissue paper, dough, finger paint, sponges, and chalk. In Art class Anna experimented creating various shapes with dough. She used a roller and cookie cutters to make her designs. Ms. Kaplan commented that her flat, circle dough looked like a pizza. A⬛ smiled and repeated, "Pizza." During the friendship unit of <u>The Very Clumsy Click Beetle</u> by Eric Carle, A⬛ enjoyed participating in cooperative art. She worked side by side with Ari drawing portraits of each other using mirrors and pastel crayons. A⬛ enjoys singing with Mr. George in Music class and following movement with Mrs. Caines in Dance class. In Music class, she tries really hard to coordinate singing with fine motor and gross motor movements for songs such as <u>Where is Thumpkin?</u>, and <u>Open Shut Them</u>. During the song <u>Head, Shoulders, Knees, and Toes</u> A⬛ is usually a step behind the group, but she still attempts to verbally label and point to each body part in sequential order. She imitates Mrs. Caines in Dance class by using her entire body to bend, crawl, jump, and hop. In Dance, A⬛ enjoys participating in Mrs. Caines' opening song to the melody of <u>Where Is Thumpkin?</u>. When Mrs. Caines calls her name for a turn to walk up and shake her hand, her face lights up with a smile. A⬛ runs to the front of the circle and shakes Mrs. Caines' hand.

See also attached paragraphs written by Mr. Oakley, Ms. Samuel, and Mr. Johnson.

**VII  Physical Development**
Gross motor development
Fine motor development
Personal health & safety

A⬛ fine motor skills continue to develop. She picks up objects using a pincer grasp. She holds paint brushes, crayons, and markers with a tripod grasp. A⬛ pushes marker caps off and on, puts Bristle Blocks together and takes them apart, and makes shapes with play dough using play knifes, scissors, and cookie cutters. During the friendship bracelet art activity A⬛ had difficulty holding gimp in one hand while placing beads on the gimp with her other hand. With teacher modeling and hand-over-hand assistance A⬛

138

was able to complete the art activity using proper hand placement. After taking a bathroom break, she completed the ...celet without needing redirection of how to hold the gimp and maneuver the beads.

A▮▮ gross motor skills continue to improve. She is able to jump, hop on one foot, tip-toe, gallop, and climb up and down stairs and ladders. She can walk the balance beam with 1 step. A▮▮ is learning how to perform somersaults with Mr. Harris's help in PE. She enjoys riding the scooter around the gym and the bike around the playground. A▮▮ independently spins around the corkscrew on the playground. A▮▮ sometimes looses her balance walking on the playground, running in PE, and moving throughout the classroom. She usually catches her balance, but sometimes falls to the ground or bumps into objects.

A▮▮ is independent in the bathroom. She pulls her clothes on and off without any adult assistance. A▮▮ is capable of flushing the toilet and washing her hands with soap, but needs occasional reminders to flush and use soap when washing. A▮▮ self-help skills are developmentally on target. She puts her shoes on after nap time, attempts to open her juice before asking a teacher for help, and cleans up after her snack and lunch with few reminders.

See also attached paragraphs written by Mrs. Caines and Mr. Harris.

TEAM TEACHERS: _____

_____

DATE:    November 08, 2006

all 2006

139

## Ellen D. Dalton, Esq.

**From:**     "Sarah Tiller" <tiller05@yahoo.com>
**To:**         <e.dalton@daltonlaw.com>
**Sent:**     Thursday, December 07, 2006 3:59 PM
**Subject:**

--- "Kauffman, Susan (OSE)" <Susan.Kauffman@k12.dc.us>
wrote:

> Subject: anna tiller
> Date: Thu, 7 Dec 2006 14:20:59 -0500
> From: "Kauffman, Susan (OSE)"
> <Susan.Kauffman@k12.dc.us>
> To: <Tiller05@yahoo.com>
>
> Hi Mrs. Tiller,
>
> We are ready to come to meeting for A██ and wanted
> to discuss some dates with you. I was thinking the
> week of the 18th. Friday will the 22nd will be my
> last day with DCPS so I am hoping to schedule before
> then. Thank you,
> Susan Kauffman
>

Have a burning question?
Go to www.Answers.yahoo.com and get answers from real people who know.

140

AT-20

Ellen D. Dalton, Esq.

**From:** "Sarah Tiller" <tiller05@yahoo.com>
**To:** <e.dalton@daltonlaw.com>
**Sent:** Monday, January 08, 2007 12:28 PM
**Subject:** Fwd: Re: a▬ t▬

--- Sarah Tiller <tiller05@yahoo.com> wrote:

> Date: Mon, 11 Dec 2006 06:26:50 -0800 (PST)
> From: Sarah Tiller <tiller05@yahoo.com>
> Subject: Re: a▬ t▬
> To: "Kauffman, Susan (OSE)"
> <Susan.Kauffman@k12.dc.us>
>
> Hello Ms. Kauffmann-
> The River School is closed from the 15th through
> January 2nd; could you please provide me with
> several dates either before the 15th or after
> January
> 2nd on which we could meet, so that one or both of
> her
> teachers could attend?
> I would also like to request that DCPS provide me
> with
> copies of all evaluations or reports that have been
> conducted by DCPS at least 48 hours before the
> meeting; so that we will have an opporunity to
> review
> them.
> I would like the meeting to take place at the River
> School since that is A▬ current educational
> placement.
>
> Any questions, please e-mail me back.
> Thank-you,
> Sarah Tiller
>

141

AT-21

Ellen D. Dalton, Esq.

| | |
|---|---|
| From: | "Sarah Tiller" <tiller05@yahoo.com> |
| To: | "Ellen D. Dalton, Esq." <e.dalton@daltonlaw.com> |
| Sent: | Monday, December 11, 2006 3:41 PM |
| Subject: | |

Mrs. Tiller,

We will not be able to hold the meeting this week being it is such
short notice and the CARE Center peforms screenings on Wednesday's and
Thursdays. I can see if the DCPS team will be available friday but it will
have to be in the morning.  It is the CARE Center's policy not to
provide evalutions before the MDT meeting without going over them with the
parent first. However, you can schedule to come in and meet with the
team before the MDT/Eligibilty meeting to review the evaluations if you
would like to do so. After December 22nd I will no longer be working for
DCPS and therefore A██████ case will be assigned to a new case manager
if you want to hold the meeting after January 2nd. DCPS is available to
hold the meeting the week of December 18th and will document that we
are prepared and ready to move forward, however you have requested dates
after January 2nd for the meeting to be held.

AT-22

## OCCUPATIONAL THERAPY EVALUATION

**Name:** A███ T███
**DOB:** ████-03
**DOE:** 1-7-07
**Age of Child at Time of Evaluation:** 3 years, 2 months and 21 days

**Background/ Reason for Referral:** A███ is a 3 year, 3 month-old little girl in the Turtles pre-K classroom at the River School, which she attends five days a week for a full-day program. She received a cochlear implant in February of 2005 through the Bethesda Naval Hospital; that implant was activated the following month. A███ lives at home with her parents and four sisters, including her twin. She is currently enrolled at the River School in a full-day language and literacy-based preschool program, which meets five days per week. A███ is a member of the Turtle classroom with 12 typically developing children and another child with a cochlear implant. A███ benefits from daily classroom intervention provided by a Master's level educator and a full-time speech language pathologist. A███ also receives individual speech and language therapy for one hour per week at the River School.

A███ was assessed by Speech and Language Pathologist Meredith Ouelette in the summer of 2006, and in summarizing her findings Ms. Ouelette noted:
"A███ presents with a motor-planning disorder called dyspraxia. Dyspraxia (ICD-9 Code 315.4) is a speech disorder that interferes with a child's ability to initiate and sequence motor movements for speech. A███ has limited control of her speech muscles. This oral-motor speech disorder is characterized by the loss of ability to consistently position the articulators for speech. Unintelligible speech is often the result in young children, compounded by the fact that A███ hearing loss affects her ability to self-monitor her verbal output. As children get older, such as A███, the dyspraxia begins to affect the sequencing of language and higher-level executive functioning tasks relative to organization and problem solving. Verbal dyspraxia is not something A███ will outgrow. Children with verbal dyspraxia generally have a wide gap between their expressive and receptive language abilities. It is recommended that A███ program combine muscle movement and stretches with speech sound production, as well as intense work on sequencing and organization of language."

A███ was referred for an Occupational Therapy screening by her teachers and speech therapist in the Fall of 2006 secondary to their concerns regarding her sensory processing and gross motor skills. A███ was noted to be falling a lot and bumping into peers and furniture in the classroom. In particular, Ms. Ouelette noted her concerns that A███ was falling off her chair during therapy sessions, and seemed to have limited body and spatial awareness. Her teachers added their concerns regarding A███ safety awareness, saying A███ often demonstrated a delay in reacting to pain, and that she often appeared to be seeking out opportunities to bang or crash into furniture, toys, and peers without purpose during play. A███ was observed to be easily distracted by objects or people even on the periphery of her environment, and required repeated prompts to sustain her attention to

tasks or lessons presented in the classroom. On the playground and in the classroom, A▬ was described as being "accident prone", pursuing movement to the detriment of her awareness of what her body was doing or where she was relative to her peers and playground equipment.

In a Developmental Case History Form submitted by A▬ mother prior to beginning individual Speech Therapy through the River School in January of 2006, Sara Tiller, A▬mother, noted among her concerns "low muscle tone and balance problems". She went on to note: "A▬ still has the spread-legged gait of a beginning walker and when looking at something in her hands, or distracted, she can easily lose her balance…She definitely has low [muscle] tone and needs to strengthen her trunk muscles."
In a conversation with Mrs. Tiller recently she confirmed these concerns persist, and noted in addition her worries that A▬ seems overly reliant on the use of her visual field to process and function in her environment, to the point her safety awareness is sometimes compromised; A▬recently began to run into the street because she saw her sister on the other side, with little concern for the cars approaching.

By all accounts, A▬ is an energetic, happy little girl who has acclimated well to the River School and loves her teachers and friends.

A▬ was assessed by a Physical Therapist, Pamela D. Brown-White, in July of 2006, in her home. Ms. Brown-White noted in her assessment that A▬"showed moderate difficulties transitioning between tasks and maintaining performance with difficult tasks". She also noted A▬ "shows poor motor-planning and coordination with balance activities" and recommended A▬ receive Physical Therapy once a week.

The screening done by this therapist in the fall of 2006 concluded that A▬ would benefit from a complete Occupational Therapy evaluation.

**Impressions and Behavior during Testing:** A▬ is a very friendly and sweet little girl who was cooperative throughout the evaluation and interacted easily with the therapist. She demonstrated great attention to task and ability to follow directions, both while performing seated table top tasks and movement activities. When tasks appeared challenging for A▬, she persisted until her performance was her best! A▬was easily distracted by objects and materials on the periphery of the testing area, but was easily redirected to the tasks at hand.

**Clinical Observations:** A▬ presents with mild low muscle tone. She has difficulty sustaining her balance when traversing surfaces which are not even, such as in the OT gym when she tripped several times while crossing from the mat to the gym floor. A▬ walks with a wide, labored gait, often holding her hands in a high, guarded posture if she is not holding on to a rail or the hand of an adult. When asked to hop in place, A▬ required the support of an adult holding her hand to do so initially; similarly, when asked to walk up or down steps without the use of a rail, A▬ dropped to all fours to do so. A▬ appears overly reliant on visual cues for sustaining her balance, even when standing still; at one point during the assessment she was asked to place some frog beanbags on a

swing to "take them for a ride". She was noted to fall back on her bottom when her attention shifted from the swing that she was walking towards to gazing at the beanbags in her hand. A████ frequently was observed to not notice toys or materials in her path as she walked from one place to another, tripping and stumbling as she walked over them.

**Test Results/ Findings:** The following assessment was used in order to determine A████ strengths and needs:
*The Peabody Developmental Fine Motor Scale* was administered to assess A████ fine motor coordination and dexterity. The test items are categorized by two skills: grasping and visual-motor integration. The items were administered at the table and presented in chronological order. A basal age (age at which child has mastered all skills below level), ceiling age (age level which child has not yet mastered all skills), and age equivalent were established.

**Grasping:**
Basal Age Level: 41-42 months
Ceiling Age Level: 47-48 months
Age Equivalent: 43 months (Chronological age= 40 months)

**Visual-Motor Integration:**
Basal Age Level: 35-36 months
Ceiling Age Level: 39-40 months
Age Equivalent: 35 months (Chronological age= 40 months)

Fine-motor and visual-motor skills appear to be a relative strength for A████, although it should be noted that when sitting at the table for the administration of these tasks she moved around in her chair frequently and stood up on several occasions to give herself the postural stability through her trunk necessary for the fluidity of some of the more refined fine-motor movements. A████ was able to copy a circle, build a tower of up to six blocks, and copy a train and bridge after demonstration by a therapist. She loved using the scissors, holding the paper in her left hand while she manipulated the scissors with her right to cut. She grasped the marker with her right hand to copy lines and shapes and was able to button and unbutton several 2" buttons on a button strip, repeating several times "I do it", to assure the examiner she didn't need any help.

**Sensory Processing:** To further gauge whether A████ might be experiencing difficulties with her sensory processing, her mother and teacher were each asked to fill out a Sensory Profile (see attached).

The Sensory Profile is completed by a parent or caregiver and used to get an overview of the child's behavioral responses to sensory input. The student is rated on a 5-item likert scale from "always" to "never". For example, per an item in the tactile section, the caregiver would rate the child's response to "doesn't seem to notice when face and hands are messy". The child is rated in all areas of sensory processing, yielding typical, probable, or definite difference in performance when compared to a normative sample.

It should be noted that it would not be considered unusual if the separate reports from each parent or teacher indicated differences in their perspectives of the child's functioning in relation to his sensory processing.

In most cases the teachers have the benefit of basing their report and perspective on a much larger "database" to reference when considering a "typical" child's performance and behaviors, whereas for many parents the point of reference is understandably limited to the children they raised in a setting where, often, roles and rules and expectations are generally clear-cut by the time a child is of age where more subtle differences in sensory processing might be nuanced out, or the child has learned to adapt the actions that satisfy her sensory needs in ways that are perceived as functional or "normal" for that household.

Sara Tiller, A████ mother, completed a Sensory Profile which indicated "Typical Performance" in many areas, but identified a "Probable Difference" (interpreted as -1.0 to -2.0 standard deviations from the mean) in the area of Vestibular processing. This profile also indicated a "Probable Difference" in the area of "Sensory Seeking"..

A████ former teacher Andrea Handscomb also completed a Sensory Profile, which indicated a "Probable Difference" in the areas of "Multisensory Processing", "Modulation of Visual Input Affecting Emotional Responses and Activity Level" and "Poor Registration". Ms. Handscomb indicated a "Definite Difference", or greater than two standard deviations below the norm, in the areas of "Vestibular Processing", "Auditory Processing", "Sensory Processing Related to Endurance/Tone", "Modulation Related to Body Position and Movement", "Sensory Seeking", "Low Endurance/Tone", and "Inattention/Distractibility".

In short, the Sensory Profiles of A████ are indicative of a little girl whose level of arousal for the auditory and vestibular processing systems is markedly higher than her "typical" peers; A████ has to work much harder to get the sensory input that these systems normally provide at a lower threshold of activation. As a result, A████ demonstrates the lower muscle tone noted in her movements and in her difficulty with sustaining the anti-gravity postures associated with sitting and with controlled, graded co-contraction of her muscles for transitioning through different movement patterns, and with knowing where her body is relative to gravity and people and objects in her environment. A████ efforts to provide her brain and body with this information is seen in her "Sensory Seeking" behaviors, the extraneous movements and banging and crashing she is observed pursuing throughout her day. Because of this craving for sensory input that she has, and likely because of an understandable reliance on visual processing to relay information relative to her position in space as a compensation for her vestibular system, A████ is highly distractible and much more likely to attend to people and objects on even the periphery of her visual field.

The findings of the Sensory Profiles are also consistent with the anecdotal observations reported by A████ teachers and Speech therapists in their screening report, and echo some of the concerns and observations voiced by Mrs. Tiller in a parent interview and

146

noted in the case history report. They are also consistent with the observations made by this therapist when screening A███.

**Summary/Recommendations:** A███ Tiller is a sweet, friendly three-year and three-month little girl who demonstrates mild low muscle tone and difficulty with sensory processing skills, notably in the area of vestibular processing, which strongly impacts the development of muscle tone and gross and fine motor skills, as well as balance and coordination. A███ visual-motor and fine motor skills are areas of relative strength; however, it should be noted that as A███ progresses through school that these skills would be expected to be impacted by her difficulties with balance, coordination, and gross-motor skills. As a school program progresses from a premium on play and exploration to sitting at a desk or table and engaging in more structured learning, the ability of a child to sustain anti-gravity postures for extended periods of time is crucial to the continued development of visual-motor skills, such as handwriting.
It was noted during the assessment that A███ performance was best after periods in which she received sensorimotor, notably vestibular input; after running around the gym and playing for an extended period of time, A███ was observed to be much more secure and demonstrating increased postural security as she climbed the stairs to go back to class.
A███ would benefit from Physical Therapy, as recommended by Ms. Brown in her previous report; in addition, given the sensory component behind A███ delay with balance and gross-motor skills, she would benefit from Occupational Therapy treatment given through a practitioner experienced with the Sensory Integration frame of reference, to optimize A███ sensory input and promote development of skills through structured treatment based on this input.

**Recommendations:** Based on the above-mentioned assessment, records, and clinical observations, it is recommended that A███ receive **occupational therapy two times/ week (30 minutes each) to include direct service and consultation with the teachers** for the academic year.
**In addition, as noted through this report and past assessments, A███ should receive Physical Therapy on a weekly basis to facilitate the development of her postural control and gross motor skills, as a foundation for continued development of fine- and visual-motor skills which are so essential to successful functioning in the classroom.**

It has been a pleasure working with A███ and her family. If I can be of further assistance please don't hesitate to contact me at (202)-337-3554x32 or through email at msmith@riverschool.net.

_Michael S. Smith, MS, OTR/L_

Michael S Smith, MS, OTR/L
Registered Occupational Therapist

# SENSORY PROFILE

Date: 9/18/06
Profile filled out by: Sara Tiller

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| Section Summary | | | |
| **Sensory Processing** | | | |
| A.  Auditory Processing | x | | |
| B.  Visual Processing | x | | |
| C.  Vestibular Processing | | x | |
| D.  Touch Processing | x | | |
| E.  Multisensory Processing | x | | |
| F.  Oral Sensory Processing | x | | |
| | | | |
| **Modulation** | | | |
| G.  Sensory Processing Related to Endurance / Tone | x | | |
| H.  Modulation Related to Body Position and Movement | x | | |
| I.  Modulation of Movement Affecting Activity Level | x | | |
| J.  Modulation of Sensory Input Affecting Emotional Responses | x | | |
| K.  Modulation of Visual Input Affecting Emotional Responses and Activity Level | x | | |
| | | | |
| **Behavior and Emotional Responses** | | | |
| L.  Emotional/Social Responses | x | | |
| M.  Behavioral Outcomes of Sensory Processing | x | | |
| N.  Items Indicating Thresholds for Response | x | | |
| | | | |
| **Factory Summary** | | | |
| 1.  Sensory Seeking | | x | |
| 2.  Emotionally Reactive | x | | |
| 3.  Low Endurance / Tone | x | | |
| 4.  Oral Sensory Sensitivity | x | | |
| 5.  Inattention / Distractibility | x | | |
| 6.  Poor Registration | x | | |
| 7.  Sensory Sensitivity | x | | |
| 8.  Sedentary | x | | |
| 9.  Fine Motor/Perceptual | x | | |

148

# SENSORY PROFILE

Date: 9/17/06
Profile filled out by: A. Handscomb

| | Typical Performance | Probable Difference | Definite Difference |
|---|---|---|---|
| Section Summary | | | |
| **Sensory Processing** | | | |
| A. Auditory Processing | | | x |
| B. Visual Processing | x | | |
| C. Vestibular Processing | | | x |
| D. Touch Processing | x | | |
| E. Multisensory Processing | | x | |
| F. Oral Sensory Processing | x | | |
| | | | |
| **Modulation** | | | |
| G. Sensory Processing Related to Endurance / Tone | | | x |
| H. Modulation Related to Body Position and Movement | | | x |
| I. Modulation of Movement Affecting Activity Level | x | | |
| J. Modulation of Sensory Input Affecting Emotional Responses | x | | |
| K. Modulation of Visual Input Affecting Emotional Responses and Activity Level | | x | |
| | | | |
| **Behavior and Emotional Responses** | | | |
| L. Emotional/Social Responses | x | | |
| M. Behavioral Outcomes of Sensory Processing | x | | |
| N. Items Indicating Thresholds for Response | x | | |
| | | | |
| **Factory Summary** | | | |
| 1. Sensory Seeking | | | x |
| 2. Emotionally Reactive | x | | |
| 3. Low Endurance / Tone | | | x |
| 4. Oral Sensory Sensitivity | x | | |
| 5. Inattention / Distractibility | | | x |
| 6. Poor Registration | | x | |
| 7. Sensory Sensitivity | x | | |
| 8. Sedentary | x | | |
| 9. Fine Motor/Perceptual | x | | |

149

The River School
A███ T███
Spring, 2006

### Occupational Therapy Treatment Plan

**Long-Term Goal #1:** A███ will improve her ability to use sensory information to understand and effectively interact with people and objects in her home and school environments, by demonstrating 80% accuracy on the following objectives, over ¾ trials:

  A) A███ will sustain attention and active participation in classroom group and small-group activities, with occasional visual cues and/or movement breaks.
  B) A███ will sustain attention and active participation during desktop activities/assignments up to fifteen minutes, with occasional visual cues and sensory input as needed.
  C) A███ will imitate body postures or positions as demonstrated by a teacher or therapist (during a game of "Simon Says" for example) with occasional repeated visual cueing.
  D) A███ will identify shapes traced on her back to select the correct corresponding one from a field of five three-dimensional shapes placed in front of her, with occasional repeated tactile cues.
  E) A███ will execute a three-station obstacle course following simple verbal instruction, with occasional visual cues.

**Long-Term Goal #2:** A███ will demonstrate improved postural strength and stability. as a foundation for the development of fine and visual-motor skills, by demonstrating 80% accuracy on the following objectives, over ¾ trials:

  A) A███ will sustain erect desk postures for classroom activities up to fifteen minutes with sensory reinforcers as needed (e.g. therapy disc to sit on) and with sensory/movement breaks structured in to her classroom routine throughout her day.
  B) A███ will navigate around her home and school environments without tripping or falling, with occasional verbal cues to look where she is going.
  C) A███ will propel a scooterboard through an obstacle course while prone on her stomach, up to 10 feet, using hands only.
  D) A███ will walk forwards and backwards on a straight line 10 feet without stepping off the line.
  E) A███ will wheelbarrow-walk across even/uneven surfaces a minimum of 10 feet going around obstacles as needed while weight-bearing through her hands and wrists.
  F) While engaged in a spinning or movement activity, A███ will reach for objects from a therapist's hand and throw them to a target at 6' distance, within 3" accuracy.

150

G) A███ will demonstrate five "cross-crawl" exercises from the "Brain Gym" program without losing her balance, with occasional visual cues.

H) A███ will kick a large ball as it is rolling, when rolled from 4 feet away, during a game of kickball, for example, with occasional verbal cues.

I) A███ will spontaneously cross midline when appropriate to the task, as observed in the classroom, therapy activities and playground, with occasional cues.

**Long-Term Goal #3: A███ will improve her fine and visual-motor skills, as a foundation for greater written proficiency, by demonstrating 80% accuracy on the following objectives, over ¾ trials:**

A) A███ will sustain erect desk postures for classroom activities up to twenty minutes with sensory reinforcers as needed (e.g. therapy disc to sit on) and with sensory/movement breaks structured in to her classroom routine throughout her day.

B) When doing tabletop activities, A███ will utilize her left "helper" hand spontaneously, with occasional reminders, 80% of the time.

C) A███ will copy basic shapes with occasional visual cues.

D) A███ will color in basic shapes staying within ¼" of the lines as she colors.

E) A███ will cut out a large circle, staying within ½" of the line, and demonstrating proper grip of the scissors and paper as she does so.

F) A███ will complete simple, 4-5 piece puzzles with occasional visual cues.

Goals/objectives above submitted by

*Michael S. Smith MS, OTR/L*

Michael S Smith, MS, OTR/L

151



THE
# RIVER
SCHOOL

January 22, 2007

To:    Zondra Johnson
       CARE Center

From:  Amy Muldoon
       The River School
       Phone: 202-337-3554
       Fax: 202-337-3534
       Email: amuldoon@riverschool.net

RE:    Voicemail message received on January 22, 2007, from Desiree Remadini.
(Please excuse the misspellings of names, due to the fact the message was received via
voicemail).
*Sent via fax*

Dear Ms. Johnson,

This letter is to inform and document a phone message left via voicemail from Ms.
Desiree Remadini, a CARE Center employee. The message acknowledged that Desiree
was calling me, Amy Muldoon, and was trying to contact Jean and was unable to get in
touch with her. She confirmed she did not have contact information for Jean. Following
this, she stated she was trying to reach Jean to inquire per her availability for Wednesday,
to meet with CARE Center staff members Adrienne and Sydney. Desiree was hoping
they could speak before the meeting on Thursday, which was to take place at The River
School at 1:45 pm. She stated that Jean could attend the Wednesday meeting via phone
conference or in person at The CARE Center, but there were some concerns about
placement and it would be beneficial for Gene, Sydney, and Adrienne to speak on
Wednesday between 9 and 11. Desiree wanted me to call her back with Jean's phone
number or to contact Jean and relay the information to her or have her call Desiree. She
left her number and ended the message.

While neither The River School, nor the parents have received a confirmation on the second attempts of dates and times sent to The CARE Center, we assume that the message was in reference to A████ T████. A████ T████ last date and time given was Thursday, January 25, 2007, at 1:45 pm. We will take this message as a confirmation and The River School will mark this time on our calendar. At this time, The River School does not employ any staff member with the name Jean. We do assume that the Jean that Desiree is referring to and trying to contact to meet and discuss placement options before the Thursday Multi-Disciplinary Team meeting is Jean Tabinka, DCPS Audiologist.

If you have any questions or concerns regarding this information please feel free to contact me with the above information. We look forward to seeing you on Thursday, January 25, 2007, at 1:45, to discuss A████ T████ as a Multi-Disciplinary Team. Please notify me as soon as possible if this is not the case.

Sincerely,

Amy A. Muldoon

CC: Parents of A████ T████

153



# THE RIVER SCHOOL

## FACSIMILE COVER SHEET

To: E. Dalton

Company: _____

Phone: _____

Fax: 7|789-2323

From: A. Muldoon

Phone: 202-337-3554

Fax: 202-337-3534

Date: 1|22

Pages: 3 Including cover sheet

Message:

letter sent to DCPS Care center
re: A████ T████ + phone message on
1|22.





THE
# RIVER
## SCHOOL

January 23, 2007

To:     Zondra Johnson
        CARE Center

From:   Amy Muldoon
        The River School
        Phone: 202-337-3554
        Fax: 202-337-3534
        Email: amuldoon@riverschool.net

RE:     Third attempt for meeting dates and times for A██ T███ MDT
*Sent via fax and email*

Dear Ms. Johnson,

This is the team's third attempt to convene an MDT/IEP meeting for A██ T███ to review her evaluations and discuss eligibility. Below are three dates and times The River School and parents are able to hold this meeting. Please let us know which of these dates are convenient for you. If the parents or The River School do not hear from you, we will hold the meeting on the third date and time listed below. It should be noted that Mrs. Tiller is due to deliver a child at anytime and The CARE Center has been aware of this since we met on Tuesday, September 19, 2006.

Please note that a scheduled and confirmed meeting was cancelled by you on January 16, 2007. This meeting was cancelled two hours prior to taking place. The reason being your Audiologist was unavailable to attend. You canceled the second attempt on Tuesday, January 23, 2007. This was done in person at The CARE Center. When asked if you had let The Tiller's know, you stated that you sent a cancellation via certified mail on Monday, January 22, 2007. You stated the reason for the cancellation was that the audiologist was unavailable. The Tiller's have yet to receive the cancellation notice.

Also, The River School employs an Audiologist on staff and would be able to interpret any data or testing done in this area.   This is the team's third attempt to convene a meeting.

> Location: The River School
> Monday, January 29, 2007, at 1:30.
> Wednesday, January 31, 2007, at 2:00
> Thursday, February 1, 2007 at 1:00

If you have any further questions or concerns, please do not hesitate to contact me, Amy Muldoon at 202-337-3554 ext. 15 or email amuldoon@riverschool.net or The Tiller Family at (202) 237-1150 and (202) 286-2114 or email Tiller05@yahoo.com.

