```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


SARA AND MICHAEL TILLER, et al.,  :
                                  :
        Plaintiffs,               :
                                  :
     v.                           : Civil Action No. 07-1736 (JR)
                                  :
DISTRICT OF COLUMBIA,             :
                                  :
        Defendant.                :
```

## SCHEDULING ORDER

After a scheduling conference held in chambers on January 22, 2008, it is **ORDERED** that the parties' joint Rule 16.3 report is approved.  It is

**FURTHER ORDERED** that dispositive cross-motions are to be filed 30 days after the administrative record is filed with oppositions due in 15 days and replies due in 15 days.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request

and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

                              JAMES ROBERTSON
                         United States District Judge