UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA & MICHAEL TILLER, *as parents and next friend of minor child* A.T.,<br>    Plaintiffs,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 07-1736 (JR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please notice the appearance of Maria L. Merkowitz, Senior Assistant Attorney General, in the above captioned matter.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Maria L. Merkowitz*
MARIA L. MERKOWITZ [312968]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
FAX – (202) – 727-3625
Maria.merkowitz@dc.gov

February 25, 2008