Sincerely,

*Amy Muldoon*

Amy Muldoon



THE

# RIVER SCHOOL

## FACSIMILE COVER SHEET

To: E. Dalton

Company: _____

Phone: _____

Fax: 7/739-2323

From: A. Muldoon

Phone: 202-337-3554

Fax: 202-337-3534

Date: 1/23

Pages: 4 ___ Including cover sheet

Message: 3rd attempt for A.J▮▮ Meeting

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 01/23/2007 17:57
                              NAME  : RIVER SCHOOL
                              FAX   : 2023973534
                              TEL   : 2023973554
                              SER.# : 000B6J754607
```

```
  DATE,TIME                        01/23  17:56
  FAX NO./NAME                     6735557
  DURATION                         00:00:41
  PAGE(S)                          03
  RESULT                           OK
  MODE                             STANDARD
                                   ECM
```

*letter sent + confirmed to CARE CENTER*

158

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT |

MDT REFERRAL DATE: 9/27/06

STUDENT: A_____ T_____    SCHOOL: C.A.R.E    DATE: 2/1/07

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Zondra Johnson | | Administrator |
| Sarah Tiller | | Parent |
| Jean Tebulka | Jean Tebulka | Audiologist |
| Sydnee Thompson MSCCC-SLP | | Speech Path. |
| Adrienne Mitchell, Ps.D | Adrienne D. Mitchell | Psychologist |
| Wanda R. Banks, MA, OTR/L | Wanda R. Banks, MA, OTR/L | Occupational Therapist |
| Jose F. Seija | | Physical Therapist |
| Kristen Bell | K Bell | Special Educator |
| Amy Muldoon | A Muldoon | Dir of TTS - River School |
| Maureen D'Antuono | Maureen D'Antuono | Aud student intern |
| Alana M. Oliver | Alana M. Oliver | Teacher, River School |
| Jennifer Mertes | Jennifer Mertes | Audiologist - RS |
| Michele Kaplan | Michele Kaplan | Speech-Language Pathologist -RS |
| Michael Smith | Michael A. Smith | OT Therapist |
| Patricia Gates Ulanet, PsyD | | Clinical Psychologist |
| Mary O'Leary Kane, MA CCC-SLP | Mary O'Leary Kane | Director of Speech + Lang. Services |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: A___ T_____ SCHOOL: CARE Center          DATE: 2/1/07

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Introductions were made. The purpose of today's meeting is to review the evaluations that were conducted with A___ to determine if she is eligible to receive special education services at this time. The educational evaluation, which was conducted with the Brigance Diagnostic Inventory of Early Development II, was reviewed. In the area of Daily Living Skills, A___ had a total standard score of 114, which represents developmental skills in the above average range in these areas. In the area of Social Emotional Skills, A___ had a total standard score of 93, which represents an average level of developmental skills in these areas. The speech pathologist from River School reviewed a speech evaluation completed by the River School on 10/11/06, 10/13/06, 10/18/06. A___ was administered the Goldman-Fristoe Test of Articulation, A___ had a standard score of 72, with an age equivalent of 2 years. On the Reynell Developmental Language Scales, A___ had a Verbal Comprehension score of 72, and an Expressive Language score of 63. On the Clinical Evaluation of Language Fundamentals, A___ had a core language standard score of 71, receptive language score of 79, expressive language score of 63, language content of 63, and language structure of 79. Peabody Picture Vocabulary Test, A___ had a standard score of 65. Expressive One-Word Picture Vocabulary Test, A___ had a total standard score of 58. The audiologist reviewed the audiological evaluation. A___ received a cochlear implant in February 2005, and was turned on in March 2005. A___ is progressing well with her cochlear implant. A___ IFSP dated September 2006 was reviewed. It was recommended that A___ recieve 1 hr physical therapy, 2 hrs speech therpay, and 1 hr consultation once every 2 months. The narrative summary report on 11/8/06 from the River School was reviewed. The MDT has determined that A___ is eligible to recieve special education services at this time as a student with a Hearing Impairment. The River School has asked that A___ be made eligible as a student with a Speech and Language Impairment as well. DCPS disagrees, because A___ main disability is a hearing impairment, and her speech and language impairment is a result of the hearing impairment.   This now concludes the MDT meeting. An IEP will be developed and a meeting held.

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

### INDIVIDUALIZED EDUCATION PROGRAM
### (IEP)
### MEETING NOTES

STUDENT A____ T____                    SCHOOL CARE Center         DATE: 2-1-07

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Sarah Tiller | _____ | Parent |
| Kristen Bell | | Special Educator |
| Zondra Johnson | | Administration |
| Adrienne D Mitchell | Adrienne Mitchell Ph.D. | Psychologist |
| Wanda R Banks | Wanda R Banks MA OTR/L | Occupational Therapist |
| Jennifer Mertes | Jennifer Mertes AuD CCC-A | Audiologist-RS |
| Jose Sijo | | Physical Therapist |
| Alana Oliver | Alana Oliver | Teacher |
| Michele Kaplan | Michele Kaplan | Speech Language Pathologist |
| Mary O'Leary Kane, MA CCC-SLP | Mary Kane | Director of Speech + Lang Services |
| A. Muldoon | SM Muldoon | DTS - The IVER School |
| Sydney Thompson | | Speech Language Patholo |

Page 2 Discussion of Setting: __X__ General Education Setting Reason for rejection or acceptance: Accept, A____ will receive services as a non-attending student. _____ Combination General Education/Resource Setting Reason for rejection or acceptance: Reject. Non-attending student. _____ Out of General Education/Resource Setting Reason for rejection or acceptance: Reject. Non-attending student.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: A___ T___ _____    SCHOOL: _____    DATE: ~~01/16/2006~~ 2/1/07

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
| --- | --- | --- |
| Sydnee Thompson, MS, CCC-SLP | | Speech Language Pathologist |
| Jose F. Seijas, PT | | Physical Therapist |
| Wanda Banks, MA OTR/L | | Occupational Therapist |

MDT

Occupational Therapy-Reviewed an Occupational Therapy Screening Report conducted by Michael S. Smith, MS, OTR/L on 9/18/06 at the River School. A Sensory Profile was completed by the parent and the teacher. On the Sensory Profile completed by A___ mother Typical Performance was indicated in many areas but identified a Probable Difference in the area of Vestibular processing and Sensory Seeking. Her former teacher Andrea Handscomb completed a Sensory Profile which indicated Probable Difference in the areas of Multisensory Processing, Modulation of Visual Input affecting Emotional Responses and Activity Level and Poor Registration. She indicated Definite Difference in the areas of Vestibular Processing, Auditory Processing, Sensory Processing Related to Endurance/Tone, Modulation Related to Body Position and Movement, Sensory Seeking, Low Endurance/Tone and Inattention/Distractibility.
On the Comprehensive Developmental Assessment conducted by Pamela D. Brown-White, PT of Little Feet & Hands, Inc. on 7/13/06 the Bayley Scale of Infant Development indicated average scores for fine motor skills.

A speech and language review was conducted on 12/9/06 results of the PLS-4th edition receptive standard score 61; expressive standard score of 82; the EOWPVT yielded a standard score of 55. A___ articulatory abilities were also found to be compromised secondary to apraxia dated from the Kaufman Speech Praxis Test for children administered on 7/10/06. A___ has a hearing age of almost one year and would benefit from continued speech and language services to facilitate receptive and expressive language growth along with increased oral motor abilities.

Physical Therapist reviewed the gross motor section of a Comprehensive Developmental Assessment conducted on 7/13/06 by Pamela D. Brown-White, PT (Little Feet and Hands, Inc.). The results of that evaluation were as follows: Raw Score (61); Scaled Score (9), and Age Equivalent (31 months). It also stated that balance, coordination and decreased trunk strength are the gross motor primary concerns. Ms. White-Brown recommended direct PT services once a week to address the previously mentioned concerns. She will continue to benefit from direct school-based physical therapy services.

Dr. Patrician Gates Ulanet, Clinical Psychologist of the River School administered the Brief IQ form of the Leiter International Performance Scale-Revised to A___ on September 12, 2006. Test results indicate that A___ received a Nonverbal IQ score of 145, which places her in the Superior range of cognitive functioning. When compared to her same aged peers, test results suggest that A___ nonverbal reasoning skills are better than 99 percent of children her same age. The Vineland Behavior Scale: Classroom Edition was administered on November 2, 2006. According to report, A___ displays variability in her functioning across all domains: Communications 66, Socialization 79, Daily Living Skills 90, and Motor Skills, 85.

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**
MEETING NOTES

STUDENT A██ T███ _____    SCHOOL C.A.R.E. Center _____    DATE: _____

**PARTICIPANTS:**                      **PARTICIPANTS:** (Sign Name)              **DISCIPLINE**

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

The purpose of this meeting is to develop an Individualized Educational Program (IEP) for the student.  The MDT has determined that: A██ T███ - the student is eligible for special education services as a student with a disability classification of: Hearing Impairment - the drafted goals/objectives are: Communication, Occupational Therapy,  -the student requires the following services: _____ specialized instruction _____ hours/week _____ psychological services _____ hours/week _X___ speech therapy _____1.5___ hours/week _X___ occupational therapy _____1.0___ hours/week _____ physical therapy _____ hours/week _X___ other - Audiological _____1.0___ hours/week -a behavior plan is _N/A_____ -the student requires level _____ testing with accomodations/modifications as indicated on page 4 of the IEP -the student requires supplementary aides/ services as indicated on page 4 of the IEP

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT A██████    SCHOOL CARE Center    DATE: 2/1/07

PARTICIPANTS:    PARTICIPANTS: (Sign Name)    DISCIPLINE

Physcial therapy was not recommended for A████ because her physical functioning does not have an adverse impact in the educational environment. DCPS recommends that a physical therapy evaluation be completed. DCPS recommends 30 minutes of occupational therapy consultation per month. The River School is in disagreement with the developmental report that was completed by part C, because the Bayley Scales was completed by a physical therapist. A placement of Janney Elementary, as a non-attending student, was offered for speech, audiological, and occupational therapy services. Extended School Year services criteria, and timing, was explained to the parent.   This now concludes the IEP meeting.

Team members present:
Jen Mertes, The River School Audiologist
Maureen D'Antuono – The River School Audiologist Intern
Michael Smith - The River School Occupational Therapist
Patricia-Gates Ulanet – The River School Clinical Psychologist
Zondra Johnson – DCPS CARE Center
Sarah Tiller – A█████'s Parent
Wanda Banks – DCPS OT
Adrienne Mitchell – DCPS Psychologist
Jean Tibanka – DCPS Audiologist
Sydnee Thompson – DCPS SLP
Jose Seijas –DCPS PT
Kristin Bell – DCPS Special Education Teacher
Amy Muldoon – The River School Director of Teacher Training and Support
Mary O'Leary Kane – The River School Director of Speech and Language Support

*[handwritten annotations: "Not Official not notes" and "These were written by The River School!"]*

Team members were introduced. Mom asked if it was possible to record the meeting because her husband was unable to attend. Zondra Johnson stated that if they new in advance that would have been fine but DCPS was not aware and did not bring their own recording devices. Mom offered to make a copy of the tape. Zondra stated that this could not be done and that the meeting could not be taped. The purpose of this meeting is to review evaluations, discuss eligibility, create an IEP and discuss appropriate placement for A████ T████. A████ T████, a three-year-old girl, currently attends a full-day preschool program, five days per week at the River School. Her class consists of 13 other children; one other child has a hearing aid and the other children are typically developing age-matched peers. One speech-language pathologist, as well as an early childhood education teacher staffs the classroom. The classroom speech and language pathologist works with A████ for 20 hours a week of push in services throughout the school day. A████ also receives one-hour of individual, pullout therapy each week at the River School. The River School's mission is to provide successful educational experiences for children and their families by uniting the best practices of early childhood education and oral deaf education, and to promote clinical research and training in child language and literacy.

Background: A████ was born at 37 weeks gestation, weighing 6 ½ pounds. A████ twin sister was born via vaginal delivery. Due to a prolapsed cord, A████ was delivered via cesarean section. A████ was reaching her developmental milestones appropriately until 2 ½ months of age when A███ contracted bacterial meningitis. As a result, A████ experienced global motor and language delays. Upon recommendation of evaluations, A███ began receiving physical and speech therapy at age eleven months. At fifteen months, A███ was diagnosed with a profound bilateral sensorineural hearing loss. She received a cochlear implant in February 2005 with activation in March 2005. A███ was diagnosed with childhood verbal apraxia in July 2006.

165

Susan Kauffman conducted an Educational Assessment. Zondra Johnson reviewed it. The Brigance Diagnostic Inventory of Early Development II was administered and reviewed. In Daily Living Skills SS = 114. In Social Emotional Skills SS = 93. A███ can hold a fork, dress herself, engage in a task with minor distraction and can state her first name and sometimes her last name. A███ can imitate and engage in domestic play, imitate an adult and join play with other children. She shows concern for her playmates. In the area of socialization and daily living skills she falls within the average range.

Sydnee Thompson – DCPS SLP. This is a review of a Speech and Language Evaluation done by The River School. A███ had a Speech and Language Evaluation administered by Andrea Handscomb in June 2006 and an addendum done in July 2006 by Meredith Ouellette.
The Reynell Developmental Language Scales was given. She had SS = <63 for receptive and a SS = 68 for Expressive. The PLS-4 had an expressive SS = 82, an auditory SS = 61 and a total SS = 69. EOWPVT had a SS = <55. The PPVT – III was also given. A███ scored a receptive SS = 40. The GFTA – 2 was given. A███ received a SS = 62. It was in this assessment that A███ was referred for further testing from a speech and language pathologist to evaluate her motor planning and sequencing skills for speech to rule out dyspraxia. S. Thompson observed A███ at The River School. A███ skills are compromised by a hearing loss with bilateral implants. She also has childhood verbal apraxia. A███ would benefit with an oral language classroom for the hearing impaired. A███ ability to work and be in the classroom would increase her receptive and expressive language skills. A continued collaboration with SL, teacher and audiology would best serve A███. Classroom strategies were given and documented in the report. A ling 6 and FM check should be done daily. Intervention strategies were also reported. Eligibility should be based on the communication disorder.

Michelle Kaplan reviewed A███ speech and language evaluation done in October 2006 In July 2006 A███ was diagnosed with Childhood Verbal Apraxia. A███ was given the Goldman Fristoe Test of Articulation with a SS = 72. A███ had omission of consonant sounds in all positions of words.
Her overall intelligibility was judged to be poor with both familiar and non-familiar listeners. The Reynell was given. A███ had a Verbal comprehension SS = 72, and expressive language SS = 63. The CELF-P2 was also given. It should be noted that this test was administered using spoken language only and only oral responses were scored. Additionally, according to *CELF-P2* scoring guidelines, when a child obtains a raw score of "zero" on two or more of the subtests that form a composite score, a composite (index) score, cannot be obtained. Thus, index scores provided are informal and are provided for informational purposes only. Scores as follows: Sentence Structure SS = 10, word Structure SS = 3, expressive vocabulary SS = 2, Concepts and Following Directions SS = 1, Recalling Sentences SS = 6, Basic Concepts SS = 8. Composite (Index) Scores; Core Language SS = 71, Receptive Language SS = 79, Expressive Language SS = 63, Language Content SS = 63, and Language Structure SS = 79. Overall A███ presents with a significant expressive language delay. The Peabody picture Vocabulary Test – III showed a SS = 63. On the EOWVPT she scored a SS = 58.

166

In Oral Motor: An oral peripheral exam was performed to assess the structure and function of A████s oral mechanism (i.e., jaw, lips, teeth, and tongue) for speech tasks and feeding. Observation revealed adequate tongue and jaw movement during feeding. She moved crackers to her rear molars with minimal effort. A████ demonstrated adequate lip rounding and closure, retraction, and sucking when drinking from a juice box. There was no spillage of the liquid and her swallow appeared to be timely and within normal limits.

A████ has decreased tone in the musculature of her lips, tongue, and cheeks. This low muscle tone makes it difficult for A████to complete the precise movements necessary for clear speech production. Observation reveals a reduced ability to disassociate her tongue from her lips/jaw in order to touch the roof of her mouth. Lateralization was reduced. Diadochokinetic rate was examined by asking A████to quickly repeat "puhtuhkuh". A████ was unable to produce these alternating movements in rapid succession. Children with apraxia of speech are often able to complete tasks in a slow or imitative format but breakdown when tasks are quick or spontaneous. The difficulties that A████ exhibited are consistent with a child with verbal apraxia. The motor planning involved to complete the task is disordered.

In her oral motor evaluation she showed decreased tone in muscles and cheeks and reduced ability to dissociate jaw and teeth. A████ had difficulty imitating sounds. A████ skills and responses correlate with verbal Apraxia. A████is shown to have a profound bilateral hearing loss and a significant receptive and expressive language disorder. A████ presents with a profound, bilateral sensorineural hearing loss, and a significant receptive and expressive language delay, accompanied by reduced speech intelligibility secondary to a diagnosis of apraxia. Michelle reviewed recommendations based on and seen in the evaluation.

Sydney Thompson stated that A████made great gains for 6 months improvement. The scores are significant for the time period.

Jean Tabinka - A████ had meningitis and treated with ototoxic drugs. She was implanted in 2/2005 and activated in 3/05. Jean reviewed audiograms done by Pamela Kane. Pamela reported that A████ responses showed a mild loss. In December 2005 it was reported to have 25 at 200 hertz, which is very good. In April of 2006 the responses were not as good. Mom stated that there was some mapping issues but they were taken care of and fixed. In August 2006 A████ had difficulty cooperating due to time of day. Jean stated it seems as if A████has a good cochlear implant and she seems to be progressing. Michelle Kaplan spoke to her Ling 6 checks and on a daily basis A████ can complete the test but will sometimes misinterpret the sounds she is hearing.

Adrienne Mitchell reviewed the developmental assessment done by P. Ulanet. Adrienne observed A████ on the playground at The River School. In terms of language she answered questions in a soft voice, but they were appropriate. A████ did not participate with all the students but would respond when asked a question. Adrienne reviewed the assessment. A████was given a Leiter on 9/12/2006. She scored a Brief IQ score of 145. In Visualization subtests she scored a SS = 16 on figure ground, SS = 19 in figure completion and in Reasoning subtests she scored a SS = 15, sequential order and a SS = 14 in repeated patterns. The Vineland given 10/17/06 was reviewed. A████ scored in

Communication SS = 66, Motor skills SS = 85, Socialization Skills are SS = 79. As measured by the Vineland A███ scored lower than her peers on the communication sections. A███ is functioning at an age appropriate daily living skills. She engages in play and interactive play. A████ communication deficient is hindering her socialization.

Wanda Banks (OT) reviewed the screening and Peabody done by The River School OT Michael Smith - OTR-L. Based on Peabody she is age equivalent with grasping skills at 43 months. Fine motor and visual motor are strength for A███ but she had difficulty sitting and focusing in the chair and would stand up to complete tasks. She also showed difficulty with low muscle tone. She could copy a circle, manipulate scissors and was able to button and unbutton. The Sensory Profile was administered to Mom and teachers. Based on the profile completed by the teachers showed difficulties with auditory processing and vestibular processing. She also had many sensory seeking behaviors, inattention, and postural control.

Michael Smith – noted the difference between the teachers and mom showed a definite difference. Although her skills are age appropriate the larger issues is that if therapy is not given you will see more and more delays. This was seen in the testing. The sensory processing and profile is key to A███ continued development.

Jose – PT – reviewed the comprehensive assessment done by Pamela Brown White. Her strength muscle tone impacts her balance and coordination. She needs support to complete activities. Primary concerns are with balance, coordination and trunk strength. Age equivalent of 31 months. Where she falls in the average range.

Mom stated that she was supposed to receive PT during the transitional stage. Pamela Brown White came twice to the River School and has not returned. It is stated on A████ IFSP it is recommended that A███ receive PT for 1 hour a week for 60 minutes. Michael Smith stated that the PT evaluation was done in the home and A███should be assessed in a school setting.

Zondra reviewed the IFSP:
Pamela White Brown PT/MBA gave the Bailey to A███. A███was 31 months at the time. Her Gross Motor SS = 33 months. In Cognition SS = 33 (age equivalent of 35m). PLS =22 m (chronological age = 32m). A███ uses physical prompting. Adaptively she was within normal limits. In regards to socialization she attends The River School, with 10 other students in the classroom. She has 4 sisters including a twin. The IFSP was also reviewed and indicated that she was recommended for 1 hour of PT, 2 hours of SL per week and Audiological services once every 2 months. It should be noted that PT has not occurred since Fall 2006.

Alana Oliver reviewed the Narrative done in November 2006 by The River School teachers. A███ imitates her typical peers. With modeling and repetition A███can repeat the model. Her attention is varied but it is increasing appropriately. She benefits greatly from language models. The SLP and teacher (both fulltime in the classroom) are able to

do this within the classroom as well as her typical peers. Due to two master level teachers/specialist in the classroom the students can be broken into smaller groups 1:6. A▬▬ has gone from a one-word phrase to a 3-word phrase and this is strongly based on the models and typical peers in the classroom.

Zondra Johnson asked if A▬▬ meets the qualifications for special education under IDEA. Zondra Johnson stated she qualifies as a student with Hearing Impairment (HI). The River School and mom disagrees with this qualification. It was stated by Mary O'Leary Kane that a Multiple Disability should be her diagnosis both Hearing Impairment and Speech and Language Impairment (SLI).
This is based on the language scores gathered, the DCPS review and the label of verbal childhood apraxia in her evaluation. Zondra Johnson disagreed with this. She stated that IDEA states that both disabilities have to stand-alone. If she were not Hearing Impaired would she have a speech and language concern. If there were no hearing loss, we (DCPS) would not see a student with a SLI. That is DCPS' position. Mom stated that SLI is clearly a disability and regardless of HI, the apraxia is a language disorder. Zondra Johnson stated that looking at the regulations of IDEA it tells us that the primary disability is the Hearing Impairment. She further stated that no one could say that if she were not Hearing Impaired she would be Speech and Language Impaired. Jen Mertes asked if she did not have a hearing Impairment and had Apraxia would she be Speech and Language Impaired. The DCPS SLP said yes, but apraxia can be addressed under the Hearing Impaired diagnosis. Mom reported she is scared that she is not being diagnosed correctly. Mom asked if she qualified for both why wouldn't she be diagnosed as both. Zondra Johnson stated we provide services based on strengths and weaknesses not handicapping disability. The DCPS criteria for a disability is a 50% delay. Mary O'Leary Kane stated that apraxia is a medical condition and most children with apraxia are not hearing impaired and would be identified with a Speech and Language Impairment. Zondra Johnson stated that DCPS is the LEA and the LEA is stating that A▬▬disability is Hearing Impaired. The team who assessed her (The River School) sees her daily and found the Apraxia. The River School and mom disagrees with the disability and feels she should be a student with a MD (HI/SLI). The LEA stated that they will disagree with this and that A▬▬ is a student with an HI disability.

The team then moved to the development of the IEP.
DCPS is in agreement with the OT. DCPS is in disagreement with the need for Physical Therapy (PT). Zondra Johnson explained this to mom stating that the PT does not hinder her in the academic setting. Mom asked if she has this trunk issue and weak muscle tone how could it not affect her academic life now and later. The Physical Therapist stated there is no concern with coordination and balance. She sometimes loses her balance on the playground. Michael Smith again stated that the PT was done in the home and she should be assessed in the school setting. Mom agreed with this and is concerned with her vestibular issues. DCPS stated that they would administer another Physical Therapy evaluation in the school setting in order to rule in or out the need for PT as a related service on A▬▬ IEP. And in the area of socialization and cognitive function and daily skills she is within normal limits. Patricia Ulanet stated that the Bayley was done by a Physical Therapist as part of her developmental assessment. A PT should not be

administering this assessment. She also spoke to her report reviewing that A█ will demonstrates as a highly unique learning profile of superior nonverbal skills in the absence of adequately developed language and communication as well as a motor impairment. Such a profile is similar to those observed in the population of neurologically impaired children. This large discrepancy must be noted and observed with caution over time so as to ensure that verbal and communicative functions maintain progress; particularly as higher-order language functions are required. This gap must be taken into account in current educational planning and programming. As such, A█will benefit from an integrated educational setting with typically developing peers and highly specialized interventions. The team feels she requires SL services. The DCPS SLP reviewed the goals created by The River School and DCPS are accepting the goals. The SLP stated that the Auditory goals would not be part of speech and language and the "Jean would do those and I will do the SL." The DCPS SLP reviewed the annual goal and the providers would be SLP, classroom teachers, and staff. It was asked to define staff and was responded any aids, assistant, cafeteria worker. Anyone that works with the student is responsible for the goals. Zondra stated that it does not take an SLP to teach her to say "Hi." "It does not have to be an SLP."
Audiology goals were reviewed. Jean asked if the Ling needed to be part of her goals. She is in agreement it should be done daily. Jen Mertes stated that she doesn't want A█ to regress in the skill and the other goals are hard to accomplish if the Ling is not in place. Zondra gave the definition of a goal. Michelle stated that it is not always consistent with the Ling 6 test as stated in the evaluation. Jean would like to add a self-advocacy goal for A█ to be aware of her equipment. It was asked how A█ was doing on the remainder of the goals. A█ is progressing on these goals but continues to need support. Michelle stated presently she is progressing with these goals at a 65% level. Team agrees with the auditory goals created by The River School and the added goal of self-advocacy from Jean Tabinka. Zondra stated that checking her hearing aid would be moved to accommodations/modifications. Mary O'Leary Kane stated that A█ does not wear a hearing aid. Zondra corrected herself and stated cochlear implant. Wanda reviewed the goals that Michael Smith (OT) provided. Wanda also wanted to add a goal to entail pulling a 15 ft rope in a sitting position on a scooter goal for 10 feet to utilize her trunk. Wanda asked about the goal concerning puzzles "was it interlocking or non interlocking puzzles?" Michael stated "interlocking."
Michael recommended that she have the opportunity for sensory input. A█was below 2 SD from the norm, so vestibular input is needed and recommended for therapy. Wanda agrees with this and spoke to suspension/gym equipment. Also, Michael reviewed the goal of the sensory diet. The OT will be provided by OT pull out therapy as well as consultation with the classroom staff. Michael stated that an OT gym would be beneficial for her program development.
DCPS stated that due to no deficient in cognitive functioning there are no goals required/created by the special educator.

Zondra discussed the last page of the IEP. Jen stated the cochlear implants needs to be under the supplemental materials due to the necessity in her educational program. Zondra stated if we put it on the IEP and it malfunctions/breaks then the LEA (DCPS) is responsible and "My boss will kill me." Zondra stated that because there is no need for

170

special education services than there is no need for a placement. She has no need for an educator because she has no cognitive deficits. The deficit areas are in the area of OT, SL and Audiology. DCPS can provide these services at her neighborhood school. Jen spoke to the need of an FM system. Zondra stated she is not a special education student. Jen stated she would still require an FM system to access her school environment. Zondra stated when she reaches school age and enters the school age program one can be provided but at this time we are addressing the hearing and speech and language.

Dr. Ulanet spoke to the discrepancy between verbal and non-verbal language. Children with this discrepancy require support. Zondra stated that in preschool it is an inability to access age appropriate skills not academics. Dr. Ulanet spoke to the Vineland and her rating of 4%. Dr. Ulanet spoke to the Vineland done by the classroom teachers and specifics to the classroom environment. Michael Smith asked if Janney had an OT gym. Zondra stated that DCPS would ship the gym over to Janney and supply them with one. Mom can bring her to Janney and the Audiology SLP and OT will work out services schedule for A███. Zondra will inform Janney to "kick her up the list" for the pre-k program. Mom asked how this would effect her socialization until the school age program begins. Zondra stated that typically developing children are not in school until 4 years old. For this age the Least Restrictive Environment could be home. Mary stated the progress that she has made in the last 6 months, not at home but in the school setting. DCPS will provide the Speech, OT, and Audiology. Jen asked if this is why the SLI is not on the IEP. Zondra stated that your handicapping condition does not dictate your needs, the IEP does. Trish asked at what point does a HI student have a MD (HI/SLI). The DCPS SLP said that 99.9% of the cases were HI disabilities with SL related services. The SLP stated that she has never had a child that is SLI and wore a cochlear implant and/or hearing aid. She has not seen it in the 7 years she has worked in DCPS. Zondra again stated that we would agree to disagree with the disability. We will not see eye-to-eye.

*[handwritten margin note:]* CRE Could be Home

A███ will receive 1.5 hours of SL services. Mom stated that she does not agree with this amount of time, that it is not enough to service A███ needs. Members of The River School also do not agree with the amount of time in Speech and Language services. The OT stated that 1-hour of OT services and 1 hour of Audiology services per week would be given. Michael stated that 30 minutes of consultation with the teachers is required monthly. He also stated that under supplemental materials an OT equipment gym was required. Zondra stated DCPS would purchase this and supply Janney with this equipment and will put it on her IEP. Amy asked about compensatory services for PT on her IFSP. Zondra stated that it was "missed" services and that DCPS is at day 123 for services and that once A███ turns 3 her IFSP becomes a "dead document." Members of the team disagree with the 123 days. Mom has been in contact with DCPS CARE Center since A███ was 2 and 1/2. DCPS will provide a PT evaluation. If PT is required DCPS will make up the "missed services." Mom asked why this was taking so long, A███ turned 3 in October. Zondra explained that DCPS CARE Center receives a list from the Under 3 people but they do not contact the parents because the parents have not signed a release of documents. Zondra continued to explain that the parents could chose to not go through this or do independent evaluations.

171

Mary spoke to the September dates and meetings where the Under 3 team assured mom and members of the meeting that it would not take anywhere near 120 because evaluations were completed.

Zondra assured the team that A▓▓ would receive every hour that she is entitled to for the days that DCPS is out of compliance. She stated that services would begin on 2/2/07. Mom is worried that A▓▓ will not have the consistency she gets in the school environment. Mom is not in agreement of this decision, lack of placement, disability category and hours of service and the influence it may continue to have on A▓▓ and her progress. Zondra will expedite the PT evaluation. Amy offered The River School as a place to do the PT evaluation and that we are available.

ESY was discussed but a determination will not be made by DCPS at an initial evaluation and mom and DCPS can speak before the end of the school year to make this decision. When the child is non attending Zondra stated that transportation is dependent upon the parent because it is up to mom to get the child there. DCPS is not offering special education so transportation is not needed. Mary asked when the gym would be at Janney if services begin tomorrow. Zondra stated all missed services would be made up.

Mom and Zondra spoke and Zondra stated that the Hearing Impaired teacher would do a developmental test (Zondra will call mom and let her know which tests. It was agreed that team would reconvene in 30 calendar days to discuss and review the findings of the developmental test and PT test and determine if other services are required. Amy stated that she would send the notes to be added to A▓▓ meeting file via fax within one week. Zondra agreed to this.

The new Case Manager for A▓▓ T▓▓ is Kristin Bell a DCPS special educator.

Meeting ended.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

**I. IDENTIFICATION INFORMATION**

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

**II. CURRENT INFORMATION**

Date of IEP Meeting: 2/1/2007
Date of Last
IEP Meeting:
Date of Most Recent
Eligibility Decision: 2/1/2007
Purpose of IEP Conference:
☐ Initial IEP          ☐ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Student Name: Last T████          First A████          MI

Student ID 8226868          Soc. Sec. No.          Age: 3          Grade NA

Gender ☐ M ☒ F   Date of Birth ████/2003   Ethnic Group Caucasian

Address  4515 Garrison Street NW
         House No.          Street Name          Quadrant  Apartment #
         Washington, DC 20016
         City          State  Zip Code

☐ Non-attending
Attending School _____   Home School Janney
☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /
Parent

Address of (if different from student):   ☒ Parent  ☐ Guardian  ☐ Surrogate

House No.  Street Name   Quad  Apt. No.  City          State  Zip Code
Telephone: Home 202-237-1150          Work

Indicate Level of Standardized Assessment:

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | TRANSITION |

↳ discussed

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | n/a | Native lanuage |
| Parent | English | English | English | Native language |
| Home | English | English | English | Native language |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment
Oral
Rdg./ Written
Instrument:
Date:

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./ Min  D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|---|
| Speech and Language | | 1.5 | 1.5 | hr | W | Speech Pathologist | 2/2/07 | 10 | mo |
| Occupational Therapy | | 1.0 | 1.0 | hr | W | Occupational Therapist | 2/1/07 | 10 | mo |
| Audiology | | 1.0 | 1.0 | hr | W | audiologist | 2/1/07 | 10 | mo |
| OT Consult | | .5 | .5 | hr | M | Occupational Therapist | 2/2/07 | 10 | mo |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | 3.5 | Hours Per Week | | | | |

**V. Disability(ies)**   Hearing Impaired
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☐ 61-100%
Percent of time NOT in a Regular Education Setting

**VI. IEP TEAM (Participants in the development of the IEP)**          Print and sign your name below.

Adrienne Mitchell          Alana Oliver          Alana M. O_____
Sydnee Thomas HSCCSP          Kristen Bell          Kristen Bell Sp Educator
Amy Mulders S. Mulderon - TBS-RTS          Michael Smith          M.E.P. S. Smith #IL
Sarah Tucker  attended          Michele Kaplan          Michele Kaplan MCPS-SLP
Jean Tobinka Jean Tobinka          Jennifer Mertes          Jennifer Mertes AuD.CCC-A

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this
IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights
pertaining to special education.
Parent/Guardian Signature          Date

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

Joao Suja, PT
Mary O'Leary Kane, SLP          Mary O'Leary Kane.

178

AT-28

| Student Name A___ T___ | Managing School | DCPS - IEP |
| Student ID Number 9226688   DOB __/03 | Attending School River School | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas:** (Evaluator)

Math Strengths:

Impact of disability on educational performance in general education curriculum:

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

Math Cal.

Math Res.

See goal page:

Date:

Rdg. Com

Rdg. Basic

Written Ex.

See goal page:

Date:

**Communication (Speech & Language)** (Evaluator) *S. Thompson MCCCSLP reviewer*
Strengths: *Presents w/ emerging linguistic ability*

Impact of disability on educational performance in general education curriculum:
*↓ Strength & range of motion; ↓ exp. & receptive language impact ability to access the curriculum*

| Score(s) When Available | | CLS |
| Exp.Lang. | 68 | 58/63 |
| Rec. Lang. | 263 | 55/79 |
| Artic ✗ GPTA | 162 | 65/72 |
| Voice | n-a | |
| Fluency | n-a | |
| Exp. Voc ✗ | <55 | 58 SS |
| Rec. Voc ✗ | n-a | 65 SS |
| See goal page: | | |
| Date: 6·27·06 / 10·11·06 | | |

**Motor/Health** (Evaluator) Jose F. Seijas, PT & Wanda Banks, MA OTR/L
Strengths:
A___ walks independently on even surfaces, and holds one-leg stance with 2-hands support.

Impact of disability on educational performance in general education curriculum:
Decreased dynamic balance, postural control and propulsion/reception skills negatively impact her participation in educational activities.

**Score(s) /Results When Available**

GM (SS): 9

FM (SS): 11

See goal page:

Date:

*Daily Living* **Social Emotional Behavioral Areas:** (Evaluator) *Susan Kauffman M.A.*
Strengths:
A___ *is functioning above average in the area of daily living skills.*

Impact of disability on educational performance in general education curriculum:
*None*

**Score(s) When Available**

*Daily Living* 114
*Skills*
*Brigance*

See goal page: *N/A*

Date: *1/21/06*

*:SS develop* ✗ **Cognitive/Adaptive Behavior:** (Evaluator) Adrienne D. Mitchell, Psy.D.- Psychologist
Strengths:
Superior cognitive functioning as per Leiter International Performance Scale-Revised.

Impact of disability on educational performance in general education curriculum:
Poor socializations skills as noted by the Vineland Adaptive Behavior Scale.

**Score(s) When Available**

Leiter IPS-R    145

VABS.    CS 66  DL 90
        SS 79  MS 85

See goal page:

Date:

*Socialization* **Prevocational Skills:** (Evaluator) *Susan Kauffman M.A.*
Strengths:
A___ *is functioning within the average in the area of socialization*

Impact of disability on educational performance in general education curriculum:
*None*

**Score(s) When Available**

*Socialization* 93

See goal page:

Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name A____ T____ | | Managing School CARE C___ r | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9226868 | DOB ____/03 | Attending School | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: Communication

**ANNUAL GOAL:** (including mastery criteria.)

A____ will develop receptive and espressive language skills to 80% accuracy using appropriate modalities over 4 consecutive sessions; with verbal and visual cuing as needed.

Provider(s): Speech Pathologist, Classroom Teacher, Audiologist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A____ will identify a common object based on attribute or function in 3/4 opportunities. | | Monthly |
| A____ will demonstrate an understanding of the modifiers small, big, long, short in 3/4 trials. | | Monthly |
| A____ will use present progressive verb tense to describe actions in 3/4 trials. | | Monthly |
| A____ will use 3-4 words per utterance to communicate requests and questions. | | Monthly |
| A____ will use pronouns (he, she, her, him) with 80% accuracy. | | Monthly |
| A____ will increase jaw and tongue strength and stability. | | Monthy |

### EVALUATION PROCEDURE(S)

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name A___ Ti___ | Managing School CARE C___er | DCPS - IEP |
|---|---|---|
| Student ID Number 9226868 | DOB ___/03 Attending School | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: Communication

**ANNUAL GOAL:** (including mastery criteria.)

A___ will develop receptive and espressive language skills to 80% accuracy using appropriate modalities over 4 consecutive sessions; with verbal and visual cuing as needed.

**Provider(s):** Speech Pathologist, Classroom Teacher, Audiologist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will differentiate her tongue from her jaw. | | Monthly |
| A___ will increase tongue elevation and gradation. | | Monthly |
| A___ will repeat syllable patterns and words of increasing length. | | Monthly |
| A___ will produce age appropriate phonemes at the single word level. | | Monthly |
| A___ will imitate oral movements in isolation and sequence oral motor exercises with fluid movement in 3/4 opportunities. | | Monthly |
| A___ will identify mouth time symbols with 90% accuracy. | | Monthy |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name A████ T████ | Managing School CARE C███er | DCPS - IEP |
|---|---|---|
| Student ID Number 9226868 | DOB ████/03    Attending School | Page 3 of 4 |

---

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal:  Audiological

**ANNUAL GOAL:** (including mastery criteria.)

A███ will increase audiological skills through the use of her cochlear implant.

Provider(s): Audiologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A███ will identify and repeat the Ling 6 sounds with 100% accuracy. | | Monthly |
| A███ will localize to her name in a noisy classroom enviornment at a distance of 6-8 feet in 3/4 trials. | | Monthly |
| A███ will discriminate between familiar words on the basis of syllable length varying in manner, place, and voice. | | Monthly |
| A███ will discriminate between familiar words on the basis of vowel and consonant differences when the syllable length is the same (eg: cookie vs cracker) | | Monthly |
| A███ will discriminate between similar phrases and short sentences (eg: all done vs. open) | | Monthly |
| A███ will notify her teachers or other staff member when her cochlear implant is not on or not working with 80% accuracy. | | Monthy |

---

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name A███ T███ | Managing School CARE C███er | DCPS - IEP |
|---|---|---|
| Student ID Number 9226868 | DOB ███/03    Attending School | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: Occupational Therapy

**ANNUAL GOAL:** (including mastery criteria.)

A███ will improve her ability to use sensory information to understand and effectively interact with people and objects in her home and school enviornments, by demonstrating 80% accuracy on the following objectives, over 3/4 trials

Provider(s): Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A███ will sustain attention and active participation in classroom group and small-group activites, with occasional visual cues and/or movement breaks. | | Monthly |
| A███ will sustain attention and active participation during desktop activites/assignments up to fifteen minutes, with occasional visual cues and sensory input as needed. | | Monthly |
| A███ will imitate body postures or positions as demonstrated by a teacher or therapist (during a game of "Simon Says" for example) with occasional repeated visual cuing. | | Monthly |
| A███ will identify shapes traced on her back to select the correct corresponding one from a field of five 3 dimensional shapes places in front of her, with occasional repeated tactile cues. | | Monthly |
| A███ will execute a three station obstacle course following simple verbal instruction, with occasional visual cues. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name A██ ██████ | Managing School CARE C██████ r | DCPS - IEP |
|---|---|---|
| Student ID Number 9226868    DOB ████03 | Attending School | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐

Goal Number: ☐

**Area addressed by goal:** Occupational Therapy

**ANNUAL GOAL:** (including mastery criteria.)

A██ will demonstrate improved postural strength and stability as a foundation for the development of fine and visual-motor skills, by demonstrating 80% accuracy on the following objectives over 3/4 trials.

**Provider(s):** Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A██ will sustain erect desk postures for classroom activities up to 15 minutes with sensory reinforcers as needed (eg: therapy disc to sit on) and with sensory/movement breaks structrured in to her classroom routine throughout her day | | Monthly |
| A██ will navigate around her home and school environments without tripping or falling, with occasional verbal cues to look where she is going. | | Monthly |
| A██ will propel a scooterboard through an obstacle course while prone on her stomach, up to 10 feet, using hands only. | | Monthly |
| A██ will walk forwards and backwards on a straight line 10 feet without stepping off the line. | | Monthly |
| A██ will wheelbarrow-walk across even/uneven surfaces a minimum of 10 feet going around obstacles as needed while weight-bearing through her hands and wrists. | | Monthly |
| While engaged in a spinning or movement activity, A██ will reach for objects from a therapist's hand and throw them to a target at 6' distance, within 3" accuracy. | | Monthly |

## EVALUATION PROCEDURE(S)

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name  A___ T___ | Managing School  CARE C___ r | DCPS - IEP |
|---|---|---|
| Student ID Number 9226868    DOB ___/03 | Attending School | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: Occupational Therapy

**ANNUAL GOAL: (including mastery criteria.)**

A___ will demonstrate improved postural strength and stability as a foundation for the development of fine and visual-motor skills, by demonstrating 80% accuracy on the following objectives over 3/4 trials.

Provider(s): Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Participate in vestibular activities on suspended equipment involving various planes for up to 20 minutes in 4 out of 5 sessions. | | Monthly |
| A___ will pull herself along a 15 foot rope while in a prone, supine, or sitting position on a scooter board for a distance of 10 feet in 4 out of 5 tirals. | | Monthly |
| A___ will demonstrate 5 "cross-crawl" exercises from the "Brain Gym" program without losing her balance, with occasional visual cues. | | Monthly |
| A___ will kick a large ball as it is rolling, when rolled from 4 feet away, during a game of kickball, for example, with occasional verbal cues. | | Monthly |
| A___ will sponstaneously cross midline when appropriate to the task, as observed in a classroom, therapy activities and playgourn, with occasional cues. | | Monthly |
| | | |

### EVALUATION PROCEDURE(S)

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name | A████ T████ | Managing School | CARE C ██████ | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9226868 | DOB ██████/03 | Attending School | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES     Additional Comments: ☐     Goal Number: ☐

### Area addressed by goal: Occupational Therapy

**ANNUAL GOAL:** (including mastery criteria.)

A████ will improve her fine and visual-motor skills, as a foundation for greater written proficiency, by demonstrating 80% accuracy on the following objectives over 3/4 trials.

**Provider(s):** Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A████ will sustain erect desk postures for classroom activities up to 20 minutes with sensory reinforcers as needed (eg: therapy disc to sit on) and with sensory/movement breaks structured in to her classroom routine throughout her day. | | Monthly |
| When doing tabletop activites, A████ will utilize her left "helper" hand spontaneously, with occasional reminders, 80% of the time. | | Monthly |
| A████ will copy basic shapes with occasional visual cues | | Monthly |
| A████ will color in basic shapes staying withing 1/4" of the lines as she colors | | Monthly |
| A████ will cut out a large circle, staying withing 1/2" of the line, and demonstrating proper grip of the scissors and paper as she does so. | | Monthly |
| A████ will complete simple, 4-5 piece interlocking puzzles with occasional visual cues. | | Monthly |

## EVALUATION PROCEDURE(S)

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name A████T████ | | Managing School CARE Center | DCPS - IEP |
| Student ID Number 9226868 | DOB ███2003 | Attending School | Page 4 of 4 |

**Additional Comments:** ☐

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>? ☑ Yes ☐ No

Explanation for removal out of regular education classroom.

t████ cochlear implant should be checked each day.

**X. Supplementary Aids and Services**

Classroom Needs
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | (by discipline) | (mm/dd/yyyy) |
| Cochlear Implant | ✓ | | | | | Parent | 02/1/07 |
| FM System | | ✓ | | | | D.C.P.S. | 2/1/07 |
| Suspend Therapy Equipment | | ✓ | | | | D.C.P.S. | 2/1/07 |

Check and list modifications and/or accommodations for <u>testing</u>:   ☐ None needed

Timing/Scheduling: _____
Setting: _____
Presentation: _____
Response: _____
Equipment: _____

**XI. STATE AND DISTRICT ASSESSMENTS:**

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations.

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

☐ Level V Portfolio:  N/A

**XII. Areas Requiring Specialized Instruction and Related Services:**

☐ Reading
☐ Mathematics
☐ Written Expression
☑ Other: Hearing/Sensory Integration
☐ None

☐ Physical/Sensory
☐ Social Emotional
☐ Physical Development
☒ Speech/Language

**Modifications:**
☐ Transition
☐ Vocational
☐ Independent Living
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| General Education | accepted | Continued School Failure |
| Out of General Education | rejected | Time Away from non-disabled peers |
| General Education /Special Education | rejected | Impact on Self Esteem |

Modification(s)/Accommodation(s) to address the harmful effects:

Location for Services  Janney

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

# The River School – Individualized Educational Plan (IEP)
## ACADEMIC YEAR

CHILD'S NAME: A▓▓ T▓▓                    DOB: ▓▓▓03                    DOB: 02-02-05

**Pragmatic Behaviors**
- A▓▓ will spontaneously use "It is my turn" and/or "Your turn. Two minutes" to negotiate turn taking with peers in ¾ opportunities.

**Auditory Skills**
- A▓▓ will identify and repeat the Ling 6 sounds with 100% accuracy.
- A▓▓ will localize to her name in a noisy classroom environment at a distance of 6-8 feet in ¾ trials.
- A▓▓ will discriminate between familiar words on the basis of syllable length varying in manner, place, and voice.
- A▓▓ will discriminate between familiar words on the basis of vowel and consonant differences when the syllable length is the same (e.g. cookie vs. cracker).
- A▓▓ will discriminate between similar phrases and short sentences (e.g. all done vs. open).

**Language Comprehension & Use**
- A▓▓ will demonstrate and understanding of and use the prepositions in, on, out, off, and under in ¾ trials.
- A▓▓ will comprehend the quantitative concepts of one, some, and all in ¾ trials.
- A▓▓ will use the quantitative concepts of one, some, and all in ¾ trials.
- A▓▓ will answer "what", "where", and "who" questions in ¾ trials.
- A▓▓ will spontaneously use 5 new theme-related vocabulary words per week.
- A▓▓ will follow 2-3 step directions in ¾ trials with minimal visual cues.
- A▓▓ will identify a common object based on attribute or function in ¾ opportunities.
- A▓▓ will demonstrate an understanding of the modifiers small, big, long, short in ¾ trials.
- A▓▓ will use present progressive verb tense to describe actions in ¾ trials.
- A▓▓ will use 3-4 words per utterance to communicate requests and questions.
- A▓▓ will use pronouns (she, he, her, him) with 80% accuracy.

**Speech Production**
- Increase jaw and tongue strength and stability.
- Differentiate her tongue from her jaw.
- Increase tongue elevation and gradation.
- Repeat syllable patterns and words of increasing length.
- A▓▓ will produce age appropriate phonemes at the single word level.
- A▓▓ will initiate oral movements in isolation and sequence oral motor exercises with fluid movement in ¾ opportunities.
- A▓▓ will identify Mouth Time Symbols with 90% accuracy.

**Phonological Awareness / Literacy Skills**
- A▓▓ will identify pictures of common objects and theme-related vocabulary when labeled in ¾ trials.
- A▓▓ will sequence events of stories with visual cues in ¾ opportunities.
- A▓▓ will answer comprehension questions with visual cues in ¾ opportunities.

**Gross and Fine Motor Skills**

Parent's Signature: _____

River School IEP Team Members: Michele Kaplan & Alana Oliver

Date: _____

Date: 2006-2007 Academic Year



District of Columbia Public Schools
Washington, D.C.

### Initial Placement

Student:  A___ T_____ DOB:_____ Age:____Meeting Date: 2/1/07 _____

Address: 4515 Garrison St NW_____ Phone: (H)_____ (W) _____

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet.
We would like to remind you at this time that:

- Granting consent is a voluntary action on your part;
- This consent may be revoked at any time although the school district is required
  to take all necessary action to provide appropriate service(s) and may be required
  to initiate due process procedures to obtain consent; and
- By granting consent in writing, you are agreeing to the process indicated below.

___X___   Initial Placement

After development of an IEP, the MDT with the parent determined that your child will
receive special education and related services _ Janney Elementary _ school, for:

___X___ 0%-20%      _____ 21%-60%      _____ 61%-100%

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial
placement for my child.

_____          _____
Parent/Guardian Signature                              Date

184

AT-29

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
- ☒ Initial Evaluation
- ☐ Initial Placement
- ☐ Reevaluation
  - ☐ Change in Category Exit
  - ☐ Related Service Add
  - ☐ Related Service
  - ☐ Change in Placement
  - ☐ Other _____

Date _2/1/07_____

Student _A___ T_____ DOB __/03_____

School _____

Current Disability Category _Hearing Impairment_____

Setting _____

Dear _Ms. Tiller_____

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- ☐ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Other

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**
- ☐ Your child is not eligible for special education service(s).
- ☒ Your child is eligible or continues to be eligible to receive special education services as a student with _Hearing Impairment_
- ☒ Your child will begin receiving _Speech, Occupational Therapy, Audiological_ as a related service(s).
- ☐ Your child will no longer receive _____ as a related service(s).
- ☐ Your child's category of disability is being changed from _____ to _____
- ☐ Your child's alternative placement on continuum (next setting) is being changed,
       from _____ to _____
- ☐ Your child is no longer eligible and will be exited from the special education program.
- ☐ Other: _____

**Description and Explanation of agency action proposed or refused.**

MDT has determined that Anna is eligible to receive special education services at this time as a student with a Hearing Impairment.

**Description of Other Options Considered and reasons for rejection of each option**

Other relevant factors to the decision- _____

MDT Members:
- ☐ Principal or Designee
- ☒ Parent
- ☐ Student
- ☐ Social Worker
- ☐ General Education Teacher
- ☒ Special Education Teacher
- ☒ Speech and Language
- ☐ *LEA & Interpreter (*may be one)
- ☒ Psychologist
- ☒ Other: OT, PT

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _C.A.R.E. Center_____ at _202-671-0882_ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

185

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student A_____ T_____ _____ DOB ___/03 Age 3 ___ Grade ____ ID 9226688 _____

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

☐ Wechsler Intelligence Scale for Children-III (WISC III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 years. Date of Report _____

☐ Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 to 6 years. Date of Report _____

☐ Wechsler Adult Intelligence Scale-III (WIAS III) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☒ Bayley Scales of Infant Development-II - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ Wechsler Individual Achievement Test (WIAT)- a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ Kaufman Test of Educational Achievement (KTEA) -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ Developmental Test of Visual Motor Integration (VMI) -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

☒ Brigance Diagnostic Inventory of Early Development II

☒ Leiter International Performance Scale-Revised

☒ Vineland Behavior Scale: Classroom Addition

186

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile:  (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building,  Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton* +
Ellen Douglass Dalton*+
William E. Houston^+°
Laura E. Duos~+
Jessica M. Smith

_____

* ADMITTED IN VA & W.VA
+ADMITTED IN D.C.
^ADMITTED IN PA.
~ADMITTED IN MD.
° ADMITTED TO THE U.S. SUPREME COURT

February 21, 2007

District of Columbia Public Schools
Care Center
Attn:  Kristin Bell, Case Manager
925 Rhode Island Ave.  NW
Washington, DC 20001

Via Facsimile:  202-673-6557

RE: A██ T███

Dear Ms. Bell:

As you know the parents did not agree with the IEP or the placement proposed by DCPS for A██ on February 2, 2007.  Therefore, A██ will remain at her current educational placement, the River School.  Accordingly, the parent is advising you that pursuant to C.F.R. § 300.148 she intends to seek reimbursement for A███ tuition.   Should you wish to agree to this placement and issue a Notice of Placement to the River School, please contact me.

Sincerely,

*Ellen Douglass Dalton*

Ellen Douglass Dalton, Esq.

cc: Mr. & Mrs. Michael Tiller

**187**

P. 1

* * * Transmission Result Report(MemoryTX) ( Feb.21. 2007 10:14AM ) * * *
1) Dalton, Dalton,& Houston
2)

te/Time: Feb.21. 2007 10:12AM

| ie o. Mode | Destination | Pg(s) | Result | Pase Not Sent |
|---|---|---|---|---|
| 11 Memory TX | 2026736557 | P. 2 | OK | |

---

Reason for error
  E.1) Hang up or line fail          E.2) Busy
  E.3) No answer                      E.4) No facsimile connection

---

FAX TRANSMISSION COVER SHEET
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:       February 21, 2007
TO:         Kristin Bell, Case Manager
AT FAX:     202-673-6557
FROM:       Ellen Dalton, Esq
RE:         Alan Timm

NUMBER OF PAGES INCLUDING THIS PAGES:     2

*************************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
*************************************************************

188

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs



# Due Process Complaint Notice

- This form is used to give notice of a complaint to the District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) an/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a Free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- Parents initiating a complaint must provide a completed due process complaint form to the Local Education Agency ("LEA"). For students in traditional public schools, nonpublic day school, or residential treatment facility, notice to the LEA shall be provided to the Office of the General Counsel, 825 N. Capitol St. NE, Washington, D.C. 20002, with a copy to the Student Hearing Office. If a charter school is a named party, the due process complaint must be provided to the principal or director of the charter school, with a copy to the Student Hearing Office

- **Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.** Therefore, please be thorough in providing the information requested

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting of a Due Process Hearing.

- Policies and Procedures governing due process hearings are contained in federal and local law and the SHO SOP. You may obtain a copy of the SOP from the Student Hearing Office or any D.C. Public or Charter School without cost. The SOP is also at the DCPS website.

## Pursuant to 34 CFR §300.518 the provisions of Stay Put are Invoked.

A.    INFORMATION ABOUT THE STUDENT:

Student Name:  A▮▮T▮▮                          Birth Date:  ▮▮▮/06

Address:   4515 Garrison Street, NW Washington, DC 20016

Present School of Attendance:   River School

|  | NO | (If yes, you must provide a copy of this notice |
|---|---|---|
| Is this a charter school? | | to the charter school principal or director) |

189

Parent/Guardian of the Student:    Sarah & Michael Tiller

Address (If different from the student's above):

Phone/Contact Number:                          Fax Number (if applicable):

**B.    Individual Making the Complaint/Request for Due Process Hearing:**

Name:    Ellen Douglass Dalton, Esq.  Counsel for Parents

Complete Address:    1008 Pendleton Street, Alexandria, Va 22314

Phone: (h)                  (w)    703-739-4300    (Fax)                  (e-mail

Relationship to Student:

■  Parent                      ☐  Legal Guardian                ☐  Parent Surrogate

☐  Self/Student               ☐  Local Education Agency (LEA)   ☐  Parent Advocate

**C.    Legal Representative / Attorney:**

Name:    Dalton, Dalton & Houston, P.C.

Address:    1008 Pendleton Street

                  Alexandria, VA 22314-1837

Phone: (h)            (w)   (703) 739-4300    (Fax)   (703) 739-2323    (e-mail)

Will attorney / legal representative attend the resolution session?    ■  Yes    ☐  No

**D.    Complaint Made Against (check all that apply):**

                                                                    **DCPS CARE CENTER**

■  DCPS school (name of school if different from page one)

☐  Charter school (name of school if different from page one)

☐  Non-public school or residential treatment facility (name)

☐  Parent

**E.    Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to receive this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note: all Parties must agree to waive the resolution meeting to avoid having this meeting).

■  I wish to waive the Resolution Session Meeting

**F.    Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing.  Please check all that apply:

☐  I am requesting mediation as an alternative to the resolution session meeting.

Revised May 1, 2006

190

☐  I am requesting mediation and a due process hearing.

☐  I am requesting mediation <u>only</u> at this time.

G.   <u>Facts and Reasons for the Complaint</u>:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1.    What is the nature of the problem, including the facts related to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

A████ T████ was born in Naples, Italy on ████/03, when her father, a physician, was on active military duty. She has an identical twin. At the age of 2 ½ months, A███ contracted bacterial meningitis and was hospitalized for 6 weeks in intensive care in Naples, Italy. Post meningitis concerns were noted with both language and motor development. In March 2004, A████ hearing was reported as normal. Tubes were placed in her ears to closely monitor for post hearing loss due to the meningitis. When A███ was 15 months of age, she was diagnosed with profound sensorineural hearing loss. A███ received a cochlear implant in the United States in February 2005 which was activated in March 2005. Subsequently, the family in April 2005 relocated to the Washington, DC area. A███ was enrolled in the River School in April 2005.

Mrs. Tiller contacted the Early Intervention Program in D.C. and an IFSP dated 7/13/06 was developed. Her transition from an IFSP to an IEP was to occur prior to her third birthday on 10/17/06. On 9/01/06 D.C. Early Intervention sent an invitation to DCPS for a transition meeting to be held 9/19/06. The meeting was held at the DCPS CARE CENTER and individual(s) from DCPS were in attendance. DCPS did not develop an IEP for A███ at that time.

DCPS would not allow Ms. Tiller to register A███ with DCPS until 9/27/06. On 9/27/06, DCPS developed a Student Evaluation Plan that indicated that DCPS would just review all outside evaluations provided by the parent and only perform one evaluation (Brigance) to evaluate her educational performance. DCPS did not convene a MDT/IEP meeting by 10/17/06, when A███ turned age (3) three.

On December 7, 2006, DCPS notified Ms. Tiller that they were now ready to convene a MDT/IEP meeting. The date suggested was December 18, 2006. The meeting could not be held on December 18, 2006 as school was

closed for the holiday and none of A⬛⬛ teachers were available from December 15 through January 2, 2007. The Parent offered to have the meeting either before the 15th or after January 2, 2007. DCPS advised that they would not be able to meet before the 15th.

The MDT/IEP meeting was finally convened by DCPS on February 1, 2007. DCPS classified A⬛⬛ as Hearing Impaired and refused to consider an additional classification of Speech & Language Impaired which would result in a classification of Multiple Disabilities. The Speech & Language Impairment classification was supported by evaluations. Neither the parent nor A⬛⬛ teachers and related service providers agreed with the sole classification of Hearing Impairment given A⬛⬛ background of post meningitis language delays and previous evaluations diagnosing Apraxia, a Speech & Language Disorder.

DCPS subsequently developed an IEP and issued a Notice of Placement for A⬛⬛ to receive 1 ½ hours of Speech & Language Therapy per week; 1 hour of direct Occupational Therapy services per week; ½ hour of Occupational consult services per month and 1 hour of Audiology services per week as a non- attending student. The location of services was designated as A⬛⬛ neighborhood school, Janney Elementary School. DCPS advised the parent that A⬛⬛ could receive the related services on the IEP at Janney Elementary but, could not be enrolled to attend school until she was of school age. DCPS advised that her placement would be home (as this is the least restrictive placement according to DCPS) until she reached school age.

Neither the parent nor A⬛⬛ teachers and related service providers agreed with the amount of services being proposed for A⬛⬛ Specifically, A⬛⬛ required significantly more Speech & Language services than were being proposed. In addition to the 1 ½ hours of pull out speech & language services, A⬛⬛ requires 20 hours of push in speech & language services in order to address her significant language delays.

Additionally, DCPS refused to add Physical Therapy services on her IEP even though the need for P.T. was previously documented on her IFSP. DCPS finally agreed that they would perform a P.T. evaluation but gave no explanation as to why this evaluation had not been done previously and prior to the convening of the MDT/IEP meeting. DCPS had been in receipt of the IFSP since September 2006.

192

A█████ parents did not agree with the IEP or the placement proposed by DCPS and therefore, A███ remained at the River School where she has been making appropriate educational progress.

2.    To the extent known to you at this time, how can this problem be resolved?

- A determination that DCPS violated A█████ rights to a Free Appropriate Public Education (FAPE) by failing to evaluate her in all areas of suspected disability pursuant to 34 CFR §300.304(c)(4). Even though DCPS was aware on September 19,2006, that A█████ IFSP dated 7/13/06 required her to receive the related service of physical therapy, DCPS did not evaluate her need for P.T. prior to her turning age (3) three on 10/17/06 or prior to convening her MDT/IEP meeting on 2/01/07. Moreover, DCPS refused to include the related service of P.T. on A█████ IEP developed 2/01/07 claiming that DCPS needed to evaluate her need for P.T. DCPS should have evaluated A█████ need for P.T. prior to her turning age (3) three. Instead, DCPS took over 120 days to convene her transition meeting and then still did not evaluate A█████ need for P. T.

- A determination that DCPS violated A█████ rights to a FAPE by failing to determine her eligibility, developing an IEP and determining placement by the time A█████ turned (3) three years of age pursuant to 34 CFR §300.124 (b) and 34 CFR §300.131.

- A determination that DCPS violated A█████ rights to a FAPE by failing to develop an appropriate IEP including but not limited to A█████ disability classification as well as the type and amount of services.

- A determination that DCPS violated A█████ rights to a FAPE by failing to provide an appropriate educational placement.

- A determination that DCPS be required to place and fund A█████ attendance at the River School with transportation and provide reimbursement for A█████ tuition at the River School from 10/17/06.

- A determination that DCPS be required to fund an independent physical therapy evaluation and convene a MDT/IEP meeting at the River School with 10 days of receipt of the independent evaluation.

- A determination that DCPS be required to provide compensatory education for the missed Physical Therapy services.

193

3.    Issues Presented:

• Whether DCPS violated A▪▪▪▪ rights to a Free Appropriate Public Education (FAPE) by failing to evaluate her in all areas of suspected disability?

• Whether DCPS violated A▪▪▪ rights to a FAPE by failing to determine her eligibility, developing an IEP and determining placement by the time A▪▪▪ turned (3) three years of age?

• Whether DCPS violated A▪▪▪ rights to a FAPE by failing to develop an appropriate IEP including but not limited to A▪▪▪ disability classification as well as the type and amount of services?

• Whether DCPS violated A▪▪▪ rights to a FAPE by failing to provide an appropriate educational placement?

**H.    Estimated amount of time needed for the hearing:** _____ 6 hours

**Note: In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing. Please indicate if you believe more than two hours will be needed**

**I.    Accommodations and Assistance Needed:**

**Please list any special accommodations you may require for a Resolution Session Meeting / Mediation Conference / Due Process Hearing:**

☐  Interpreter (please specify the type)                    _____

☐  Special Communication (please describe the type)          _____

☐  Special Accommodation for Disability (please be specific)  _____

☐  Other                                                    _____

**J.    Waiver of Procedural Safeguards:**

☐  I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

**K.    Requirement to Consider Compensatory Education**

194

Revised May 1, 2006

If a hearing is held on a date that is past the date on which the Hearing Officer's Determination was required to be issued, there is a rebuttable presumption of harm and compensatory education must be an issue considered by the Hearing Officer during the hearing.

**L.**    <u>Parent or Local Education Agency Signature and Affirmation</u>:

I affirm that the information provided on this form is true and correct.

_____          _____
Signature of Parent or Guardian                                    Date

_____          _____
Signature of Representative of Local Education Agency (If                Date
hearing requested by LEA)

**M.**    <u>Signature of Attorney / Legal Representative</u>:

*Ellen Douglass Dalton, Esq.*  2/20/07

_____          _____
Legal Representative Advocate (if applicable)                      Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

195

Revised May 1, 2006

FAX TRANSMISSION COVER SHEET
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:        February 21, 2007
TO:          Sharon Newsome
             Student Hearing Office
AT FAX:      202-442-5556
FROM:        Ellen Douglass Dalton, Esq.
RE:          A████ T███ - **Due Process Complaint**
NUMBER OF PAGES INCLUDING THIS PAGES:        _7_
ADDITIONAL INFORMATION

**PLEASE DELIVER ASAP.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

196

P. 1

* * * Transmission Result Report(Memory TX) ( Feb.21, 2007 10:12AM ) * * *
1) Dalton, Dalton & Houston
2)

te/Time: Feb.21, 2007 10:10AM

| le<br>No. | Mode | Destination | Pg(s) | Result | Page<br>Not Sent |
|-----|------|-------------|-------|--------|------------------|
| 810 | Memory TX | 2024425556 | P. 8 | OK | |

```
Reason for error
    E.1) Hang up or line fail              E.2) Busy
    E.3) No answer                          E.4) No facsimile connection
```

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:        February 21, 2007
TO:          Sharon Newsome
             Student Hearing Office
AT FAX:      202-442-5556
FROM:        Ellen Douglass Dalton, Esq.
RE:          A████T███ - Due Process Complaint
NUMBER OF PAGES INCLUDING THIS PAGES:        _7_
ADDITIONAL INFORMATION

PLEASE DELIVER ASAP.

**********************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.

**********************************************************

197

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

___ PUBLIC    ___ DCPS CHARTER    ___ LEA CHARTER    _X_ NONPUBLIC    ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: [        ]        Meeting Held: 03/13/07

Student: A____ T____        DOB: __/06    School: River

| (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Dr. Arthur Fields  Jr. | | LEA/CRC |
| Sarah Tiller | Via Phone | Mother |
| Ellen Dalton | Ellen Dalton | Attorney |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[  ] Resolved        [ X ] Unresolved

The resolution session began with introductions. The parent's complaint is that DCPS has failed to evaluate the student in all her areas of suspected disability.  Failure to determine the students eligibility, developing an IEP and determining placement by the time the student turned (3) three years old. Failure to develop an appropriate IEP including but not limited to the students disability classification as well as type and amount of services.  Failure to provide an appropriate placement. The parent is requesting compensatory education for the missed Physical therapy services. The parent requesting an independent Physical therapy evaluation and that her IEP disability classification be changed as well as the type and amount of services. The parent is requesting reimbursement for tuition at the River school from 10/17/06 to present. Parent is Requesting placement at the River School.

DCPS agrees to convene a MDT meeting with in 21 days in which the students IEP is updated as necessary, Placement and compensatory education are discussed and a new prior notice and/or compensatory education plan are drafted as necessary.  .

The parent is willing to participate in all meetings convened by DCPS. This case is unresolved at this time. If all issues are later resolved to the parent's satisfaction the complaint will be withdrawn.

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# Due Process Complaint Disposition

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## A.  STUDENT AND CASE INFORMATION:

Student Name: A███████ T█████             Birth Date: ███/06
              First      MI      Last

SHO Case Number: [                    ]     (if applicable)

## B.  PARENT / GUARDIAN:

Name:  Sarah                        Tiller
       First                        Last

Complete Address:  4515 Garrison street, NW
                   WDC 20016

Phone:  [                ]   [                ]   [                ]
        Home      Work or alternative phone no.      Fax No. if applicable

## C.  LOCAL EDUCATION AGENCY REPRESENTATIVE:

Full Name:  Arthur      Fields        Title:  LEA, CRS

Address:  825 North Capitol Street, NE
          Washington, DC 20002

Phone:  (202) 442-4800          (202) 442-5517
        Office                  Fax

1

199

___    The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

__X__    The resolution session was unsuccessful. The case should proceed to a due process hearing.

___    The resolution session was unsuccessful. The parties have agreed to try mediation.

___    The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

___    The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

___    The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

**J.**    **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_Via phone_
Signature of Parent/Guardian                          Date

_3|13|07_
Local Educational Agency Representative              Date

Mail, fax or deliver this form to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC  20002
Fax number: 202/442-5556

200

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

MEMORANDUM VIA: [ ✓/FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _E. DALTON_     Fax No.: (703) 739-2323

LEA Legal Counsel: _OGC_

RE:    _T_____, A_____     and (LEA) DOB: 10/17/96
Student's Name

FROM:    **SHARON NEWSOME**
Special Education Student Hearing Office Coordinator

DATE SENT:    4/3/07

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on 2/21/07. Please be advised that the hearing has been scheduled for:

DATE:    4/25/07

TIME:    11:00, 1:00 & 3:00

AT:    825 North Capitol Street, NE, Washington, DC
8th Floor

ASSIGNED HEARING OFFICER: _____

[ ] THIS IS A FINAL NOTICE OF HEARING: If you wish to request a continuance of this hearing, you must submit your request to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[X] THIS IS A PROVISIONAL NOTICE OF HEARING: The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least <u>five business days</u> prior to the hearing with copies to the Special Education Student Hearing Office.

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs

A___ T___, DOB: ___/1996

    Petitioner,

v.

District of Columbia Public Schools

    Respondent

## District of Columbia Public School's Response to
## Parent's Administrative Due Process Complaint Notice

    The District of Columbia Public School (hereinafter "DCPS"), by and through the undersigned Attorney Advisor, hereby provides its Response to the Administrative Due Process Complaint Notice ("Complaint") filed on or about February 21, 2007 on behalf of the parent of A___ T___, DOB: ___/1996 (DCPS-01), pursuant to the Individual's with Disabilities Education Improvement Act (hereinafter "IDEA 04"), 20 U.S.C. §1415(c)(2)(B)(i)(I).[1] Specifically, DCPS asserts the following:

1. DCPS denies that it did not evaluate A___ in concerning physical therapy services prior to the February 1, 2007 MDT / IEP meeting. A physical therapy evaluation was conducted on November 21, 2006. Based on this evaluation physical therapy was not recommended for A___, because her functioning was determined not have an adverse impact in the educational environment. Furthermore, as of February 1, 2007 DCPS developed an IEP including related service provisions for speech & language therapy, occupational therapy, audiology.

---

[1] DCPS acknowledges that this response was required to be filed on or before March 5, 2007; however, the delay in filing this response has not impacted the student's educational program or services. Therefore, it is the position of this agency that the delay in providing said response has not resulted in a denial of FAPE to the student.

2.  DCPS acknowledges that it did not determine A▅▅ eligibility and develop an IEP by the time A▅▅ turned three years of age. However, A▅▅ mother failed to complete the required registration 90 days prior to A▅▅ third birthday. The mother completed the registration on September 27, 2006, which was only three weeks prior to A▅▅ birthday. Furthermore, the Janney Elementary School was designated as A▅▅ neighborhood school in which she was to receive special education and related services, but the mother refused this location.

3.  DCPS denies that it violated A▅▅ rights to FAPE by failing to develop an appropriate IEP including disability classification, type and amount of services. Furthermore, the petitioners request for the classification of multiple disabilities and over 20 hours of speech and language services are not warranted by her current disabilities.

4.  DCPS denies that it violated A▅▅ rights to FAPE by failing to provide an appropriate educational placement. The Janney Elementary School was designated as A▅▅ neighborhood school in which she was to receive related services, but the mother refused this location at the February 1, 2007 MDT / IEP meeting.

Date:  April 6, 2007                    Submitted by:

*Quinne Harris-Lindsey*/signed electronically
Quinne Harris-Lindsey, Esquire
Supervisory Attorney Advisor
c/o Eric T. Abraham
Paralegal Specialist
Office of the General Counsel
DC Public Schools
825 North Capitol Street, N.E., 9th Floor
Washington, D.C.  20002
(202) 442-5174 – direct
(202) 442-5097/8 - fax

·Apr-2007 09:16 AM DCPS ( ice of General Counsel 20? 25093

## CERTIFICATE OF SERVICE

I, Quinne Harris-Lindsey, Esq., hereby certify that a copy of DCPS' Response to the Administrative Due Process Complaint Notice was served on April 6, 2007 on Dalton, Dalton & Houston, P.C. via facsimile at 703-739-2323.

*Quinne Harris-Lindsey*/signed electronically
Quinne Harris-Lindsey, Esquire
Supervisory Attorney Advisor

District of Columbia Public Schools
*State Enforcement & Investigation Division*
STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



X REVISED COPY

HEARING NOTICE

MEMORANDUM VIA: [ ]FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): E. DALTON       Fax No.: (703) 739-2323

LEA Legal Counsel: OGC

RE:    ‾‾‾‾, A‾‾‾‾       and (LEA) DOB: _____
       Student's Name

FROM:    SHARON NEWSOME
         Special Education Student Hearing Office Coordinator

DATE SENT:    04/09/2007

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

                                                          Con't f
         DATE:    5/9/07                                  4/25/07
         TIME:    11:00, 1:00 & 3:00
         AT:      825 North Capitol Street, NE, Washington, DC
                  8th Floor

         ASSIGNED HEARING OFFICER: _____

[ ] THIS IS A FINAL NOTICE OF HEARING: If you wish to request a continuance of this hearing, you must submit your request to
the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances
are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the
Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[✓] THIS IS A PROVISIONAL NOTICE OF HEARING: The SHO was unable to accommodate any of your proposed dates. If you
are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times
during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the
SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a
final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of
evidence and witnesses to the opposing party is required at least five business days prior to the hearing with copies to the Special
Education Student Hearing Office.

205

AT-35

Mary O'Leary Kane
1458 Patapsco Street
Baltimore, MD 21203
410-539-3620

CLINICAL EXPERIENCE

8/00 – present   The River School, Washington, D.C.
Director of Speech & Language Services
- Manage speech-language pathologists in their therapeutic intervention of students in classroom-based and individualized therapy sessions, edit bi-annual evaluations and quarterly narrative summaries, and advise staff regarding optimal educational strategies
- Maintain clinical records to track each child's progress in 6 month intervals
- Organize and present data relevant to speech and language development as funded by the Deafness Research Foundation
- Provide intensive therapy to children with cochlear implants and hearing aids in a classroom-based setting and collaborate with an educator to address speech and language goals within the curriculum
- Supervise graduate interns and clinical fellows in completion of clinical experiences within ASHA guidelines
- Adhere to county and state guidelines when writing and implementing appropriate and effective Individualized Educational Plans (IEP)
- Represent children and families in IEP meetings to request state funding for specialized placements

1/97-8/00   The Hearing & Speech Agency, Baltimore, Maryland
Speech-Language Pathologist
- Assessed, diagnosed, and treated language disordered children at the Gateway School
- Addressed speech, language, hearing, voice and fluency disorders
- Implemented pragmatic language lessons to improve students' social skills
- Assisted in the transition process of students to other schools
- Provided therapeutic services in the Agency Clinic and in the community
- Counseled and educated clients, parents and staff regarding communication disorders

1/96 – 5/96   District Six Hearing Impaired Program, Greeley, Colorado
Speech-Language Pathology Student Intern
- Assessed, diagnosed and treated students (pre-K - high school) with hearing loss in a school setting
- Trained clients in aural habilitation strategies
- Utilized Computerized Speech Lab – Speech Viewer II Program to facilitate articulatory and prosodic accuracy
- Implemented curriculum-based language and literacy activities to improve language skills
- Counseled parents regarding hearing loss, amplification and audiometric results
- Educated teachers regarding academic implications of a significant hearing loss

5/96 – 8/96   Methodist Hospital, St. Louis Park, Minnesota
Speech-Language Pathology Student Intern
- Treated clients diagnosed with aphasia, right hemisphere dysfunction, dysarthria, tracheotomies, and progressive neurogenic disorders
- Performed clinical swallowing exams, modified barium swallow studies and fiberendoscopic exams

EDUCATION

9/94 – 8/96   University of Northern Colorado (UNC), Greeley, Colorado
Department of Communication Disorders
- Earned Master of Arts degree after completing ASHA accredited course work related to assessment and intervention of articulation, language, voice and fluency disorders

9/90 – 5/94   Towson University (TU), Towson, Maryland
Department of Communication Disorders
- Earned Bachelor of Science degree in speech-language pathology in ASHA accredited program

**206**

Published Works
Mary O'Leary Kane

1. Mouth Time at River School – Phonological Awareness for Preschoolers with Cochlear Implants. *Loud & Clear*. 2004; issue 3.

2. Prelinguistic Communication and Subsequent Language Acquisition in Children with Cochlear Implants. *Archives of Otolaryngology – Head & Neck Surgery*. May 2004; no. 5, p. 619-623.

3. Language Development, 'Dream School' for Children with Hearing Loss. *Advance*. October 13, 2003; vol. 13, no. 41 p. 6-8 and Best of 2003 edition: December 22, 2003; vol. 13 no. 51, p. 8-9.

4. Early Intervention through Early Identification. *Loud & Clear*. To be published Februray 2005.

5. Chapter re: service delivery model for children with cochlear implants in an inclusive setting.  Pediatric Cochlear Implantation Second Edition.  At press.

# CURRICULUM VITAE

## Patricia Gates Ulanet, Psy.D.

8803 Belmart Road
Potomac, Maryland 20854
301 983.3647
Tulanet@msn.com

**EDUCATION:**

| | |
|---|---|
| 11/92 | Nova Southeastern University<br>Ft. Lauderdale, Florida<br>Doctorate of Clinical Psychology, (Psy.D)<br>Applied Developmental Program |
| 5/87 | John Carroll University<br>University Heights, Ohio<br>Masters of Arts Degree (MA)<br>Counseling and Human Services |
| 1/85 | Case Western Reserve University<br>Cleveland, Ohio<br>Bachelor of Arts, Sociology/Psychology |

**PROFESSIONAL LICENSES:**

Clinical Psychology:
Maryland
District of Columbia

**CLINICAL TRAINING AND EMPLOYMENT EXPERIENCES:**

37

9/05-Present       **River School/RiverReach Clinic**
**Washington, D.C.**

Child Clinical Psychologist
Director of Psychological Services
Responsibilities include:
Development, implementation and oversight of early identification multidisciplinary clinic for infants, toddlers and children ages 0-4. Provision of in-house psychological services specific to developmental consultation, diagnostic evaluation, treatment planning, case management, educational programming and parent and professional training for staff and faculty of The River School and the River REACH Clinic. Data collection and management for ongoing research collaboration with the Listening Center of Johns Hopkins Hospital. Population served includes children aged 18 months through 3rd grade with sensorineural hearing loss, cochlear implants, speech and language disorders, developmental and learning disabilities.

208

AT-37

| 12/06-Present | Sheridan School<br>Washington, DC |
|---|---|

Psychological Consultant, Admissions Team
Professional consultant for peer review of psychological assessments and provision of recommendations to admissions committee members.

| 9/06 – Present | Potomac School<br>McLean, Virginia |
|---|---|

SEAL Professional Steering Committee, Member
Member of a national collaborative (CASEL) to enhance children's success in school and life by promoting evidence-based social, emotional, and academic learning as an essential part of education, from preschool through high school. This project is spearheaded by Dr. Maurice Elias, Rutgers University.

| 11/00- 6/04 | Children's National Medical Center<br>Washington, D.C.<br>Center for Neuroscience and Behavioral Medicine<br>Department of Psychology<br>Autism Spectrum Disorders Center |
|---|---|

| 9/2005-present | Consultant/Clinical Psychologist |
|---|---|

Provision of ongoing consultative services on an as-needed basis for supervision of residents and post-doctoral fellows, case review, diagnostic impressions and overall program development.

| 4/2002-6/2005 | Clinical Staff Psychologist |
|---|---|

Provision of clinical services including diagnosis, assessment, and consultation serving the population of children with complex medical and developmental challenges. This subset of patients has multiple diagnoses, including autistic spectrum disorders, developmental delays, mental retardation, language disorders and/or sensory disabilities. Children with neurological disorders such as seizures, and/or identifiable genetic disorders are also included.

Clinical care includes diagnostic clarification through administration of highly specific diagnostic tools, evaluating cognitive, verbal, and functional levels, making educational and treatment recommendations and assessing prognosis.

Additional responsibilities include supervision of students including residents, post-doctoral fellows, interns and externs and developing and implementing a Behavioral Medicine Triage Clinic.

| 4/2001-1/2002 | Clinical Director |
|---|---|

Responsible for clinical direction of the largest multidisciplinary Autism Spectrum Disorders Program in the western Maryland region. This program

PATRICIA GATES ULANET, PSY.D    PAGE 3

provides comprehensive diagnostic evaluation, treatment, crisis intervention, psychopharmacological intervention and therapeutic follow-up for approximately 2000 active patients. Approximately 200 new cases of children with atypical patterns of development are identified annually during this time.

Clinical responsibilities included overseeing staff of professionals from various disciplines including speech and language pathology, occupational therapy, physical therapy and social work. Provision of the psychological assessment component of multidisciplinary team evaluations, conducting parent conferences, performing triage intervention for new referrals until appropriate services were obtained, follow-up of existing patients, and data collection for ongoing research studies. Administrative duties include schedule and budgetary considerations, marketing and public relations.

Community outreach activities include providing teacher-training workshops within the Montgomery County, Maryland school system, attending IEP meetings, and due process hearings, providing parent training, interfacing with pediatricians and other health care and social service providers.

| | |
|---|---|
| 7/2001-6/2002 | **The George Washington University**<br>**Washington, DC**<br>Faculty Appointment<br>Assistant Professor of Psychiatry and Behavioral Sciences and of Pediatrics |

**Kennedy Krieger Institute**
**Johns Hopkins Hospital, Baltimore, Md.**
Center for Autism and Related Disorders

| | |
|---|---|
| 6/00-11/00 | Consultant<br>Services provided for diagnostic consultations and treatment recommendations to the Developmental Evaluation Services for Children (DESC) of Montgomery County ChildFind Program. Also provided consultation services to the Infants and Toddlers Program of Montgomery County including assessment, diagnosis, case management and family consultation and parent training for atypically developing children under the age of 36 months. |

| | |
|---|---|
| 1/98-6/00 | Staff Psychologist<br>Responsibilities included provision of a variety of diagnostic assessment services such as the selection, administration, interpretation and scoring of a wide range of psychological and neuropsychological tests. Assessments specified to measure and evaluate neurological and cognitive status, verbal abilities attention, motivation, and executive function, aptitude and academic achievement in accordance with the needs and ages of the children. Specific populations served included those children with developmentally delays, language disorders cognitive impairments and neuro-behavioral disorders. Participated as psychologist in the Neurology |

210

Team diagnostic assessments for children with atypical developmental patterns, multisensory impairments, autistic spectrum disorders, and those with neurological complications including seizure disorders such as Landau-Kleffner syndrome and genetic disorders such as Fragile-X syndrome. Skill and expertise developed in making differential diagnoses.

Provision of in-patient case management and treatment on a consultative basis for children assigned to the Neurobehavioral In-patient Unit.

Provision of diagnostic consultation services to the Harford County school district for students with pervasive developmental disorders in the Infants and Toddlers Program, Preschool and Elementary School programs. Provision of on-going behavioral treatment, parent-training and supportive services to families of children with developmental disabilities.

Supervision of the work of Psychology Associates, Psychologists (Level I), psychometric technicians, and psychology students through observations, consultations and the review of written reports. Teaching and supervision of Staff Psychologists and trainees.

Designing and conducting formal courses and workshops including teacher-training sessions, intensive summer training workshops, case presentations, and conducting grand rounds.

9/92 - 8/95

**Miami Children's Hospital**
**Miami, Florida**

Neuroscience Center
Pediatric Behavioral Medicine and Developmental Neurology

Medical Staff Psychologist:
Responsible for development, implementation, administration and clinical responsibilities of the Neurobehavioral Evaluation and Treatment Team. A multi-disciplinary team specialized in evaluating developmentally delayed and behaviorally disordered children.

Position requirements included participation in interdisciplinary staff meetings to address assessment, diagnostics, and treatment plan implementation for children and adolescents including those with autism, pervasive developmental disorder, Rett syndrome, obsessive-compulsive disorder and the provision of differential diagnosis for Landau-Kleffner syndrome and regulatory disorders amongst others.

Administrative responsibilities included program development and public relations for program recognition within the community, overseeing scheduling of patients, and negotiation with insurance companies for procedure reimbursement.

Clinical responsibilities required participation in public school placement meetings, IEP development, legal consultation, and short-term treatment to parents for effecting changes in behavioral management.

211

Conducting psychological evaluations, coordination of weekly multi-disciplinary team meetings and case presentations, development of treatment plans and therapeutic follow-up, disseminating information to parents, teachers, and other professionals involved in the management of the case.

Providing consultation/liaison services to inpatient medical units, including NICU, Observation units, Feeding and Swallowing Disorders Team and Epilepsy Team.

Performing functional behavioral analyses and treatment plan formulation for severe behavioral disorders, self-abusive behaviors and motor stereotypies.

Supervision of graduate students and psychology interns in psychological assessment procedures, case formulation, and treatment planning and data collection.

Responsible for establishment and administration of the Neurobehavioral Inpatient Unit at Miami Children's Hospital. This unit functions as a highly specialized short term inpatient medical treatment setting for children with complex medical, neurological and behavioral disorders.

Participated in database development and data collection of 400+ individuals with autism.

Co-Director:
HRS Hurricane Recovery Autism and Epilepsy Treatment Clinic,
A grant funded identification and treatment program, which provided specialized neurological and behavioral treatment and intervention to children and adolescents with autism and a suspected secondary diagnosis of epilepsy. Responsibilities included provision of acute patient care for behavioral intervention is conjunction with treating neurologists. Administrative responsibilities included developing the financial specifications for the clinic, writing and re-submitting the grant for renewal the following year and acting as and interface between the community and the hospital to facilitate patient acquisition of services.

## CLINICAL TRAINING EXPERIENCE:

9/91 - 8/92                     Internship:

Miami Children's Hospital
Division of Psychiatry:
Doctoral Intern
Graduate Psychology Internship Program, which provided a wide range of
clinical experiences with children, adolescents and families. Responsibilities
included: functioning as a member of the inpatient psychiatric treatment
team providing individual and play therapy with children, facilitating group
therapy with children and adolescents, as well as providing parent training
and facilitating parent education groups.

Also responsible for performing intake interviews, administering psychiatric
and psychological evaluations, planning treatment from a developmental
perspective.  Planning for patient discharge and providing for follow-up
treatment services, decision-making regarding school placement, education
and training of school personnel on specific disorders and behavior
management techniques.

Behavioral Medicine Rotation:
Rotation for specialization in Pediatric Behavioral Medicine and
Neurology. Participated in a unique training experience that developed
expertise in working with neurologically impaired children, including those
with seizure disorders, neurological and behavioral disorders, genetic
disorders, autism, developmental disorders and various medical conditions.

Administration of psychological evaluations, psychological consultation on
the Epilepsy Team and the Neurobehavioral Evaluation and Treatment
Team, participation in the Developmental Clinic, play        therapy,
conducting parent training sessions, developed expertise in relaxation
therapy and biofeedback.

Researcher:
Brain-behavior relationship research:
Studied the performance of seizure disordered children on psychological
instruments as analyzed through EEG's and recorded on video-telemetry.

Behavioral assessment to research stereotypic behavior abnormalities
associated with sub-types of autism and the various other spectrum
disorders.

5/90 - 5/91                     Externship
Sunrise Rehabilitation Hospital: Pediatric Program
Sunrise, Florida

Intensive practicum training in a specialized pediatric rehabilitation program
designed to serve the unique needs of multiple trauma, brain injured and

physically disabled children and adolescents, birth through age 16. Experience gained in the utilization of a team approach for treatment of such conditions as Guillan-Barre syndrome, spinal injuries, arteriovenous malformations, injuries associated with multiple traumas and strokes.

Practicum responsibilities included:
Coordination of services and psychological management of brain injured children, adolescents, through the utilization of individual and family therapy. Additional responsibilities included: performing neuropsychological evaluations, documenting and managing cases, attending medical rounds, participating in team conferences, providing staff in-service training in psychological issues, outpatient treatment cases, and discharge treatment planning.

| | |
|---|---|
| 6/89 - 5/90 | **Externship** |
| | **Family Center of Nova University** |
| | **Ft. Lauderdale, Florida** |

Participated in a comprehensive training program at a university-based outpatient center that provides a range of services designed to address family issues and concerns as well as to strengthen the family unit.

Practicum responsibilities included:
Facilitating parenting skills classes and conducting individual parent-training sessions within the facility, as well as in the child's home. Experience was obtained in group, family, and play therapy designed to treat various childhood disorders including, failure to thrive, severe developmental disorders, autism, seizure disorders, spina-bifida and abuse. Acquired extensive experience in psycho-educational assessment of children with academic, psychosocial, or developmental problems. Specific diagnostic experiences included assessment language disorders, affective disorders, learning disabilities, autism, developmental delays and mental retardation.

| | |
|---|---|
| 9/84 - 8/85 | **Clinical Practicum** |
| | **Rainbow Babies and Children's Hospital,** |
| | **University Hospitals, Cleveland, Ohio** |

Responsibilities included:
Child Life Staff position providing intervention and consultation to families of injured, disabled and hospitalized infants and children, use of art and play therapies, and participation in various in-service conferences on family intervention.

| | |
|---|---|
| 5/84 - 8/84 | **Independent Study** |
| | **Cleveland Metropolitan General Hospital, Cleveland, Ohio** |

Accredited, county-owned, general medical and surgical hospital specializing in intensive care, burn treatment, hemodialysis, physical and occupational therapies, speech and hearing evaluations, psychiatric services, out-patient and emergency services, neonatal and pediatric care facilities.

214

Responsibilities included:
Conducting research in the area of sexual abuse of children for a multi-disciplinary team of professionals specializing in emergency room crisis intervention, treatment and play therapy.

3/84 - 6/84          **Parents Anonymous, Bellflower House**
                     **Cleveland, Ohio**

                     Volunteer
                     Social service agency run by volunteer professionals dedicated to prevention of, and intervention in child abuse. A variety of support services are provided including; "Teens Anonymous", for teens with   abuse problems at home, and "Grown-up Abused Children", for adults abused as children.

                     Responsibilities included:
                     Facilitating support groups, assessing and treating abused and high-risk infants and children and facilitating an intervention group for teen mothers.

## RELATED WORK EXPERIENCES:

                     **Ralph J. Baudhuin School of Nova University**
                     **Ft. Lauderdale, Florida**

8/90 - 8/91          Parent - Child Therapist
                     The facility is a component of Nova Southeastern University's Family and School Center that is specially designed to serve the needs of learning disabled, hearing impaired, attention deficit disordered, and autistic and neurologically impaired children.

                     Professional responsibilities included:
                     Treating children for school-related problems such as anxiety disorders, training children in social skill development, facilitating sibling support groups, and conducting psychological and developmental assessments for diagnostic purposes.

                     Participating in case staffing and individual education plans, providing in-services for school staff and faculty, and supervising graduate students in the counseling psychology program. Networking with other professionals for purposes of mainstreaming and information exchange. Providing parent training and facilitating parent support groups.

8/87 - 8/90          Developmental Therapist
                     Responsibilities included:
                     Designing and implementing a Child-and-Parent Early Intervention Program for developmentally delayed, children (aged 18 to 30 months) and their parents. Population served through the program included children with cerebral palsy, spina-bifida, seizure disorders, genetic disorders, pervasive developmental disorders and autism. Development of program philosophy, which incorporated components of parent training and education, home visiting, parent-support groups and on-going assessment into intensive intervention and treatment. The program was developed in

accordance with the most current literature available in the field of early intervention.

Additional responsibilities included providing individually based developmental therapy and primary intervention for developmentally delayed infants and their parents.

| | |
|---|---|
| 8/89 - 12/89 | **Nova University, Doctoral Program in Clinical Psychology**<br>**Ft. Lauderdale, Florida** |

<u>Teaching Assistant</u>
Responsibilities include:
Assisted in preparing and teaching an introductory level Intellectual Assessment I, trained students in competent administration, interpretation and comprehensive reporting of the Wechsler Intelligence Scales.

| | |
|---|---|
| 9/85 - 7/87 | **Mental Development Center,**<br>**Case Western Reserve University**<br>**Cleveland, Ohio** |

<u>Clinician</u>
University community-based mental health center that provides comprehensive evaluation and treatment for individuals with developmental disabilities or learning problems.

Responsibilities included:
Developing and implementing a Parent-Child Treatment Program for severely behaviorally disordered developmentally disordered children aged two to four years.

<u>Therapeutic Nursery School Teacher</u>
Responsibilities included:
Team-teaching in a Therapeutic Nursery School program for severely behaviorally handicapped, developmentally delayed and emotionally disturbed preschool children aged three to five years, and supervising undergraduate practicum students, developing and implementing Individual Education and Treatment Programs and behavior modification programs coupled with psychodynamic therapeutic intervention and treatment.

## PUBLICATIONS AND PRESENTATIONS:

4/2007    O'Leary Kane, M., Gates Ulanet, P., Mertes, J., Measures of Language Acquisition after CI in an Inclusive Educational Setting. Poster presentation at The Cochlear Implants in Children 2007 Conference, April, 2007.

4/2000    Arnold, L.E., Aman, M.G., Martin, A., Collier-Crespin, A., Vitiello, B., Tierney, E., Asarnow, R., Bell-Bradshaw, F., Freeman, B.J., Gates-Ulanet, P., Klin, A., McCracken, J.T., McDougal, C.J., McGough, J.J., Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L., and Volkmar, F. (2000). Assessment in Multi-site Randomized Clinical Trials of Patients with Autistic Disorder: The Autism RUPP Network. Journal of Autism and Developmental Disorders, 30,2: 99-111.

6/94    Gates-Ulanet, P. Neurological Basis of Behavior Disorders: Atypical Cognitive Deficits. International Pediatrics (1994) 9,1:17-24. Paper presented at the XV Annual Child Neurology Postgraduate Course, June 1994

10/88    Towards a Brighter Future: The Promise of Early Intervention
Paper presented at the annual conference of The Florida Association for Children Under Six (FACUS)

## GRANTS:

8/01    World Bank, Washington, DC,
Grant provided to Pervasive Developmental Disorders Clinic, Children's National Medical Center

11/94    State of Florida Hurricane Recovery Fund / Epilepsy Foundation of South Florida, Inc.

## RESEARCH PROJECTS:

**The Listening Center at Johns Hopkins Hospital**
Conducting ongoing research on the psychological development of children with cochlear implants, specific to memory functions and social-emotional development as assessed by cognitive outcome measures.

**Kennedy Krieger Institute Center for Autism and Related Disorders/ Johns Hopkins Hospital**
**The   Autism   RUPP   (Research   Units   in   Pediatric Psychopharmacology):**
Participated as a major contributor to the development of the assessment procedures utilized in a psychopharmacological study. Collaborated with other site coordinators in establishing base-line measures. Conducted cognitive assessments on subjects.

**Miami Children's Hospital Neuroscience Study of Autism:**
Participated in database development and data collection of 400+ individuals with autism. Conducted studies that analyzed the frequency and type of seizure disorders within the autistic population.

**Bayley Scales of Infant Development-Revised:**
Participated as an assessment researcher accumulating normative and standardization data at a designated research site utilized in the development of the test revision. Sponsored and supported by Psychological Corporation.

**Halstead-Reitan Categories Test:**
Participated in gathering normative data  and standardization research for revised book version of the Categories Test; sample population of head injured children aged 5-8 years.

## PROFESSIONAL ORGANIZATIONS

- American Psychological Association
  Chapter 33: Developmental Disabilities
- Maryland Psychological Association
- Autism Society of America
- Broward Autism Foundation, Professional Advisory Board (1991)
- National Head Injury Foundation, Inc. (1990)

REFERENCES:

Peter Daniolos, M.D.
Child Psychiatrist
Medical Director, Pervasive Developmental Disorders Clinic
Children's National Medical Center
111 Michigan Ave., N.W.
Washington, DC  20010
(202) 884-4000

Lauren Kenworthy, Ph.D.
Pediatric Neuropsychologist
Clinical Psychologist
Children's National Medical Center
Spring Valley ROC
4900 Massachusetts Ave., N.W.
Washington, DC 20016
(202) 745-8862

Jennifer Mertes, Ph.D.
Director of Audiological Services
River School, Washington DC
4880 MacArthur Blvd.
Washington, DC 20007
(202) 337-3554

# JENNIFER L. MERTES, AU.D., CCC-A

jenmertes@hotmail.com
6441 Coxwold Drive
Elkridge MD 21075
410.579.0582

## PROFESSIONAL EXPERIENCE

**OCTOBER, 2004-PRESENT**

RIVER SCHOOL – WASHINGTON, DC
*Director of Audiological Services –*
- Provided pediatric diagnostic audiological evaluations, hearing aid fittings/evaluations and cochlear implant programming/troubleshooting.
- Worked with LEAs and parents to obtain FM systems for students. Educated staff on importance of FM systems and trained them on use.
- Participated in IEP teams to develop goals, attend meetings and testify at due process hearings.
- Performed aural rehabilitation services with children of all ages.
- Clinic coordinator for multi-center longitudinal NIH funded study, Childhood Development after Cochlear Implantation (www.cdaci.org).
- Organized, planned and implemented Parent-Infant groups for families with children of various ages.
- Assisted in supervising and served as a mentor for SLPs and deaf educators employed by the school.
- Developed and presented workshops and inservices for parents and other professionals.
- Creation and implementation of annual hearing screening program for school population, including employees.
- Assisted the development office in seeking grant funding.
- Collaborated in clinical research on child language and literacy.

**JANUARY, 2000-OCT, 2004**

THE LISTENING CENTER AT JOHNS HOPKINS – BALTIMORE, MD
*Cochlear Implant Audiologist –*
- Conducted adult and pediatric audiological evaluations to determine candidacy for cochlear implantation.
- Served as case manager for patients undergoing candidacy.
- Provided programming and troubleshooting services to all three CI manufacturers (Med-El, Advanced Bionics, Cochlear).
- Counseled and educated individuals on expectations regarding benefits and limitations of cochlear implants.
- Presented at conferences and in-services on special topics and general information regarding cochlear implantation.
- Clinic coordinator for multi-center longitudinal NIH funded study, Childhood Development after Cochlear Implantation.

**SEPTEMBER, 2000-DEC 2000**

VETERANS ADMIN. MEDICAL CENTER – WASHINGTON, DC
*Internship placement -* Obtained a broad knowledge of hearing aid technologies. Performed diagnostic audiological evaluations, hearing aid evaluations, hearing aid fittings and dispensing.

**JUNE, 2000-AUGUST, 2000**

PROFESSIONAL HEARING SERVICES – FALLS CHURCH, VA
*Internship placement -* Performed special auditory and vestibular testing, including ABR, ECOG, ENG and OAEs. Performed diagnostic audiological evaluations, hearing aid evaluations, hearing aid fittings and dispensing.

221

AT-38

| SEPT, 1998-APRIL, 2000 | GALLAUDET UNIVERSITY CLINIC, KENDALL DEMONSTRATION ELEM. SCHOOL, MODEL SECONDARY SCHOOL FOR THE DEAF |
|---|---|
| | *Graduate School Rotations* - Extensive experience in educating and recommending assistive listening devices to patients. Performed diagnostic audiological evaluations, hearing aid evaluations, hearing aid fittings and dispensing. Provided aural rehabilitation services with pediatric and aging communities. |

## EDUCATION

| SEPTEMBER, 1998-MAY, 2002 | GALLAUDET UNIVERSITY – WASHINGTON, DC |
|---|---|
| | Clinical Doctorate of Audiology, 3.75 cumulative GPA. |
| | Awarded Graduate Student Research Writing Award: "Neckloops as an Accessory for Hearing Aid Compatibility with Digital Wireless Phones". |
| | The National Association of Future Doctors of Audiology (NAFDA) Founding Executive Officer – Historian 09/99 – 01/01 |
| | NAFDA Founding Gallaudet Chapter President 01/99 – 08/00 |
| SEPTEMBER, 1996-MAY, 1998 | UNIVERSITY OF MARYLAND – COLLEGE PARK |
| | Bachelor of Arts, Hearing & Speech Sciences, 3.65 Major GPA |
| SEPTEMBER, 1993-AUGUST, 1996 | CHARLES CO. COMMUNITY COLLEGE - LAPLATA, MD |
| | Associate's Degree, General Education, 3.25 cumulative GPA |

## LANGUAGES

American Sign Language (Intermediate level of proficiency as determined on the Sign Communication Proficiency Index)

## PUBLICATIONS & RESEARCH

Niparko J, Mertes J, Limb C: Cochlear Implant Results, in: Otolaryngology-Head and Neck Surgery, Fourth Edition. Cummings C, Krause C, Schuller D, Frederickson, J, Harker L (eds), Mosby Year Book, St. Louis, 2004.

Mertes J & Chinnici J (published on www.speechpathology.com 09/12/05; www.audiologyonline.com 02/06/06). Cochlear Implants: Considerations in programming for the pediatric population

Mertes J (2005). Self-reported benefit in prelinguistically deafened adults. Advanced Bionics Auditory Research Bulletin, pg 174.

Mertes J, Chinnici J, Sampson, M (2005). Hiresolution programming and performance in young children. Advanced Bionics auditory research bulletin, pg 110.

Mertes J & Lefrancois R (submitted Fall 2005). Beyond the Soundfield Audiogram: Verification Options for Cochlear Implant Fittings.

Current Studies:
*HiResolution : Perceptual Channels*: PI for multi-center clinical trial with cochlear implant manufacturer, Advanced Bionics Corporation. WIRB approved, study #1057206

*Childhood Development after Cochlear Implantation*     NIH/NIDCD funded
1 R01 DC05547-01 (JK Niparko, PI)                              5/01/02-4/30/07
30% funded commitment: Clinic Coordinator for two clinic sites: The Listening Center at Johns Hopkins, Baltimore MD & The River School, Washington DC (82 subjects total).
The goal of this prospective, longitudinal study is to determine the predictive value of clinical variables as they relate to communication, behavior, and economic outcomes of cochlear implantation in young children with profound sensorineural hearing loss. Data are accrued from six centers across the U.S. The study attempts to address the complexity of language development under conditions of restored audition in the very young child when a variety of operational skills develop rapidly. Major aims are to determine 1) the impact of conventional clinical indicators and parent-child interactions on levels of oral language, speech recognition, and quality-of-life attained with cochlear implantation and 2) the utility of video-analytic methods in predicting language outcomes in children with cochlear implants.

222

01/13/2005 14:52 FAX 3015401560          MORERE                                    ☎002

Donna Ann Morere
509 Denham Rd.
Rockville, MD 220851
(240)-481-3675/(301)-806-1484
Fax (202)-651-5747

Education:

University of South Alabama
B. S., 1976
Major: Biology, Minor: Psychology
M. S., 1983
Clinical Psychology

University of Alabama at Birmingham
M. A., 1987; Ph. D., 1989
Medical Psychology
(APA Accredited Clinical Psychology Program)
Specialization: Clinical Neuropsychology
Dissertation: Simultaneous and Sequential Processing in Deaf versus Hearing Adolescents

Licensure: Maryland Psychology license no. 2673
Washington, D.C. Psychology license no. 1778

Professional Experience:

August, 1994 – present – Associate Professor, Department of Psychology, Clinical Psychology Program, Gallaudet University. Duties include teaching doctoral level courses in Clinical Psychology, research, and supervision of assessment practica for cases relating to Leaning Disabilities and neuropsychological assessment, student research and academic progress.

May, 1991 - present - Private practice, Rockville, MD. - practice includes neuropsychological and psychoeducational evaluations of deaf, hard-of-hearing, and hearing clients using signs, Cued Speech, and oral communication. Interventions provided include computer mediated cognitive rehabilitation for learning disabilities, and disorders of attentional and memory; neurofeedback; and Fast ForWord™ intervention for language and auditory processing disorders. Consultation provided to school systems in Maryland and Virginia performing evaluations on deaf children needing accessible communication for appropriate neuropsychological and psychoeducational evaluations

May, 2002 - present - Reviewer for the American Council on Education reviewing courses for college credit recommendations.

May, 2001 - 2004 - Consulting psychologist for the Maryland School for the Deaf providing consultative services related to deaf children with language disorders and evaluations and treatment planning for deaf children with suspected language related learning disabilities or communication disorders.

May, 1999 - 2003 - Consultant to Scientific Learning Corporation. Consultation to the company, and consumers and professional users of their language remediation products their products with special reference to applications to deaf and hard of hearing clients.

August, 1990 - July, 1994 - Assistant Professor, Department of Psychology, Clinical Psychology Program, Gallaudet University. Duties include teaching doctoral level courses in Clinical Psychology, research, and supervision of assessment practica, student research and academic progress.

September, 1989 - August, 1990 - Postdoctoral Fellow, Clinical Neuropsychology, University of Rochester Medical Center (URMC), Rochester, New York. Supervisor, Peter Como, Ph.D., Clinical Neuropsychologist. Divided between the Rochester Psychiatric Center, performing neuropsychological evaluations on psychiatric

01/12/2006 14:52 FAX 3013401860    MORERE

inpatients, and URMC, performing evaluations on outpatient referrals at the Neuropsychology Laboratory and the Movement Disorders Clinic, and assessment and treatment of patients in the Older Adults Clinic.

September, 1988 - August, 1989 - Clinical Psychology Intern,
Psychology Service, Memphis Veterans Administration Medical Center, Memphis, Tennessee, an APA accredited Internship - specialization in Clinical Neuropsychology.

September, 1987 - July, 1988 - Graduate Assistant, Department of Neurology, University of Alabama at Birmingham, working with Lindy Harrell, M.D., Ph.D. in the Memory Disorders Clinic performing clinical and research duties with patients suffering from memory dysfunction.

Papers and Presentations:
Hill-Briggs, F, Dial, J & Morere, D.A. Neuropsychological assessment with persons with physical disabilities, blindness and deafness. Invited paper submitted to *Archives of Clinical Neuropsychology* currently under review.

Morere, D.A. (2005). When Family History is Critical to the Diagnosis: Deaf Siblings with Language Delays. Presented as part of the Pediatric Grand Rounds at the 25th Annual National Academy of Neuropsychology Conference. November 21, 2005.

Morere, D.A. (2005). Deaf Multiple Conditions Affecting Language and Behavior in a Deaf Child. Poster presented at the 25th Annual National Academy of Neuropsychology Conference. November 19, 2005.

Morere, D.A. (2005). Deaf Plus: Deaf Children with Additional Conditions: Who are they, what do they look like and why do they act like they do? In-service workshop presented at the Virginia School for the Deaf for dorm staff, Staunton, VA, August 17, 2005.

Morere, D.A. (2005). Deaf Plus: Deaf Children with Additional Conditions: Who are they, what do they look like and how do I work with them? In-service workshop presented at the Virginia School for the Deaf for teachers working with students with additional conditions, Staunton, VA, August 17, 2005.

Morere, D.A. (2005). When Your Child is Not Just Deaf: The Challenge of the Child with Additional Disabilities. Workshop presentated at the American Society for Deaf Children National Conference July 10, 2005.

Morere, D.A. (2005). Using Cued Speech with children different needs. Invited lecture presented at Cue Camp Friendship's Professional Day. June 28, 2005.

Morere, D.A. (2005). Primary Language Disorders and Nonverbal Learning Disabilities: Additional Challenges to Language Development in Deaf Children. Invited workshop presented at the Virginia School for the Deaf, Staunton, VA. June 1, 2005.

Morere, D.A. (2004). Deaf Children with Additional Conditions Requiring Test Modification: Two Cases. Presented as part of the Pediatric Grand Rounds at the 24th Annual National Academy of Neuropsychology Conference. November 19, 2004.

Kearly, D. & Morere, D. (2004). "The Eye Movements of Deaf Readers." Poster presentation at the Virginia Psychological Association conference. October 2004, Richmond, VA

Morere, D.A. (2004). Cued Speech Basics: Impact on Communication, English, and Reading. Invited lecture presented at Cue Camp Virginia's Professional Day. October 1, 2004.

Morere, D.A. & Hauser, P.C. (2004). Neuropsychological Assessment of Deaf Individuals: Research-Based Interpretation of Data. Poster presented at the 112th annual meeting of the American Psychological Association, July 31, 12004.

Morere, D.A. (2004). Cued Speech and Cochlear Implants: Each supports the other. Invited lecture presented for the Arlington County School System. May 4, 2004.

01/12/2006 14:52 FAX 3013401860     MORERE     ☎004

Morere, D.A. (2004). Cued Speech and Cochlear Implants: Why Keep Cueing If He Can Hear? Invited lecture presented at the Northern Virginia Cued Speech Association Spring Meeting. February 27, 2004.

Morere, D.A. (2003) Using Cued Speech to Facilitate Speech, Language, and Reading Development in Hearing Children with Special Needs. Invited In-service presented at The Ivymount School December 3, 2003.

Morere, D.A. (2003). Primary Language Disorders Affecting Visual Communication in children: ABC's for diagnosis and treatment. Colloquium presented in the Department of Psychology, Gallaudet University. November 7, 2003.

Morere, D.A. (2003). Neuropsychological assessment adaptations for disabilities: Deafness as a model. Workshop presented at the 23rd Annual National Academy of Neuropsychology Conference. October 17, 2003.

Morere, D.A. (2003). Primary Language Disorders in the presence of congenital deafness: Three cases. Presented as part of the Pediatric Grand Rounds at the 23rd Annual National Academy of Neuropsychology Conference. October 16, 2003.

Morere, D.A. (2003). Cued Speech and reading: Lessons from research. Invited lecture presented at Cue Camp Virginia's Professional Day. October 4, 2003.

Morere, D.A. (2003). Cueing with children with additional disabilities. Invited lecture presented at Cue Camp Virginia. October 3, 2003.

Morere, D.A. (2003). Cueing with children with additional disabilities. Invited lecture presented at Cue Camp Friendship. June 26, 2003.

Morere, D.A. (2003). Primary Language Disorders Affecting Visual Communication. Workshop presented at the 2003 American Deafness and Rehabilitation Association Conference. May 29, 2003.

Morere, D.A. (2002). The effect of Cueing on reading and sequential processing. Invited lecture presented at the Northern Virginia Cued Speech Association Fall Meeting. October, 2002.

Morere, D.A. (2002).Verbal sequential processing in deaf students using Cued Speech and Signed Communication. Invited lecture presented at the Cue Camp Virginia Conference Day. September, 2002.

Morere, D.A. (2002). Deaf Children with Primary Language Impairments: Who are they and what do they look like? Workshop presented at the Maryland School for the Deaf for faculty and staff. September, 2002.

Morere, D.A. (2002). Deaf Children with Primary Language Impairments: Some tips on how to work with them. In-service presentation at the Maryland School for the Deaf for teachers working with students with primary language disorders. September, 2002.

Morere, D.A. (2001). The Use of Fast ForWord™ for Children with Cochlear Implants. Paper presented at the 2001 Cochlear Implant Association, Inc. Convention. Minneapolis, Minnesota. July 14, 2001.

Morere, D.A. (2001). The Use of Fast ForWord™ for Children with Cochlear Implants. Paper presented at the Northeast Regional Family Retreat of the Minuteman Implant Club, Sturbridge, Mass. July 1, 2001.

Morere, D.A. (2001). Fast ForWord™: Scientific Foundation and Application. Workshop presented at the Maryland Speech Language Hearing Association Convention. Towson, MD. May, 2001.

Morere, D.A. (2001). The Use of Fast ForWord™ with Deaf and Hard of Hearing Clients. Paper presented at the Scientific Learning Leadership Conference. Washington, DC April 6, 2001.

01/12/2006  14:53 FAX  3013401860          MORERE                                    ☑ 005

Morere, D.A. (2000). Helping Your Deaf Child Read: A Research Based Approach. Workshop presented at the American Society for Deaf Children 17th Biennial Convention July, 2000.

Morere, D.A. (2000). But My Child Isn't Just Deaf: Roadblocks to Communication with your Deaf Child. Workshop presented at the American Society for Deaf Children 17th Biennial Convention July, 2000.

Morere, D.A. (2000). Cued Phonics: Visual Access to Word Attack Skills. Workshop presented at the Bridging the Gap II: Integrating Research and Practice in the Fields of Learning Disabilities and Deafness conference April, 2000.

Morere, D.A. (2000). Neurofeedback: Brain training for disorders of attention. Workshop presented at the Bridging the Gap II: Integrating Research and Practice in the Fields of Learning Disabilities and Deafness conference April, 2000.

Morere, D.A. (2000). Diagnosis and Remediation of Language Disorders in Deaf Children: Update. Workshop accepted for presentation at the Bridging the Gap II: Integrating Research and Practice in the Fields of Learning Disabilities and Deafness conference April, 2000.

Morere, D.A. (2000). Applying research on reading in the hearing population to deaf readers: Implications for Cued Speech. Invited lecture presented at the Northern Virginia Cued Speech Association Conference Day. March, 2000.

Morere, D.A. (1999). What the hearing dyslexia research can tell us about deaf readers. In H. Markowicz & C. Berdichevsky (Eds.), Bridging the gap between research and practice in the fields of learning disabilities and deafness conference proceedings (pp. 53-59). Washington, D.C: Gallaudet University.

Morere, D.A. (1999). Diagnosis and management of language learning impairments in deaf children. In H. Markowicz & C. Berdichevsky (Eds.), Bridging the gap between research and practice in the fields of learning disabilities and deafness conference proceedings (pp.73-80). Washington, D.C: Gallaudet University.

Morere, D.A. (1999). Applying research on reading in the hearing population to deaf readers: Implications for Cued Speech. Invited lecture presented at the Maryland Cued Speech Association Conference Day. July, 1999.

Morere, D.A. (1999). Cued Phonics: Reading access for deaf children. Invited lecture to the Prince William County Schools Deaf and Hard of Hearing Program. September, 1998

Morere, D.A. (1999). Identifying, managing, and parenting a deaf child with additional disabilities. Invited lecture to graduate Audiology/Speech-Language Pathology class : "Assessment and Habilitation of Deaf and Hard of Hearing Children", June, 1998.

Berdichevsky, C., Hoke, J. Morere, D.A. & Becker, J. (1998). Accommodating the unique needs of deaf college students with Learning Disabilities. Presented at the Learning Disabilities Association International Conference, Marach, 1998.

Morere, D.A. (1998). What the hearing dyslexia research can tell us about deaf readers. Workshop presented at the Bridging the Gap between Research and Practice in the Fields of Learning Disabilities and Deafness conference March, 1998.

Morere, D.A. (1998). Diagnosis and management of language learning impairments in deaf children. Workshop presented at the Bridging the Gap between Research and Practice in the Fields of Learning Disabilities and Deafness conference March, 1998.

Hauser, P. & Morere, D.A. (1997). Sign stem completion in deaf college students. Poster presented at the 17th Annual Meeting of the National Academy of Neuropsychology, November 11, 1997.

Berdichevsky, C., Morere, D.A., & Hoke, J. (1997). Assessment and intervention for Learning Disabilities in deaf college students. Presented at the Landmark College "Sharing Our Gifts" meeting October, 1997.

Morere, DA. (1997). Neuropsychological Assessment of Deaf Adults and Children. Invited lectures, co-teaching a two day extension course offered by the Gallaudet Regional Center and co-sponsored by UC Berkeley entitled "Psychological Assessment of Deaf and Hard of Hearing Persons: An Overview", July 26, 27, 1997.

Berdichevsky, C., Morere, DA, & Hoke, J. (1996). Learning Disabilities: Making the transition from high school to college. Invited workshop presented at the Learning Disability, Neuropsychology & Deaf Youth: Theory, Research, and Practice Meeting April 24-27, 1996 Seattle, WA.

Leigh, I.W., Corbett, C.A., Gutman, V., Morere, D.A. (1996). Graduate training in psychology and deafness: A Response to New Perceptions of Diversity. Professional Psychology: Research and Practice, 27, 364-371.

Marshall, L., Morere, D.A., and Leigh, I.W. (1995). Social emotional development of deaf children: Investigation of three modes of communication. Presented at the 103rd Annual Meeting of the American Psychological Association, August, 1995.

Morere, D.A. (1995). Assessment of Deaf Clients: Multiple Practitioner Roles in Linguistic Minorities. Presented at the 103rd Annual Meeting of the American Psychological Association, August, 1995.

Gutman, V., Leigh, I.W., & Morere, D.A. (1994). Working with deafness and hearing loss in clinical training and services. Invited presentation, Spring Grove Hospital Center Department of Psychology Continuing Education Lecture Series, Sept. 9, 1994.

Morere, D.A. (1993). Primary issues in the evaluation of deaf clients. Paper presented as part of a symposium, "Neuropsychological evaluation of deaf clients", which I organized and chaired at the 101st Annual Meeting of the American Psychological Association, August, 1993.

Rehkemper, G.M. & Morere, D.A. (1993). Executive functioning in deaf subjects with genetic and non-genetic etiologies. Presented at the 101st Annual Meeting of the American Psychological Association, August, 1993.

Morere, D.A. (1993). Research training incorporating sophistication and sensitivity towards deafness. Presented as part of a panel presentation at the 64th Annual Meeting of the Eastern Psychological Association, April 16 - 18, 1993

Morere, D.A., Fruge, J.G., and Rehkemper, G. (1992). Signed verbal learning test: Assessing verbal memory of deaf signers. Poster presented at the annual meeting of the American Psychological Association, August 15, 1992.

Morere, D.A. & Marcotte, A.C. (1991) Serial and simultaneous Information processing in deaf vs. hearing adolescents. The Clinical Neuropsychologist, 5(3), 249. (Abstract of poster presented at the annual meeting of the American Psychological Association, August 16, 1991).

Marcotte, A.C. & Morere, D.A. (1990). Speech lateralization in deaf populations: Evidence of a critical period. Journal of Brain and Language, 39, 134-152.

Marcotte, A.C., Morere, D.A., Meacham, F., & Osuna, F. (1989). Differential information processing strategies in acquired hearing loss populations. Poster presented at the 1989 APA Annual Convention.

Marcotte, A.C., Meacham, F., & Morere, D.A. (1989). The Quick Test with deaf students: Quick, but not valid. Poster presented at the 1989 APA Annual Convention.

Harrell, L.E., Calloway, R., Morere, D., Falgout, J., & Halsey, J. (1989). Long-term outcome of physostigmine treatment in Alzheimer's Disease. Paper presented at the 1989 American Association of Neurology Annual Convention.

227

01/12/2006 14:53 FAX 3013401960          MORERE          ☒007

Marcotte, A.C. & Morere, D.A. (1988). Language lateralization in deaf populations: Evidence of a critical period. Paper presented at a Blue Ribbon Research in Neuropsychology session at the American Psychological Association 96th Annual Convention, 1988.

Morere, D.A.(1985). Medication associated changes in one-carbon metabolism in the major mental illnesses. Presented at the Sigma Xi Graduate Student Research Day, 1986.

Smythies, J.R., Alarcon, R.D., Morere, D.A., Monti, J.A., Steele, M., Tolbert, L.C., and, Walter-Ryan, W.G. (1986). Abnormalities of one-carbon metabolism in psychiatric disorders: Study of methionine adenosyltransferase kinetics and lipid composition of erythrocyte membranes. Biological Psychiatry, 21, 1391-1398.

Morere, D.A., Alarcon, R.D., Monti, J.A., Walter-Ryan, W.G., Bancroft, A.J., Smythies, J.R., and Tolbert, L.C. (1986). Medication effects on one-carbon metabolism in schizophrenia, mania and major depression. Journal of Clinical Psychopharmacology, 6, 155-161.

Morere, D.A., Keriotis, J. Tolbert, L.C., Monti, J.A., Alarcon, R.D., Walter-Ryan, W.G., Bancroft, A.J., and Smythies, J.R. (1986). One carbon metabolism in mental illness. Presented at the Annual Regional Neurosciences Meeting, 1986.

Alarcon, R.D., Tolbert, L.C., Monti, J.A., Morere, D.A., Walter-Ryan, W.G., Kemp, B., and Smythies, J.R. (1986). One-carbon metabolism disturbances in affective disorders: A preliminary report. Journal of Affective Disorders, 9, 297-301.

Walter-Ryan, W.G., Morere, D.A., Alarcon, R.D., Steele, M., Monti, J.A., and Tolbert, L.C. (1985). Clinical correlates of one-carbon metabolism. Presented at the Annual Meeting of the American Psychiatric Association, 1985.

Smythies, J.R., Alarcon, R.D., Bancroft, A.J., Monti, J.A., Morere, D.A., Tolbert, L.C., and Walter-Ryan, W.G. (1985). The role of the one-carbon cycle in neuropsychiatry. Proceedings of the World Congress of Biological Psychiatry, 4, 315-318.

Morere, D.A., Tolbert, L.C., Monti, J.A., Alarcon, R.D., Walter-Ryan, W.G., Bancroft, A.J., and Smythies, J.R.(1984). One carbon metabolism in mental illness. Presented at the 23rd Annual Meeting of the American College of Neuropsychopharmacology, 1984.



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
**825 North Capitol Street, N.E., 9th Floor**
202-442-5000   Fax # 202-442-5098
*www.k12.dc.us*

May 2, 2007

Ellen Dalton, Esq.
1008 Pendleton Street
Alexandria, Virginia 22314

<u>**VIA FACSIMILE 703-739-2323**</u>

<u>**DISCLOSURE STATEMENT AND MOTION TO COMPEL**</u>

Subject: **Due Process Hearing for A███ T███**
**DOB:**  ███-03

Mrs. Dalton:

At the upcoming due process hearing in the above-referenced matter, scheduled for May 9, 2007, and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

**Witnesses**

     Zondra Johnson, Case Manager, or designee(s), Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

     Badyiya Sharif, Case Manager, or designee(s), Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

     Chanda King, or designee, Educational Specialist/Case Manager, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

     Maura Garibay, or designee, Social Worker/Case Manager, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

     Utressa Diamond, or designee(s), Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

     Kathie Thompson, or designee(s), Speech and Language Therapist, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

---

[1] Witnesses may testify by telephone.

DCPS Office of the General Counsel
Page 2

Natalia H ouston, or designee(s), Special Education Teacher/Case Manager, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Wanda Banks, or designee(s), Occupational Therapist, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Maura Garibay, or designee, Social Worker/Case Manager, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Richelle Wilson Harvey, or designee(s), Speech and Language Pathologist, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Andrea Hogarth, or designee(s), Psychologist, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Veera Banner, or designee(s), Special Education Teacher, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Harry Brockenberry, or designee(s), Case Manager, Care Center, DCPS, 925 Rhode Island Ave., NW, 202-671-0882

Nicole Lewis Tyson, or designee, Dedicated Service Coordinator, Little Feet and Hands, Inc., P.O. Box 29680, Washington, DC 20017

Pamela D. Brown-White, Coordinator, Little Feet and Hands, Inc., P.O. Box 29680, Washington, DC 20017

Jacqueline Nicolas, Coordinator, Little Feet and Hands, Inc., P.O. Box 29680, Washington, DC 20017

Ellen Bachman, or designee, Program Manager, Early Care and Education Administration, DHS, 717 14th Street, Suite 1200, Washington, DC, 20005, 202-727-5371

Kate Jesberg, or designee, Program Manager, Early Care and Education Administration, DHS, 717 14th Street, Suite 1200, Washington, DC, 20005, 202-727-5371

* Mr. and Mrs. Tiller, Parents,  DCPS intends to call the parent as a witness. DCPS requests that mother attend the hearing.  Pursuant to 34 C.F.R. 300.509(a)(2) and 5 DCMR 3031.1(b), DCPS hereby compels the attendance of the above witness.

### Documents**
**DCPS –01**    **Letter to Badiyah Sharif from Pamela White (4-4-07)**
**DCPS –02**    **Letter to Sarah Tiller (8-22-06)**

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case.  Also, DCPS reserves the right to call rebuttal witnesses in its case.

---

DCPS Office of the General Counsel
Page 3

       If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5000.

Sincerely,

Tiffany Puckett
Attorney Advisor

cc: Student Hearing Office



**Little Feet & Hands, Inc.**
**Pediatric Therapy Services**

April 4, 2007

Badiyah Sharif
DC Infants & Toddlers

Re: A███ T███r
Part C ID #:  06-05-514

Ms. Sharif:

This correspondence is in response to your request for information regarding Little Feet & Hands, Inc involvement with A███ T███. Little Feet & Hands, Inc. was involved with initial assessments and transition activities for A███. The following provides a timeline of these events.

- 7/13/06 - Initial Evaluation and development of Interim IFSP. The evaluation was done at the Tiller home. Mother and a teacher from the River School were present and participating in activities. As stated on the IFSP, mother wanted to start PT and SLP services and wait to have the actual transitional IFSP meeting in September when A███ school teachers could be present. Mother was given strategies to assist A███ in improving gross motor skills while service requests were being made.
- August 2006 – LFH received a request to provide PT services for A███
- 8/17/06 – LFH insurance information forms were sent to mother. Mother was also informed that we were Tricare providers, but that our insurance information needed to be completed and authorization granted by Tricare before we could start services. We did not receive the insurance information from the parents nor authorization from Tricare for these services
- 9/5/06 – Mother called to request a meeting at A███ school. Pamela Brown-White, PT went to the school to observe A███ in her classroom environment in preparation for the transitional IFSP meeting with DCPS scheduled for 9/19/06. Mother reported that A███ has shown improvements with overall motor skills based on strategies presented at the initial IFSP meeting.
- 9/19/06 – The transitional IFSP meeting was conducted with DCPS representatives present. Mother presented the information gathered and her request to attend Barnard School was noted. Parents were also encouraged to make calls to start the transition process as soon as possible.
- 9/27/06 – A message was left by Little Feet & Hands, Inc office inquiring about DCPS registration.

Little Feet & Hands, Inc did not provide direct physical therapy services to A███ T███ during this brief time because we did not receive Tricare insurance authorization from the parents. However, we did provide strategies to the parent during the initial IFSP meeting to assist A███ in improving gross motor skills. It is our understanding that speech therapy services were to continue at River School until DCPS began providing these services.

If there are any other questions or concerns, please do not hesitate to contact us at (202) 832-3590

_____Pamela D. Brown-White, MBA, PT___.
Pamela D. Brown-White, MBA, PT
Little Feet & Hands, Inc.

Depsol

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES

**Early Care and Education Administration**
**Infants and Toddlers with Disabilities Office**



August 22, 2006

Mrs. Sarah Tiller                               Re: A▇▇
4515 Garrison Street, NW                         D.O.B.: ▇▇/03
Washington, DC 20016

Dear Mrs. Tiller:

The review of your application for financial assistance for early intervention services has been completed. The District of Columbia's Early Intervention Program has funds available to pay for early intervention services that are not funded by Medicaid or other insurance.

According to the sliding fee scale and other policies and procedures of the DCEIP, your family will be responsible for paying 100% of the cost of services for your child after reimbursement from insurance and/or Medicaid.   The actual cost will be determined after the service provider bills your insurance or Medicaid.  You are responsible for paying your vendor directly for the cost of any early intervention services, and information about the percentage of your payment will be shared with your vendor.

Your family's eligibility dates are 08/22/06 through 10/17/06.   A review may be conducted before 10/06 if the DC Part C standards for financial assistance change and this change affect you or if you request a review based on a change of your financial status. It is your responsibility to notify us of any changes. You are also responsible for contacting us if your income increases.  This office will notify you before any review of your financial assistance eligibility status.

**Remember, Part C financial assistance will stop on your child's third birthday, pursuant to the federal law.  Prior to that time, steps will be taken to assist your child in transitioning to D.C. Public Schools or other appropriate programs for continued services.**

Please feel free to contact our office at (202) 727-5371 if you have any concerns.

Sincerely,

Program Manager

DCPS-02



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
825 North Capitol Street, N.E., 9th Floor
202-442-5000   Fax # 202-442-5098
*www.k12.dc.us*

April 30, 2007

E. Dalton
Alexandria, VA

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 703-739-2323**

Subject: Due Process Hearing – T█████, A████
DOB: ████96

Dear Ms. Dalton:

At the upcoming due process hearing in the above-referenced matter and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents:

**Witnesses**[1]
K. Bell, or designee(s), Special Educator, CARE Ctr, OSE, DCPS
Z. Johnson, or designee(s), Administrator, CARE Ctr, OSE, DCPS
S. Thompson, or designee(s), Speech Language Pathologist, CARE Ctr OSE, DCPS
A. Mitchell, or designee(s), Pyschologist, CARE Ctr OSE, DCPS
W. Banks, or designee(s), O/T, CARE Ctr OSE, DCPS
Special Educator, or designee(s), Janney ES, DCPS,

All witnesses are available at 825 N. Cap. St., NE, Wash., DC  20003 – 202-442-4800

At the hearing, DCPS may rely upon the following documents:

**Documents**
DCPS #1 -    Initial Placement Notice, Prior Notice, MDT & IEP Mtg Notes
DCPS #2 -    IEP, 2/1/07

DCPS reserves the right to object to the testimony of any expert witnesses if a curriculum vitae and/or resume is not provided with the student's 5-day disclosure.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

---

[1] Witnesses may testify by telephone.

DCPS Office of the General Counsel
Page 2

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to introduce any and all witnesses and/or documents for the purpose of impeachment and rebuttal.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5564.

Sincerely,

Aaron E. Price, Sr., Esq.
Attorney-Advisor

cc: Student Hearing Office

*Children First*



District of Columbia Public Schools
Washington, D.C.


**Initial Placement**


Student: A___ T___ ___ DOB:_____ Age:____ Meeting Date: 2/1/07 _____

Address: 4515 Garrison St NW _____ Phone: (H)_____ (W)_____


Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet.
We would like to remind you at this time that:
- Granting consent is a voluntary action on your part;
- This consent may be revoked at any time although the school district is required
  to take all necessary action to provide appropriate service(s) and may be required
  to initiate due process procedures to obtain consent; and
- By granting consent in writing, you are agreeing to the process indicated below.


__X__ Initial Placement

After development of an IEP, the MDT with the parent determined that your child will
receive special education and related services __Janney Elementary__ school, for:


__X__ 0%-20%    _____ 21%-60%    _____ 61%-100%


**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial
placement for my child.


_____        _____
Parent/Guardian Signature                Date


236

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

**PRIOR NOTICE**

Check Purpose:
- [X] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Other _____

Date 2/1/07

Student  A___ T___                                   DOB ___/___/03

School _____

Current Disability Category  Hearing Impairment

Setting _____

Dear Ms. Tiller

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**
- [ ] Your child is not eligible for special education service(s).
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with Hearing Impairment
- [X] Your child will begin receiving  Speech, Occupational Therapy, Audiological  as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed,
  from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**

MDT has determined that A___ is eligible to receive special education services at this time as a student with a Hearing Impairment.

**Description of Other Options Considered and reasons for rejection of each option**

Other relevant factors to the decision- _____

MDT Members:
- [ ] Principal or Designee
- [X] Parent
- [ ] Student
- [ ] Social Worker
- [ ] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [ ] *LEA & Interpreter (*may be one)
- [X] Psychologist
- [X] Other: OT, PT

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact C.A.R.E. Center                   at 202-671-0882            (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student A____ T____ _____ DOB ___/03 Age 3 Grade ____ ID 9226688

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an
impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION
or DUE PROCESS HEARING form and mail it to the address listed below:

     Student Hearing Office
     D.C. Public Schools 825 North
     Capitol Street, N.E. 8th floor
     202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☐ Wechsler Intelligence Scale for Children-III (WISC-III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/2 to 16 1/2 years. Date of Report _____

☐ Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

☐ Wechsler Adult Intelligence Scale-III (WIAS-III) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☒ Bayley Scales of Infant Development-II - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ Wechsler Individual Achievement Test (WIAT) - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ Kaufman Test of Educational Achievement (KTEA) - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ Developmental Test of Visual Motor Integration (VMI) - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

☒ Brigance Diagnostic Inventory of Early Development II

☒ Leiter International Performance Scale-Revised

☒ Vineland Behavior Scale: Classroom Addition

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student A___ T_____    DOB ____/03 Age 3  Grade ____ ID 9226868

- [ ] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
  Date of Report _____

- [ ] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

- [ ] **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

- [ ] **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____

- [ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

- [ ] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

- [ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

- [x] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

- [ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
  Date of Report _____

- [ ] **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
  Date of Report _____

- [x] **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

- [x] **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary. Date of Report _____

- [x] **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

- [ ] **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
  Date of Report _____

- [ ] **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
  Date of Report _____

- [ ] **Classroom Observation** - assesses present functioning of the student within the classroom environment.

Free or Low Cost Legal Services

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992

MDT Prior Written Notice to the Parent
07-02-2001

3

239

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

**MDT**

MDT REFERRAL DATE: _____

STUDENT: A___ T___          SCHOOL: CARE Center          DATE: 2/1/07

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

Introductions were made. The purpose of today's meeting is to review the evaluations that were conducted with A___ to determine if she is eligible to receive special education services at this time. The educational evaluation, which was conducted with the Brigance Diagnostic Inventory of Early Development II, was reviewed. In the area of Daily Living Skills, A___ had a total standard score of 114, which represents developmental skills in the above average range in these areas. In the area of Social Emotional Skills, A___ had a total standard score of 93, which represents an average level of developmental skills in these areas. The speech pathologist from River School reviewed a speech evaluation completed by the River School on 10/11/06, 10/13/06, 10/18/06. A___ was administered the Goldman-Fristoe Test of Articulation. A___ had a standard score of 72, with an age equivalent of 2 years. On the Reynell Developmental Language Scales, A___ had a Verbal Comprehension score of 72, and an Expressive Language score of 63. On the Clinical Evaluation of Language Fundamentals, A___ had a core language standard score of 71, receptive language score of 79, expressive language score of 63, language content of 63, and language structure of 79. Peabody Picture Vocabulary Test, A___ had a standard score of 65. Expressive One-Word Picture Vocabulary Test, A___ had a total standard score of 58. The audiologist reviewed the audiological evaluation. A___ received a cochlear implant in February 2005, and was turned on in March 2005. A___ is progressing well with her cochlear implant. A___ IFSP dated September 2006 was reviewed. It was recommended that A___ recieve 1 hr physical therapy, 2 hrs speech therpay, and 1 hr consultation once every 2 months. The narrative summary report on 11/8/06 from the River School was reviewed. The MDT has determined that Anna is eligible to receieve special education services at this time as a student with a Hearing Impairment. The River School has asked that A___ be made eligible as a student with a Speech and Language Impairment as well. DCPS disagrees, because A___ main disability is a hearing impairment, and her speech and language impairment is a result of the hearing impairment.    This now concludes the MDT meeting. An IEP will be developed and a meeting held.

240

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
**(IEP)**
MEETING NOTES

STUDENT: A████ T████        SCHOOL: CARE Center        DATE: 2/1/07

PARTICIPANTS:        PARTICIPANTS: (Sign Name)        DISCIPLINE

Physcial therapy was not recommended for A████ because her physical functioning does not have an adverse impact in the educational environment. DCPS recommends that a physical therapy evaluation be completed. DCPS recommends 30 minutes of occupational therapy consultation per month. The River School is in disagreement with the developmental report that was completed by part C, because the Bayley Scales was completed by a physical therapist. A placement of Janney Elementary, as a non-attending student, was offered for speech, audiological, and occupational therapy services. Extended School Year services criteria, and timing, was explained to the parent.    This now concludes the IEP meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        IEP MEETING NOTES

241

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
**(IEP)**
MEETING NOTES

STUDENT _____    SCHOOL _C.A.R.E. Center_____    DATE: _____

**PARTICIPANTS:**                    **PARTICIPANTS: (Sign Name)**              **DISCIPLINE**

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

The purpose of this meeting is to develop an Individualized Educational Program (IEP) for the student.  The MDT has determined that: A____ T____ - the student is eligible for special education services as a student with a disability classification of: Hearing Impairment - the drafted goals/objectives are: Communication, Occupational Therapy,  -the student requires the following services: ____ specialized instruction _____ hours/week _____ psychological services _____ hours/week _X___ speech therapy ____1.5___ hours/week _X___ occupational therapy ___1.0___ hours/week ____ physical therapy ____ hours/week _X___ other - Audiological ___1.0___ hours/week -a behavior plan is _N/A____ -the student requires level ____ testing with accomodations/modifications as indicated on page 4 of the IEP -the student requires supplementary aides/ services as indicated on page 4 of the IEP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

242

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

MDT REFERRAL DATE: 9/27/06

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

| MDT |

STUDENT: A_____ T_____     SCHOOL: C.A.R.E     DATE: 2/1/07

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Zondra Johnson | | Administrator |
| Sarah Tiller | | Parent |
| Jean Tebelka | Jean Tebelka | Audiologist |
| Sydnee Thompson MSCCC-SLP | | Speech Path. |
| Adrienne Mitchell Psy.D. | Adrienne Mitchell | Psychologist |
| Wanda R. Banks, MA, OTR/L | Wanda R Banks, MA, OTR/L | Occupational Therapist |
| Jose F. Seijo | | Physical Therapist |
| Kristen Bell | K Bell | Special Education |
| Amy Muldoon | A Muldoon | Dir of TTS - River School |
| Maureen D'Antuono | Maureen D'Antuono | Aud student intern |
| Alana M. Oliver | Alana M. Oli | Teacher, River School |
| Jennifer Mertes | Jenifer Mmo | Audiologist - RS |
| Michele Kaplan | Michele Kaplan | Speech-Language Pathologist -RS |
| Michael Smith | Michael A. Sm | OT Therapist |
| Pamela Gates Ulanet, PhyD | | Clinical Psychologist |
| Mary O'Leary Kane, MA CCC-SLP | Mary O'Leary Kane | Director of Speech & Lang. Services |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |
|-----|

MDT REFERRAL DATE: _____

STUDENT: A____T/____          SCHOOL: _____          DATE: 2/1/07 ~~01/16/2006~~

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

Sydnee Thompson, MS, CCC-SLP          Speech Language Pathologist

Jose F. Seijas, PT          Physical Therapist

Wanda Banks, MA OTR/L          Occupational Therapist

---

Occupational Therapy-Reviewed an Occupational Therapy Screening Report conducted by Michael S. Smith, MS, OTR/L on 9/18/06 at the River School. A Sensory Profile was completed by the parent and the teacher. On the Sensory Profile completed by A____ mother Typical Performance was indicated in many areas but identified a Probable Difference in the area of Vestibular processing and Sensory Seeking. Her former teacher Andrea Handscomb completed a Sensory Profile which indicated Probable Difference in the areas of Multisensory Processing, Modulation of Visual Input affecting Emotional Responses and Activity Level and Poor Registration. She indicated Definite Difference in the areas of Vestibular Processing, Auditory Processing, Sensory Processing Related to Endurance/Tone, Modulation Related to Body Position and Movement, Sensory Seeking, Low Endurance/Tone and Inattention/Distractibility.
On the Comprehensive Developmental Assessment conducted by Pamela D. Brown-White, PT of Little Feet & Hands, Inc. on 7/13/06 the Bayley Scale of Infant Development indicated average scores for fine motor skills.

A speech and language review was conducted on 12/9/06 results of the PLS-4th edition receptive standard score 61; expressive standard score of 82; the EOWPVT yielded a standard score of 55. A____ articulatory abilities were also found to be compromised secondary to apraxia dated from the Kaufman Speech Praxis Test for children administered on 7/10/06. A____ has an hearing age of almost one year and would benefit from continued speech and language services to facilitate receptive and expressive language growth along with increased oral motor abilities.

Physical Therapist reviewed the gross motor section of a Comprehensive Developmental Assessment conducted on 7/13/06 by Pamela D. Brown-White, PT (Little Feet and Hands, Inc.). The results of that evaluation were as follows: Raw Score (61); Scaled Score (9), and Age Equivalent (31 months). It also stated that balance, coordination and decreased trunk strength are the gross motor primary concerns. Ms. White-Brown recommended direct PT services once a week to address the previously mentioned concerns. She will continue to benefit from direct school-based physical therapy services.

Dr. Patrician Gates Ulanet, Clinical Psychologist of the River School administered the Brief IQ form of the Leiter International Performance Scale-Revised to A____ on September 12, 2006. Test results indicate that A____ received a Nonverbal IQ score of 145, which places her in the Superior range of cognitive functioning. When compared to her same aged peers, test results suggest that A____ nonverbal reasoning skills are better than 99 percent of children her same age. The Vineland Behavior Scale: Classroom Edition was administered on November 2, 2006. According to report, A____ displays variability in her functioning across all domains: Communications 66, Socialization 79, Daily Living Skills 90, and Motor Skills, 85.

---

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT A_____    SCHOOL CARE Center    DATE: 2-1-07

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Sarah Tiller | _____ | Parent |
| Kristen Bell | _____ | Special Educator |
| Zondra Johnson | _____ | Administration |
| Adrienne D Mitchel (Psy) | Adrienne Mitchell, Ph.D. | Psychologist |
| Wanda R Banks | Wanda R Banks MA OTR/L | Occupational Therapist |
| Jennifer Mertes | Jennifer Mertes AuD CCC-A | Audiologist - RS |
| Jose Sijin | _____ | Physical Therapist |
| Alana Oliver | Alana Oliver | Teacher |
| Michele Kaplan | Michele Kaplan | Speech Language Pathologist |
| Mary O'Leary Kane, MA, CCC-SLP | Mary O'Leary Kane | Director of Speech + Lang. Services |
| A. Muldoon | St. Muldoon | DITS - THRIVER School |
| Sidney Thompson | _____ | Speech Language Pathology |

Page 2 Discussion of Setting: __X__ General Education Setting Reason for rejection or acceptance: Accept, A____ will receive services as a non-attending student. _____ Combination General Education/Resource Setting Reason for rejection or acceptance: Reject. Non-attending student. _____ Out of General Education/Resource Setting Reason for rejection or acceptance: Reject. Non-attending student.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

**DCPS - IEP** Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

## II. CURRENT INFORMATION

Date of IEP Meeting: 2/1/2007
Date of Last IEP Meeting:
Date of Most Recent Eligibility Decision: 2/1/2007

Student Name: Last T___    First A___    MI ___

Student ID 9226868    Soc. Sec. No. ___    Age: 3    Grade NA

Gender ☐ M ☒ F   Date of Birth ___2003   Ethnic Group Caucasian

Purpose of IEP Conference:
☒ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Address 4515 Garrison Street NW
   House No.   Street Name    Quadrant   Apartment #
Washington, DC 20016
   City    State    Zip Code

☐ Non-attending

Indicate Level of Standardized Assessment:

Attending School ___   Home School Janney

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent ___

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate

| BEHAVIOR | TRANSPORTATION |
|---|---|
| X ESY | TRANSITION |

House No.   Street Name    Quad   Apt. No.   City    State   Zip Code
Telephone: Home 202-237-1150    Work

✓ discussed

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | n/a | Native lanuage |
| Parent | English | English | English | Native language |
| Home | English | English | English | Native language |

Oral ___
Rdg./Written ___
Instrument: ___
Date: ___

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|---|
| Speech and Language | .5 | 1.5 | | hr | W | Speech Pathologist | 2/2/07 | 10 mo |
| Occupational Therapy | 1.0 | 1.0 | | hr | W | Occupational Therapist | 2/2/07 | 10 mo |
| Audiology | 1.0 | 1.0 | | hr | W | Audiologist | 2/2/07 | 10 mo |
| OT Consult | 1.5 | .5 | | hr | M | Occupational Therapist | 2/2/07 | 10 mo |
| | | | | | | | | |
| | | | | | | | | |

TOTAL **3.5**   Hours Per Week

### V. Disability(ies)

Hearing Impaired

Percent of time in Specialized Instruction and Related Services
☒ 0-20%   ☐ 21-60%   ☐ 61-100%
Error
Percent of time NOT in a Regular Education Setting

☐ (Check if setting is general Ed.)

### VI. IEP TEAM (Participants in the development of the IEP)    Print and sign your name below.

Adrienne Mitchell ___    Psy. ___
Sylvia Thompson HSC/SP ___    Alana Oliver   Alana M. Oli___
Amy Muldoon, Muldoon - TES-OTS ___    Kristen Bell   Kristen Bell SpEducator
SARAH TURK ATTENDED ___    Michael Smith   IEP P Smith SP IL
Jean Tebinka Jean Tebinka ___    Michele Kaplan   Michele Kaplan ACFY-SLP
   Jennifer Mertes   Jennifer Mertes, AuD CCC-A

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in this IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
   Parent/Guardian Signature        Date

Jane Seiger, PT ___
Mary O'Leary Kane, SLP   Mary O'Leary Kane.

246

| Student Name A█████ T█████ | | Managing School | DCPS - IEP Page 2 of 4 |
|---|---|---|---|
| Student ID Number 9226688 | DOB 1█/██/03 | Attending School River School | |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

Score(s) When Available

**Academic Areas: (Evaluator)**

Math Strengths:

Math Cal. _____

Math Rea. _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

Reading Strengths:

Rdg. Com _____

Rdg. Basic _____

Written Ex. _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

---

**Communication (Speech & Language) (Evaluator)** S. Thompson Hscasp reviewer

Strengths:

presents w/ emerging linguistic ability

Impact of disability on educational performance in general education curriculum:

↓ strength & range of motion; ↓ exp. & receptive language impact ability to acless the curriculum

Score(s) When Available    CLS 71

Exp. Lang.  68 / 363

Rec. Lang.  263 / 65 79

Artic    6 PTA 62 / 65 72

Voice  n-a

Fluency  n-a

Exp. Voc.  <55 / 58 ss

Rec. Voc.  n-a / 65 ss

See goal page:

Date: 6-27-06 / 10-11-06

---

**Motor/Health (Evaluator)** Jose F. Seijas, PT & Wanda Banks, MA OTR/L

Strengths:

A████ walks independently on even surfaces, and holds one-leg stance with 2-hands support.

Impact of disability on educational performance in general education curriculum:

Decreased dynamic balance, postural control and propulsion/reception skills negatively impact her participation in educational activities.

Score(s) /Results When Available

GM (SS): 9

FM (SS): 11

See goal page:

Date:

---

*Daily Living*

**Social-Emotional Behavioral Areas: (Evaluator)** Susan Kauffman M.A.

Strengths:

A████ is functioning above average in the area of daily living skills.

Impact of disability on educational performance in general education curriculum:

None

Score(s) When Available

Daily Living  114

Skills

Brigance

See goal page: N/A

Date: 1/21/06

---

**Cognitive/Adaptive Behavior: (Evaluator)** Adrienne D. Mitchell, Psy.D.- Psychologist

Strengths:

Superior cognitive functioning as per Leiter International Performance Scale-Revised.

*Less developed ↗*

Impact of disability on educational performance in general education curriculum:

Poor socializations skills as noted by the Vineland Adaptive Behavior Scale.

Score(s) When Available

Leiter IPS-R    145

VABS-    CS 66  DL 90
         SS 79  MS 85

See goal page:

Date:

---

*Socialization*

**Prevocational Skills: (Evaluator)** Susan Kauffman M.A.

Strengths:

A████ is functioning within the average in the area of socialization

Impact of disability on educational performance in general education curriculum:

None

Score(s) When Available

Socialization  93

See goal page:

Date:

---

| Student Name A___ T___ | | Managing School CARE Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9226868 | DOB ___03 | Attending School _____ | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: ☐ |
|---|---|---|

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**

A___ will develop receptive and espressive language skills to 80% accuracy using appropriate modalities over 4 consecutive sessions; with verbal and visual cuing as needed.

**Provider(s)** Speech Pathologist, Classroom Teacher, Audiologist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will demonstrate an understanding of and use the prepositions in, on, out, off, and under in 3/4 trials. | | Monthly |
| A___ will comprehend the quantitative concepts of one, some, and all in 3/4 trials. | | Monthly |
| A___ will use the quantitative concepts of one, some, and all in 3/4 trials. | | Monthly |
| A___ will answer "what", "where", and "who" questions in 3/4 trials | | Monthly |
| A___ will spontaneously use 5 new theme-related vocabulary words per week. | | Monthly |
| A___ will follow 2-3 step directions in 3/4 trials with minimal visual cues. | | Monthy |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☒ Other Progress Report

| Student Name  A___ T___ | | Managing School CARE Center | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9226868 | DOB ___/03 | Attending School | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**

A___ will develop receptive and espressive language skills to 80% accuracy using appropriate modalities over 4 consecutive sessions; with verbal and visual cuing as needed.

**Provider(s):** Speech Pathologist, Classroom Teacher, Audiologist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will identify a common object based on attribute or function in 3/4 opportunities. | | Monthly |
| A___ will demonstrate an understanding of the modifiers small, big, long, short in 3/4 trials. | | Monthly |
| A___ will use present progressive verb tense to describe actions in 3/4 trials. | | Monthly |
| A___ will use 3-4 words per utterance to communicate requests and questions. | | Monthly |
| A___ will use pronouns (he, she, her, him) with 80% accuracy. | | Monthly |
| A___ will increase jaw and tongue strength and stability. | | Monthy |

---

### EVALUATION PROCEDURE(S)

☐ Portfolio    ☐ Log    ☐ Chart    ☐ Test    ☒ Documented Observation    ☐ Report    ☒ Other Progress Report

| Student Name A___ T___ | Managing School CARE Center | DCPS - IEP Page 3 of 4 |
|---|---|---|
| Student ID Number 9226868    DOB 1__ __ 703 | Attending School | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal:    Communication

**ANNUAL GOAL: (including mastery criteria.)**

A___ will develop receptive and espressive language skills to 80% accuracy using appropriate modalities over 4 consecutive sessions; with verbal and visual cuing as needed.

Provider(s): Speech Pathologist, Classroom Teacher, Audiologist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will differentiate her tongue from her jaw. | | Monthly |
| A___ will increase tongue elevation and gradation. | | Monthly |
| A___ will repeat syllable patterns and words of increasing length. | | Monthly |
| A___ will produce age appropriate phonemes at the single word level. | | Monthly |
| A___ will imitate oral movements in isolation and sequence oral motor exercises with fluid movement in 3/4 opportunities. | | Monthly |
| A___ will identify mouth time symbols with 90% accuracy. | | Monthy |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name | A   T    | | Managing School | CARE Center | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9226868 | DOB 1   03 | Attending School | | | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐         Goal Number: ☐

Area addressed by goal:   Audiological

**ANNUAL GOAL: (including mastery criteria.)**

A  will increase audiological skills through the use of her cochlear implant.

Provider(s): Audiologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A  will identify and repeat the Ling 6 sounds with 100% accuracy. | | Monthly |
| A  will localize to her name in a noisy classroom enviornment at a distance of 6-8 feet in 3/4 trials. | | Monthly |
| A  will discriminate between familiar words on the basis of syllable length varying in manner, place, and voice. | | Monthly |
| A  will discriminate between familiar words on the basis of vowel and consonant differences when the syllable length is the same (eg: cookie vs cracker) | | Monthly |
| A  will discriminate between similar phrases and short sentences (eg: all done vs. open) | | Monthly |
| A  will notify her teachers or other staff member when her cochlear implant is not on or not working with 80% accuracy. | | Monthy |

## EVALUATION PROCEDURE(S)

☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☒ Other Progress Report

03/27/2001  13:38 FAX

| Student Name | A___ T___ | Managing School | CARE Center | DCPS - IEP Page 3 of 4 |
|---|---|---|---|---|
| Student ID Number | 9226868 | DOB | __/__/03 | Attending School | |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: ☐

Area addressed by goal:  Occupational Therapy

**ANNUAL GOAL: (including mastery criteria.)**

A___ will improve her ability to use sensory information to understand and effectively interact with people and objects in her home and school enviornments, by demonstrating 80% accuracy on the following objectives, over 3/4 trials

Provider(s): Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will sustain attention and active participation in classroom group and small-group activites, with occasional visual cues and/or movement breaks. | | Monthly |
| A___ will sustain attention and active participation during desktop activites/assignments up to fifteen minutes, with occasional visual cues and sensory input as needed. | | Monthly |
| A___ will imitate body postures or positions as demonstrated by a teacher or therapist (during a game of "Simon Says" for example) with occasional repeated visual cuing. | | Monthly |
| A___ will identify shapes traced on her back to select the correct corresponding one from a field of five 3 dimensional shapes places in front of her, with occasional repeated tactile cues. | | Monthly |
| A___ will execute a three station obstacle course following simple verbal instruction, with occasional visual cues. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☒ Other Progress Report

| Student Name A___ T___ | | Managing School CARE Center | DCPS – IEP |
|---|---|---|---|
| Student ID Number 9226868 | DOB ___/03 | Attending School | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: ☐ |
|---|---|---|---|

Area addressed by goal: Occupational Therapy

**ANNUAL GOAL: (including mastery criteria.)**

A___ will demonstrate improved postural strength and stability as a foundation for the development of fine and visual-motor skills, by demonstrating 80% accuracy on the following objectives over 3/4 trials.

Provider(s): Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| **SHORT-TERM OBJECTIVES** (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will sustain erect desk postures for classroom activities up to 15 minutes with sensory reinforcers as needed (eg: therapy disc to sit on) and with sensory/movement breaks structured in to her classroom routine throughout her day | | Monthly |
| A___ will navigate around her home and school environments without tripping or falling, with occasional verbal cues to look where she is going. | | Monthly |
| A___ will propel a scooterboard through an obstacle course while prone on her stomach, up to 10 feet, using hands only. | | Monthly |
| A___ will walk forwards and backwards on a straight line 10 feet without stepping off the line. | | Monthly |
| A___ will wheelbarrow-walk across even/uneven surfaces a minimum of 10 feet going around obstacles as needed while weight-bearing through her hands and wrists. | | Monthly |
| While engaged in a spinning or movement activity, A___ will reach for objects from a therapist's hand and throw them to a target at 6' distance, within 3" accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

| Student Name | A___ T___ | | Managing School | CARE Center | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9226868 | DOB ___/03 | Attending School | | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | **Goal Number:** ☐ |
|---|---|---|

**Area addressed by goal:** Occupational Therapy

**ANNUAL GOAL: (Including mastery criteria.)**

A___ will demonstrate improved postural strength and stability as a foundation for the development of fine and visual-motor skills, by demonstrating 80% accuracy on the following objectives over 3/4 trials.

**Provider(s):** Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Participate in vestibular activities on suspended equipment involving various planes for up to 20 minutes in 4 out of 5 sesssions. | | Monthly |
| A___ will pull herself along a 15 foot rope while in a prone, supine, or sitting position on a scooter board for a distance of 10 feet in 4 out of 5 trials. | | Monthly |
| A___ will demonstrate 5 "cross-crawl" exercises from the "Brain Gym" program without losing her balance, with occasional visual cues. | | Monthly |
| A___ will kick a large ball as it is rolling, when rolled from 4 feet away, during a game of kickball, for example, with occasional verbal cues. | | Monthly |
| A___ will spontaneously cross midline when appropriate to the task, as observed in a classroom, therapy activities and playgourn, with occasional cues. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☒ Other Progress Report

| Student Name  A___ T___ | Managing School  CARE Center | DCPS - IEP Page 3 of 4 |
|---|---|---|
| Student ID Number 9226868    DOB 10____03 | Attending School | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal:  Occupational Therapy

**ANNUAL GOAL: (including mastery criteria.)**

A___ will improve her fine and visual-motor skills, as a foundation for greater written proficiency, by demonstrating 80% accuracy on the following objectives over 3/4 trials.

**Provider(s):** Occupational Therapist, Classroom Staff

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| A___ will sustain erect desk postures for classroom activities up to 20 minutes with sensory reinforcers as needed (eg: therapy disc to sit on) and with sensory/movement breaks structured in to her classroom routine throughout her day. | | Monthly |
| When doing tabletop activites, A___ will utilize her left "helper" hand spontaneously, with occasional reminders, 80% of the time. | | Monthly |
| A___ will copy basic shapes with occasional visual cues | | Monthly |
| A___ will color in basic shapes staying withing 1/4" of the lines as she colors | | Monthly |
| A___ will cut out a large circle, staying withing 1/2" of the line, and demonstrating proper grip of the scissors and paper as she does so. | | Monthly |
| A___ will complete simple, 4-5 piece interlocking puzzles with occasional visual cues. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Progress Report

03/21/2007 15:39 FAX

| Student Name A_____ T_____ | Managing School CARE Center | DCPS - IEP |
| Student ID Number 9226868 | DOB ____2003   Attending School | Page 4 of 4 |

**Additional Comments:** ☐

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☑ Yes ☐ No

Explanation for removal out of regular education classroom.

t_____ cochlear implant should be checked each day.

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | DA/WM. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Cochlear Implant | ✓ | | | | | Parent | 01/1/07 |
| FM System | | ✓ | | | | D.C. P.S. | 3/1/07 |
| Suspend Therapy Equipment | | ✓ | | | | D.C. P.S. | 3/1/07 |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

| Timing/Scheduling: |
| Setting: |
| Presentation: |
| Response: |
| Equipment: |

**XI. STATE AND DISTRICT ASSESSMENTS:**

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under standard conditions with permissible accommodations

☐ Level V Portfolio:   N/A

☐ Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV (Describe the alternative assessment)

**XII. Areas Requiring Specialized Instruction and Related Services:**

☐ Reading
☐ Mathematics
☐ Written Expression
☑ Other: Hearing/Sensory Integration
☐ None

☐ Physical/Sensory
☐ Social Emotional
☐ Physical Development
☒ Speech/Language

☐ Transition
☐ Vocational
☐ Independent Living

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | accepted | Continued School Failure |
| Out of General Education | rejected | Time Away from non-disabled peers |
| General Education /Special Education | rejected | Impact on Self Esteem |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Location for Services   Janney

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

256

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 05/15/2007 15:04
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROE6J471573
```

```
DATE,TIME                05/15  15:03
FAX NO./NAME             97037392323
DURATION                 00:00:18
PAGE(S)                  01
RESULT                   OK
MODE                     STANDARD
                         ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

2007 MAY 15 PM 4:06
OFFICE OF THE
GENERAL COUNSEL

X *REVISED COPY*

**HEARING NOTICE**

MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): *E. DALTON*          Fax No.: *(703) 739-2323*

       LEA Legal Counsel: *I. PUCKETT*

RE:    ▮▮▮▮, A▮▮▮▮        and (LEA) DOB: _____
       Student's Name

FROM:  **SHARON NEWSOME**
       Special Education Student Hearing Office Coordinator

DATE SENT: *5/15/07*

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on _____. Please be advised that the hearing has been scheduled for:

DATE: *5/24/07*                          *con't f*
                                          *5/9/07*
TIME: *9:00, 11:00, 1:00 & 3:00*                    *257*

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 04/09/2007 16:15
                                    NAME :
                                    FAX  :
                                    TEL  :
                                    SER.# : BROE6J471573
```

```
DATE,TIME            04/09  16:15
FAX NO./NAME         97037392323
DURATION             00:00:19
PAGE(S)              01
RESULT               OK
MODE                 STANDARD
                     ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

2007 APR 11  AM 11: 30
OFFICE OF THE
GENERAL COUNSEL

X REVISED
COPY

**HEARING NOTICE**

MEMORANDUM VIA: [ X ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _E. DALTON_    Fax No.: _(703) 739-2323_

LEA Legal Counsel: _OGC_

RE:    T___ A___ ████    and (LEA)   DOB: ████ /03
            Student's Name

FROM:  **SHARON NEWSOME**
            Special Education Student Hearing Office Coordinator

DATE SENT: _04/09/2007_

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____ . Please be advised that the hearing has been scheduled for:

Con't f

258

DATE: _5/9/07_

TIME: _11:00, 1:00 & 3:00_          _4/25/07_

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                            TIME  : 04/03/2007 09:45
                            NAME  :
                            FAX   :
                            TEL   :
                            SER.# : BROE6J471573

┌──────────────────────────────────────────────────────────┐
│                                                            │
│   DATE,TIME            04/03  09:45                         │
│   FAX NO./NAME         97037392323                         │
│   DURATION            00:00:18                             │
│   PAGE(S)             01                                   │
│   RESULT              OK                                   │
│   MODE                STANDARD                             │
│                       ECM                                  │
│                                                            │
└──────────────────────────────────────────────────────────┘
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

2007 APR -3 PM 5: 06   OFFICE OF THE GENERAL COUNSEL



### HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |

**TO:** Parent (or Representative): _E. DALTON_ _____ Fax No.: _(703) 739-2323_

LEA Legal Counsel: _OGC_

**RE:** _T____, A_____ and (LEA) DOB: ___/96 ___/03
Student's Name

**FROM:** **SHARON NEWSOME**
Special Education Student Hearing Office Coordinator

**DATE SENT:** _4/3/07_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_2/21/07_ . Please be advised that the hearing has been scheduled for:

**DATE:** _4/25/07_

259

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| T████r, A.                    Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| DCPS | ) | |
| DCPS Care Center | | |
| Attending River School | | |
| | ) | DISTRICT OF COLUMBIA |
| | | |
| Respondent | ) | PUBLIC SCHOOLS |

## SCHEDULING MEMORANDUM

1.  A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2.  The complaint notice was filed on **February 21, 2007**

3.  The deadline for the resolution meeting is **March 8, 2007** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A.  ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

   1.  An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
   2.  A description of other options that the IEP Team considered and the reasons why those options were rejected;

Rev'd. 7/6/05

3. A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

4. A description of the factors that is relevant to the agency's proposal or refusal.

B. Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **March 3, 2007**.

C. *Deficiency Notice*. A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D. The deadline for filing a deficiency notice is **March 8, 2007**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

/

Rev'd. 7/6/05

261

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUCLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney:Ellen Dalton, Esq.**
**Parent: Sarah and Michael Tiller**

Telephone Number: **(703) 739-4300**          Pages: **3**
Fax Number: **(703) 739-2323**                 Date: **February 21, 2007**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: A██ T██

School:  **DCPS Care Center**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

                                    **Thank You**
                                    **Marica Brown**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

262

**Complaint Intake Unit**
**825 North Capitol Street, NE- 8th Fl.**
**Washington, DC 20002**
**(202) 442-5693**



# Fax

# Time Sensitive Materials Attached

**Prompt Attention: Principal/Administrator**
                    **Special Education Coordinator**

Telephone Number: **(202) 671-0879**          Pages: **11**
        Fax Number: **(202) 673-6557**          Date: **February 21, 2007**

**Please find attached a copy of a Scheduling Memorandum and a copy of the Due Process Complaint Notice regarding:**

Student: A█████ T█████

School:  **CARE Center**

**The complaint Intake Unit is responsible for only providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office.  If you have questions about the attached Notice, regarding any fax errors or discrepancies, please contact the Complaint Intake Unit @ (202) 724-6556.**

                              **Thank You,**
                              **Marica P. Brown**
                              **Staff Assistant**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally privileged.  The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

263

# FAX TRANSMISSION COVER SHEET
## Dalton, Dalton & Houston P.C.
### Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:           February 21, 2007
TO:             Sharon Newsome
                Student Hearing Office
AT FAX:         202-442-5556
FROM:           Ellen Douglass Dalton, Esq.
RE:             A█████ T████ - Due Process Complaint
NUMBER OF PAGES INCLUDING THIS PAGES:        _7_
ADDITIONAL INFORMATION

**PLEASE DELIVER ASAP.**

2007 FEB 21 AM 10: 14
DC PUBLIC SCHOOL SYSTEM

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs**

DC PUBLIC
SCHOOL SYSTEM

2007 FEB 21  AM 10: 14

# Due Process Complaint Notice

- This form is used to give notice of a complaint to the District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) an/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a Free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- Parents initiating a complaint must provide a completed due process complaint form to the Local Education Agency ("LEA"). For students in traditional public schools, nonpublic day school, or residential treatment facility, notice to the LEA shall be provided to the Office of the General Counsel, 825 N. Capitol St. NE, Washington, D.C. 20002, with a copy to the Student Hearing Office. If a charter school is a named party, the due process complaint must be provided to the principal or director of the charter school, with a copy to the Student Hearing Office

- **Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.** Therefore, please be thorough in providing the information requested

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting of a Due Process Hearing.

- Policies and Procedures governing due process hearings are contained in federal and local law and the SHO SOP. You may obtain a copy of the SOP from the Student Hearing Office or any D.C. Public or Charter School without cost. The SOP is also at the DCPS website.

## Pursuant to 34 CFR §300.518 the provisions of Stay Put are Invoked.

A.  INFORMATION ABOUT THE STUDENT:

Student Name:  A█████T█████                                Birth Date:  █████06

Address:  4515 Garrison Street, NW Washington, DC 20016

Present School of Attendance:  River School

Is this a charter school?  NO _____  (If yes, you must provide a copy of this notice to the charter school principal or director)

Revised May 1, 2006

265

Parent/Guardian of the Student:     Sarah & Michael Tiller

Address (If different from the student's above): 

Phone/Contact Number:                                    Fax Number (if applicable): 

**B.    Individual Making the Complaint/Request for Due Process Hearing:**

Name:    Ellen Douglass Dalton, Esq.  Counsel for Parents

Complete Address:     1008 Pendleton Street, Alexandria, Va 22314

Phone: (h)                      (w)   703-739-4300     (Fax)                      (e-mail) 

Relationship to Student:

| | | |
|---|---|---|
| ■ Parent | ☐ Legal Guardian | ☐ Parent Surrogate |
| ☐ Self/Student | ☐ Local Education Agency (LEA) | ☐ Parent Advocate |

**C.    Legal Representative / Attorney:**

Name:    Dalton, Dalton & Houston, P.C.

Address:    1008 Pendleton Street

               Alexandria, VA 22314-1837

Phone: (h)                (w)  (703) 739-4300     (Fax)   (703) 739-2323     (e-mail) 

Will attorney / legal representative attend the resolution session?      ■ Yes     ☐ No

**D.    Complaint Made Against (check all that apply):**

DCPS CARE CENTER

■ DCPS school (name of school if different from page one)

☐ Charter school (name of school if different from page one)

☐ Non-public school or residential treatment facility (name)

☐ Parent

**E.    Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to receive this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note: all Parties must agree to waive the resolution meeting to avoid having this meeting).

■ I wish to waive the Resolution Session Meeting

**F.    Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing.  Please check all that apply:

☐ I am requesting mediation as an alternative to the resolution session meeting.

Revised May 1, 2006

266

☐   I am requesting mediation and a due process hearing.

☐   I am requesting mediation <u>only</u> at this time.

G.    <u>Facts and Reasons for the Complaint</u>:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1.    **What is the nature of the problem, including the facts related to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?**

A▬▬ T▬▬ was born in Naples, Italy on 10/17/03, when her father, a physician, was on active military duty.  She has an identical twin.  At the age of 2 ½ months, A▬▬ contracted bacterial meningitis and was hospitalized for 6 weeks in intensive care in Naples, Italy.  Post meningitis concerns were noted with both language and motor development.  In March 2004, A▬▬ hearing was reported as normal.  Tubes were placed in her ears to closely monitor for post hearing loss due to the meningitis.  When A▬▬ was 15 months of age, she was diagnosed with profound sensorineural hearing loss.  A▬▬ received a cochlear implant in the United States in February 2005 which was activated in March 2005.  Subsequently, the family in April 2005 relocated to the Washington, DC area.  A▬▬ was enrolled in the River School in April 2005.

Mrs. Tiller contacted the Early Intervention Program in D.C. and an IFSP dated 7/13/06 was developed.  Her transition from an IFSP to an IEP was to occur prior to her third birthday on 10/17/06.  On 9/01/06 D.C. Early Intervention sent an invitation to DCPS for a transition meeting to be held 9/19/06.  The meeting was held at the DCPS CARE CENTER and individual(s) from DCPS were in attendance.  DCPS did not develop an IEP for A▬▬ at that time.

DCPS would not allow Ms. Tiller to register A▬▬ with DCPS until 9/27/06.  On 9/27/06, DCPS developed a Student Evaluation Plan that indicated that DCPS would just review all outside evaluations provided by the parent and only perform one evaluation (Brigance) to evaluate her educational performance.  DCPS did not convene a MDT/IEP meeting by 10/17/06, when A▬▬ turned age (3) three.

On December 7, 2006, DCPS notified Ms. Tiller that they were now ready to convene a MDT/IEP meeting.  The date suggested was December 18, 2006.   The meeting could not be held on December 18, 2006 as school was

closed for the holiday and none of A████ teachers were available from December 15 through January 2, 2007. The Parent offered to have the meeting either before the 15th or after January 2, 2007. DCPS advised that they would not be able to meet before the 15th.

The MDT/IEP meeting was finally convened by DCPS on February 1, 2007. DCPS classified A████ as Hearing Impaired and refused to consider an additional classification of Speech & Language Impaired which would result in a classification of Multiple Disabilities. The Speech & Language Impairment classification was supported by evaluations. Neither the parent nor A████ teachers and related service providers agreed with the sole classification of Hearing Impairment given A████ background of post meningitis language delays and previous evaluations diagnosing Apraxia, a Speech & Language Disorder.

DCPS subsequently developed an IEP and issued a Notice of Placement for A████ to receive 1 ½ hours of Speech & Language Therapy per week; 1 hour of direct Occupational Therapy services per week; ½ hour of Occupational consult services per month and 1 hour of Audiology services per week as a non- attending student. The location of services was designated as A████ neighborhood school, Janney Elementary School. DCPS advised the parent that A████ could receive the related services on the IEP at Janney Elementary but, could not be enrolled to attend school until she was of school age. DCPS advised that her placement would be home (as this is the least restrictive placement according to DCPS) until she reached school age.

Neither the parent nor A████ teachers and related service providers agreed with the amount of services being proposed for A████. Specifically, A████ required significantly more Speech & Language services than were being proposed. In addition to the 1 ½ hours of pull out speech & language services, A████ requires 20 hours of push in speech & language services in order to address her significant language delays.

*[handwritten margin note: Claim / S=L more / 1) ... 2)]*

Additionally, DCPS refused to add Physical Therapy services on her IEP even though the need for P.T. was previously documented on her IFSP. DCPS finally agreed that they would perform a P.T. evaluation but gave no explanation as to why this evaluation had not been done previously and prior to the convening of the MDT/IEP meeting. DCPS had been in receipt of the IFSP since September 2006.

Revised May 1, 2006

A██████ parents did not agree with the IEP or the placement proposed by DCPS and therefore, A████ remained at the River School where she has been making appropriate educational progress.

2.    To the extent known to you at this time, how can this problem be resolved?

- A determination that DCPS violated A██████ rights to a Free Appropriate Public Education (FAPE) by failing to evaluate her in all areas of suspected disability pursuant to 34 CFR §300.304(c)(4). Even though DCPS was aware on September 19,2006, that A██████ IFSP dated 7/13/06 required her to receive the related service of physical therapy, DCPS did not evaluate her need for P.T. prior to her turning age (3) three on 10/17/06 or prior to convening her MDT/IEP meeting on 2/01/07. Moreover, DCPS refused to include the related service of P.T. on A██████ IEP developed 2/01/07 claiming that DCPS needed to evaluate her need for P.T. DCPS should have evaluated A██████ need for P.T. prior to her turning age (3) three. Instead, DCPS took over 120 days to convene her transition meeting and then still did not evaluate A██████ need for P. T.

- A determination that DCPS violated A██████ rights to a FAPE by failing to determine her eligibility, developing an IEP and determining placement by the time A████ turned (3) three years of age pursuant to 34 CFR §300.124 (b) and 34 CFR §300.131.

- A determination that DCPS violated A██████ rights to a FAPE by failing to develop an appropriate IEP including but not limited to A██████ disability classification as well as the type and amount of services.

- A determination that DCPS violated A██████ rights to a FAPE by failing to provide an appropriate educational placement.

- A determination that DCPS be required to place and fund A██████ attendance at the River School with transportation and provide reimbursement for A██████ tuition at the River School from 10/17/06.

- A determination that DCPS be required to fund an independent physical therapy evaluation and convene a MDT/IEP meeting at the River School with 10 days of receipt of the independent evaluation.

- A determination that DCPS be required to provide compensatory education for the missed Physical Therapy services.

3.    **Issues Presented:**

- Whether DCPS violated A▆▆▆ rights to a Free Appropriate Public Education (FAPE) by failing to evaluate her in all areas of suspected disability?

- Whether DCPS violated A▆▆▆ rights to a FAPE by failing to determine her eligibility, developing an IEP and determining placement by the time A▆▆▆ turned (3) three years of age?

- Whether DCPS violated A▆▆▆ rights to a FAPE by failing to develop an appropriate IEP including but not limited to A▆▆▆ disability classification as well as the type and amount of services?

- Whether DCPS violated A▆▆▆ rights to a FAPE by failing to provide an appropriate educational placement?

H.    **Estimated amount of time needed for the hearing:**            **6 hours**

**Note: In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more than two hours will be needed**

I.    **Accommodations and Assistance Needed:**

**Please list any special accommodations you may require for a Resolution Session Meeting / Mediation Conference / Due Process Hearing:**

☐    Interpreter (please specify the type)                    _____

☐    Special Communication (please describe the type)    _____

☐    Special Accommodation for Disability (please be specific)    _____

☐    Other                                                    _____

J.    **Waiver of Procedural Safeguards:**

☐    I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

K.    **Requirement to Consider Compensatory Education**

Revised May 1, 2006

270

If a hearing is held on a date that is past the date on which the Hearing Officer's Determination was required to be issued, there is a rebuttable presumption of harm and compensatory education must be an issue considered by the Hearing Officer during the hearing.

**L.    Parent or Local Education Agency Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

_____        _____

**Signature of Parent or Guardian**                              **Date**

_____        _____

**Signature of Representative of Local Education Agency (if
hearing requested by LEA)**                                          **Date**

**M.    Signature of Attorney / Legal Representative:**

*Ellen Douglass Dalton, Esq.*   2/20/07

_____        _____

**Legal Representative Advocate (if applicable)**              **Date**

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

Revised May 1, 2006

271

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
STUDENT HEARING OFFICE

IN THE MATTER OF A███ T███████

HEARING DATE:    JUNE 20, 2007

TRANSCRIBED BY
LEGAL PERSONNEL, INC.   (301) 277-5711

## APPEARANCES

HEARING OFFICER:                          FRED WOODS


ATTORNEY ADVISOR FOR
    DISTRICT OF COLUMBIA
    PUBLIC SCHOOLS                        TIFFANY PUCKETT

EXPERT FOR DCPS                           MS. THOMPSON

ATTORNEY FOR PARENT                        ELLEN DALTON

PARENT'S EXPERT WITNESS                    DR. MORERE

273

1      HEARING OFFICER:  Good Morning, it's Wednesday, June 20,

2    2007.  My name is Fred Woods, the Hearing Officer reconvening

3    the Due Process Hearing for A████ T█████.  I have A█████ birth

4    date of ██████████, 2003.  In light of the fact that the

5    parent's are not here, but enroute. I'll suspend with any

6    further introductions to the Hearing, allow the parties present

7    to introduce themselves and then make sure we're on the same

8    page with where I think we are with regard to our continuance

9    today.  Ms. Dalton:

10      MS. DALTON:  Yes. Ellen Dalton, counsel for the student.

11      MS. PUCKETT:  Good Morning, Tiffany Puckett, attorney for

12    DCPS.

13      MS. THOMPSON: Sidney Thompson, Speech Pathologist.

14      DR. MORERE: Donna Morere, Clinical Nurse Psychologist.

15      HEARING OFFICER: All right, let me welcome you all here.

16    Let me start with Ms. Dalton and I know we are missing parents,

17    what is our knowledge of that situation.

18      MS. DALTON: My knowledge Mr. Woods is that they were made

19    aware of the new address for the Student Hearing Office.  My

20    client did advise me that she needed to drop the children off at

21    school before she came, and she planned to be here no later

22    9:15.  I can only imagine that something has happened. She was

23    planning on taking Metro, so hopefully, something didn't happen

1   and it didn't breakdown on Metro.  But, when I spoke to her last

2   night, she did state if we needed to proceed before she got that

3   she had my permission to do so.  I had her permission to do so.

4        HEARING OFFICER:  Ms. Puckett any objections to proceeding

5   without the parents?

6        MS. PUCKETT: No.

7        HEARING OFFICER: Okay.  It is my understanding that we were

8   continuing today to continue with the testimony in DCPS's case-

9   in-chief, and unless there are any preliminary matters, we will

10   just pick up there.  Any preliminary matters, Ms. Dalton:

11        MS. DALTON: No sir.

12        HEARING OFFICER: Ms. Puckett any preliminary matters?

13        MS. PUCKETT: No.

14        HEARING OFFICER: Is that correct, we are picking up with

15   your case-in-chief?

16        MS. PUCKETT: Yes that is correct.

17        HEARING OFFICER: It is my understanding if I recall

18   correctly, we already heard the testimony of Ms. Johnson,

19   Zaundra Johnson in your case and you are ready for your next

20   witness, I'll turn it over to you, Ms. Puckett.

21        MS. PUCKETT: As of the last Hearing date, my speech and

22   language pathologist is Sydney Thompson, who was on jury duty

23   that day and the case is continued  (Inaudible) for her testify

4

1    and I'll we'll be calling Ms. Thompson as a witness.  And Ms.

2    Thompson, I'll give you documents and you want to sit those

3    documents off to the side.

4        MS. THOMPSON: Okay.

5        HEARING OFFICER:  Okay.  Are you all set?

6        MS. PUCKETT: Yes.

7        HEARING OFFICER:  Then I'll - your first witness will be

8    Ms. Thompson.  Ms. Thompson before giving your testimony, would

9    you mind taking this oath?  Do you swear or affirm that the

10   testimony you are about to give would be the truth?

11       MS. THOMPSON: Yes.

12       HEARING OFFICER: Okay.  You'll first be questioned by Ms.

13   Puckett and then to be followed by questions from Ms. Dalton.

14       MS. PUCKETT:  Of course indulgence, one second.  Running

15   around trying to do coverage this morning.  I just had my list

16   of questions; I don't know what I just did with them. ·

17       MS. THOMPSON:  Oh, there they are right here.

18       MS. PUCKETT:  That's what I'm saying I had them out.  I

19   know I'm not going crazy.  I just had them in my hand seriously.

20   Please state your name for the record.

21       MS. THOMPSON: Sydney Thompson.

22       MS. PUCKETT:  And what is your current occupation?

23       MS. THOMPSON:  I'm a speech pathologist for DC Public

1    Schools?

2        MS. PUCKETT:  And how long have you been speech pathologist

3    for DC Public Schools?

4        MS. THOMPSON:  I've been with DC Public Schools 7 years.

5        MS. PUCKETT:  And can you give us your educational

6    background?

7        MS. THOMPSON:  I have a Bachelor of Science degree, a

8    Master's of Science degree from Howard University.

9        MS. PUCKETT:  And can you talk a little bit louder for us?

10       MS. THOMPSON:  I have a Bachelor of Science degree and a

11   Master's of Science degree from Howard University.

12       MS. PUCKETT:  And can you tell us what your Bachelor of

13   Science is in?

14       MS. THOMPSON:  Communication sciences and disorders,

15   psychology and sociology minor.

16       MS. PUCKETT:  And what is your Master's in?

17       MS. THOMPSON:  Communications Sciences and Disorders.

18       MS. PUCKETT:  And what year did you receive your Bachelor's

19   of Science?

20       MS. THOMPSON:  1993.

21       MS. PUCKETT:  And what year did you receive your Master's?

22       MS. THOMPSON:  1995.

23       MS. PUCKETT:  And you tell you tell us a little bit about

1    your Masters' program and what you did in that program?

2        MS. THOMPSON:  Basically it's a ASHA certified program that

3    teaches graduate students, the basis of communication sciences

4    and disorders dealing with children and adults in the areas of

5    language, (Inaudible) motor dysfunction, neurological

6    dysfunctions.

7        MS. PUCKETT:  And what has been your experience since

8    you've received that Master's Degree?

9        MS. THOMPSON: I've done some contract – I started off doing

10   some contracting work for several facilities and hospitals,

11   acute care facilities and I did that for about I guess about 4

12   years or so. I did some rehab for another 2 years and then I

13   came to work for the school system.

14       MS. PUCKETT:  And where did you do rehab work at?

15       MS. THOMPSON:  HCR Manicure facilities, some facilities for

16   Montgomery General Hospital Fenand Hospital, a lot of hospitals,

17   Greater Southeast, Sibley, Washington Hospital Center through a

18   contracting company.

19       MS. PUCKETT:  How many years did you indicate you've been a

20   speech and language pathologist for DCPS?

21       MS. THOMPSON:  Since 95. Oh, for DCPS –7.

22       MS. PUCKETT:  And during the time period prior to working

23   for DCPS did you have an opportunity to work with hearing

7

1    impaired students?

2        MS. THOMPSON:  No.

3        MS. PUCKETT:  And since you began working with DCPS have

4    you had an opportunity to work with hearing impaired students?

5        MS. THOMPSON:  To review or evaluate Hearing Impaired

6    students?

7        MS. PUCKETT:  And can you tell us what your current job

8    description as a specialist, speech and language pathologist for

9    DCPS?

10       MS. THOMPSON:  Right now I am assigned to the Early

11   Childhood Division to do assessments for children ages 3 to 5.

12       MS. PUCKETT:  And how long have you been doing assessments

13   for children aged 3 to 5?

14       MS. THOMPSON:  2½ years.

15       MS. PUCKETT:  And prior to DCPS did you have experience

16   doing assessments for students between the ages 3 and 5.

17       MS. THOMPSON:  Yes. I used to also work at National

18   Children's Center for 1½, which is about birth to 3.

19       MS. PUCKETT:  At National Children's Center?

20       MS. THOMPSON:  HmmmHmmmm.

21       MS. PUCKETT:  And what was your job description at National

22   Children's Center working with those students.

23       MS. THOMPSON:  I did my clinical fellowship year at the

1   National Children's Center. The Evaluation and Intervention

2   Services for communication disorders for children.

3       MS. PUCKETT:  And can you tell us about - have you

4   conducted any training since you've graduated from your programs

5   at Howard University?

6       MS. THOMPSON:  Yes.

7       MS. PUCKETT:  Which?

8       MS. THOMPSON:  We're required to do 30 - 30 continuing

9   education units per (Inaudible), so it's an ongoing.

10      MS. PUCKETT:  And have some of these continuing education

11  units that you've participated in considered the concerns of

12  hearing impaired students?

13      MS. THOMPSON:  No.

14      MS. PUCKETT:  Now have you conducted any training in your

15  career?

16      MS. THOMPSON:  For DCPS or in my career?

17      MS. PUCKETT:  I can't answer any questions.

18      MS. THOMPSON:  Yes I have.

19      MS. PUCKETT:  In what trainings have you conducted

20  regarding - throughout your career?

21      MS. THOMPSON:  Trainings for functional or total

22  communication trainings for picture exchange development, travel

23  communication training, transitional training from schools to

9

280

1    work for adult clients.

2        MS. PUCKETT:  And you indicated several positions that

3    you've had. Overall how many years of experience do you have

4    evaluating and assessing students that are early childhood

5    throughout your career?

6        MS. THOMPSON:  Let's see.  Probably 7, no 5 to 6 years of

7    experience.

8        MS. PUCKETT:  Have you conducted trainings within DCPS?

9        MS. THOMPSON:  No.

10        MS. PUCKETT: What agencies have you conducted training for?

11        MS. THOMPSON: Rehab works; HCR Manicure; PFI; Riverside

12    Health Care; and Montgomery County -Grafton, I think it is

13    Grafton Incorporated.

14        MS. PUCKETT: And did these trainings or outside agencies

15    involve trainings regarding students who are falling within the

16    early childhood area?

17        MS. THOMPSON:  Some of them, but mostly adults.

18    .    MS. PUCKETT:  And are you currently involved in any

19    associations regarding speech and language?

20    .    MS. THOMPSON: American Speech Language Hearing Association.

21        MS. PUCKETT:  And have you been published?

22        MS. THOMPSON:  No.

23        MS. PUCKETT:  At this time Mr. Woods, DCPS is going to ask

281

1    for Ms. Thompson to classified as an expert in the area of

2    testing and assessment of students who are in a early childhood

3    age.  She testified that she has approximately 7 years of

4    evaluation and assessment of students who fall within the early

5    childhood range – age which I believe is 3 to 5.  She testified

6    that she had experience, not only with DCPS; she also has

7    experience with National Children's Center and other outside

8    agencies. Even though she said a lot of training was in adult

9    children, she has conducted trainings regarding these early

10   childhood students.

11        HEARING OFFICER: Any objections Ms. Dalton?

12        MS. DALTON: May I voir dire please?

13        HEARING OFFICER: Yes.

14        MS. DALTON:  Ms. Thompson you stated that you have reviewed

15   or evaluated – reviewed evaluations or evaluated hearing

16   impaired students, correct?

17        MS. THOMPSON:  Correct.

18        MS. DALTON: But you've never provided treatment to hearing

19   impaired students?

20        MS. THOMPSON: No.

21        MS. DALTON: And you've never provided direct treatment to

22   students with cochlear implants?

23        MS. THOMPSON: No.


11

1      MS. DALTON: You've never performed any trainings with

2    regards with students with hearing impairments or cochlear

3    implants?

4      MS. THOMPSON: No.

5      MS. DALTON: And you've never had any publications with

6    regard with students with hearing impairments or cochlear

7    implants?

8      MS. THOMPSON: No.

9      MS. DALTON: And none of your continuing education units

10   have had anything to do with hearing impaired or cochlear

11   implants?

12     MS. THOMPSON: No.

13     MS. DALTON:  Do you consider your self an expert in

14   students with hearing impairments and cochlear implants?

15     MS. THOMPSON: No.

16     MS. DALTON: I have no further questions at this time, but I

17   would object to Ms. Thompson being qualified as an expert.  I

18   realize that Ms. Puckett has asked her to be qualified to be an

19   expert in a broad area, but this case deals with a specific area

20   and that is a student with – a unique area, a student with

21   cochlear implant and communication order that this student may

22   have. While Ms. Thompson may have ability to evaluate and review

23   assessment on hearing impaired students she certainly has not

12

283

1    had the experience of qualifications necessary to provide expert

2    testimony in this case regarding the issue of a student with a

3    cochlear implant and communications disorders they may have.

4        MR. WOODS: DCPS did not ask you to find this witness to be

5    an expert in the area of the hearing impaired students - speech

6    and language services as far as hearing impaired students.  I

7    believe that she is qualified, based on her testimony and based

8    on what is considered an expert witness to testify as a witness

9    who has expertise in the evaluation and the assessment of

10   students who are fall into the early childhood age range.  I

11   believe it is up to the Hearing Officer to give this expert

12   testimony the weight it needs to be considered based on the

13   Hearing Impairment issue in this complaint.  But I don't believe

14   that just because she does not have significant experience in

15   that area that she can't be found an expert in a different area.

16       HEARING OFFICER: The Hearing Officer will overrule the

17   objection and allow the witness to testify as an expert in the

18   area of testing several students for special needs. It seems to

19   me that it's very limited to early childhood and that's exactly

20   what you've been doing and exactly what you did in this case and

21   that's the issue in this case.

22       MS. PUCKETT: Right.

23       HEARING OFFICER: The issue in this case has nothing to do

13

1  with the fact that – the issue is not that the child has a

2  cochlear implant. That's a condition of the child, but that's

3  not an issue in the case.  The Hearing Officer will allow you to

4  --.

5       MS. PUCKETT: Continue.  Are you familiar with the student

6  A███ T██████?

7       MS. THOMPSON:  Yes.

8       MS. PUCKETT:  And how did you become familiar with A███

9  T██████?

10      MS. THOMPSON:  The case was assigned to my team to review

11 the assessments that were done and to perform an observation on

12 the student.

13      MS. PUCKETT:  And what was your role as the assignment for

14 this student?

15      MS. THOMPSON: My role was to gather whatever data was – was

16 provided for A███ T██████; to go out to her school; to do an

17 observation; and to see how she's performing in her school

18 environment and then to write a report.

19      MS. PUCKETT:  Did you gather data for A███?

20      MS. THOMPSON:  Yes.

21      MS. PUCKETT:  And what data did you gather for A███?

22      MS. THOMPSON:  There were several evaluations and addendums

23 that was done for A███ through the River School that I reviewed.

14

285

1      MS. PUCKETT:  And what type of evaluation did you

2  specifically review?

3      MS. THOMPSON:  I don't have the dates in front of me, but

4  there was a speech and language evaluation. I think that was of

5  October 2006, and then maybe another that was done in June of

6  06, and then observation was done maybe November or December,

7  but 06.

8      MS. PUCKETT:  And I'm going to refer you to at this point

9  what's listed as Parent's Document number 9, Parent's Document

10  Number 10, and then there's Parent's Document Number 18 and

11  those are speech and language evaluations and addendums.  Are

12  those evaluations that you indicated that River School to review

13  regarding the student?

14      MS. THOMPSON:  Yes.

15      MS. PUCKETT:  Now you also testified that you did a

16  observation regarding the student. When did you conduct an

17  observation?

18      MS. THOMPSON: I think it was November of 06.

19      MS. PUCKETT:  And where did you conduct an observation of

20  the student?

21      MS. THOMPSON:  At the River School.

22      MS. PUCKETT:  Can you tell us about your observation of the

23  student at the River School?

15

1      MS. THOMPSON:  Basically A▬ was observed during, I guess

2  they call it Music Time or Music Movement Time and during I

3  don't know what time they call it, but in a large gym area with

4  her classmates?

5      MS. PUCKETT:  And approximately how long was the – your

6  observation of A▬?

7      MS. THOMPSON:  About 2 hours.

8      MS. PUCKETT:  And what type of setting was she observed in

9  the 2 hours?

10      MS. THOMPSON:  One setting a smaller classroom and one

11  setting was like gym area.

12      MS. PUCKETT:  And what individuals were in those areas with

13  her at the time of the observation?

14      MS. THOMPSON:  Maybe a Music Movement teacher and two other

15  teachers were present, along with me, and maybe 8 to 10 kids.

16      MS. PUCKETT:  Were there any other service providers

17  available during your observation?

18      MS. THOMPSON:  There was a service provider; I think she

19  was service provider who accompanied us during the observation?

20      MS. PUCKETT:  And do you know what type of service provider

21  that individual was?

22      MS. THOMPSON:  No, I don't remember.

23      MS. PUCKETT:  Now what specific activities did you observe

1   A████ doing during that time period?

2       MS. THOMPSON:  I observe her to follow simple directives

3   that were given by the instructor; I observed her to seek out an

4   adult for help with an activity. At the time she used a lot of

5   gestures, not a lot of words when she spoke.  I didn't observe

6   any hand signs or sign language.  Maybe one or two words at that

7   time.  In the large gym area she was observed to – she didn't

8   play too much with the other kids, she sort of kept to herself;

9   and when she needed help with something, getting the ball

10  through the net, or retrieving the ball or something, she would

11  grab an adult and the bring the adult with her.

12      MS. PUCKETT:  And what did you observe about her speech and

13  language during your time period at the School?

14      MS. THOMPSON:  I observed that it still pretty limited and

15  that she was still using a lot of gestures at the time I was

16  there.

17      MS. PUCKETT:  And did you have an opportunity to – did you

18  have an opportunity to meet any speech and language pathologist

19  at during that observation?

20      MS. THOMPSON:  Yes.

21      MS. PUCKETT:  And where was that speech and language

22  pathologist at?

23      MS. THOMPSON:  At the River School.

17

288

1        MS. PUCKETT:  Where specifically at the River School was

2    the speech and language pathologist?

3        MS. THOMPSON:  She came to the gym area and the smaller

4    open space area.

5        MS. PUCKETT:  And what was the role of the speech and

6    language pathologist as far as A____?

7        MS. THOMPSON:  She assisted with the classroom.

8        MS. PUCKETT:  Did she assist only A____ or did she assist

9    the whole class?

10       MS. THOMPSON:  The whole class.

11       MS. PUCKETT:  What types of things did the speech and

12   language pathologist assist the whole class with?

13       MS. THOMPSON:  If there were little disagreements between

14   kids or , someone was whining or having a tantrum, just helping

15   them to continue on with whatever the activity was going on at

16   the time.

17       MS. PUCKETT: And do you know what the role of the speech

18   and language pathologist was in that classroom?

19       MS. THOMPSON:  So far its been to - but not so far - but to

20   assist with the classroom with the kids in that particular room,

21   they are assigned to.

22       MS. PUCKETT:  During the two-hour time period that you

23   observed, that you performed your observation, how much time did

18

1    the speech and language pathologist solely spend with A___?

2        MS. THOMPSON:  Maybe like 10 or 15 minutes.

3        MS. PUCKETT:  And how much time was spent with the whole

4    class?

5        MS. THOMPSON:  The whole time period.

6        MS. PUCKETT:  Now did you have an opportunity to speak with

7    A___ teacher or the program director in regards her

8    programming?

9        MS. THOMPSON:  Not the teacher but the program director.

10       MS. PUCKETT:  Did you have a discussion as to what speech

11   and language services A___ was receiving?

12       MS. THOMPSON:  Basically the way that the program from my

13   understanding is structured is there is a speech therapist in

14   the classroom the whole time and then there is an hour of

15   pullout services. So there's a classroom teacher and a speech

16   therapist in the classroom, and then at some point during the

17   day she gets pulled out for I think it's an hour a week, I'm not

18   sure what the timeframe is for pull out.

19       MS. PUCKETT:  And at any point time were you told that the

20   speech and language therapist is the classroom was solely there

21   for A___ and a couple of students purposes only?

22       MS. PUCKETT:  No.

23       MS. PUCKETT:  Did you observe that to be the case during

19

290

1   your observation?

2       MS. THOMPSON:  No.

3       MS. PUCKETT:  And are you - have you - are you - were you

4   familiar with the River School prior to this observation?

5       MS. THOMPSON:  And how are you familiar with the River

6   School?

7       MS. THOMPSON:  I've been there to upset - observe other

8   children?

9       MS. PUCKETT:  And what is your understanding about speech

10  and language services at the River School?

11      MS. THOMPSON:  That for each classroom, there is a

12  classroom teacher that services the children along with the

13  speech pathologist that is in that classroom that services and

14  pullout services are done at a different time.

15      MS. PUCKETT:  Now you indicated that you've observed other

16  students, has this program been set up the same way for all

17  students?

18      MS. THOMPSON:  Right.

19      MS. PUCKETT:  Is there anything unique about this program

20  for A█████?

21      MS. THOMPSON:  No.

22      MS. PUCKETT:  Now you indicated that you've observed other

23  students at the River School, have you had an opportunity to

20

1    review River School's speech and language evaluations prior to

2    reviewing to A▬▬▬▬ speech and language evaluation?

3        MS. THOMPSON:  Yes.

4        MS. PUCKETT:  And what can you tell us about the speech and

5    language evaluations conducted at River School?

6        MS. THOMPSON:  That generally the recommendations are the

7    same.

8        MS. PUCKETT:  And what recommendations are generally the

9    same?

10       MS. THOMPSON:  That the students are going to require 20 to

11   25 hours of direct speech and language therapy for the week.

12       MS. PUCKETT:  And have you accepted those recommendations

13   in the past?

14       MS. THOMPSON:  No.

15       MS. PUCKETT:  And why haven't you accepted those

16   recommendations in the past?

17       MS. THOMPSON:  Because it's our – my understanding and

18   children with hearing impairments, they are typically serviced

19   by hearing impaired teacher that takes care of the majority of

20   the receptive and expressive language needs of those particular

21   children. And then there are pullout services that are done by

22   the speech pathologist that address specific needs.  That is not

23   necessary the role of a speech pathologist to perform the

1    function of a full day classroom teacher.  That's what a teacher

2    of the hearing impaired is for.

3         MS. PUCKETT:  Now did you have an opportunity to

4    participate – to review the – you indicated that you reviewed

5    the evaluations done by the River School regarding Anna Tiller,

6    did you agree with the recommendations for the evaluation

7    conducted by the River School regarding Anna?

8         MS. THOMPSON:  Not the recommendations.  I agreed with the

9    test administration and the test results.

10        MS. PUCKETT:  And can you briefly tell us – just an

11   overview of what some of A▆▆▆▆ speech and language concerns

12   are?

13        MS. THOMPSON:  Okay. Well first of there were two

14   evaluations done.  The initial evaluation that was done in

15   October I believe of 06 – No I'm sorry of June of 06, they gave

16   her the Randall's Developmental Language Skills and her

17   receptive standard score was less than 63 and her expressive

18   standard score was 68. The preschool language skill for

19   (Inaudible) was also given on this day, receptive standard score

20   of 61 – I'm sorry receptive standard score of 61 and expressive

21   of 82.  The expressive one where was given was less than 55, the

22   Goldman and Fristo was also given and the standard score of 62

23   was obtained.  Later on in October she was re-evaluated of 06,

22

1    which is about 4 months later and scores were a little bit

2    higher. Her Goldman Fristo, which is the articulation portion,

3    the standard score was a 72; the language portion was the

4    clinical evaluation language fundamentals her standard scores

5    were higher also; the core language score was a 71; receptive

6    language was a 79; expressive language was a 63; and language

7    content was also a 63. So just in that 4 to 5 month time period

8    she had shown some progress.

9        MS. PUCKETT:  Now did you have the opportunity to

10   participate in a IEP meeting regarding this student?

11       MS. THOMPSON:  Yes.

12       MS. PUCKETT:  And I referring to parent's document number

13   28, which is a IEP dated -- . No, I'll give you the document.

14       MS. THOMPSON:  I'm sorry.

15       MS. PUCKETT:  Dated, 2 - February the first of 07, is the

16   IEP in which you participated in that meeting?

17       MS. THOMPSON:  Yes.

18       MS. PUCKETT:  And what was your role at the IEP meeting?

19       MS. THOMPSON:  To answer any questions that the Mom might

20   have about speech and language services, to act as a speech

21   pathologist for DC Public Schools and to make - consult with the

22   team and make recommendations for A█████ related services.

23       MS. PUCKETT:  Can you tell us - what - what - what are we

23

294

1    looking for as far speech and language growth or lack of growth

2    when we are working with students who are early - in the early

3    childhood age range?

4        MS. THOMPSON:  Well, what we did see was that she

5    definitely has some made progress.

6        MS. PUCKETT:  I'm sorry, let me - generally what are you

7    looking for as far overall, when you are evaluating a student,

8    who is in the early childhood range as far as looking for speech

9    and language deficits?

10       MS. THOMPSON:  Okay, we are looking the standard scores and

11   what category the standard scores fall into.  And how many

12   standard deviations those scores are from the average score to

13   assess what the child qualifies for or does not qualify for and

14   to use those standard scores to help develop - to determine

15   strengths and weaknesses and what we're actually going to work

16   on as objectives for that IEP.

17       MS. PUCKETT:  And in what areas of speech and language

18   development are you looking at specifically??

19       MS. THOMPSON:  Receptive language.  Expressive language.

20   Articulation. Voice fluency.

21       MS. PUCKETT:  And is there anything in particular about

22   those areas as it relate to early childhood development

23   students?

24

295

1    MS. THOMPSON:  We always look at you know - we comparing

2    our children to typically developing children and where they

3    fall in as far as what the delay is?  Are they delayed 6 months,

4    a year, -- how long they've been able to access the educational

5    setting and what the parent involvement has been; everything

6    that could influence or factor into the child's speech and

7    language.

8        MS. PUCKETT:  Now at the February 2007 IEP meeting did you

9    give a report regarding the speech and language concerns of the

10   student?

11       MS. THOMPSON:  In my review I did.

12       MS. PUCKETT:  What did you present to the team at that

13   meeting regards to this student's speech and language needs?

14       MS. THOMPSON:  That she should continue to receive speech

15   and language services for an hour and a half a week.

16       MS. PUCKETT:  Now how did you determine that the student is

17   going to need an hour and a half a week of speech and language

18   services?

19       MS. THOMPSON: Her standard scores - average standard scores

20   are between - typically for most of the test that were

21   administered between 85 and 115.  A████ standard scores were

22   67, 69,72 - which are 1½ to 2 standard deviations from the mean.

23   And with those children we typically give them more services and

25

296

1    that is how that was determined.

2        MS. PUCKETT:  What do you mean by more services?

3        MS. THOMPSON:  Well, the closer the scores are to being

4    average, the less – typically the less services the child would

5    need. Each tests has a different a little variation between what

6    average is, but in general, 85 to 115 is average. And then 85

7    counting backwards, every 15 points we're talking standard

8    deviations and the further those deviations are then you would

9    think, the greater the delay or the greater the deficit is, so

10   you would give those children more services.

11       MS. PUCKETT:  And on the IEP, parent's document number 28,

12   it listed for the student to receive 1½ per week of speech and

13   language therapy, did you believe that was – that would provide

14   the student with benefit?

15       MS. THOMPSON:  Yes.

16       MS. PUCKETT:  And why do you believe that an hour and a

17   half a week would provide the student with benefit?

18       MS. THOMPSON:  Because the student was being classified as

19   a child with a disability of a hearing impairment.  The hearing

20   impaired student receives services from a hearing impaired

21   instructor which is a language based and oral based classroom;

22   those teachers have – those teachers have – ah – skills and

23   knowledge that deal with children impairments.  The pullout

26

297

1    services for A████ would be then given by a speech pathologist.

2        MS. PUCKETT:  Now was A████ going to receive - was A████

3    going to receive a classroom placement?

4        MS. THOMPSON:  No. She was going to receive related

5    services from what I understood because she's not of school age

6    yet.

7        MS. PUCKETT:  And you indicated that she is not of school

8    age yet, did the team determine that she needed a classroom

9    placement at this point?

10       MS. THOMPSON:  No. They didn't determine that at this point

11   because her other scores, were well within the average range?

12       MS. PUCKETT:  What do you mean by that?

13       MS. THOMPSON:  Like her daily living, her cognitive scores

14   -- her socialization, daily living, adaptive and cognitive

15   scores were all within normal range. So at that point I don't

16   think that the instruction was even being considered.

17       MS. PUCKETT:  Now if instruction wasn't considered, were

18   was A███ to receive her speech and language therapy services?

19       MS. THOMPSON:  As far as I know I think she was supposed to

20   get them at her home school.

21       MS. PUCKETT:  Now and I know you weren't here last time,

22   but there was testimony at the prior hearing that - that you

23   agreed with the recommendation that this student needed at least

27

298

1   20 – at least 20 hours of in-classroom speech and language

2   therapy a week. Did you agree with that recommendation?

3        MS. THOMPSON:  No.

4        MS. PUCKETT:  Did you ever indicate to anyone that you

5   agreed that this student needed 20 to 25 hours of in-classroom

6   services?

7        MS. THOMPSON:  No.

8        MS. PUCKETT:  Do you believe that this student needs 20 to

9   25 hours of speech and language services in the classroom a

10  week?

11       MS. THOMPSON:  No.

12       MS. PUCKETT:  And why do you not believe that?

13       MS. THOMPSON:  If the student is going – and hour and a

14  half would service her needs as far as the language portion.

15  She is already noted to be making gains as far as her receptive

16  and expressive scores. There was a noted increase, I think maybe

17  like 10 points in 4 months. So an hour and a half would have

18  serviced her needs. Even though there was still a deficit there,

19  she was making good progress for such a short period of time.

20       MS. PUCKETT:  Now what was the disability classification

21  that the team determined the student was?

22       MS. THOMPSON:  Hearing impaired?

23       MS. PUCKETT:  And why wasn't the student considered speech

1   and language impaired?

2       MS. THOMPSON:  Because the primary disability is her

3   hearing impairment. If she wasn't hearing-impaired then she

4   would not have speech and language needs.

5       MS. PUCKETT:  And would this IEP have changed had speech

6   and language impairment been added to her IEP?

7       MS. THOMPSON:  No.

8       MS. PUCKETT:  Why wouldn't the IEP have changed?

9       MS. THOMPSON:  Because it still would have been performed

10  as a related service; and all the other services that she would

11  be getting would still be performed as a related service.

12      MS. PUCKETT:  Would the student's speech and language goals

13  have changed had this student had a speech classification along

14  with the hearing impairment classification?

15      MS. THOMPSON:  No.

16      MS. PUCKETT:  Now, at the IEP meeting did you present to

17  the team that you felt the 100 - the 1 hour - the 1 hour and a

18  half a week would be sufficient for the student?

19      MS. THOMPSON:  Yes.

20      MS. PUCKETT:  And was a disagreement with the

21  recommendation?

22      MS. THOMPSON:  Probably.

23      MS. PUCKETT:  Do you recall there being a discussion that

1    the student needed the 20 hours --.

2         MS. THOMPSON:  Yes.

3         MS. PUCKETT:  Of in-service.

4         MS. THOMPSON:  Yes.

5         MS. PUCKETT:  And what was your response to the student

6    needing 20 hours of in-service class - speech and language

7    service?

8         MS. THOMPSON:  No. That an hour and a half would be more

9    than adequate to meet the needs.

10        MS. PUCKETT:  And did you present your findings in regards

11   to the student's progress that was made in 4 months at that

12   meeting?

13        MS. THOMPSON:  Yes.  And it was also indicated on the

14   second page of the IEP to show whoever was coming into contact

15   with A▇▇▇ the gains that were made.

16        MS. PUCKETT:  Can you - and I'm going to refer to 28.

17        MS. THOMPSON:  Right here. Here it is, June 27th 06, and

18   then this last remarks, 10 -11-06.  Expressive --.

19        HEARING OFFICER: Can you identify where you are?

20        MS. THOMPSON: On the page.

21        MS. PUCKETT:  From the Hearing Officer's in from purposes,

22   we're on parent's document number 28, which is the IEP of 2/1/07

23   and we're on the second page under speech and language scores.

1   And she is going over speech and language scores.  Can you

2   explain to us?

3       MS. THOMPSON:  The June scores I think are from the

4   Reynolds and her expressive was a 68. Her expressive from the

5   core language score of the – well the breakdown is different.

6   But the – test that was used in October was the SELF.  And the

7   SELF gives more than just receptive and expressive. It gives

8   receptive expressive of core language, it looks at language

9   content and language memory; so it gives more information than

10  the test they initially used in June. But the core language

11  score – from October was a 71.  Receptive language was a 79.

12  The expressive language score was a 63. The Goldman Frisco which

13  is really, really interesting, her initial Goldman Frisco test

14  was 62, and that went up to a 72, that's like 10 points. And

15  then her expressive vocabulary less than 55 and then went up to

16  a 58.  And then the receptive vocabulary they put as non-

17  applicable and then went up to a 65.

18      MS. PUCKETT:  And based on your knowledge and experience of

19  testing and assessment regarding students in early childhood

20  development, is that significant progress for 4 months.

21      MS. THOMPSON:  It's not clinically significant – clinically

22  significant would be like more than 15 points. But I think it is

23  significant for A███ just to show her – her abilities are to

1    learn language.

2        MS. PUCKETT: Now at that IEP meeting, and I want to refer –

3    I'm still on document number 28 and I am going to refer you to I

4    believe, it would be like page 4, where we are going to the

5    communication goals for the student.  Who developed the

6    communication goals for the student?

7        MS. THOMPSON:  River School.

8        MS. PUCKETT:  I'm sorry, who?

9        MS. THOMPSON:  River School.  The speech therapist from

10   River School is where the goals were taken from?

11       MS. PUCKETT:  And did you agree with the recommendations

12   for the speech language goals for the River School?

13       MS. THOMPSON:  The objectives seemed appropriate for A███.

14       MS. PUCKETT:  And did anyone at that meeting object to any

15   of the goals that the River School proposed and put in the IEP?

16       MS. THOMPSON:  No.

17       MS. PUCKETT:  Did the DCPS team accept the River School's

18   goals as being accurate for the student?

19       MS. THOMPSON:  Yes.

20       MS. PUCKETT:  Do you believe that the goals that were

21   developed by the River School and were put into the IEP by DCPS

22   are appropriate for this student to meet her needs for speech

23   and language concerns?

1      MS. THOMPSON:  Yes.

2      MS. PUCKETT:  Now, at the meeting in which the IEP was

3  developed and I am referring you to the initial, -- I'm sorry -

4  the initial placement notice which is parent's document number

5  29 indicating for the services that Janey school, did you agree

6  that the student services should be provided at Janey School?

7      MS. THOMPSON:  Yes.

8      MS. PUCKETT:  And do you recall there being a placement

9  discussion regarding this student?

10     MS. THOMPSON:  Yes.

11     MS. PUCKETT:  And do you recall DCPS ever indicating that

12 the student receive a classroom placement?

13     MS. THOMPSON:  No.

14     MS. PUCKETT:  Did the DCPS team believe that there should

15 be a classroom placement?

16     MS. THOMPSON:  Not at this point.

17     MS. PUCKETT:  And do all students who are receiving related

18 services through early childhood have a classroom placement?

19     MS. THOMPSON:  No.

20     MS. PUCKETT:  For students who do not have a classroom

21 placement, where do they receive their special ed services?

22     MS. THOMPSON:  The local school, the neighborhood school.

23     MS. PUCKETT:  One second, I just want to make sure I

33

1   covered everything that I want to cover.  Do you believe that

2   parent's document number 28 is an appropriate IEP for the

3   student based on what you know regarding the student?

4      MS. THOMPSON:  Yes.

5      MS. PUCKETT:  I have no additional questions.

6      HEARING OFFICER: Ms. Dalton.

7      MS. DALTON: Yes, thank you. Well we'll start where you are

8   it will be easier to remember. You just testified that DCPS

9   accepted the goals developed by the River School on the IEP, and

10  we looked on the IEP.  The IEP is document number 28 for the

11  record.  And isn't true that on the IEP the goals that are

12  outlined on the various pages that those goals are to be

13  provided by a speech pathologist, a classroom teacher, and

14  audiologist and classroom staff?  Isn't that correct?

15     MS. THOMPSON:  Yes.

16     MS. DALTON: So although DCPS proposed no placement, no

17  class placement for A████, her goals were to be provided by a

18  classroom teacher.

19     MS. THOMPSON:  If she was in a classroom.

20     MS. DALTON: This is her IEP.

21     MS. THOMPSON:  Right.

22     MS. DALTON: Now you also testified that the services would

23  not change if the student was speech and language impaired?

1        MS. THOMPSON:  Right.

2        MS. DALTON: So it doesn't matter whether a child has a

3    disability classification of speech and language impairment?

4        MS. THOMPSON:  Disability classification has nothing to do

5    with related services provided. If it was founded by that MDT

6    team that there were some deficits in that area, then they could

7    have been addressed under speech and language services?

8        MS. DALTON: Does it have to do with all the services, not

9    just the related services, but services in total?  Does it have

10   do with that?

11       MS. THOMPSON:  I don't understand your question.  Say it

12   again.

13       MS. DALTON: You said that the disability classification,

14   speech and language impairment doesn't have anything to do with

15   the related services that she receives?

16       MS. THOMPSON:  Right.

17       MS. DALTON: Does it have anything to do with the total

18   package of the services that the child receives?

19       MS. THOMPSON:  No.

20       MS. DALTON: Does it have anything to do with their

21   placement?

22       MS. THOMPSON:  No.

23       MS. DALTON: So it doesn't matter whether a child has a

35

1    disability classification of speech and language impaired?

2        MS. THOMPSON:  Those children who have a classification

3    typically of speech and language impairment are those children –

4    they typically stand alone.  They are articulation, oral motor,

5    it's fluency, it's voice and that's the main or the primary

6    disability.

7        MS. DALTON: So you are saying you can never have multiple

8    disabilities where a child has another disability and a speech

9    and language impairment?

10       MS. THOMPSON:  There are many children who have other

11   disabilities besides speech and language impairments.  That does

12   not necessarily mean that that is going to be the disability

13   classification, but yes they receive speech and language

14   services and as a related service.

15       MS. DALTON: And so in your testimony is that typically

16   speech and language impaired classifications stand alone?

17       MS. THOMPSON:  Typically yes.

18       MS. DALTON:  So.

19       MS. THOMPSON:  A child that is mentally retarded then

20   they're going to be, that's going to be their disability or

21   multiplied disabled, that's going to be their disability.  And

22   yes they might have speech and language services as a related

23   service. A child that is autistic is not – the disability is not

36

307

1    autism, speech and language impaired, occupational therapy, all

2    of that does not get written up as their disability

3    classification; it is the primary handicapping condition.

4        MS. DALTON: What's the purpose of having a disability

5    classification if it does not affect the services for the

6    person.

7        MS. THOMPSON:  The purpose of having a disability

8    classification is so you can know what type of child you are

9    dealing with.  That does not mean that there are not other

10   services that come under that umbrella.  What the hearing

11   impaired child we know that - okay there is a hearing deficit.

12   And under the hearing deficit when you look at the IEP, we say,

13   Oh look she's hearing impaired--. She needs speech, she needs

14   OT, she need audiology, she needs an OT consult, the whole front

15   page is the child; it's not - it's not just the disability of

16   hearing impaired.

17       MS. DALTON: But you stated previously that the disability

18   classification is to advise and to notify people that are

19   working with the student as that child has.

20       MS. THOMPSON:  More than just one.

21       MS. DALTON: More than just one what?

22       MS. THOMPSON:  Are you saying more than just one, I mean

23   what - I don't understand your question?

37

1    MS. DALTON: I'm asking you didn't you just previously state

2    that the purpose of having a disability classification is to

3    notify the people who are working with the student of the

4    student's disability?

5    MS. THOMPSON: The purpose of the disability classification

6    is to let everyone what the child's educational disability is

7    going to be.  That's what the purpose is.  If you want to know

8    what's all encompassing for that child, then you need to look at

9    the IEP.

10    MS. DALTON: And wouldn't it be important for people that

11    are working with A▇▇▇ when the majority if not all of her goals

12    are communication to know that she is speech and language

13    impaired?

14    MS. THOMPSON:  I think that when they see that her

15    disability is hearing impaired, and they look at the IEP, and

16    see what is encompassing in the IEP, then they are going to know

17    what her needs are.

18    MS. DALTON: So, it's your testimony that every hearing

19    impaired child cannot have a separate disability of speech and

20    language impaired?

21    MS. THOMPSON: My testimony is what I just stated.

22    MS. DALTON: Is that your testimony.

23    MS. THOMPSON:  My testimony is what I just stated.

38

1    MS. DALTON: Let me ask you, do you believe that every child

2    that is hearing impaired cannot have a separate disability of

3    speech and language impairment?

4        MS. THOMPSON:  My testimony is what I just stated.

5        MS. DALTON: I'm asking you to answer the question.

6        MS. THOMPSON:  My testimony is what I just stated. I think

7    I've answered the question already.

8        MS. DALTON: My question is do you believe that every child

9    who has a hearing impairment cannot have a separate disability

10   of speech and language impairment?

11       MS. THOMPSON:  All I can do is address this child that's at

12   this table.  I'm not dealing with every child.

13       MS. DALTON: Well you testified in your previously --.

14       MS. THOMPSON:  For A▆▆▆ the hearing impairment

15   classification encompasses not only that but her needs for OT,

16   her needs for speech and language services, and her needs for -

17   what is it - audiological services also.

18       MS. DALTON: So unless you correct me wrong, I will take

19   that as a yes to that question.

20       MS. THOMPSON:  You can take it however you deem fit to take

21   it.  But I answered the question.  Her disability category was

22   hearing impairment.  Under that umbrella came speech and

23   language services that she was going to receive, along with the

1   related services.

2        MS. DALTON: Are you going to answer the question?

3        MS. THOMPSON:  I'm done with that question.

4        MS. DALTON: Mr. Woods I would ask that --.

5        HEARING OFFICER: She's answered the question.  I think what

6   you are trying to do is to get her to agree with you.  Maybe you

7   could ask it in a leading way, and she's says she has answered

8   the question. I mean it is being argumentative at this point.

9        MS. DALTON:  I never heard her say whether or not she

10  believes that every hearing impaired child that does not have a

11  separate disability, cannot have a separate disability --.

12       HEARING OFFICER: She says she is not talking about every

13  child, she is talking about A███.

14       MS. DALTON: In her direct testimony when Ms. Puckett was

15  questioning her, she --.

16       HEARING OFFICER: I think you could ask it in a leading

17  question, and you have to accept her answer. I don't think we

18  can argue with the witness.  You want her to answer a certain

19  way, she is saying.

20       MS. DALTON: No, I just want her to answer yes or no.

21       HEARING OFFICER: Well put it in a - well if she says again,

22  I've already given my testimony; I don't know what else I can

23  do. It sounds like you want a certain answer.

1      MS. DALTON: No. I just want her to tell me what her answer

2   is, which I haven't heard her say to this --.

3      HEARING OFFICER: She said her testimony is her - your

4   question is trying to reduce her testimony into a theory.

5      MS. DALTON: No, it had nothing to do with her prior

6   testimony, it was a new question.

7      MS. PUCKETT: You said she referred to it.

8      HEARING OFFICER:  You did just say it was based on her --.

9      MS. DALTON: And in that generality she's trying to take it

10  back now to specifically A████, and I said, on direct she talked

11  about generalities and what is what I am trying to ask for now.

12  But I'll move on since she is obviously is not going to answer

13  that question.

14     MS. DALTON: You indicated that in your direct testimony

15  that all children - early childhood children - not early

16  childhood children have to receive a classroom placement.

17  Correct?

18     MS. THOMPSON:  Correct.

19     MS. DALTON: Isn't it true that some children in the ages of

20  3 to 5 do receive classroom placements.

21     MS. THOMPSON:  Some do. Some don't.

22     MS. DALTON:  And you confirm that DCPS never proposed a

23  classroom placement for this student?

41

1    MS. THOMPSON:  I don't think they did, no.

2    MS. DALTON: And isn't it true that at the meeting you did

3  state that you believe she needed to be placed in an oral

4  language classroom for the hearing impaired?

5    MS. THOMPSON:  My goals, my observations are always

6  directed towards - when I write my observations up at the time

7  this was written, everything stands alone. I didn't look at what

8  the daily living scores, what the cognitive scores were, what

9  the adaptive scores were to say Oh, this is going to be child

10  that is not going to need a classroom. I'm just looking at

11  speech and language. Okay, but knowing - going back to that now

12  having everyone else's information and then writing a report,

13  then yes I could have stated she is not going to need a

14  classroom.  But I write my reports as if every child is going to

15  get a classroom. Okay, and if she is going to bet a classroom,

16  then these are the people who should be seeing that particular

17  child.

18    MS. DALTON: I'm not talking about your report, although I

19  have not seen a written report by you.  It is not in the file,

20  it's not in the documents in this case.  If you did provide one

21  I don't have it.

22    MS. THOMPSON:  Okay.

23    MS. DALTON:  I'm referring to the statements you made at

1    the meeting.

2        MS. THOMPSON: HmmHmmm.

3        MS. DALTON:  Not in a report. So isn't it true at the

4    meeting when it was being discussed when you knew all the

5    information about A█████, that you expressed your view that she

6    needed to be in a oral language based classroom.

7        MS. THOMPSON:  If she was going to be placed, yes.  If she

8    was going to have a placement, yes.

9        MS. DALTON:  And isn't it also true that you indicated that

10   eligibility should based on a communication disorder?

11       MS. THOMPSON:  No.

12       MS. DALTON:  And what experience have you had with working

13   with students who have apraxia and dyspraxia?

14       MS. THOMPSON: Mostly adults.  Not birth to 3.  I'm sorry 3

15   to 5.

16       MS. DALTON:  And overall looking at the scores that were

17   reported in her evaluations isn't it true that she has

18   significant delays in expressive language?

19       MS. THOMPSON:  Her language is expressive language are -

20   yes she does.

21       MS. DALTON:  Now is your field of speech and language, you

22   go from mild delays to moderate delays to severe or significant

23   delays --.

43

314

1    MS. THOMPSON: And then profound.

2    MS. DALTON: And then profound.

3    MS. THOMPSON:  HmmmHmmm.

4    MS. DALTON:  Isn't it true that in all areas A███ falls

5    within the severe or significant ranges?

6    MS. THOMPSON:  No.

7    MS. DALTON:  And what ones does she not fall in?

8    MS. THOMPSON: Her receptive language is a 79, which is not

9    severe.

10    MS. DALTON:  They would be moderate?

11    MS. THOMPSON:  I believe so.  Her expressive language is

12    severe.  Her language content is severe.  Let's see what else.

13    The core language score was a 71 and I think that it on the

14    borderline, but I think that would be severe and not moderate.

15    And language structure was a 79, which is not severe.

16    Expressive vocabulary was severe and her articulation started as

17    severe, and I think it went to moderate.

18    MS. DALTON:  With the intervention she received? Is that

19    correct?

20    MS. THOMPSON:  I can't speak to what she received because

21    I'm not her therapist.

22    MS. DALTON:  Have you reviewed her records?

23    MS. THOMPSON: Right.

1    MS. DALTON:  So you know what's she has been receiving?

2    MS. THOMPSON:  I don't know what she's received.  I didn't

3    see her doing therapy so I don't know what she was doing during

4    therapy time or how it was administered to her.

5    MS. DALTON:  But you testified previously that you know

6    what services had been provided to her at the River School,

7    correct?

8    MS. THOMPSON: Right. Right. What was indicated by the River

9    School, yes.

10    MS. DALTON:  And what is the percentile rank as far as –

11    compared to typically developing children that A███ falls in?

12    MS. THOMPSON: You talking about for which area of language

13    you're talking about?

14    MS. DALTON:  All of them.

15    MS. THOMPSON: Well I don't know like general.  Are you

16    talking about generalities, you're trying to say put together,

17    receptive expressive articulation vocabulary oral motor together

18    and give you a percentile rank, can you do that?

19    MS. DALTON:  In any evaluations are there percentile ranks?

20    MS. THOMPSON:  Oh, but those are for each area.  You said

21    in general.

22    MS. DALTON:  No, I said for each area.

23    MS. THOMPSON: No, you didn't.